**Attachment :1**

**Claim#1** on 08/18/2023 received an aggressive phone call from Kayla Callahan HR Director at Vermillion Behavioral Health Systems from her personal phone as she was on vacation and not at work at the time.

**Claim #2** Kayla Callahan emailed me on 09/19/2023 saying I was not out on approved leave.

**Claim #3** Kayla Callahan underpaid me pay period ending 09/23/2023 and took a week and a half to fix said check.

**Claim#4** Kayla Callahan terminated my employment on 12/01/2023 and canceled medical insurance on 12/04/2023 causing me to miss several appointments that had to be rescheduled for a later time. This act caused me to miss a mental health appointment that delayed my care and subsequently paperwork that was needed for me to get paid by the insurance company for lack of documentation. Also, I could not get back to work because of this.

**Claim#5** 12/28/2023 I made a complaint at the corporate level to one Lorenzo Rivera Division Manager of Human Resources detailing all of this. I was verbally told that I would be given the time to see the doctor on 02/26/2024 and that he would investigate my grievance. When Mr. Rivera got back with me after several emails from me concerning my working remotely and grievance, he finally got back with me with no resolution.

**Claim # 6** Kayla Callahan emailed me on 02/01/2024 saying that my accommodation for ADA leave expired on 12/31/2023 for lack of documentation and that she was changing my status to PRN beginning 01/01/2024 to 02/29/2024 and that if I did not work any shifts for 2 consecutive months I would be terminated. This was going against what Mr. Rivera, and I had discussed, he had previously told me that Callahan did not have the power to terminate my employment. I believed him.

**Claim #7** Late March 2023 my medical insurance was canceled again and dated back to 12/31/2023, every appointment that I rescheduled from December that I had gone to I was now getting bills for full payment.

**Claim #8** September and October 2024 I filled out an application for a remote admissions job and informed Mr. Rivera of such along with a detailed explanation of everything that had taken place with no response

**Claim #9** During all of this I should have had a check sent to me in the amount of $1294.03 from my FSA benefit account as there was some kind of mess up from the beginning of 2023. When I spoke with the third party Wex benefits, I was told that the money was sent back to Acadia Healthcare for them to disburse the check.

**Claim #10** Lincoln Financial Group False advertising(misinformation)

**verizon**√

**Account:** 426445814-00001
**Invoice:** 8555633951
**Billing period:** Aug 13 - Sep 12, 2023

## Talk activity (cont.)

**Urness Gray**
337-541-4163
GALAXY S22 ULTRA

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| Aug 14 | 10:40 PM | 970-432-2190 | Lafayette, LA | Incoming, CL | 1 | -- | -- | -- |
| Aug 16 | 7:49 AM | 337-991-7326 | Lafayette, LA | Lafayette, LA | 12 | -- | -- | -- |
| Aug 16 | 11:37 AM | 337-277-9707 | WiFi CL | Lafayette, LA | 1 | -- | -- | -- |
| Aug 16 | 11:38 AM | 337-277-9707 | WiFi CL | Lafayette, LA | 1 | -- | -- | -- |
| Aug 16 | 11:38 AM | 970-432-2190 | WiFi CL | Eagle, CO | 1 | -- | -- | -- |
| Aug 16 | 11:43 AM | 337-277-9707 | WiFi CL | Lafayette, LA | 1 | -- | -- | -- |
| Aug 16 | 11:44 AM | 970-432-2190 | WiFi CL | Eagle, CO | 1 | -- | -- | -- |
| Aug 16 | 5:16 PM | 337-277-9707 | WiFi CL | Lafayette, LA | 1 | -- | -- | -- |
| Aug 16 | 6:42 PM | 337-541-4355 | Lafayette, LA | Incoming, CL | 1 | -- | -- | -- |
| Aug 16 | | | | | | | -- | -- |
| Aug 16 | | | | | | | -- | -- |
| Aug 16 | | | | | | | -- | -- |
| Aug 17 | | | | | | | -- | -- |
| Aug 17 | | | | | | | -- | -- |
| Aug 17 | | | | | | | -- | -- |
| Aug 17 | | | | | | | -- | -- |
| Aug 17 | | | | | | | -- | -- |
| Aug 17 | | | | | | | -- | -- |
| Aug 17 | | | | | | | -- | -- |
| Aug 17 | | | | | | | -- | -- |
| Aug 17 | | | | | | | -- | -- |
| Aug 17 | | | | | | | -- | -- |
| Aug 17 | | | | | | | -- | -- |
| Aug 17 | | | | | | | -- | -- |
| Aug 18 | | | | | | | -- | -- |
| Aug 18 | | | | | | | -- | -- |
| Aug 18 | | | | | | | -- | -- |
| Aug 18 | | | | | | | -- | -- |
| Aug 18 | 11:54 AM | 318-290-3927 | Carencro, LA | Incoming, CL | 1 | -- | -- | -- |
| Aug 18 | 11:57 AM | 337-789-0838 | Carencro, LA | Incoming, CL | 19 | -- | -- | -- |
| Aug 18 | 1:07 PM | 866-599-3409 | Sunset, LA | Incoming, CL | 1 | -- | -- | -- |
| Aug 18 | 3:50 PM | 337-541-4355 | Sunset, LA | Incoming, CL | 2 | -- | -- | -- |
| Aug 18 | 3:58 PM | 337-257-4888 | WiFi CL | Lafayette, LA | 9 | -- | -- | -- |
| Aug 18 | 4:07 PM | 337-849-8185 | WiFi CL | Lafayette, LA | 2 | -- | -- | -- |
| Aug 18 | 4:09 PM | 337-704-1923 | WiFi CL | VM Deposit, CL | 1 | -- | -- | -- |
| Aug 18 | 4:20 PM | 337-277-9707 | Sunset, LA | Lafayette, LA | 1 | -- | -- | -- |
| Aug 18 | 4:47 PM | 337-789-0838 | Carencro, LA | Lafayette, LA | 1 | -- | -- | -- |
| Aug 18 | 4:48 PM | 337-789-0838 | Lafayette, LA | Incoming, CL | 12 | -- | -- | -- |
| Aug 18 | 6:03 PM | 337-277-9707 | Lafayette, LA | Incoming, CL | 2 | -- | -- | -- |
| Aug 18 | 6:05 PM | 337-277-9707 | Lafayette, LA | Incoming, CL | 1 | -- | -- | -- |
| Aug 18 | 6:07 PM | 337-277-9707 | Lafayette, LA | Incoming, CL | 1 | -- | -- | -- |
| Aug 18 | 8:41 PM | 337-277-9707 | Lafayette, LA | Incoming, CL | 1 | -- | -- | -- |
| Aug 18 | 9:11 PM | 337-210-6935 | Lafayette, LA | Lafayette, LA | 1 | -- | -- | -- |
| Aug 18 | 9:11 PM | 337-205-1723 | Lafayette, LA | Incoming, CL | 1 | -- | -- | -- |

