**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

New Orleans Field Office
500 Poydras Street, Suite 809
New Orleans, LA 70130
(504) 635-2531
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 11/19/2024

**To:** Mrs. Urness J. Gray
125 Rue Viansa
LAFAYETTE, LA 70501

25-cv-0202

Charge No: 461-2024-02484

EEOC Representative and email:     SHELITA TURNER
Federal Investigator
shelita.turner@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 461-2024-02484.

On behalf of the Commission,

Digitally Signed By:Michael Kirkland
11/19/2024

Michael Kirkland

Director

Case 6:25-cv-00202-DCJ-DJA    Document 1-3    Filed 02/18/25    Page 2 of 5 PageID #: 35

EEOC Form 5 (07/24)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974.
See attached Privacy Act Statement and other information before completing this form.

| CHARGE PRESENTED TO: | AGENCY CHARGE NO. |
|---|---|
| EEOC | 461-2024-02484 |
| Louisiana Commission On Human Rights | |

---

Name *(indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.)*: Mrs. Urness J. Gray

Home Phone:      (337) 541-4163

Year of Birth:      1978

Street Address:    125 Rue Viansa

LAFAYETTE, LA 70501

---

Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency that I believe discriminated against me or others.

Name: Vermilion Behavioral Health Systems

No. Employees, Members: 15 - 100 Employees

Phone No.:

Street Address:    2520 North University Avenue

LAFAYETTE, LA 70507

Name:

No. Employees, Members:

Phone No.:

Street Address:

---

DISCRIMINATION BASED ON:

Retaliation

---

DATE(S) DISCRIMINATION TOOK PLACE

Earliest: 08/18/2023

Latest: 12/31/2023

---

THE PARTICULARS ARE:

I was hired in November 2014 as a Licensed Practical Nurse (LPN.) In August 2023, I complained and reported Kayla Callahan (HR Manager) to my supervisor, Nichole Hale (Registered Nurse.) I reported that Ms. Callahan had talked down and spoke harshly and dared me to contact corporate because I was assisting my son with obtaining a corporate number so that he could address his employment concerns. I contacted the HR department simply for a phone number and somehow Ms. Callahan insinuated that I was attempting to gain info about my son's employment matters. I was not. After meeting and discussing my concerns with Ms. Hale, she recommended that I take leave for self-care and I agreed. While on leave, Ms. Callahan began to retaliate and harass me. I was already communicating with Sabrina (leave specialist) at our corporate office who provided me a deadline to submit medical paperwork. Ms. Callahan contacted me insinuating that my paperwork was overdue and that my employment was at risk, creating great overwhelm and anxiety. This was similar to the incident that I'd previously reported to my manager. Ms. Callahan intentionally underpaid me for the pay period ending 9/23/23 after she began processing my hours, which was handled by another staff previously. Ms. Callahan discharged me on December 4, 2023 and caused my medical coverage to lapse and I was unable to engage in medical care during December 2023. I contacted corporate and spoke to Sabrina (leave specialist) and she said that my employment status was active, which differed from the info received from Ms. Callahan.

Currently, I am unaware of my employment status and Ms. Callahan has not communicated with me in months.

---

EEOC Form 5 (07/24)

I believe that I was subjected to retaliation after reporting unlawful workplace harassment in that my wages and benefits were adversely impacted in violation of Title VII of the Civil Rights Act of 1964, as amended and subjected to harassment and retaliation because of my disability and reasonable accommodation (medical leave) in violation of the Americans with Disabilities Act (ADA) of 1990, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Digitally Signed By: Mrs. Urness J. Gray
11/14/2024

Charging Party Signature & Date

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information, and belief.

Signature of Complainant

Subscribed and sworn to before me this date: _____

**Cc:**
Simone M Hayes
Acadia Healthcare
6100 Tower Circle Suite 1000
Franklin, TN 37067

Casey Duhart
casey.duhart@acadiahealthcare.com

Please retain this notice for your records.