*(Rev. 12/13/2024)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
DIVISION

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

FEB 1 8 2025

DANIEL J. McCOY, CLERK
BY:_____ KW

Urness J Gray

_____
Plaintiff

Civil No. _____

VS.

Acadia Healthcare- Vermillion Behavioral
Health Systems
_____
Defendant

Judge
Magistrate Judge

25-cv-0202

**APPLICATION TO PROCEED *IN FORMA PAUPERIS*
UNDER SECTION 706(f) OF THE CIVIL RIGHTS ACT OF 1964**

1.  Full Name: _____ Urness Jean Gray _____

2.  Address: _____ 125 Rue Viansa _____
    (Street Address or P.O. Box)

    _____ Lafayette _____              _____ La _____ _____ 70501 _____
    (City)                              (State)   (Zip Code)

3.  Marital Status:   Single ☐              Married ☒          Separated ☐
                       Divorced ☐            Widowed ☐

4.  Are you presently employed?  Yes ☒    No ☐

    If the answer is "Yes," give your occupation, the name and address of your employer and the
    gross and net amount of your salary.

    ___ Program Manager (Prn) ___       ___ 27,940.50 ___    ___ 22,428.08 ___
    (Occupation)                         (Gross Salary)       (Net Salary)

    ___ Mary Lee's House of Love 11626 Highway 190 Opelousas, LA ___
    (Name and Address of Your Employer)

5.  If you are not presently employed, state the date of your last employment, the name and
    address of your employer and your salary.

    _____          _____
    (Date Last Employed)                      (Salary)

*(Rev. 12/13/2024)*

(Name and Address of Your Last Employer)

6.  If you are married and if your spouse is employed, state his/her name, occupation, employer, address of employer and salary.

| Perry Clark | Paint Helper | 29,000 |
|---|---|---|
| (Name of Spouse) | (Occupation) | (Net Salary) |

7.  Approximately how much money have you received in the past twelve months from the following sources:

as wages, salary, commissions or earned income of any kind? <u>22,000</u>

as workman's compensation or disability insurance? _____

as rent payments, interest, dividends? _____

as pensions, annuities or life insurance payments? _____

from social security, unemployment compensation or welfare payments? _____

as gifts or inheritance? _____

from other sources? _____

8.  How much money do you own or have in any checking or savings account? <u>0</u>

9.  Do you own or have any interest in any real estate, automobiles or other vehicles, boats, stocks, bonds, notes, or any other valuable property (excluding ordinary household furnishings and clothing)?  Yes ☐     No ☒

If "Yes," give a description of the property and its estimated value. _____

10. Is anyone dependent on you for support?  Yes ☒     No ☐

If "Yes," give names, ages, relationship to you, and the amount you contribute toward their support.  <u>Kelcie Gray 28 son, Nicholas Lott 24 son, DeVante Clark son , 22 DeOntrell Clark 18 son, Perry Clark 45 husband, Bailee Clark 1 granddaughter Tiana Clark granddaughter 10 months, DeAndrea Lott 1 grandson, Anndrea Lott 5 months grandaughter, Briana Breaux 22 Daughter in law, Oksuryia Williams 25, Daughter in law</u>

11. List any debts you have and the amount owed.

| Creditor | Amount Owed |
|---|---|
| Pennymac Mortgage | 12,000 |
| Lafayette Utility Services | 600 |

*(Rev. 12/13/2024)*

| | |
|---|---|
| Capital One Credit Card | 2161.05 |
| Northwood Subdivision Homeowners Association | 3,512.78 |

12. List your monthly living expenses.

| | |
|---|---|
| Mortgage | At least 580 or 1322 |
| LUS | 500 |
| Atmos | 200 |
| Car note | 400 |
| Car insurance | 290 |
| Cell phones | 400 |

13. If this request is for an appeal, please state the issues you intend to present on appeal:




I certify under penalty of perjury that the above information is true and correct to the best of my knowledge.

| 02/15/2025 | Urness Gray |
|---|---|
| (Date) | (Signature of Applicant) |