**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

URNESS J GRAY                                      CASE NO.  6:25-CV-00202

VERSUS                                            JUDGE DAVID C. JOSEPH

ACADIA HEALTHCARE ET AL              MAGISTRATE JUDGE DAVID J. AYO

## ORDER

The application of Urness Gray to proceed *in forma pauperis* having been considered, it is the opinion of this Court that petitioner:

☐    does not have sufficient funds to pay a filing fee.  Accordingly, IT IS ORDERED that petitioner be allowed to proceed *in forma pauperis* in this action.

☐    has sufficient funds to pay the filing fee.  Therefore, *in forma pauperis* status is DENIED. IT IS ORDERED that petitioner pay the $405.00 filing fee within 30 days from the date of this order.  Failure to do so will result in the petition being stricken.

THUS DONE in Chambers on this _____ day of _____, 2025.

David J. Ayo
United States Magistrate Judge