## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

URNESS J GRAY                                    CASE NO.  6:25-CV-00202

VERSUS                                           JUDGE DAVID C. JOSEPH

ACADIA HEALTHCARE ET AL                          MAGISTRATE JUDGE DAVID J. AYO

## ORDER

The application of Urness Gray to proceed *in forma pauperis* having been considered, it is the opinion of this Court that petitioner:

☒       does not have sufficient funds to pay a filing fee.  Accordingly, IT IS ORDERED that petitioner be allowed to proceed *in forma pauperis* in this action.

☐       has sufficient funds to pay the filing fee.  Therefore, *in forma pauperis* status is DENIED. IT IS ORDERED that petitioner pay the $405.00 filing fee within 30 days from the date of this order.  Failure to do so will result in the petition being stricken.

THUS DONE in Chambers on this 27th day of February, 2025.

_____
David J. Ayo
United States Magistrate Judge