**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **URNESS J. GRAY,** | **CIVIL ACTION NO.** |
| | **6:25-cv-00202-DCJ-DJA** |
| **Plaintiff,** | |
| | **CHIEF JUDGE DAVID C. JOSEPH** |
| **V.** | |
| | **MAGISTRATE JUDGE** |
| **ACADIA HEALTHCARE, VERMILLION** | **DAVID J. AYO** |
| **BEHAVIORAL HEALTH SYSTEMS,** | |
| **KAYLA CALLAHAN, and THE** | |
| **LINCOLN NATIONAL LIFE** | |
| **INSURANCE COMPANY,** | |
| | |
| **Defendants.** | |

### DEFENDANT'S STATEMENT OF CORPORATE DISCLOSURE

Defendant, The Lincoln National Life Insurance, by and through undersigned counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, files this statement of corporate disclosure and states:

**The Lincoln National Life Insurance Company,** a non-governmental corporate party, is a wholly owned subsidiary of **Lincoln National Corporation**.

Lincoln National Corporation, a publicly held corporation, owns 100% of the stock of The Lincoln National Life Insurance Company.

Dated this 7th day of May 2025.

1

Respectfully submitted,

**PHELPS DUNBAR, LLP**

*/s/ Lindsay Calhoun*
Lindsay Calhoun (Bar #35070)
Keiran S. McCluskie (Bar # 40874)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: lindsay.calhoun@phelps.com
Email: keiran.mccluskie@phelps.com

**COUNSEL FOR DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2025, the above and foregoing document was filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the parties.

*/s/ Lindsay Calhoun*
Lindsay Calhoun

2