# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| URNESS J. GRAY, | CIVIL ACTION NO. 6:25-cv-00202-DCJ-DJA |
| Plaintiff, | |
| V. | CHIEF JUDGE DAVID C. JOSEPH |
| ACADIA HEALTHCARE, VERMILLION BEHAVIORAL HEALTH SYSTEMS, KAYLA CALLAHAN, and THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | MAGISTRATE JUDGE DAVID J. AYO |
| Defendants. | |

## IWANA RADEMAEKERS'S DECLARATION IN SUPPORT OF HER MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.2.6, the undersigned, Iwana Rademaekers, declares as follows:

No disciplinary proceedings or criminal charges have been instituted against me.

I declare under penalty and perjury that the foregoing is true and correct.

_____
IWANA RADEMAEKERS

SWORN TO AND SUBSCRIBED BEFORE
ME THIS __7th__ DAY OF MAY 2025.

_____
NOTARY PUBLIC IN THE STATE OF TEXAS
Commission expires April 29, 2026

SANDRA J. ACKER
Notary Public, State of Texas
Comm. Expires 04-29-2026
Notary ID 128254128

EXHIBIT

____B____