UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| URNESS J. GRAY, | CIVIL ACTION NO. |
| | 6:25-cv-00202-DCJ-DJA |
| **Plaintiff,** | |
| | CHIEF JUDGE DAVID C. JOSEPH |
| V. | |
| | MAGISTRATE JUDGE |
| ACADIA HEALTHCARE, VERMILLION | DAVID J. AYO |
| BEHAVIORAL HEALTH SYSTEMS, | |
| KAYLA CALLAHAN, and THE | |
| LINCOLN NATIONAL LIFE | |
| INSURANCE COMPANY, | |
| | |
| **Defendants.** | |

## ORDER GRANTING PRO HAC ADMISSION

IT IS ORDERED that Iwana Rademaekers be and the same is hereby, admitted *pro hac vice* as additional counsel of record for Defendant The Lincoln National Life Insurance Company in the above referenced matter.

Entered this _____ day of _____ 2025.

_____
JUDGE