TO DO LIST

- Kayla Callaha
- HR Director
- Cell phone Personal
- phone

19

11/13/23, 5:17 PM

**UKG**

Vermilion Hospital LLC
2520 N University Ave
Lafayette, LA 70507

**Pay Statement**

| | |
|---|---|
| Period Start Date | 09/10/2023 |
| Period End Date | 09/23/2023 |
| Pay Date | 09/29/2023 |
| Document | 53529 |

**Net Pay**     **$429.44**

## Pay Details

**URNESS GRAY**
125 RUE VIANSA DRIVE
LAFAYETTE, LA 70501
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 000030426 | Pay Group | Vermilion Hospital |
| SSN | XXX-XX-XXXX | Location | Lafayette LA 0501 Rue |
| Job | LPN Charge Nurse | Division | 03 - Risick Division |
| Pay Rate | $25.00 | Facility | 0501 - Vermilion Hospital |
| Pay Frequency | Biweekly | Department | 606 - Psych Adult Unit 2 |
| | | Ops Group | EAST - EAST - Willingham |

## Earnings

| Week | Pay Type | Shift | Job | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|---|
| 1 | Vacation | | LPN Charge Nurse | 8.25 | $25.00 | $206.25 | $6,011.80 |
| 2 | Sick Pay | | LPN Charge Nurse | 12.00 | $25.00 | $300.00 | $300.00 |
| | Holiday | | | 0.00 | $0.00 | $0.00 | $1,372.11 |
| | OTC-Hourly | | | 0.00 | $0.00 | $0.00 | $5,492.44 |
| | Overtime 1.0 | | | 0.00 | $0.00 | $0.00 | $10,959.86 |
| | Personal Day | | | 0.00 | $0.00 | $0.00 | $351.12 |
| | Regular-Hourly | | | 0.00 | $0.00 | $0.00 | $31,380.16 |
| | Retroactive | | | 0.00 | $0.00 | $0.00 | $854.96 |
| | Training | | | 0.00 | $0.00 | $0.00 | $1,456.25 |
| | Worked Holiday | | | 0.00 | $0.00 | $0.00 | $1,226.74 |

Total Hours   20.25

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Dental | Yes | $0.00 | $281.34 | $0.00 | $0.00 |
| EE Sup Life | No | $0.00 | $453.60 | $0.00 | $0.00 |
| FSA Medical | Yes | $0.00 | $2,062.62 | $0.00 | $0.00 |
| LTD | No | $0.00 | $279.35 | $0.00 | $0.00 |
| Medical Pre Tax | Yes | $0.00 | $2,015.28 | $0.00 | $7,630.20 |
| .D | No | $0.00 | $204.39 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Vision | Yes | $0.00 | $53.46 | $0.00 | $0.00 |
| Vol Sps Life | No | $0.00 | $63.00 | $0.00 | $0.00 |
| sic EE Life | No | $0.00 | $0.00 | $0.00 | $27.70 |

## Taxes

| Tax | | Current | YTD |
|---|---|---|---|
| Federal Income Tax | | $30.43 | $7,809.07 |
| Employee Medicare | | $7.34 | $797.39 |
| Social Security Employee Tax | | $31.39 | $3,409.55 |
| LA State Income Tax | | $7.65 | $1,859.22 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Extended Sick L | 0.4698 | 204.3208 |
| Personal Time | 0.0000 | 4.0000 |
| Sick | 0.4698 | 45.5708 |
| Vacation | 1.1705 | 1.3641 |

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxx2959 | Checking | $386.50 |
| xxxxxxx8404 | Savings | $42.94 |
| Total | | $429.44 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $506.25 | $506.25 | $76.81 | $0.00 | $429.44 |
| YTD | $59,405.44 | $54,992.74 | $13,875.23 | $5,413.04 | $40,117.17 |

*vsn 20171215*

| | | | CHECK NO. | 0501020659 | DATE 10/06/23 |
| | | | VENDOR | U026 | |

| INVOICE NUMBER | INVOICE DATE | INVOICE DESCRIPTION | GROSS AMOUNT | DISCOUNTS | NET AMOUNT THIS CHECK |
|---|---|---|---|---|---|
| 000030426 | 10/06/23 | 10-PAYROLL CHECK | 662.53 | | 662.53 |

| | | | GROSS AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| PAGE 1 | | TOTALS | 662.53 | | 662.53 |

missed check from 9/29/2023
I was called on 10/6/2023 to pickup after 5pm
10/9/2023 was a federal holiday

11/13/23, 5:11 PM

**UKG**

Vermilion Hospital LLC
2520 N University Ave
Lafayette, LA 70507

*handwritten: 9/10/2023 thru 9/23/2023*

*handwritten: —incorrect*

**Pay Statement**

| | |
|---|---|
| Period Start Date | 09/24/2023 |
| Period End Date | 10/07/2023 |
| Pay Date | 10/13/2023 |
| Document | 999 |
| **Net Pay** | **$662.53** |

## Pay Details

**Urness Gray**
125 Rue Viansa Drive
Lafayette, LA 70501
USA

| | | | |
|---|---|---|---|
| Employee Number | 000030426 | Pay Group | Vermilion Hospital |
| SSN | XXX-XX-XXXX | Location | Lafayette LA 0501 Rue |
| Job | LPN Charge Nurse | Division | 03 - Risick Division |
| Pay Rate | $25.00 | Facility | 0501 - Vermilion Hospital |
| Pay Frequency | Biweekly | Department | 606 - Psych Adult Unit 2 |
| | | Ops Group | EAST - EAST - Willingham |

## Earnings

| Week | Pay Type | Shift | Job | Hours | Pay Rate | Current |
|---|---|---|---|---|---|---|
| 2 | Sick Pay | Z | LPN Charge Nurse | 45.00 | $25.00 | $1,125.00 |
| | Holiday | | | 0.00 | $0.00 | $0.00 |
| | OTC-Hourly | | | 0.00 | $0.00 | $0.00 |
| | Overtime 1.0 | | | 0.00 | $0.00 | $0.00 |
| | Personal Day | | | 0.00 | $0.00 | $0.00 |
| | Regular-Hourly | | | 0.00 | $0.00 | $0.00 |
| | Retroactive | | | 0.00 | $0.00 | $0.00 |
| | Training | | | 0.00 | $0.00 | $0.00 |
| | Vacation | | | 0.00 | $0.00 | $0.00 |
| | Worked Holiday | | | 0.00 | $0.00 | $0.00 |

Total Hours   45.00

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Basic EE Life | No | $0.00 | $0.00 | $1.80 | $29.50 |
| Dental | Yes | $15.63 | $296.97 | $0.00 | $0.00 |
| FSA Medical | Yes | $114.59 | $2,177.21 | $0.00 | $0.00 |
| Medical Pre Tax | Yes | $111.96 | $2,127.24 | $423.90 | $8,054.10 |
| Vol Sps Life | No | $3.50 | $66.50 | $0.00 | $0.00 |
| ...sion | Yes | $2.97 | $56.43 | $0.00 | $0.00 |



nilion Hospital LLC
2520 N University Ave
Lafayette, LA 70507

**Pay Statement**

| | |
|---|---|
| Period Start Date | 09/24/2023 |
| Period End Date | 10/07/2023 |
| Pay Date | 10/13/2023 |
| Document | 53722 |

Net Pay    **$1,411.82**

## Pay Details

**URNESS GRAY**
125 RUE VIANSA DRIVE
LAFAYETTE, LA 70501
USA

| | | | |
|---|---|---|---|
| Employee Number | 000030426 | Pay Group | Vermilion Hospital |
| SSN | XXX-XX-XXXX | Location | Lafayette LA 0501 Rue |
| Job | LPN Charge Nurse | Division | 03 - Risick Division |
| Pay Rate | $25.00 | Facility | 0501 - Vermilion Hospital |
| Pay Frequency | Biweekly | Department | 606 - Psych Adult Unit 2 |
| | | Ops Group | EAST - EAST - Willingham |

## Earnings

| Week | Pay Type | Shift | Job | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|---|
| 1 | Ext Sick Leave | | LPN Charge Nurse | 36.00 | $25.00 | $900.00 | |
| 2 | Ext Sick Leave | | LPN Charge Nurse | 48.00 | $25.00 | $1,200.00 | $2,100.00 |
| | Regular-Hourly | | | 0.00 | $0.00 | $0.00 | $31,380.16 |
| | Overtime 1.0 | | | 0.00 | $0.00 | $0.00 | $10,959.86 |
| | Sick Pay | | | 0.00 | $0.00 | $0.00 | $1,425.00 |
| | Vacation | | | 0.00 | $0.00 | $0.00 | $6,011.80 |
| | Holiday | | | 0.00 | $0.00 | $0.00 | $1,372.11 |
| | OTC-Hourly | | | 0.00 | $0.00 | $0.00 | $5,492.44 |
| | Personal Day | | | 0.00 | $0.00 | $0.00 | $351.12 |
| | Retroactive | | | 0.00 | $0.00 | $0.00 | $854.96 |
| | Training | | | 0.00 | $0.00 | $0.00 | $1,456.25 |
| | Worked Holiday | | | 0.00 | $0.00 | $0.00 | $1,226.74 |

Total Hours  84.00

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Dental | Yes | $15.63 | $312.60 | $0.00 | $0.00 |
| EE Sup Life | No | $25.20 | $504.00 | $0.00 | $0.00 |
| FSA Medical | Yes | $114.59 | $2,291.80 | $0.00 | $0.00 |
| D | No | $15.99 | $311.33 | $0.00 | $0.00 |

| | | Current | YTD | | |
|---|---|---|---|---|---|
| Medical Pre Tax | Yes | $111.96 | $2,239.20 | $423.90 | $8,478.00 |
| STD | No | $11.70 | $227.79 | $0.00 | $0.00 |
| ̴sion | Yes | $2.97 | $59.40 | $0.00 | $0.00 |
| Vol Sps Life | No | $3.50 | $70.00 | $0.00 | $0.00 |
| Basic EE Life | No | $0.00 | $0.00 | $1.80 | $31.30 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $189.89 | $8,071.85 |
| Employee Medicare | $26.90 | $837.05 |
| Social Security Employee Tax | $115.00 | $3,579.10 |
| LA State Income Tax | $54.85 | $1,934.80 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Extended Sick L | 1.8500 | 123.2148 |
| Personal Time | 0.0000 | 4.0000 |
| Sick | 1.8500 | 3.4648 |
| Vacation | 4.6200 | 8.5851 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxx2959 | Checking | $1,270.64 |
| xxxxxxx8404 | Savings | $141.18 |
| Total | | $1,411.82 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,100.00 | $1,854.85 | $386.64 | $301.54 | $1,411.82 |
| YTD | $62,630.44 | $57,727.44 | $14,422.80 | $6,016.12 | $42,191.52 |

vsn 20171215

# Chief Andrew Jackson Johnson, III USCG

## "A Remembrance of a Full Life"



e
uble
is

**Alpha**

September 30, 1942

**Omega**

October 1, 2023

Monday, October 16, 2023

Visitation 9A.M. - 11 A.M.

Mass of Christian Burial at 11 A.M.

my uncle passed away
he lived in Baton Rouse
I was unable to be
at his death bed because
of lack of funds

# Urness Gray - 000030426 - Acadia Healthcare Company Inc

Urness Gray

LPN Charge Nurse      +1 337-541-4163      Urness.Gray@acadiavermilion.com

## Personal Information

Name
Urness Gray

Employee number
000030426

Time clock

Address
i Rue Viansa Drive
Lafayette, LA
70501
United States

Primary e-mail
Urness.Gray@acadiavermilion.com

Alternate e-mail
urnessgray@yahoo.com

Mailstop

Primary Home Phone
+1 337-541-4163

Primary Work Phone
+1 337-806-8934

Work extension
255

## Company

Home company
Vermilion Hospital LLC

Company
Vermilion Hospital LLC

Location
LFYLA - Lafayette LA 0501 Rue

PTO Seniority Date
11/13/2014 - 9 years

Division
03 - Risick Division

Facility
0501 - Vermilion Hospital

Department
606 - Psych Adult Unit 2

Ops Group
EAST - EAST - Willingham

 of Tennessee

1 Cameron Hill Circle
Chattanooga, Tennessee 37402
www.bcbst.com

December 11, 2023

URNESS GRAY
125 RUE VIANSA DRIVE
LAFAYETTE LA 70501

Dear Urness,

You recently asked us for proof of your previous coverage with us so you can sign up for a new health care plan. We're happy to help you out with that—please send this letter to your new insurance company as proof of your recent coverage with us.

According to our records, Urness had medical coverage from 01/01/2015 to 11/30/2023.

We're here to help. If there's anything else we can do for you, please call us at 1-800-565-9140.

Best of Health,

BlueCross BlueShield of Tennessee

**MEMBER DETAILS**

Member Name
Urness Gray

Member ID
906346014

Date of Birth
10/25/1978

Type of Coverage
MEDICAL

Reference ID
233420017572

GMC_FAC_MECXADOC



December 4, 2023

Urness Gray
125 Rue Viansa Drive
Lafayette, LA  70501

Dear Urness:

We have received your request for accommodation under the Americans with Disabilities Act (ADA) on December 1, 2023. After a thorough review of your request and the information provided, we regret to inform you that we are unable to approve the requested accommodation.

Due to the essential functions of your position, which requires attending to psychiatric patients that may be combative and unstable most of the time, we are unable to offer the type of environment, listed by your physician in her request as a necessary requirement, in order to accommodate you.

Please feel free to reapply when your physician allows and we look forward to working with you again.

You will receive a COBRA notification which will allow you the option to continue insurance benefits. Your records will be maintained in accordance with applicable confidentiality requirements. Please contact me at (337)234-5614 x250 if you have questions.

Sincerely,

Kayla Callahan
HR Director

2520 N UNIVERSITY AVE. LAFAYETTE, LA  70507 . (337)234-5614



December 06, 2023

Urness Gray
125 Rue Viansa Drive
Lafayette, LA 70501

Dear Ms. Gray:

This letter is in response to your request for leave as an accommodation. The health care provider completed the Americans with Disabilities Act (ADA) form confirming your condition advising your need for additional leave.

As a result, we have approved leave as an accommodation from 11/11/2023 through 12/31/2023 at this time.

It is important to note that should you require additional accommodations beyond 12/31/2023, we kindly ask that you provide updated medical documentation supporting the extended absence. Please submit this documentation to both your HR team and the Leave of Absence Specialist prior to the conclusion of your approved leave on 12/31/2023. To assist you with this process, a blank ADA form has been enclosed alongside this approval.

However, if you are ready to resume work by the conclusion of the approved period, a clearance note from your healthcare provider will be the only documentation needed.

We appreciate your understanding and cooperation in this matter. If you have any questions or require further clarification, please do not hesitate to reach out.

Sincerely,

Acadia Healthcare Leave Administration Team



**LOURDES PHYSICIAN GROUP**

Lourdes Physician Group Primary Care
**Carencro**
3824 NE EVANGELINE THRWY
SUITE B
CARENCRO LA 70520-5966
Phone: 337-470-3280
Fax: 337-470-3357

December 13, 2023

To whom it may concern:

Please be advised that Urness Gray's medical insurance is inactive at this time.

Thank you,

*Megan Fontenot fnp*

Megan Fontenot, FNP-C

WEX Health Inc
PO Box 2926
Fargo, ND 58108

Employer: Alextra Care Company Inc
Statement Period: 1/7/2023 - 2/6/2023
Plan Year: 01/01/2022-12/31/2022 CLOSED

ACCOUNT STATEMENT FOR:

Urness Gray
125 Rue Viansa Drive
Lafayette, LA 70501

Urness Gray:

## Claims Summary

The following is a summary of claims that have been submitted between 1/7/2023 and 2/6/2023 for the 01/01/2022-12/31/2022 CLOSED plan year.

No claims were submitted during this statement period.

## Available Balances

| Plan Name | Eligible Amount | Rollover | Submitted Claims | Paid | Pending | Denied | Plan Year Balance | Available Balance |
|---|---|---|---|---|---|---|---|---|
| Medical FSA 01/01/2022-12/31/2022 CLOSED | $2,750.00 | $0.00 | $1,455.97 | $1,106.86 | $0.00 | $349.11 | $1,294.03 | $1,294.03 |

## Contact Information

WEX Health Inc
Participant Services
PO Box 2926
Fargo, ND 58108

Phone Number: (866) 451-3399
Fax Number: (866) 451-3245

FSA benefits
that the compeny
still has today

**PLAN RULES**

Close

Urness Gray

Medical FSA 01/01/2021-12/31/2021 CLOSED (1/1/2021 - 12/31/2021)

| Filing Rules: | You must file claims before the final filing date with a service date no later than the final service date determined based on your current status. |
|---|---|

| Final Service Date: | 12/31/2021 | Final Filing Date: | 3/31/2022 |
|---|---|---|---|
| Current Status: 🔲 | Terminated | Status Effective Date: 🔲 | 12/1/2023 |

| Debit Card Rules: | Your debit card may be used for this plan as follows: |
|---|---|

| Debit Card Transactions Allowed:  Yes | Maximum per Transaction Amount:  No maximum |
|---|---|

**Claim Summary**

| Individual | Submitted | Paid | Pending | Denied | Total Expenses |
|---|---|---|---|---|---|
| | $5,985.31 | $2,400.00 | $0.00 | $3,585.31 | $2,400.00 |

## Re: Automatic reply: Checking in

From:  Urness Gray (urnessgray@yahoo.com)

To:     lorenzo.rivera@acadiahealthcare.com

Date:  Monday, October 7, 2024 at 02:10 PM CDT


Good Afternoon Mr. Lorenzo

So I'm guessing that there is no resolving or any admission of wrongdoing from your leadership team at Vermillion Behavioral Systems since I haven't heard back from you. So lets do a recap of everything that happened showing how unprofessional this team is.

* On August 08/18/2023 I received a threatening phone call from HR director Kayla Callahan stating that if I knew what was good for me I better not call corporate with a complaint
Kayla was on vacation at this time.
*On 08/23/2023 I emailed a complaint to my immediate supervisor Nichole Hale CNO
*On 8/25/2023 I had an in person meeting with Nicole Hale discussing my complaint and my mental status. I was advised that maybe I needed to take some time off and seek therapy
* On Or around 9/01/2023 I was given the wrong information on how short term and long term insurance works from Luis the staffing manager per Kayla Callahan
* On 09/19/2023 I received a threatening email from Callahan concerning paperwork from my physician
*On 09/29/2023 the first check that Callahan was responsible for was incorrect it took them over a week to fix it and then I was called after 5pm on 10/06/2024 to pick it up that Monday was a federal holiday (Columbus Day) so that meant I wouldn't get my money until that Tuesday the 10/10/2023 . The next payday for me was 10/11/2023
*Afterwards I received 2 normal checks and then they were incorrect again.
Keep in mind I hadn't heard anything from leadership about the initial complaint that I had about Callahan's threats and unprofessionalism. At this point she is showing me what she was showing me what she had meant when she had said I better not call corporate and make a complaint.
* I called and emailed several times in November about my paychecks and how they were incorrect. I could not quite understand why Callahan was the one doing my payroll and I had a complaint on her.
*on 12/01/2023 I was terminated by Callahan stating that my mental status could not be accommodated  and she canceled my insurance on 12/04/2023 and dated it back to 11/30/2023. I had an important appointment with what I thought was a psychologist but was in fact a psychiatrist. I had waited to see this person for 2 months.
* on 12/06/2023 I received an email from the specialist saying that my ADA was approved and just make sure all paperwork was forwarded in. I let her know that I had already been terminated and my insurance canceled AND i had missed that important appointment. We went back and forth< the specialist, Callahan and I for about a week about my status.
* Callahan called my primary doctors office during this time to assure her that my insurance was in effect but it wasn't Up until the 13th of December. Any and all appointments that I had during that time was rescheduled for a later date
* on 12/31/2023 I spoke with you about all that I had gone through and was hoping to resolve the issue in some kind of way that  would help me mentally at that time. I was told by you, Mr. Lorenzo, that you would investigate then you would get back with me. You did not, I had to email you 2 weeks later and that email was a ring around the rosy.
* From January through February I had Dr appointments that I went to that were previously scheduled in December because  of the no insurance for 2 weeks. One of those appointments was to the psychologist I had been referred to not a psychologist. If you don't know they don't do therapy. The reason I know this is because I was already seeing one  for my ADHD diagnosis. So I found out in February what I could have known in December that I did not need a referral to see a therapist and I waited four months to see the kind of specialist I was already seeing.
That appointment was February 26th 2024. I immediately made an appointment to see a therapist and started on the prescribed medication that was needed.
AGAIN all this time nothing from my leadership about how I was doing and all that.
*On March 26,2024 I received an email from the therapist that I needed to call the office with new insurance because mine was canceled, On March 28th I received a text message from my pharmacy saying the same.
I called  BCBS and was informed that it had been canceled again and dated for 12/31/2023, so that means any and all appointments I made and kept I would be billed for. Those bills have been rolling in.
I was unable to produce the information to the disability insurance in a timely fashion due to my insurance being canceled the first time. So how would I be able to make a payment to you all for my part in the insurance if the company

**Attachment:2**

I loved my job and was very good at it. Substance Abuse and Behavioral Health Nurse, my title was LPN Charge Nurse, I had been on this job for 10 years. Since November of 2014, never been written up, a complaint every yearly review was either met or met above requirements. I could have probably worked another 10 years here as there was room for growth. So payroll for at least 5 but no more than 10 years with the projected hours and percent rise per year raise using past years performance in the amount of hours and such. No less than $700,000 to $1,272,440 for Lpn CN payroll and an additional $50,000 per year granted as I was supposed to begin classes for Associate Degree of Nursing in Spring of 2024. Emotional trauma has been caused by the talk down from the Human Resource Director. It was her intent to belittle my character and work performance by making me feel helpless in the process of job security and hopeless due to disengagement regarding my employment status and termination of medical insurance when I attempted to seek professional help. I am seeking compensation for psychiatric deterioration for myself and my family in the amount of no less than $100,000 or more than $500,000 for mental health and physical therapy and bills for my family that resided in my home during this time. My daughter in law and granddaughter were evicted from her apartment because I paid her rent/utility bills late. I missed the passing of my uncle and being emotional support for my aunt during this time due to the payroll being wrong and late. Not having food for my children and grandchildren, all of which I had been responsible for. Doctor bills and mortgage, late fees from credit card payments being late. Homeowners Association payments being late for loss of income.

**PENNYMAC**℠

P.O. BOX 514387
LOS ANGELES, CA 90051-4387

**Notice Date:** February 02, 2024

**Loan Number:** 8026955138
**Property Address:**
125 RUE VIANSA
LAFAYETTE LA 70501

URNESS J GRAY
125 RUE VIANSA
LAFAYETTE LA 70501-3942

## ABOUT YOUR LOAN

You have been approved for a Special Forbearance Plan (the "Plan"). This Plan is a temporary adjustment of your mortgage payments to allow you the time and flexibility to manage the financial challenges affecting your ability to pay your mortgage. Below is detailed information regarding the **Terms and Conditions** of our proposed Plan.

## WHAT THIS MEANS

For the purpose of this Plan, the following Terms and Conditions will apply:

- Your account is presently due for October 1, 2023. The amount outstanding, less any contribution amount (if applicable), is $7,016.16 which includes late charges and any credit for partial payments made. A breakdown of the amount outstanding is listed in the chart below. Please note, the amount outstanding is calculated as of the date of this letter and may include default related fees and costs associated with the servicing of your loan. If applicable, default related fees and associated costs will still be due after you successfully complete this Plan.

| | |
|---|---|
| **Total of Payments Due** | $6,768.04 |
| **Late Charges** | $200.28 |
| **Bad Check Fees** | $0.00 |
| ***Other Fees** | $100.00 |
| **(Suspense)** | $52.16 |
| **Net Due** | $7,016.16 |

After carefully reviewing the financial information provided, you have been approved for the payment plan listed in the Plan Terms outlined below. You have agreed to make these payments in lieu of your regular monthly mortgage payment.

| Plan Terms | | |
|---|---|---|
| **Effective Payment Date** | **Payment Adjustment Amount** | **Total Payment Due** |
| March 1, 2024 | $585.90 | $787.50 |
| April 1, 2024 | $585.90 | $787.50 |
| May 1, 2024 | $585.90 | $787.50 |
| June 1, 2024 | $585.90 | $787.50 |
| July 1, 2024 | $585.90 | $787.50 |

**Toll-Free: (866) 629-4570**
M – F  6:00 AM - 6:00 PM PT
SAT 7:00 AM - 11:00 AM PT
Toll-Free Fax:  (866) 577-7205

**Website: www.PennyMac.com**
**Secure Messaging Online:**
Create an account and/or log in to
http://www.PennyMac.com,
then look for the Secured Message
Center to communicate with us securely.

**Payments:**
**Standard Address:**
P.O. Box 30597
Los Angeles, CA 90030-0597
**Overnight Address:**
Attn: Lockbox Operations
20500 Belshaw Ave.
Carson, CA 90746
(Please do not send correspondence)

**General Correspondence:**
Attn: Correspondence Unit
P.O. Box 514387
Los Angeles, CA 90051-4387
(Please do not send payments)
**Notice of Error and Information**
**Request Address:**
Attn: Correspondence Unit
PO Box 5133
Thousand Oaks, CA 91359-5133
(Please do not send payments)

Page : 1 of 4                    LM Plan Agreement - Government - 448                    54075287

 **PENNYMAC**®

P.O. BOX 514387
LOS ANGELES, CA 90051-4387

**Notice Date:** January 03, 2025

**Loan Number:** 8026955138
**Property Address:**
125 RUE VIANSA
LAFAYETTE LA 70501

URNESS J GRAY
125 RUE VIANSA
LAFAYETTE LA 70501-3942

## ABOUT YOUR LOAN

You have been approved for a Special Forbearance Plan (the "Plan"). This Plan is a temporary adjustment of your mortgage payments to allow you the time and flexibility to manage the financial challenges affecting your ability to pay your mortgage. Below is detailed information regarding the **Terms and Conditions** of our proposed Plan.

## WHAT THIS MEANS

For the purpose of this Plan, the following Terms and Conditions will apply:

- Your account is presently due for November 1, 2024. The amount outstanding, less any contribution amount (if applicable), is $4,724.98 which includes late charges and any credit for partial payments made. A breakdown of the amount outstanding is listed in the chart below. Please note, the amount outstanding is calculated as of the date of this letter and may include default related fees and costs associated with the servicing of your loan. If applicable, default related fees and associated costs will still be due after you successfully complete this Plan.

| Total of Payments Due | $3,968.94 |
|---|---|
| Late Charges | $66.76 |
| Bad Check Fees | $0.00 |
| *Other Fees | $1,166.30 |
| (Suspense) | $477.02 |
| Net Due | $4,724.98 |

After carefully reviewing the financial information provided, you have been approved for the payment plan listed in the Plan Terms outlined below. You have agreed to make these payments in lieu of your regular monthly mortgage payment.

| Plan Terms | | |
|---|---|---|
| **Effective Payment Date** | **Payment Adjustment Amount** | **Total Payment Due** |
| January 1, 2025 | $762.98 | $560.00 |
| February 1, 2025 | $762.98 | $560.00 |
| March 1, 2025 | $762.98 | $560.00 |
| April 1, 2025 | $762.98 | $560.00 |
| May 1, 2025 | $762.98 | $560.00 |

| Toll-Free: (866) 629-4570 | Website: PENNYMAC.COM | Payments: | General Correspondence: |
|---|---|---|---|
| M – F  6:00 AM - 6:00 PM PT<br>SAT 7:00 AM - 11:00 AM PT<br>Toll-Free Fax:  (866) 577-7205 | **Secure Messaging Online:**<br>Create an account and/or log in to PENNYMAC.COM,<br>then look for the Secured Message Center to communicate with us securely. | **Standard Address:**<br>P.O. Box 30597<br>Los Angeles, CA 90030-0597<br>**Overnight Address:**<br>Attn: Lockbox Operations<br>20500 Belshaw Ave.<br>Carson, CA 90746<br>(Please do not send correspondence) | Attn: Correspondence Unit<br>P.O. Box 514387<br>Los Angeles, CA 90051-4387<br>(Please do not send payments)<br>**Notice of Error and Information Request Address:**<br>Attn: Correspondence Unit<br>PO Box 5133<br>Thousand Oaks, CA 91359-5133<br>(Please do not send payments) |

Page : 1 of 4     LM Plan Agreement - Government - 448     65725373

## NOTICE OF ASSESSMENT LIEN
11/28/2024

URNESS J. GRAY
125 Rue Viansa Drive
Lafayette, LA 70501

**Unit ID: RUE9-2P22**
125 Rue Viansa Drive
Lafayette, LA 70501

Dear URNESS J. GRAY,

Schwartz Vays, on behalf of Northwood Subdivision Homeowners Association, Inc. ("Association"), hereby informs you that the enclosed Claim of Lien has been filed and recorded against your property, and accordingly, hereby serves this Notice of Assessment Lien.

Below you will find an itemized breakdown of the maintenance assessments, interest, late fees and administrative collection costs that remain outstanding.

Breakdown of Outstanding Balance through 11/28/2024:

| | |
|---|---|
| Maintenance Assessments: | $1,400.00 |
| Late Fees: | $218.68 |
| Interest: | $153.75 |
| Collection Cost and Attorneys fees: | $910.35 |
| Other Charges: | $830.00 |
| **Total Amount Outstanding:** | **$3,512.78** |

Please contact our office immediately to settle this debt. Failure to timely settle the outstanding amount may result in the commencement of foreclosure proceedings. Additional amounts may continue to accrue at the rates set forth by the Association, the governing documents, and/or applicable law. Please note that if all or any of the amounts claimed herein are subject to an active bankruptcy filing or were discharged in a bankruptcy filing in accordance with the U.S. Bankruptcy Code, this statutory notice is not at attempt to collect such amounts from you personally.

If you are currently engaged in a payment plan with our office, we may have referred your account for lien recording prior to executing the payment plan agreement. Legal action will not proceed while timely and complete payments are made in accordance with the payment plan agreement.

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED SHALL BE USED FOR THAT PURPOSE. PLEASE NOTE THAT ANY LEGAL, PROCESSING, AND RECORDING FEES ASSOCIATED WITH FORECLOSURE WILL BE ADDED TO THE BALANCE ABOVE.**

Any questions on this matter should be directed towards:

Schwartz Vays
(800) 875-9221
assistance@schwartzvays.com

---

**Do you wish to make a payment, but don't want to speak with a collector? Do you need to request a payment plan? Simply login to your account at www.schwartzvays.com/myaccount to access all of these resources made available to you online, and more. All you need is the eight-digit Property ID located at the top of this page.**

---

| OTHER AVAILABLE PAYMENT OPTIONS | |
|---|---|
| **Online:** Paying online is the fastest, easiest, and most secure way to make a payment on your account. We accept debit & credit card and e-check. | Make an Online Payment Now: www.schwartzvays.com/pay |
| **Mail:** Check, Cashier's check or money order. Please make sure to include the **Property ID** on the check. | Mail your Payment to: **PO BOX** 381435 **Miami, FL** 33238 |
| **Phone:** Call us to make a secure payment using debit, credit card or e-check. | Call us now: **800-875-9221** |
| Wire transfer option: instructions available upon request | |

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

━━ **MAKE CHECKS PAYABLE TO:** ━━

IF PAYING BY MASTERCARD, DISCOVER, VISA OR AMERICAN EXPRESS, FILL OUT BELOW.

CHECK CARD USING FOR PAYMENT

☐ MASTERCARD ☐ DISCOVER ☐ VISA ☐ AMERICAN EXPRESS

| CARD NUMBER | | AMOUNT |
|---|---|---|
| SIGNATURE | AUTH. CODE | EXP. DATE |

Michelle R. Stutes MD APM LLC
4630 Ambassador Caffery Pkwy
Suite 412
Lafayette, LA 70508-6950

**ADDRESS SERVICE REQUESTED**

☐ Please check box if your address is incorrect or insurance information has changed, and indicate changes on reverse side.

| STATEMENT DATE | PAY THIS AMOUNT | ACCT. # |
|---|---|---|
| 01/10/2025 | $150.00 | 56 |

Page 1 of 1

SHOW AMOUNT PAID HERE  $

URNESS GRAY
125 RUE VIANSA
LAFAYETTE, LA 70501-3942

45-15534
11925814.5
2404860

MICHELLE R. STUTES MD APM LLC
4630 AMBASSADOR CAFFERY PKWY
SUITE 412
LAFAYETTE, LA 70508-6950



---

** Statement Due Upon Receipt * Thank You **

**STATEMENT**

PLEASE DETACH AT PERF AND RETURN TOP PORTION WITH YOUR PAYMENT

| Date | Patient Name | Doctor | Description | Charges | Adjustments | Payments | Balance | Pen Ins. |
|---|---|---|---|---|---|---|---|---|
| 02/01/24 | Urness | Stutes | Preventive Medicine Estab Patient Che | 180.00 | 45.00 | | 135.00 | |
| 11/13/24 | | | Finance Charge | 5.00 | | | 5.00 | |
| | | | Finance Charge | | | | | |
| 12/18/24 | | | Finance Charge | 5.00 | | | 5.00 | |
| | | | Finance Charge | | | | | |
| 01/15/25 | | | Finance Charge | 5.00 | | | 5.00 | |

Last Payment Date: 10/20/2021    Last Payment Amount: $159.41

| Messages | | |
|---|---|---|
| | Total Balance | 150.00 |
| | * Insurance Pending | 0.00 |
| ** Balance is overdue. Contact us or be referred to a collection agency. ** | Amount Due Now | 150.00 |

| Statement Date | Account Number | Current | 30 Days | 60 Days | 90 Days | 120 Days | Total Balance | * Ins. Pending |
|---|---|---|---|---|---|---|---|---|
| 01/10/2025 | 56 | 15.00 | 0.00 | 0.00 | 0.00 | 135.00 | 150.00 | 0.00 |

**Make Checks Payable To:**

Michelle R. Stutes MD APM LLC
4630 Ambassador Caffery Pkwy
Suite 412
Lafayette, LA 70508-6950

**Billing Questions**

**(337) 769-3489**

 **Ochsner Health**

Ochsner Health
P.O. Box 669462
Dallas, TX 75266-9462

Statement Date: 12/20/2024

| Guarantor ID | 3506140 | Due Upon Receipt |
|---|---|---|
| **Minimum Amount Due** | 116.82 | |
| Amount Paid | | $ |

| If paying by credit card | ☐ MasterCard ☐ VISA ☐ DISCOVER ☐ American Express |
|---|---|
| Card Number _____ | Exp. Date _____ |
| Cardholder Name _____ | CVV _____ |
| Signature _____ | |

---

ADDRESSEE:

OHS10C 5215291 669363651
URNESS GRAY
125 RUE VIANSA
LAFAYETTE, LA 70501-3942

PLEASE MAKE CHECKS PAYABLE AND REMIT TO:

OCHSNER HEALTH
P.O. BOX 669462
DALLAS, TX 75266-9462

0011682000000035061406

---

Log into MyChart or scan the QR code to access online bill pay

Page 1/1

| MEDICAL RECORD NUMBER | TOTAL CHARGES | TOTAL PAYMENTS/ ADJUSTMENTS | PAY THIS AMOUNT |
|---|---|---|---|
| 13535585 | $369.00 | $-252.18 | $116.82 |

| Date | Description | Charges | Insurance Pmts/Adjs | Patient Pmts/Adjs | Patient Balance |
|---|---|---|---|---|---|
| Acct #31201953786 Gray,Urness<br>Outpatient<br>Ochsner University Clinics<br>Aubin, Andrew D., MD<br>Boudreaux, Kathleen M, APRN | | | | | |
| 05/07/2024 | Established Patient Office Visit Level 4 | 138.00 | | | |
| | Other Charges Already Paid | | | | |
| | Patient Adjustments | | | -86.94 | |
| | **Your Responsibility** | | | | **$51.06** |
| Acct #31202215473<br>Gray,Urness<br>Medical Services<br>Boudreaux, Kathleen M, APRN | | | | | |
| 08/14/2024 | Charges | 142.00 | | | |
| | Patient Adjustments | | | -106.50 | |
| | **Your Responsibility** | | | | **$35.50** |
| Acct #31202510511 Gray,Urness<br>Outpatient<br>Ochsner University Clinics<br>Aubin, Andrew D., MD<br>Boudreaux, Kathleen M, APRN | | | | | |
| 11/18/2024 | Telephone Evaluation | 89.00 | | | |
| | Patient Adjustments | | | -58.74 | |
| | **Your Responsibility** | | | | **$30.26** |
| | **Balance Due** | | | | **$116.82** |

This billing statement represents provider charges for **OCHSNER MEDICAL CENTER**

**NOTICE: THIS IS A BILL. BASED UPON INFORMATION FROM YOUR HEALTH PLAN, YOU OWE THE AMOUNT SHOWN.**

149596

GAD PSYCHIATRIC GROUP LLC
STE 112
102 ASMA BLVD
LAFAYETTE LA 70508-3843
RETURN SERVICE REQUESTED

**Phone #:**                  (337) 422-6750

| IF PAYING BY CREDIT CARD, FILL OUT BELOW. | | |
|---|---|---|
| CHECK CARD USING FOR PAYMENT | | |
| ☐ MasterCard | ☐ Visa | ☐ American Express | ☐ Discover |
| CARD NUMBER | | AMOUNT |
| SIGNATURE | | EXP. DATE |

| STATEMENT DATE | PAY THIS AMOUNT | ACCT. # |
|---|---|---|
| 12/11/24 | 75.00 | 14819320 |
| CHECK # | | SHOW AMOUNT PAID HERE |

| ADDRESSEE | REMIT TO |
|---|---|

Urness Gray
125 Rue Viansa
Lafayette, LA 70501-3942

GAD PSYCHIATRIC GROUP LLC
STE 112
102 ASMA BLVD
LAFAYETTE LA 70508-3843

yHMJFDGHAAco

☐ Please check box if above address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

**STATEMENT**

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

| DATE | PROVIDER | DESCRIPTION | PATIENT | CHARGES | PAYMENTS & WRITE-OFFS ADJUSTMENTS | PAYMENTS | PATIENT BALANCE |
|---|---|---|---|---|---|---|---|
| 02/14/24 | DRONETTE | OFFICE/OUTPATIENT VISIT EST | URNESS | 200.00 | | | 75.00 |
| 08/29/24 | | WRITE OFF - COURTESY | | | (100.00) | | |
| 02/16/24 | | PAYMENT - PATIENT | | | | (25.00) | |
| 03/19/24 | | PAYMENT - INSURANCE | | | | (67.61) | |
| 08/01/24 | | PAYMENT - INSURANCE | | | | (-67.61) | |

**MESSAGES**

THIS ACCOUNT IS PAST DUE, PLEASE CONTACT OUR BILLING OFFICE IMMEDIATELY!

PLEASE INCLUDE YOUR THREE DIGIT CODE WHEN PAYING WITH CREDIT CARD

| CURRENT | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | OVER 120 DAYS | UNAPPLIED | BALANCE DUE |
|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 75.00 | 0.00 | 75.00 |

**PLEASE REMIT TO:**     GAD PSYCHIATRIC GROUP LLC
STE 112
102 ASMA BLVD
LAFAYETTE LA 70508-3843

**ACCOUNT NUMBER:**     14819320

**BILLING QUESTIONS:**     (337) 422-6750

| PLEASE PAY THIS AMOUNT | $75.00 |
|---|---|

3110e
1/11

--STM3109

01/17/2025

FMA Alliance, Ltd.
12339 Cutten Rd.
Houston, TX 77066
877-253-8011 from 8am to 6pm CT, Monday to Friday

URNESS JEAN GRAY
125 RUE VIANSA
LAFAYETTE, LA 70501-3942

**File Number: 48983550**



**FMA Alliance, Ltd. is a debt collector.** We are trying to collect a debt that you owe to Lourdes Physician Group, L.L.C.. We will use any information you give us to help collect the debt.

## Our information shows:

Urness Jean Gray had a visit with
Lourdes Physician Group, L.L.C. with account number 3000003122414.

| | |
|---|---|
| As of February 27, 2024, you owed: | $206.00 |
| Between February 27, 2024 and today: | |
| You were charged this amount in interest: | $0.00 |
| You were charged this amount in fees: | $0.00 |
| You paid or were credited this amount toward the debt: | $30.00 |
| **Total amount of the debt now:** | **$176.00** |

## How can you dispute the debt?

- Call or write to us by March 18, 2025, to dispute all or part of the debt. If you do not, we will assume that our information is correct.

- If you write to us by March 18, 2025 we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or write to us without the form. You may also include supporting documents.

## What else can you do?

- Write to ask for the name and address of the original creditor, if different from the current creditor. If you write by March 18, 2025, we must stop collection until we send you that information. You may use the form below or write to us without the form.

- Go to www.cfpb.gov/debt-collection to learn more about your rights under federal law. For instance, you have the right to stop or limit how we contact you.

- Contact us about your payment options or go online to www.PayFMA.com.

Financial assistance may be available to you in accordance with the provider's Financial Assistance Policy. To apply for Financial Assistance please call (337) 470-2000 or visit https://fmolhs.org/pages/financial-assistance-policy.aspx.

---

1101 862884 00000156 1 of 2 FMA.WFD

PO BOX 1114
CHARLOTTE, NC 28201-1114

**How do you want to respond?**
*Check all that apply:*
☐ **I want to dispute the debt because I think:**
  ☐ This is not my debt.
  ☐ The amount is wrong.
  ☐ Other (please describe on reverse or attach additional information).
☐ I want you to send me the name and address of the original creditor.
☐ I enclosed this amount: $ _____
Make your check payable to FMA Alliance, Ltd.
Include the file number 48983550.
  Mail this form to:

FMA ALLIANCE, LTD.
PO BOX 2409
HOUSTON, TX 77252-2409

Urness Jean Gray
125 RUE VIANSA
LAFAYETTE, LA 70501-3942

1645        48983550        47786010

LVTE#03
(04/18/17)

# NOTICE OF TERMINATION

DATE: Dec. 14, 2023                    UNIT #: 301

NAME: Breanna Breaux

This is to notify you that your lease with

> GRAND POINT
> 336 PREJEAN ROAD
> CARENCRO, LA 70520
> 337-896-9604 OFFICE

for unit

# 301 is hereby terminated because of your failure to meet the condition(s) or correct the violation stated in the lease violation dated Dec 7, 2023. The reason and basis for the termination of occupancy is material non-compliance of the following lease terms:

1. Section or Article of Lease Violation Section 3
2. Description of Violation:
   ✓ Non-payment of rent for the month of Dec which was due on the first of Dec.
   Monthly Rent charge of $ 362 plus $ 10 late charges for a total of $ 372
   ___ Action which disrupts the livability of the project by being a threat to the health or safety of other tenants.
   ___ Disturbing the quiet enjoyment of the premises and related project facilities.
   ___ Damaging the property. Description of damage:_____
   ___ Admission to or conviction for use, attempted use, possession, manufacture, selling or distribution of an illegal controlled substance.
   ___ Failure to provide the required information for annual recertification.
   ___ Other:_____

This is your five-day notice to vacate the premises and surrender possession of the apartment no later than 5:00 p.m. on Dec. 21. Failure to do so will result in eviction proceedings being sought through the local law.

You or your counsel may view your file and copy any information it contains to aid in your defense. The file may be viewed at the complex office located at 336 Prejean Rd during regular business hours which are 8Am to 5pm Monday through Friday. You have the right to Appeal, see the attached 7 CFR 3560.160 (RD only).

Gloria Knott
Manager

7018-2290-0000-5996-3069
Certified Mail Article # (RD only)

The Fair Housing Act prohibits discrimination in the sale, rental, or financing of housing on the basis of race, color, religion, sex, handicap, familial status, or national origin. Federal law also prohibits discrimination on the basis of age. Complaints of discrimination may be forwarded to the Administrator, Rural Development, and Washington, D.C. 20250

Daughter in law eviction Notice



"This institution is an equal opportunity provider and employer"

