# ACADIA
### HEALTHCARE



# 2021 | BENEFITS GUIDE
*All Facilities*

Document 10-1 Pgs 1-10



# One Stop Shop for Benefits

Visit www.myacadiabenefits.com to access benefits materials, helpful resources, insurance contact information, and more!

# Go Mobile With Us

Text "MyAcadia" to 888111 to receive benefits-related information on-the-go. Message and data rates apply.



# Welcome to Acadia's 2021 Benefit Program



## The 2021 Benefit Program

This Benefit Guide highlights the many benefit options available to you and your family and explains how to enroll for each of the benefit programs. The benefits offered by Acadia Healthcare are designed to promote wellness and provide protection for you and your family in the case of an accident or illness.

The elections you make during annual enrollment are for the entire plan year (January 1 through December 31).

## When Benefits Begin & End

Benefits will become effective on the first day of the calendar month following the completion of a thirty (30) day waiting period.

All health & welfare benefits with Acadia will end on your termination date or change to non-benefit eligible status. Full deductions will be taken for any day you were benefit eligible during the pay period. COBRA information will be sent by the COBRA Administrator to your home address on file after your termination date.

Please see your Human Resources Representative about opportunities to continue your life insurance as an individual policy within 30 days of termination or status change to non-benefit eligible.

Acadia offers you medical, dental, vision, flexible spending account and health savings account plans on a pre-tax basis. This saves you money, but due to IRS guidelines, annual enrollment is your only opportunity to enroll or make changes to your elections unless you experience a qualifying life event.

## Deadline to Enroll for Benefits

Newly hired or newly benefit eligible employees must enroll for benefits within their first 30 days of benefit eligible employment.

## Eligibility

All regularly scheduled full time or part time employees working at least 30 hours per week are eligible to participate in Acadia's benefit program. Coverage is available for your spouse and dependent children as well. Proof of dependent eligibility will be required for any new dependents being added to medical coverage. However, the company reserves the right to ask for proof of dependent documentation at any time. Dependents eligible for coverage in the Acadia Benefit Program include:

## Spouse

For Medical: Your legal spouse as long as they are not eligible for other health coverage through his or her employer.

For dental, vision and life insurance: Your legal spouse.

## Children

For all plans: Dependent children up to age 26 including biological, stepchildren, legally adopted children, and children placed with you for adoption. Your unmarried dependent child who is totally and permanently disabled and who became disabled prior to reaching age 19.

## Qualifying Life Events

If you experience a life event during the plan year, you may be eligible to make changes to your existing benefit elections. The election change is only permitted when the life event is consistent with the change requested. Examples of a life event include marriage, divorce, birth/adoption or placement for adoption of a dependent child, death, loss of coverage due to your loss of employment or spouse's loss of employment or benefit eligibility. You must complete the qualifying life event form and provide supporting documentation within 30 days of the event. See your local HR representative for the required form.

# Health Care Coverage

You have three plan options through BlueCross BlueShield of TN:

## 1) Buy Up PPO Plan

This plan offers a lower deductible, copay and out-of-pocket maximum. The semi-monthly premium that you pay for this plan will be at a higher rate.

## 2) Base PPO Plan

This plan offers a higher deductible, copay and out-of-pocket maximum. The semi-monthly premium that you pay for this plan will be at a lower rate.

## 3) High Deductible Health Plan (HDHP)

This plan provides coverage under the BCBS PPO network after a deductible, coinsurance and other out-of-pocket expenses are met. The HDHP has a higher deductible than other types of health plans, which equates to a lower-premium rate. You will pay 100 percent of the cost of prescriptions, doctor visits, emergency room visits as well as the cost of surgeries and out-patient procedures until you reach your deductible.

## PhysicianNow Services

PhysicianNow services are available with any BCBST medical option selected. PhysicianNow (Telehealth) is not intended to replace your primary care physician (PCP) for treating common or chronic conditions. However, a virtual doctor's consultation can be an acceptable alternative for visiting the doctor's office or urgent care center for non-emergency situations (for example: allergies, fever, sinus infections, respiratory issues, sore throat, rashes).

- You must register before using services.
- You can register by logging into your BlueAccess account at bcbst.com/member and clicking "Talk with a Doctor Now."
- You can also call **(888) 283-6691** or download the PhysicianNow mobile app.

## Virtual Visits with BCBST

BCBST medical plans now offer coverage for virtual visits with participating providers including your primary care physician, specialists, and behavioral health providers.

The same copays, deductibles, and coinsurance will apply as a face-to-face visit with your doctor. To access this service, simply call your provider and see if they are allowing virtual visits, then book your appointment.

## Healthy Maternity Program

The Healthy Maternity program connects mothers-to-be with personalized health advice and emotional support from experienced maternity nurses. They can help find complications early, set up doctor and specialist visits, offer breastfeeding support by connecting you with a lactation counselor, help you make healthy lifestyle choices, and even provide additional support to high risk mothers. If you enroll within the first 20 weeks of your pregnancy and intend to breast feed, you may be eligible to receive a free electric breast pump. Benefits include the following:

- One-on-one support from a maternity nurse
- Weekly emails for each stage of pregnancy and online pregnancy resources
- Emotional support during and after your pregnancy
- Help from a high-risk maternity nurse or a -certified lactation counselor if you need it
- Support from a neonatal nurse care manager if your baby is in the NICU

Enrolling is easy. Log in or register at **www.bcbst.com/myhealthymaternity**, or call (800) 818-8581, Monday through Friday, 8 a.m. to 7 p.m. ET.



> *I had the best maternity experience thanks to my Acadia benefits. I recently signed up for the Healthy Maternity Program and was so impressed when my assigned nurse came prepared to our first call with such in-depth knowledge of my medical history. She signed me up for their weekly informational emails, and then gave me her phone number and let me know I can call with questions anytime Monday through Friday. As a new mom, knowing I have an expert I can reach out to is so reassuring—especially knowing she'll be there for me post-birth for postpartum support if needed.*
>
> —Acadia Employee

# Health Care Coverage

## Nurseline
Answers to your health questions are only a phone call away. (800) 878-8581 | (800) 848-0298 (TTY).

## Prescription Drug Plan
### Step Therapy Program
Do you know that the Food and Drug Administration (FDA) requires generic drugs to have the same strength and purity as brand-name drugs? Generic drugs can be just as effective as their brand-name counterparts at a fraction of the price, so why would you spend more than you have to on your prescription medications? Choose generics and save!

Before you use one of the brand-name drugs, you will first need to try a similar, alternative medication. For Example: Before you can fill a new prescription for the brand name drug Cymbalta, you will need to try one of the generic alternatives first - buproplon, fluoxetine, paroxetine, sertraline or venlafaxine. Visit www.bcbst.com for up-to-date information.

### Mail Order Pharmacy—It's Easy!
Looking for a convenient way to purchase the prescription medications you take on a regular basis? Have them delivered to your home with Home Delivery from Express Scripts/Medco, the company that manages your pharmacy benefits for BCBST. With Home Delivery, you can buy up to a 3-month supply of medications you take regularly and pay the cost of a 2-month supply. And you can order refills anytime online or by phone. Call the number on the back of your BCBST identification card or visit www.bcbst.com for more information.

## Maintenance Matters Program
The Maintenance Matters program from BCBST helps you get the medications you need while saving you time and money. If you're taking a maintenance medication to treat a chronic condition, such as high blood pressure, diabetes, etc., you must now get them filled in a 90-day supply via home delivery or retail pharmacy in the Plus90 network.

If you choose not to participate in the program, you will be allowed two 30-day refills of your maintenance medication then will have to pay the entire cost of future 30-day refills. To get started, have your retail pharmacy contact your doctor to request a 90-day supply. For more information on this new program, call the number on the back of your BCBST identification card.



Here's an example of how Maintenance Matters can save you money! A member is enrolled in the Acadia medical plan and typically gets his or her generic prescription filled at a local, retail pharmacy. He or she pays a $10 copay for a 30-day supply. Now he or she gets the exact same prescription conveniently delivered to his or her doorstep in a 90-day supply for just a $20 copay.

## "QUIT TODAY"
## Tobacco Cessation Coaching Program
This free service, offered to BCBST members, assigns a lifestyle coach who can help you develop a personal plan to become and remain tobacco-free. The program includes:

- Unlimited inbound calls to your coach.

- An individualized action plan.

- Free 8-week supply of nicotine replacement therapy if indicated in your individual action plan.

For more information or to enroll, call **(866) 498-9806. See your rate sheet for Tobacco surcharge amount. Applies to both employee and enrolled dependent.**

## Protecting Your Identity
BCBST partners with Experian to provide identity protection services as part of our medical plans at no additional cost.

- **CreditIB** provides credit monitoring, fraud protection and fraud resolution. Each covered member age 18 or older will need to enroll separately.

- **Minor Plus** provides credit and social security monitoring for dependents under age 18 years old.

Log into your BlueAccess account at www.bcbst.com/member to get started. You will need the activation code under Identity Protection Services from the Benefits & Coverage tab. Register directly from the website or call Experian at **(866) 926-9803** to enroll.

# BCBST Benefits at Your Fingertips

## BCBST Mobile Apps

If you are enrolled in the BCBST medical plan you have access to their mobile apps. It is an easy, convenient way to access resources regarding your BlueCross BlueShield of Tennessee health plan.

## myBlueTN Mobile App

Download the myBlue TN app at the App Store® or Google Play®. Just search for myBlue TN to get started. Once you've downloaded the app, register or log in with the same username and password you use with BlueAccess on www.bcbst.com.



## With myBlue TN, you can:

· Find a doctor, pharmacy, hospital or urgent care facility near you.

· Use the HealthCare Cost Estimator tool to see the cost of care and how it varies from provider to provider.

· Manage your health care plan and see your claims, benefits and balances.

· Register or log in to BlueAccess and manage your account.

· Access the tools in the My BlueHealth Rewards portal and check your points.*

· Connect directly to Nurseline, 24/7.*

*Offerings may vary based on your health plan. Please contact your HR representative for more information.*

## AlwaysOn Mobile App

You can easily download the AlwaysOn app on your smartphone and begin using it immediately. With the AlwaysOn mobile app, you can access many of the resources in the Member Wellness Portal.

## Use AlwaysOn to:

· Complete your Personal Health Assessment and see a snapshot of your health report.

· Connect with your Health Coach by phone or secure messaging.

· Sync your fitness device and view your activity.

· Set health goals and use our self-reported trackers.

· Customize your dashboard.

· Set your language preference to Spanish for full translation.

## BlueAccess

BlueAccess enables you to view information in a secure online environment, creating easy ways to get more from your health plan.

## With BlueAccess, you can:

· Find a doctor, pharmacy, hospital or urgent care facility near you.

· Order a new Member ID card, or use an electronic version.

· View your current claims, benefits and balances.

· Find exclusive member discounts.

· Take a Personal Health Assessment.

To sign up for BlueAccess, just go to www.bcbst.com/member

# Spending Accounts

## Health Care Flexible Spending Account (FSA)

A Health Care Flexible Spending Account (FSA) allows you to set aside a portion of your salary, before taxes, to pay for qualified medical care expenses. Because that portion of your income is not taxed, you end up with more money in your pocket. It is designed to reimburse you for out-of-pocket health care expenses incurred by you or your eligible dependents that are not reimbursable through any other benefit plan. Examples of eligible expenses are deductibles, copays, prescriptions, vision exams, prescription eyeglasses, dental expenses and many others. Many over the counter drugs are now an eligible expense. Your full annual election amount for the Health FSA is available at any time during the plan year, regardless of how much you have contributed to date.

· Annual Contribution minimum is $100

· Annual Contribution maximum is $2,750*

The IRS has a "use or lose" rule which states that you lose any leftover balance in your account at the end of the plan year.

## Dependent Care Flexible Spending Account (DCA)

A Dependent Care Flexible Spending Account (DCA) is designed to set aside a portion of your salary, before taxes, to pay for dependent care for children up to age 13, a disabled dependent of any age or a disabled spouse. To be eligible for this type of account, both you and your spouse (if applicable) must work, be looking for work or be full-time students. Examples of eligible expenses are daycare, after school care and elder care. After you have incurred an eligible expense, you may be reimbursed up to your contribution balance at the time of the reimbursement request.

· Annual Contribution minimum is $100

· Annual Contribution maximum is $5,000 per household

## Health Savings Account (HSA)

To help offset the cost of medical expenses, you can pair the HDHP medical plan with a Health Savings Account. This provides you the opportunity to put pre-tax money aside to help pay for your out-of-pocket medical expenses. This combination gives you ultimate control over how you spend your health care dollars.

### Benefits of HSA:

· You choose how much to set aside for health expenses up to IRS maximum.

  » $3,600 for single coverage annually

  » $7,200 for family coverage annually

· Reduces taxable income – deposits are taken out of your paycheck before income tax is calculated and withdrawals for qualified medical expenses are tax-free.

· Grows with you—the money in the account is yours to invest and the earnings are tax-free.

· Your HSA is portable even if you change jobs.

· From age 55 until you enroll in Medicare, you can contribute an additional $1,000 annually.

At age 65 you can use your HSA funds however you choose. It is counted as income and taxed without penalty.

## Limited Health Care Flexible Spending Account (LFSA)

If you have a high deductible health plan (HDHP) along with a health savings account (HSA), you may use a Limited Health FSA to pay some out-of-pocket expenses until your annual deductible is met. Limited FSA allows you to set aside a portion of your salary, before taxes, to pay for qualified vision, dental and/or preventive care expenses. Examples of eligible expenses are dental visits/treatment, eye exams, contact lenses, eyeglasses, immunizations and many others.

· Annual Contribution minimum is $100

· Annual Contribution maximum is $2,750*

*The FSA contribution maximums are subject to change for 2021

# Spending Accounts

### Discovery Benefits

The benefits debit card is the fastest and most convenient way to access your funds and pay for eligible expenses. Just one debit card is all you need for your benefits with Discovery Benefits.

- Discovery Benefits will automatically mail you two debit cards when you enroll.

- Request additional debit cards for your spouse or dependents from your online account. Log in and select "Banking/Cards" under Accounts.

- Replace a lost or stolen debit card by reporting it in your online account or mobile app.



### Mobile App/Online Account

Access your benefits on the go 24/7 by downloading the Benefits Mobile App or by visiting www.discoverybenefits.com:

- Check your balances and view account activity.

- Use the expense scanner to determine if your expense is eligible.

- File a claim and get instantly updated on the status of your claim.

- Connect with the Participant Services Team Monday through Friday, from 6am to 9pm CT, whenever you have questions. They can be reached via live chat from your online account, via email at customerservice@discoverybenefits.com, or via phone by calling (866) 451-3399.

- If you currently have an HSA account through WageWorks/HealthEquity or another administrator, you can easily transfer the balance to Discovery Benefits by completing the Health Savings Account Transfer Request Form.





# UltiPro

## On-line Enrollment Instructions
## 2021 Open Enrollment

### Selecting the Open Enrollment Session

Log Into UltiPro -

Single sign-on users: acadia.ultipro.com

All other users: www.myacadiahealthcare.com

1. Click "Menu" on the left-hand side of the navigation bar

2. Click on Open Enrollment under the "Myself" tab



3. From the Open Enrollment page, select <u>Open Enrollment 2021</u> link

4. Select the appropriate *Enrollment Option*

## Option 1 – Enroll or make new benefit elections

IMPORTANT:  You are making a change to your current benefit elections for the new plan year. You will be required to make a new selection for all benefit plans.

---

**Open Enrollment**

MAKE NEW ELECTIONS: Select this option if you wish to make new elections, including the HSA and FSA plans for the 2021 plan year. Selecting this option will require you to make new benefit elections for all benefit plans for the 2021 plan year.

STAY ENROLLED IN CURRENT BENEFIT PLANS: Select this option if you wish to continue your current coverage for medical, dental, vision, life, and disability options for the 2021 plan year, except for the HSA and FSA plans.

IMPORTANT: You MUST make new elections to continue your HSA or FSA plans for 2021. Please select the MAKE NEW ELECTIONS radio button below to re-elect the HSA and or FSA plans.

⦿ Make new elections
Review my existing plan year elections and/or make election changes. Please guide me through the Open Enrollment work event

◯ Stay enrolled in current benefit plans
By choosing to stay enrolled in my current benefit plans, I understand that the costs and other plan details could change in the new plan year. (Note: To review your current elections, visit Myself > Benefits > Current Benefits).

[ OK ]  [ Cancel ]

---

✓ Click on "Make New Elections"
✓ Click "OK"
✓ Read the information for each plan and make selections
✓ Check for errors, highlighted in blue, on the "Confirm Your Elections" page at the end of the session
✓ Make corrections, if required
✓ Click Submit
✓ Print Confirmation Statement

## Option 2 – Stay enrolled in current benefit plans

IMPORTANT:  You are continuing your existing benefit election for the new plan year, except FSA and/or HSA. Current FSA/HSA plans will terminate on 12/31/20. If you want to re-elect the FSA/HSA plans for 2021, click the "Make New Elections" radio button.

---

**Open Enrollment**

MAKE NEW ELECTIONS: Select this option if you wish to make new elections, including the HSA and FSA plans for the 2021 plan year. Selecting this option will require you to make new benefit elections for all benefit plans for the 2021 plan year.

STAY ENROLLED IN CURRENT BENEFIT PLANS: Select this option if you wish to continue your current coverage for medical, dental, vision, life, and disability options for the 2021 plan year, except for the HSA and FSA plans.

IMPORTANT: You MUST make new elections to continue your HSA or FSA plans for 2021. Please select the MAKE NEW ELECTIONS radio button below to re-elect the HSA and or FSA plans.

◯ Make new elections
Review my existing plan year elections and/or make election changes. Please guide me through the Open Enrollment work event.

⦿ Stay enrolled in current benefit plans
By choosing to stay enrolled in my current benefit plans, I understand that the costs and other plan details could change in the new plan year. (Note: To review your current elections, visit Myself > Benefits > Current Benefits).

[ OK ]  [ Cancel ]

---

✓ Click "Stay enrolled in current benefit plans"
✓ Click "OK"
✓ Print Confirmation Statement

Note: Confirmation statements will reflect current 2020 benefits

To make changes prior to the close of OE

✓ Re-enter the OE session
✓ On Confirmation Page, click "Modify"
✓ Make an election or decline benefit plans
✓ Review summary page and correct any errors, if applicable
✓ Click submit
✓ Print confirmation statement

*Helpful Mobile Tips*

UltiPro Browser Compatibility when enrolling via your personal computer

Compatible browsers: Internet Explorer 11, Firefox, Chrome

Make sure you use the actual web address for UltiPro – Do not Google search

Enter the web address in the web browser not the search engine



UltiPro Browser Compatibility when enrolling via a mobile device

   

**Apple**
**iPads and iPhones**
Operating System 7.0+
**Safari browser**

**HTC, LG, Motorola, Samsung**
**Tablets and Phones**
Google Android Operating System 4.2+
Chrome browser 35+

If you use a non-supported browser (for example, Internet Explorer), you will be redirected to the UltiPro desktop version.

UltiPro 2015 Spring Release (V12.0.1)
Revised: May 15, 2015

# 2021

# HOW TO UPLOAD DOCUMENTS TO ULTIPRO

You will need upload documents to Ultipro when you have a Life Event or during Open Enrollment.

Click on *Menu* > Hover over *Myself* > Click on *Open Enrollment* or *Life Events*



Click on *Add Document* in the top right corner under *"Things I Can Do"*



1. Click the Browse button
   A. Navigate to or find the correct folder and double-click on the document you wish to upload. You can upload the following types of files: doc, docx, pptx, ppt, xlsx, xls, txt, png, jpg, pdf, and more.
   B. The selected document will now be visible to the right of the Browse button

Document • [Browse...] [Marriage Certficate.pdf]
File types supported: doc, docx, pptx, ppt

2. Enter the *Document Title* (Birth Certificate, Marriage Certificate, etc.)
3. Category will default to *Benefits*
   A. If not, select *Benefits* from the drop-down menu
4. Expiration Date not required
5. Enter information in the *Notes* field, if desired
6. Click *Save* in the top right corner

MENU | Myself

7. Click *Submit* to complete the process

8. Your document has successfully been uploaded to your record in the *Documents* tab

# ACADIA
H E A L T H C A R E

© 2020 Lockton, Inc. All rights reserved.
[Rev 10/07/20] ACAHE\HW\EE\Flyers\2021\21Ultipro Flyer 506231.pdf

12

13

| SHORT-TERM DISABILITY | SCHEDULE AMOUNT |
|---|---|
| Weekly Benefit Amount | 60% of weekly salary |
| Weekly Benefit Maximum | $1,000 |
| Benefits Begin | 15th day of injury or illness |
| Benefits Duration | Up to 13 weeks |
| Pre-existing Condition Limitation | 12 months for conditions treated within the 3 months prior to effective date of coverage |
| Benefit Payment Offset | STD payments will not pay in excess of 100% of your normal wages during your disability period. This means your benefit payment will be reduced/offset by any sick time paid after the 14 day elimination period. |

Document 10-2  pgs 1-5                    pg 1

 **Lincoln** Financial Group®

Reporting Your Disability Claim

The Acadia Healthcare Company, Inc. Short-Term Disability Policy is administered by The Lincoln National Life Insurance Company.

Lincoln Financial Group offers employees direct access to claims resources and information. You can easily report a claim and check the status of your claim through Lincoln Financial Group's dedicated secure website or by telephone. Please visit: www.MyLincolnPortal.com to access employee resources and online tools, as referenced below.

---

### When Do I Report a Claim?

You may report a claim up to 30 days in advance of a planned disability absence (such as childbirth or prescheduled surgery). You may also report a claim as soon as you are hospitalized OR disabled due to illness or injury for 14 or more calendar days.

---

### How Do I Report a Claim?

1. Contact your supervisor to report your absence.
2. Report your claim via www.MyLincolnPortal.com. First time users must register using Company Code **ACADIAHCC**.

   Please have the following information available when you report your claim:
   - Your physician or medical care provider's name, address, fax and telephone numbers
   - Your manager's name, telephone number and e-mail address
   - Reason you are out of work (diagnosis/symptoms)
   - Your last day worked, first day absent from work, and anticipated return to work date

   Or you can call 855-474-2295 and speak with an Intake Specialist to report your claim.

3. Keep a record of your claim number. Reporting your claim online provides the added convenience of printing a claim report which includes your claim number and a summary of your claim details.
4. You may securely check the status of your claim online at www.MyLincolnPortal.com or by calling your Case Manager at 855-474-2295.

---

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates. Insurance products are issued by The Lincoln National Life Insurance Company, Fort Wayne, IN and Lincoln Life & Annuity Company of New York, Syracuse, NY. The Lincoln National Life Insurance Company does not solicit business in New York, nor is it licensed to do so. Product availability and/or features may vary by state. Limitations and exclusions apply.





# Short-term Disability FAQs

Report claims online at MyLincolnPortal.com (use company code: ) or call . Have questions? You can call your case manager from 8 a.m. to 5 p.m. ET, Monday through Friday.

**Q: When should I file a disability claim?**

**A:** If you become absent from work for longer than five consecutive days—including weekend days—due to injury, illness or pregnancy; you must report your absence to Lincoln Financial Group. Claims can be reported online at MyLincolnPortal.com (company code: ) or by calling .

**Q: What information do I need to provide when reporting a claim?**

**A:** **Personal information:** name, address, telephone number and job title
**Physician information:** name, address and fax/telephone numbers for each treating physician related to this illness or injury
**Illness/injury information:** detailed information of your illness/injury, symptoms and/or diagnosis
**Job information:** your last day worked, first day absent from work, and anticipated return-to-work date

**Q: What can I expect after I report my claim?**

**A:** 1. Once you report your claim, a case manager will call you within two business days to discuss the details of your medical condition — including how it impacts your ability to do your job — and your treatment plan. Your case manager will be responsible for your claim and will be your main contact at Lincoln Financial Group.

2. Your case manager will call your physician to obtain as much detailed medical information as needed and request copies of your medical records. To expedite this process, please provide your physician or medical care provider with

a copy of the Authorization to Release Information at your next visit. This form gives your doctor permission to release your medical information to Lincoln Financial Group. The authorization form can be found at **MyLincolnPortal.com**.

3. Your supervisor will also be contacted by your case manager to discuss the details of your job duties and hours worked. We will not share any confidential medical information with your supervisor. We will only discuss any physical limitations and/or restrictions as they relate to your job requirements.

**Q: How long will it take to obtain a decision on my claim?**

**A:** Once we receive all relevant information from your physician, Lincoln Financial Group will typically make its initial decision regarding your claim within 10 business days.

**Q: How does Lincoln Financial Group handle claims submitted prior to a date of disability (known as "early submission claims")?**

**A:** You may report a claim up to 20 days prior to your date of disability; however, the claim process will not begin until the date the disability occurs. An early submission claim will be assigned to a case manager two days prior to the date of disability.

**Q: How will I know my claim is approved?**

**A:** Your case manager will call you about approval to discuss how frequently your case will be re-evaluated and when to expect follow-up calls. If you need to be out of work longer than the approved-through date, additional medical information may be required to support any extension of the disability claim.

Insurance products issued by:
Liberty Life Assurance Company of Boston,
a Lincoln Financial Group® company

Q: What happens if my claim is not approved?

A: If your claim is not approved, your case manager will call you to explain the reason for the claim denial and tell you how to appeal the decision. You will also receive a letter explaining why your claim was denied and the appeal process.

Q: What type of medical information will be requested from my treating provider(s)?

A: A completed disability form, copies of your medical records, office visit notes, treatment plan, and test results may be requested. Once the request for medical information has been sent, you should receive a letter from your case manager notifying you of the request. If the information is not received from your physician within 45 days of the initial request for information, your claim will be denied for failure to provide proof of disability. Please follow up immediately with your physician(s) to ensure they send the requested information. In addition, all documentation regarding follow-up care must be received from your physician within 30 days of the request or your claim will be denied.

Q: What happens if my treating provider(s) will not provide medical information over the phone?

A: Every treating provider has a specific policy regarding release of medical information. Your case manager will do their best to confirm any information necessary to reach a decision on your claim. In the event your treating provider(s) will not release information over the phone, your case manager will fax a request to your treating provider(s). Once the request for medical information has been sent, you will receive a letter from your case manager notifying you of the request.

Lack of sufficient medical documentation may result in interruption of your pay and/or a denial of disability benefits.

Q: What type of communication can I expect from my case manager at Lincoln Financial Group?

A: Frequent and open communication between you and your case manager is critical for you to achieve a safe and timely return to work. Your case manager will call you periodically to discuss your recovery and to answer any questions. Case managers will be in contact with you based on your individual circumstances and on how long you will be absent from work. Periodically, your case manager will contact your physician to discuss your current medical condition. Additional medical information may be required for benefits to continue under the disability program.

*This is confusing*

Q: How long can I remain on short-term disability (STD)?

A: If you continue to be disabled according to medical records provided by your physician and you cannot return to work, you may remain on STD for up to 26 weeks. If your illness or disability extends beyond 26 weeks, you will automatically be considered for long-term disability (LTD) benefits.

Q: What do I do when I'm ready to return to work?

A: You must call your case manager about your return-to-work date. You should also contact your immediate manager to notify them of your estimated return-to-work date and if you need any special requirements. Your case manager will request a release from your physician that allows you to return to work. If necessary, your case manager will work with you and your physician to determine a return-to-work plan specific to your needs and abilities. Alternative work options may be explored, such as modifications or accommodations to your job.

Q: What if I have questions about my claim?

A: Effective communication is a two-way process, and you are encouraged to call your case manager with any questions or concerns between 8 a.m. and 5 p.m. ET, Monday through Friday.

©2018 Lincoln National Corporation

LincolnFinancial.com

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Affiliates are separately responsible for their own financial and contractual obligations.

LCN-2250447-092018
PDF 11/18 Z01
Order code: DIS-LMSTQ-FLI001



Group insurance products and services described herein are issued by Liberty Life Assurance Company of Boston, a Lincoln Financial Group® company. Home Office: Boston, MA.



The Lincoln National Life Insurance Company
Disability Claims
P.O. Box 2578
Omaha, NE 68103-2578
Phone: (855) 474-2295
Secure Fax No.: (603) 334-0380

November 29, 2023

URNESS GRAY
125 RUE VIANSA DRIVE
LAFAYETTE, LA 70501-0000

RE:   Short Term Disability Benefits
      ACADIA HEALTHCARE COMPANY, INC
      Claim #: 15004170

URNESS

Your application for Short Term Disability Benefits has been received and is currently under review.

If you have not already provided your doctor with a signed Authorization to Release Information form, please complete and sign the enclosed form. We ask that you provide a copy to your attending physician and return a copy to The Lincoln National Life Insurance Company.

The Lincoln National Life Insurance Company will be contacting your attending physician(s) to obtain specific medical information about your condition and prognosis. Please note, even though The Lincoln National Life Insurance Company initiates the request for medical documentation from your doctor, it is your ultimate responsibility to secure the required documentation if we are unable to do so.

After we have received medical documentation from your doctor, your claim will be evaluated and you will be notified of our decision via a telephone call.

If you have any questions regarding this information, please contact our office at (855) 474-2295, Monday through Friday, 8:00am – 5:00pm EST. We will be happy to assist you.

Sincerely,

Lakendra Robinson
Disability Case Manager
Phone: (855) 474-2295
Secure Fax No.: (603) 334-0380

Document 11     pg 1



The Lincoln National Life Insurance Company
Disability Claims
P.O. Box 2578
Omaha, NE 68103-2578
Phone: (855) 474-2295
Secure Fax No.: (603) 334-0380

November 29, 2023

URNESS GRAY
125 RUE VIANSA DRIVE
LAFAYETTE, LA 70501-0000

RE:   ACADIA HEALTHCARE COMPANY, INC
      Short Term Disability Benefits
      Claim #: 15004170

URNESS

We acknowledge receipt of your request for consideration of disability benefits.

The Lincoln National Life Insurance Company is required to inform you of certain state mandated regulations, one of which is fraud notification.

For your protection, Louisiana law requires us to provide the following statement:  Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

Sincerely,

Lakendra Robinson
Disability Case Manager
Phone: (855) 474-2295
Secure Fax No.: (603) 334-0380

Document 11    Pg 2

**Certification of Health Care Provider for**

**Employee's Serious Health Condition**

**under the Family and Medical Leave Act**

**U.S. Department of Labor**
**Wage and Hour Division**



DO NOT SEND COMPLETED FORM TO THE DEPARTMENT OF LABOR.
RETURN TO THE PATIENT.

OMB Control Number: 1235-0003
Expires: 6/30/2023

The Family and Medical Leave Act (FMLA) provides that an employer may require an employee seeking FMLA protections because of a need for leave due to a serious health condition to submit a medical certification issued by the employee's health care provider. 29 U.S.C. §§ 2613, 2614(c)(3); 29 C.F.R. § 825.305. The employer must give the employee at least 15 calendar days to provide the certification. If the employee fails to provide complete and sufficient medical certification, his or her FMLA leave request may be denied. 29 C.F.R. § 825.313. Information about the FMLA may be found on the WHD website at www.dol.gov/agencies/whd/fmla.

## SECTION I – EMPLOYER

Either the employee or the employer may complete Section I. While use of this form is optional, this form asks the health care provider for the information necessary for a complete and sufficient medical certification, which is set out at 29 C.F.R. § 825.306. **You may not ask the employee to provide more information than allowed under the FMLA regulations, 29 C.F.R. §§ 825.306-825.308.** Additionally, you **may not** request a certification for FMLA leave to bond with a healthy newborn child or a child placed for adoption or foster care.

Employers must generally maintain records and documents relating to medical information, medical certifications, recertifications, or medical histories of employees created for FMLA purposes as confidential medical records in separate files/records from the usual personnel files and in accordance with 29 C.F.R. § 1630.14(c)(1), if the Americans with Disabilities Act applies, and in accordance with 29 C.F.R. § 1635.9, if the Genetic Information Nondiscrimination Act applies.

(1) Employee name: __Urness Gray__

          *First*                        *Middle*                 *Last*

(2) Employer name: __Vermilion Hospital__      Date: __08/29/2023__ *(mm/dd/yyyy)*

                                            *(List date certification requested)*

(3) The medical certification must be returned by __09/13/2023__ *(mm/dd/yyyy)*

    *(Must allow at least 15 calendar days from the date requested, unless it is not feasible despite the employee's diligent, good faith efforts.)*

(4) Employee's job title: __LPN Charge Nurse__    Job description (☐ is / ☐ is not) attached.

    Employee's regular work schedule: _____

    Statement of the employee's essential job functions: _____

    *(The essential functions of the employee's position are determined with reference to the position the employee held at the time the employee notified the employer of the need for leave or the leave started, whichever is earlier.)*

## SECTION II – HEALTH CARE PROVIDER

Please provide your contact information, complete all relevant parts of this Section, and sign the form. Your patient has requested leave under the FMLA. The FMLA allows an employer to require that the employee submit a timely, complete, and sufficient medical certification to support a request for FMLA leave due to the serious health condition of the employee. For FMLA purposes, a "serious health condition" means an illness, injury, impairment, or physical or mental condition that involves *inpatient care* or *continuing treatment by a health care provider*. For more information about the definitions of a serious health condition under the FMLA, see the chart on page 4.

You may, but are **not required** to, provide other appropriate medical facts including symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment. Please note that some state or local laws may not allow disclosure of private medical information about the patient's serious health condition, such as providing the diagnosis and/or course of treatment.

Please fax back to: 615-721-1494           1804532

Page 1 of 4                               Form WH-380-E, Revised June 2020

Document 12    Pgs 1-4         Pg 1

1804532

Employee Name: ___Urness Gray___

Health Care Provider's name: *(Print)* __Megan Fontenot FNP__                                7052c

Health Care Provider's business address: __63824 NE Evangeline Thruway Carencro LA__

Type of practice / Medical specialty: __Family Practice__

Telephone: __(337) 470 3260__ Fax: __(337) 470 3251__ E-mail: __Megan.fontenot@fmolhs.org__

## PART A:  Medical Information

Limit your response to the medical condition(s) for which the employee is seeking FMLA leave. Your answers should be your **best estimate** based upon your medical knowledge, experience, and examination of the patient. **After completing Part A, complete Part B to provide information about the amount of leave needed.** Note: For FMLA purposes, "incapacity" means the inability to work, attend school, or perform regular daily activities due to the condition, treatment of the condition, or recovery from the condition. Do not provide information about genetic tests, as defined in 29 C.F.R. § 1635.3(f), genetic services, as defined in 29 C.F.R. § 1635.3(e), or the manifestation of disease or disorder in the employee's family members, 29 C.F.R. § 1635.3(b).

(1) State the approximate date the condition started or will start: ___08/19/2023___ *(mm/dd/yyyy)*

(2) Provide your **best estimate** of how long the condition lasted or will last: ___3-6 months___

(3) Check the box(es) for the questions below, as applicable. For all box(es) checked, the amount of leave needed must be provided in Part B.

    ☐ **Inpatient Care**: The patient (☐ has been / ☐ is expected to be) admitted for an overnight stay in a hospital, hospice, or residential medical care facility on the following date(s): _____

    ☐ **Incapacity plus Treatment**: *(e.g. outpatient surgery, strep throat)*
    Due to the condition, the patient (☐ has been / ☐ is expected to be) incapacitated for *more than* three consecutive, full calendar days from _____ *(mm/dd/yyyy)* to _____ *(mm/dd/yyyy)*.

    The patient (☐ was / ☐ will be) seen on the following date(s): _____

    The condition (☐ has / ☐ has not) also resulted in a course of continuing treatment under the supervision of a health care provider *(e.g. prescription medication (other than over-the-counter) or therapy requiring special equipment)*

    ☐ **Pregnancy**: The condition is pregnancy.  List the expected delivery date: _____ *(mm/dd/yyyy)*.

    ☒ **Chronic Conditions**: *(e.g. asthma, migraine headaches)* Due to the condition, it is medically necessary for the patient to have treatment visits at least twice per year.

    ☐ **Permanent or Long Term Conditions**: *(e.g. Alzheimer's, terminal stages of cancer)* Due to the condition, incapacity is permanent or long term and requires the continuing supervision of a health care provider (even if active treatment is not being provided).

    ☒ **Conditions requiring Multiple Treatments**: *(e.g. chemotherapy treatments, restorative surgery)* Due to the condition, it is medically necessary for the patient to receive multiple treatments.

    ☐ **None of the above**: If none of the above condition(s) were checked, (i.e., inpatient care, pregnancy) no additional information is needed. Go to page 4 to sign and date the form.

Page 2 of 4

Form WH-380-E, Revised June 2020

Document 12                                                                pg 2

**Employee Name:** Urness Gray

(4)  If needed, briefly describe other appropriate medical facts related to the condition(s) for which the employee seeks FMLA leave. *(e.g., use of nebulizer, dialysis)* _____

_____

## PART B: Amount of Leave Needed

For the medical condition(s) checked in Part A, complete all that apply. Several questions seek a response as to the frequency or duration of a condition, treatment, etc. Your answer should be your **best estimate** based upon your medical knowledge, experience, and examination of the patient. Be as specific as you can; terms such as "lifetime," "unknown," or "indeterminate" may not be sufficient to determine FMLA coverage.

(5)  Due to the condition, the patient (☑ had /☐ will have) **planned medical treatment(s)** (scheduled medical visits) *(e.g. psychotherapy, prenatal appointments)* on the following date(s): _August, September 2023_

(6)  Due to the condition, the patient (☐ was /☑ will be) **referred to other health care provider(s)** for evaluation or treatment(s).

State the nature of such treatments: *(e.g. cardiologist, physical therapy)* _rehab medicine, psychiatry_

Provide your **best estimate** of the beginning date _8/19/23_ *(mm/dd/yyyy)* and end date _____ *(mm/dd/yyyy)* for the treatment(s).

Provide your **best estimate** of the duration of the treatment(s), including any period(s) of recovery *(e.g. 3 days/week)* _approximately 3 months_

(7)  Due to the condition, it is medically necessary for the employee to work a **reduced schedule.**

Provide your **best estimate** of the reduced schedule the employee is able to work. From _____ *(mm/dd/yyyy)* to _____ *(mm/dd/yyyy)* the employee is able to work: *(e.g., 5 hours/day, up to 25 hours a week)*

(8)  Due to the condition, the patient (☐ was /☑ will be) **incapacitated for a continuous period of time,** including any time for treatment(s) and/or recovery.

Provide your **best estimate** of the beginning date _8.19.23_ *(mm/dd/yyyy)* and end date _Unknown_ *(mm/dd/yyyy)* for the period of incapacity.

(9)  Due to the condition, it (☑ was /☑ is /☐ will be) medically necessary for the employee to be absent from work on an **intermittent basis** (periodically), including for any episodes of incapacity i.e., episodic flare-ups. Provide your **best estimate** of how often (frequency) and how long (duration) the episodes of incapacity will likely last.

Over the next 6 months, episodes of incapacity are estimated to occur _1-2_ times per (☐ day / ☐ week / ☑ month) and are likely to last approximately _1_ (☐ hours /☑ days) per episode.

Document 12                                                    Pg 3

statement of the employee's essential functions or a job description, answer these questions based upon the employee's own description of the essential job functions. An employee who must be absent from work to receive medical treatment(s), such as scheduled medical visits, for a serious health condition is considered to be *not able* to perform the essential job functions of the position during the absence for treatment(s).

(10)  Due to the condition, the employee (☐ was not able / ☐ is not able /☒ will not be able) to perform *one or more* of the essential job function(s). Identify at least one essential job function the employee is not able to perform:

No heavy lifting or straining >15 lb

Signature of Health Care Provider _____ Megan Jankowst FNP _____ Date 9/21/2023 _____ (mm/dd/yyyy)

---

**Definitions of a Serious Health Condition** *(See 29 C.F.R. §§ 825.113-.115)*

**Inpatient Care**

- An overnight stay in a hospital, hospice, or residential medical care facility.
- Inpatient care includes any period of incapacity or any subsequent treatment in connection with the overnight stay.

**Continuing Treatment by a Health Care Provider (any one or more of the following)**

**Incapacity Plus Treatment:** A period of incapacity of more than three consecutive, full calendar days, and any subsequent treatment or period of incapacity relating to the same condition, that also involves either:

  o  Two or more in-person visits to a health care provider for treatment within 30 days of the first day of incapacity unless extenuating circumstances exist. The first visit must be within seven days of the first day of incapacity; or,

  o  At least one in-person visit to a health care provider for treatment within seven days of the first day of incapacity, which results in a regimen of continuing treatment under the supervision of the health care provider. For example, the health provider might prescribe a course of prescription medication or therapy requiring special equipment.

**Pregnancy:** Any period of incapacity due to pregnancy or for prenatal care.

**Chronic Conditions:** Any period of incapacity due to or treatment for a chronic serious health condition, such as diabetes, asthma, migraine headaches. A chronic serious health condition is one which requires visits to a health care provider (or nurse supervised by the provider) at least twice a year and recurs over an extended period of time. A chronic condition may cause episodic rather than a continuing period of incapacity.

**Permanent or Long-term Conditions:** A period of incapacity which is permanent or long-term due to a condition for which treatment may not be effective, but which requires the continuing supervision of a health care provider, such as Alzheimer's disease or the terminal stages of cancer.

**Conditions Requiring Multiple Treatments:** Restorative surgery after an accident or other injury; or, a condition that would likely result in a period of incapacity of more than three consecutive, full calendar days if the patient did not receive the treatment.

**PAPERWORK REDUCTION ACT NOTICE AND PUBLIC BURDEN STATEMENT**

If submitted, it is mandatory for employers to retain a copy of this disclosure in their records for three years. 29 U.S.C. § 2616; 29 C.F.R. § 825.500. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. The Department of Labor estimates that it will take an average of 15 minutes for respondents to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, U.S. Department of Labor, Room S-3502, 200 Constitution Avenue, N.W., Washington, D.C. 20210.

**DO NOT SEND COMPLETED FORM TO THE DEPARTMENT OF LABOR. RETURN TO THE PATIENT.**

Form WH-380-E, Revised June 2020

Page 4 of 4

Document 12                                                        Pg 4



The Lincoln National Life Insurance Company
Disability Claims
P.O. Box 2578
Omaha, NE 68103-2578
Phone: (855) 474-2295
Secure Fax No.: (603) 334-0380

December 13, 2023

URNESS GRAY
125 RUE VIANSA DRIVE
LAFAYETTE, LA 70501-0000

RE:    ACADIA HEALTHCARE COMPANY, INC
       Short Term Disability Benefits
       Claim #: 15004170

URNESS

We are pleased to advise you that your claim for Short Term Disability Benefits has been approved based upon your inability to perform your job. Benefits have been approved through 11/17/2023 based upon the medically supported disability date of 8/19/2023.

We will be contacting you by phone to provide further details regarding the approval and to advise of the next steps in the administration of your claim.

If you have any questions regarding this information, please contact our office at (855) 474-2295, Monday through Friday, 8:00am – 5:00pm EST. We will be happy to assist you.

Sincerely,

Lakendra Robinson
Disability Case Manager
Phone: (855) 474-2295
Secure Fax No.: (603) 334-0380





| | | | |
|---|---|---|---|
| **Employee ID** | 000030426 | **Subsidiary** | VERMILION HOSPITAL |
| **Location** | Vermilion Hospital | **Location** | Vermilion Hospital |
| **Date of Birth** | 10/25/1978 | **Benefit Class** | |
| **Date of Hire** | 11/13/2014 | | |

## Payment Details for Claim 15004170 Check 28955349          **12/12/2023**

### Check Summary

| | |
|---|---|
| Begin Payment Date | 09/02/2023 |
| End Payment Date | 11/17/2023 |
| Check Status | Cashed |
| Gross Benefits | $6,600 |
| Net Benefits | $2,461.36 |
| Check Number | 28955349 |
| Payee | URNESS GRAY |

### Check Details

| | |
|---|---|
| Gross Benefit | $6,600 |
| Offsets | $4,138.64 |
| Adjusted Gross | $2,461.36 |
| COLA | $0 |
| Taxes (Withholding) | $0 |
| Other Deductions | $0 |
| Net Benefit | $2,461.36 |

### Wages

| | Taxable |
|---|---|
| OASDI | $0 |
| Medicare | $0 |
| Federal | $0 |
| State | $0 |
| | **Non-Taxable** |
| Federal | $2,461.36 |

### Taxes

| Tax | Withholdings |
|---|---|
| Federal | $0 |
| State | $0 |
| Local | $0 |
| **FICA** | |
| OASDI | $0 |
| Medicare | $0 |
| **Total** | **$0** |

### Other Deductions

N/A

### Offsets

| Payment Dates | Amount | Reason |
|---|---|---|
| 09/02/2023 - 11/17/2023 | $4,138.64 | SALARY CONT |
| **Total** | **$4,138.64** | |

  

← **claim 15004170**

 **Hall, Latoria**           1/8/24
To: URNESSGRAY@YAHOO.COM ⌄

Hello-

Attached is the LTD disability policy. Your case manager Chris is out of the office and will return Wednesday 01/09/2024. She will follow up with you once she is back in the office this week.

Best regards,

**Latoria Hall**

LTD Technical Specialist
Lincoln Financial Group

PO Box 2578

Omaha, NE 68172

| 800.291.0112 |
| 14067 -Extension |
| 603.334.0380- Fax |
| LincolnFinancial.com |

Follow us on:

(f) (y) (▶) (◻) (in)

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy. Thank You.**

Write a reply...

                                        

Delete          Reply          Reply all          Forward          More



The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (855) 474-2295
Secure Fax No.: (603) 334-0380

January 10, 2024

Ms. Urness Gray
125 RUE VIANSA DRIVE
LAFAYETTE, LA 70501

RE:    Long Term Disability (LTD) and Short Term Disability (STD) Benefits
       Acadia Healthcare Company, Inc
       Claim #: 15209213 and 15004170

Dear Ms. Urness Gray:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Acadia Healthcare Company, Inc's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

You have been receiving Short Term Disability (STD) benefits since September 2, 2023. Should your disability continue through the maximum benefit date, STD benefits are payable through November 17, 2023.

I have been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

During the remainder of the STD benefit period, we will be reviewing your claim for consideration under Acadia Healthcare Company, Inc's LTD Policy. Please note that receipt of STD benefits does not automatically mean that LTD benefits will be approved. The provisions and requirements in the LTD Policy differ from those of the STD Policy and may require that we request additional information prior to making a claim determination.

Acadia Healthcare Company, Inc's LTD Policy requires that you provide proof of disability in order to receive benefits. The Policy requires that you provide proof of disability as follows:

> **Notice and Proof of Claim**
> *1. Notice*
> *a. Notice of claim must be given to Lincoln within 30 days of the date of the loss on which the claim is based. If that is not possible, Lincoln must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Lincoln.*
>
> *b. When written notice of claim is applicable and has been received by Lincoln, the*

*Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Lincoln written Proof of claim without waiting for the forms.*

**2. Proof**

*a. Satisfactory Proof of loss must be given to Lincoln no later than 30 days after the end of the Elimination Period.*

*b. Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.*

*c. Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Lincoln within 30 days of the request for such Proof.*

*Lincoln reserves the right to determine if the Covered Person's Proof of loss is satisfactory.*

On 1/9/24, we requested office notes, test results and procedure notes from Dr. Fontenot. To date, we have not received all of the information necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

Additionally, please contact each of your medical providers and request they provide our office with the following information:

- A copy of all office treatment notes, test results, therapy records, hospital admission records, operative reports, prescription history and treatment plans from August 18, 2023 through present.

To assist us with our review, please complete the following forms and return them by the due date indicated below:

   X   Activities Questionnaire Form
   X   Authorization - Medical
   X   Claimant Supplementary Statement
   X   Training Education Experience
   X   Authorization
   X   Provider Form
   X   Proof of other job

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within

PO Box 2578
Omaha, NE 68103-2578
Phone No (855) 474-2295
Secure Fax No (603) 334-0380

This form is for an initial claim under:     ( ) Short Term Disability     (✓) Long Term Disability     ( ) Life Waiver

Full Name of Patient: Urkiss Gray

Date of Birth: 10/25/78                     Claim Number: _____

## TREATING PROVIDER PLEASE COMPLETE THE FOLLOWING:

1. Dates of treatment related to this episode: 8/23/23 to Present

2. Date of next scheduled office visit: 2/27/24

3. Visit Type:   ( ) Telemedicine with video   ( ) Telemedicine without video   (✓) In-Person   ( ) Combination

4. Initial Date symptoms/accident occurred: Reported 8/23/23

5. Precipitants leading to your patient's self-reported condition:
Increased level of stress, work-related

6. Patient's self-reported symptoms:
Stress, anxiety, elevated blood pressure

7. Observed examination findings and test results (include MSE/Observation during office visit):
Elevated blood pressure reading and visible Anxiety

8. Primary Psychiatric Diagnosis (include ICD-10 code):
Generalized anxiety disorder ⊕ F41.1
Secondary Psychiatric Diagnosis (include ICD-10 code)

9. Date behavioral health restrictions became clinically indicated: August 19, 2023

10. Has patient ever had same or similar condition?   ( ) Yes   (✓) No
If yes, indicate when and describe:

11. Is the condition due to injury of sickness arising out of patient's employment?   (✓) Yes   ( ) No

12. If yes, is or will the patient be able to perform work related activities for another manager, department, location, or employer?
Yes, location change or work from home would be advised

13. What are your patient's functional impairments? (e.g. What activities have been affected by his/her psychiatric condition and what are the associated deficits/inabilities?) lack of focus/ sleep/ anxiety affecting daily functions and clarity.

14. What behavioral health restrictions are you recommending for your patient? (e.g. pertaining to daily and work activities, such as social functioning, concentration, persistence, pace, adaptation, information processing, etc.)

15. Dates for behavioral health restrictions: Start 8-19-23
Follow-up date to re-evaluate ongoing need for restrictions 2/27/24

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC12330NY

Page 1 of 4
3/22

01/09/24  15:54:21  Lincoln Financial    ->    FMOLHS-RDT3 Lincoln Financial Gr Page 005

16  Treatment Plan:
   a.  Medications, date initiated, dosage/frequency, and changes: _10/9/23_
8/23/22 buspirone 5mg twice daily as needed, sertraline 50mg daily

   b.  Cognitive behavior therapy
     see counselor regularly

   c.  Other:

17  List referrals made to specialist(s) or other level of care (include name and number of provider(s) referred to):
   Psychiatry 4/21/23  UhA 8/23/23

18.  Has your patient been hospitalized?   ( ) Yes  (✓) No
   If yes, for what reason/diagnosis?_____

19  If yes, provide dates of inpatient admission/discharge _____ to _____

20  Is there a plan for step down to lower level of care?   (✓) Yes  ( ) No
   If yes, when will the patient be stepped down? _____

   ( ) Inpatient Residential Treatment Center (RTC)   ( ) Partial Hospital Program (PHP)
   ( ) Intensive Outpatient Program (IOP)   (✓) Outpatient Services no inpatient required

21.  Based on your observation, what is the patient's ability to focus during office visits, follow conversation, attend to tasks, concentrate, remember instructions, require redirection and maintain composure
   Pt able to focus and concentrate well during office visits.

22.  Are there any modifications that could assist your patient to return to their usual activities, including work?
   working remotely may be helpful

   Please specify the plan to improve functional abilities and reduce behavioral restrictions. Include time frame and expected duration.
   Plan to reduce restrictions within 6 months approximately

23.  When do you anticipate the patient will sufficiently recover, and have the ability to return to work (part time or full time)? If part time, please specify the recommended part time return to work plan and duration
   with appropriate accommodations made, Pt should be able to continue working with restrictions (Remote work if possible) within 6 month

24  Printed Name of Provider, Credentials (e.g. MD, PhD) completing this form: _____
   If not an MD/PhD or equivalent, name of supervising provider (if applicable) _Megan Fontenot FNP / Sunshine Little M_
   Phone Number _337-470-3280_   Fax Number _337-470-3357_
   Address: _3824 NE Evangeline Thruway Carenco LA 70520_
   Email Address _____

New York. Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

_Megan Fontenot, FNP C_                    _1-15-24_
Signature of Provider, Credentials and Specialty (No Stamps Please)     Date

GLC12330NY                                       Page 2 of 4
                                                 5/22

**ACTIVITIES QUESTIONNAIRE**


# Lincoln
## Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (855) 474-2295
Secure Fax No.: (603) 334-0380

**Return To:** Christine Colaneri

*page 1 of 4*

EMPLOYEE/CLAIMANT NAME: Urness Gray

CLAIM NO: 15209213                     DATE OF BIRTH: 10/25/1978

EMPLOYER/SPONSOR: Acadia Healthcare Company, Inc

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to The Lincoln National Life Insurance Company.

How long are you able to:

sit ___idk___   stand ___idk___   walk ___idk___

How many hours a day do you: I During the day I move around a lot

sit _____   stand _____   walk _____

Do you take a nap during the day?

Yes ___✓___                No _____

If Yes, for how long? Usually 4p-7pm At what time of the day? 4:30-7p

How many hours a day do you spend in bed? During the week 4:30pm to 7p then 10pm to 8

Do you require any assistive devices such as a: NO

cane _____   walker_____   crutches _____   wheelchair _____   other_____

How long are you able to sit in a car? takes 20 minutes to get to work

Do you hold a valid driver's license?

Yes _____                No ___✓___

If No, please explain: Its suspended because of fines

If Yes, how long are you able to drive a car? _____

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

_____

Do you have children?

Yes ___✓___   No _____   If Yes, what are their dates of birth 4.7.1996, 12.26.2000 10.2.2002, 8.1.2006

Do you need help caring for your children?

Yes _____   No _____

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes _____   No _____   If Yes, please explain _____

How many times a day do you leave the house during the week? ___5___

On the weekends? ___0___

How often do you run errands? Maybe once amonth / Sn.l


**Lincoln**
Financial Group®

How often do you get outdoors? _I try to every day_

Are you left or right hand dominant?     Left |     Right ✓

Are you able to work in your garden?     Yes ✓     No ____

Are you able to work on your house?     Yes ✓     No ____  _I can start_

Are you able to wash your car?     Yes ____     No ✓  _then just st_

Do you currently **utilize the internet** - Internet Explorer, Safari, Mozilla Firefox, Google Chrome, etc?

List all sites that apply. _Google Chrom_

If yes, how often per day (hours) do you use the internet? ____ None ____ 0-1 hours ____ 2-3 hours ____ 3-4 hours _✓_ 5+ hours

What do you use these internet sites for? _Research DIY + crafts self help_

Do you currently view **social media sites**, such as YouTube, Facebook, LinkedIn, Instagram, TikTok, Snapchat, WhatsApp, Reddit, Pinterest, Twitter.

List all sites that apply. _IG, youtube Facebook TicToc_

If yes, how often per day (hours) do you engage in activities? ____ None ____ 0-1 hours ____ 2-3 hours ____ 3-4 hours _✓_ 5+ hou

What do you use these social media sites for? _Research for DIY Crafts_

Do you use a **desktop or laptop computer, mobile phone, iPad/tablet, E-reader, etc.** to view information?

List all sites that apply. _laptop, Mobile phone, IPad_

If yes on a computer, how long (hours per day)?     ____ None ____ 0-1 hours ____ 2-3 hours ____ 3-4 hours _✓_ 5+ hours

If yes on a phone, how long (hours per day)?     ____ None ____ 0-1 hours ____ 2-3 hours ____ 3-4 hours ____ 5+ hours

If yes on a IPad or Tablet (hours per day)?     ____ None ____ 0-1 hours ____ 2-3 hours ____ 3-4 hours _✓_ 5+ hours

If yes on a E-reader, (hours per day)?     ____ None ____ 0-1 hours ____ 2-3 hours ____ 3-4 hours ____ 5+ hours

For what reasons, do you use these devices? _Research DIYs Crafts self Help_

Do you **play video games**, such as Xbox, Nintendo Switch/Wii, PlayStation, PC gaming station, etc.

List all that apply? _None_

If yes, how many hours per day do you play video games? ____ None ____ 0-1 hours ____ 2-3 hours ____ 3-4 hours ____ 5+ hours

If yes, how many days per week do you play? ____ None ____ 0-1 hours ____ 2-3 hours ____ 3-4 hours ____ 5+ hours

The following questions intend to identify whether or not you are able to **independently** conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | I will go to sams icon and do pickup | |
| Carrying groceries into the house | Children + husband | |
| Cooking meals | Children + husband | |
| Cleaning after meals | Children + husband | |
| Cleaning bathrooms | Children + husband | |
| Vacuuming | Children + husband | |
| Doing the laundry | Children + husban | |

# Lincoln
## Financial Group®

Managing your finances — I don't have finances to manage, its overdrawn

Balancing your checkbook — I wash myself

Bathing yourself — I try

Styling your own hair — I do it myself

Getting dressed — I haven't been upstairs in months

Going up and down stairs

Have you been confined to a hospital within the last 12 months?    Yes ____    No X

If Yes, please provide reason and hospital contact Information: _____

How often do you travel or take vacation?  I haven't been on vacation in years

Where do you go?  How do you get there (transportation method)? _____

Are you able to pursue your hobbies?    Yes ✓    No ____

If Yes, please describe  reading, singing, painting, gardening

Do you participate in an exercise program?    Yes ____    No ✓

If Yes, please describe _____

Do you do any Volunteer work?    Yes ____    No ✓

If Yes:

how many hours per day?    _____

how many hours per week?    _____

for whom?    _____

Are you working for wages?    Yes ✓    No ____

If Yes, please provide employer's name  MaryLee's House of Love, Acadia Health

**Describe in your own words, what prevents you from engaging in any gainful employment.**
I am a psychiatric nurse at Acadia Healthcare I am unable to control my emotions Anger sadness Anxiety. I can't keep my cool in stressful situations. In the mental health industry you can't take what patients say personal, Right Now everything to me is personal

**Please describe your daily routine: (if more space is needed, please use the back of this form)**
Now I try to be to the day care by 9AM I'm home by 4:30 5:00pm I'm in Bed by 5pm I may get up and try to get Normal then I'm back in bed by 9:45 to 10oclock I may Not go to sleep until after 2AM so I'm on dawn

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?
(337) 541-4163

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

my phone trying to look up DIY and
crafts for home and work at the DAY care.

Before this I worked 24 to 40 hours at
the DAY care. My days were 7:4Am to 4pm
Mondays, Thursdays and Fridays
and I worked a Rotating Shift at Vermillion
7p - 7A

meaning

Vermillion (Acadia)

| Sun (7P-Am) | mon 8-4 (off) | Tue off (off) | We off (7P-7A) | Thur 8-4 (7P-7A) | Fri 8-4 (off) | Sat off off | Sun off off |
|---|---|---|---|---|---|---|---|
| Sun | mon 8-4 (7P-7A) | Tue off (7P-7A) | We off (7P-7A) | Thur 8-4 (off) | Fri 8-4 (7P-7A) | Sat off 7P-7A | |

most week at Vermillion I would pick
up Xtra shifts.



**\*\*Upon completion of this form, please sign and date below and return in the envelope provided to you.  Thank you for your cooperation.**

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records.  A photo static copy of this form will be as valid as the original.  I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: _Uiness Cary_     Date: _1/18/2024_

Signature: _____

# CLAIMANT SUPPLEMENTARY STATEMENT

 **Lincoln** Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (855) 474-2295
Secure Fax No.: (603) 334-0380

**Return to:** Christine Colaneri

| | |
|---|---|
| **EMPLOYEE/CLAIMANT NAME:** Urness Gray | **CLAIM #:** 15209213 |
| **EMPLOYER:** Acadia Healthcare Company, Inc | **DATE OF BIRTH:** 10/25/1978 |

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address |
|---|---|---|
| Gray Urness J | 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 | urnessgray@yahoo.com |

| Street Address | City | State | Zip Code |
|---|---|---|---|
| 125 Ave Viansa Street | Lafayette | La | 70501 |

| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status |
|---|---|---|
| 337 541-4163 | | M |

| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children |
|---|---|---|
| Perry Clark | 4 | 4/7/1996, 12·26/2000, 10/2·2002, 8·1·2006 |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name: Keltie Gray    Relationship to you? Son    Tel #: 337 541-3985

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. Mary Lees House of Love    4/25/2022    36-40    18⁰⁰

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.    NO

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? EIN (Never used) I wanted to start a clothing brand

Do you hold a professional license? If yes, for what purpose? Yes I'm a practical Nurse

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. No

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. NO

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ✓ | | Wages/ Income/ Money/ Unemployment | $400 bi weekly | 4·25·2022 | | |
| | | Social Security (disability or retirement) | $ | | | |
| | | Social Security (for your spouse/dependents) | $ | | | |
| | | Short Term Disability or State Disability | $ | | | |
| | | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| | | Workers' Compensation | $ | | | |
| | | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| | | Other income/money/benefit (describe) | | | | |

If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.

**EMPLOYEE'S PRINTED NAME:** Urness Gray

**DATE:** 1·18·2024    **EMPLOYEE'S SIGNATURE:** UGray

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)


## Lincoln
### Financial Group®

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (855) 474-2295
Secure Fax No.: (603) 334-0380

EMPLOYEE/CLAIMANT NAME: Urness Gray

CLAIM NO: 15209213

EMPLOYER/SPONSOR: Acadia Healthcare Company, Inc          DATE OF BIRTH: 10/25/1978

### Please fill out each section completely

**EDUCATIONAL BACKGROUND:** (If you have a resume, please attach)

Highest Grade Completed: _____     Check if earned: ☐ GED  ☑ HS Diploma

Vocational Training: _CNA, EKs Phlebotomy_ Certificate Program completed: _Nursing Pratical_

Associates Degree: _____ College: number of years: _____

Bachelor's Degree: BA /BS Major: _____ Graduate School: MA ☐  MS ☐  CAGS ☐  PHD Degree:_____

Professional Training, License, Certificates(s): _LPN_

Are you currently attending any classes: ☐ Y  ☑ N If yes, provide name of school:_____

List any other Training or Classes Attended or Plan to Attend: _Was supposed to Apply for Associate in Nursing_

Primary language spoken: _English_     Other language(s) spoken fluently: _____

Additional Skills, Hobbies & Volunteer Work _____

Did you serve in the Armed Forces? ☐ Y  ☑ N   From:_____   To: _____

Branch of Service: _____   Specialty: _____

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: _Mary Lees House of Love_ Department:_____ From: _4/25/2023_ To: _preLx t_
   Job Title(s): _LPN_
   Supervisory Experience ☑ Y  ☐ N
   Tasks/Duties/Physical Requirements (please be specific): _Medicine pass, Notes, Research_
   _for crts_

2. Company: _Acadia Healtha_ Department: _Nursing_ From: _11/2014_ To: _prese t_
   Job Title(s): _LPN, CLPN_
   Supervisory Experience ☑ Y  ☐ N
   Tasks/Duties (please be specific): _Medication pass, Supervised other_
   _Units, Took care of scheduling issues, ran the_
   _hospital at night_

A Lincoln Financial Group Company                                          1

3. Company: River Oak Retirement Manor  Department: Nursing  From: 2/2002 To: 10/2013
Job Title(s): CNA Certified nursing assistant
Supervisory Experience ☒ Y   ☐ N
Tasks/Duties (please be specific): Helping resident with Activities of
DAily Living made sure other CNA's did their job

4. Company: _____ Department: _____ From: _____ To: _____
Job Title(s): _____
Supervisory Experience ☐ Y   ☐ N
Tasks/Duties (please be specific): _____

5. Company: _____ Department: _____ From: _____ To: _____
Job Title(s): _____
Supervisory Experience ☐ Y   ☐ N
Tasks/Duties (please be specific): _____

**Computer Utilization:**

Computer Training/Courses, Certifications: MS word in 2009

|  | Home | Work |  | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☒ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: _____ |  |  |
| Photo Software | ☐ | ☐ |  |  |  |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☒ 3+ hours

How much time is spent daily on your home computer? ☒ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☒ Yes ☐ No   If yes, WPM (words per minute) _I'm sorry but I don't have time for tet_
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: Urnessgray@ychool.com Work: _____

SIGNATURE: _____ PHONE NO: 337 541 - 4163

Is this a job application?

**Lincoln Financial Group®**

The Lincoln National Life Insurance Company
Disability and Life Claims
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (855) 474-2295
Secure Fax No.: (603) 334-0380

**TREATING MEDICAL PROFESSIONALS**
**(PLEASE see FRAUD NOTICES attached)**

CLAIMANT NAME: Urness Gray                    CLAIM NUMBER: 15209213

*PLEASE LIST ALL PROVIDERS INCLUDING DOCTORS (CHIROPRACTORS, ALTERNATIVE MEDICINE),*
*PHARMACIES, HOSPITALS, AND DIAGNOSITC CLINICS FOR THE DATES August 18, 2024 TO 2023*

**DOCTORS:**

Name Megan Fontenot NP Specialty Family practice   Name Kathleen Boudr Specialty Psychology
Address 3824 NE Evangline Thway   Address 1317 Jefferson St
City Carenero State LA Zip Code 70520   City Lafayette State LA Zip Code 70501
Phone: (337) 470-3280 Fax: ____   Phone: 337-703-6500 Fax: ____
Dates Seen 8/23/2023 8/30/2023 10/9/2023   Dates Seen Unseen to ____
9/6/2023 10/4/2023 11/10/2023   as of yet

Name ____ Specialty ____   Name ____ Specialty ____
Address ____   Address ____
City ____ State ____ Zip Code ____   City ____ State ____ Zip Code ____
Phone: ____ Fax: ____   Phone: ____ Fax: ____
Dates Seen ____ to ____   Dates Seen ____ to ____

**PHARMACIES:**

Name CVS Pharmacy   Name ____
Address 3754 Moss St   Address ____
City Lafayette State LA Zip Code 70507   City ____ State ____ Zip Code ____
Phone: 337-265-9300 Fax: ____   Phone: ____ Fax: ____
Dates: 9/10 days to ____   Dates: ____ to ____

**HOSPITALS:**

Name ____   Name ____
Address ____   Address ____
City ____ State ____ Zip Code ____   City ____ State ____ Zip Code ____
Phone: ____ Fax: ____   Phone: ____ Fax: ____
Dates Confined: ____ to ____   Dates Confined: ____ to ____

**MEDICAL CARRIERS:** Please provide the name of your medical carrier(s) (ex: Aetna, United Healthcare) for dates identified at top of form. If you have more than one carrier during this period of time, please list this information on the back of this form).

Name Blue Cross Blue Shield of Tennessee Policy Number 125211
Address 1 Cameron Hill Circle   Member ID A0590634014
City Chattanooga State TN Zip Code 37402   Dates of Coverage 01/2015 to 11/30/2023
12/15/2023 present
Phone Number: ____   Fax Number: ____

*PLEASE MAKE SURE TO INCLUDE THE OFFICE NAME, PHONE NUMBER, ADDRESS, CITY, STATE AND FAX NUMBER (IF POSSIBLE). PLEASE LIST ALL DOCTORS, PHARMACIES & HOSPITALS FOR YOUR CURRENT CONDITION FOR THE DATES INDICATED ABOVE. PLEASE USE THE BACK OF THE FORM IF MORE ROOM IS NEEDED TO LIST THIS INFORMATION. COMPLETE INFORMATION IS NEEDED TO AVOID DELAY ON YOUR CLAIM.*

The above information is true and complete to the best of my knowledge and belief.

Employee's Signature ____   Date 1/18/2024

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.   Page 1 of 2

Mrs Chrisine

I'm going to be very frank with you. I haven't had therapy. Zero therapy, through no fault of mine. I've been through a lot and I'm having trouble controlling what comes out of my mouth. Enclosed is the FAQ about your company, also is my mortgage statement and a text thread from my 17 yo high school senior. Who plays football and baseball. I've mostly lived my life the way I'm supposed to, I treat people how I want to be treated. Now I was told 9 years ago when I signed up for yall services that if I needed them it would be there along with this I had over 400 hours banked in paid time off. Do you understand what someone has to do in order to have over 400 hours of paid time off. I never call in, ever. I'm struggling big bad and I wanna curse you out so bad even though it's not your fault. I am a control freak, meaning I think 10 steps ahead and your company not handling business like it said it would. Mine didn't either if it's any consolation

I'm going through it
Urness

Q: What happens if my claim is not approved?

A: If your claim is not approved, your case manager will call you to explain the reason for the claim denial and tell you how to appeal the decision. You will also receive a letter explaining why your claim was denied and the appeal process.

Q: What type of medical information will be requested from my treating provider(s)?

A: A completed disability form, copies of your medical records, office visit notes, treatment plan, and test results may be requested. Once the request for medical information has been sent, you should receive a letter from your case manager notifying you of the request. If the information is not received from your physician within 45 days of the initial request for information, your claim will be denied for failure to provide proof of disability. Please follow up immediately with your physician(s) to ensure they send the requested information. In addition, all documentation regarding follow-up care must be received from your physician within 30 days of the request or your claim will be denied.

Q: What happens if my treating provider(s) will not provide medical information over the phone?

A: Every treating provider has a specific policy regarding release of medical information. Your case manager will do their best to confirm any information necessary to reach a decision on your claim. In the event your treating provider(s) will not release information over the phone, your case manager will fax a request to your treating provider(s). Once the request for medical information has been sent, you will receive a letter from your case manager notifying you of the request.

Lack of sufficient medical documentation may result in interruption of your pay and/or a denial of disability benefits.

Q: What type of communication can I expect from my case manager at Lincoln Financial Group?

A: Frequent and open communication between you and your case manager is critical for you to achieve a safe and timely return to work. Your case manager will call you periodically to discuss your recovery and to answer any questions. Case managers will be in contact with you based on your individual circumstances and on how long you will be absent from work. Periodically, your case manager will contact your physician to discuss your current medical condition. Additional medical information may be required for benefits to continue under the disability program.

Q: How long can I remain on short-term disability (STD)?

A: If you continue to be disabled according to medical records provided by your physician and you cannot return to work, you may remain on STD for up to 26 weeks. If your illness or disability extends beyond 26 weeks, you will automatically be considered for long-term disability (LTD) benefits.

Q: What do I do when I'm ready to return to work?

A: You must call your case manager about your return-to-work date. You should also contact your immediate manager to notify them of your estimated return-to-work date and if you need any special requirements. Your case manager will request a release from your physician that allows you to return to work. If necessary, your case manager will work with you and your physician to determine a return-to-work plan specific to your needs and abilities. Alternative work options may be explored, such as modifications or accommodations to your job.

Q: What if I have questions about my claim?

A: Effective communication is a two-way process, and you are encouraged to call your case manager with any questions or concerns between 8 a.m. and 5 p.m. ET, Monday through Friday.

©2018 Lincoln National Corporation

LincolnFinancial.com

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Affiliates are separately responsible for their own financial and contractual obligations.

LCN-2250447-092018
PDF 11/18 Z01
Order code: DIS-LMSTQ-FL001



Group insurance products and services described herein are issued by Liberty Life Assurance Company of Boston, a Lincoln Financial Group® company. Home Office: Boston, MA.

Page 2 of 2

12:28
34%
Deontrell
Mobile
Y
I need something to eat
Like bad
My stomach
Imma cash you or daddy
Cash app
Ian eat last night
Or lunch
Your dad
He in the car with you
Yea
Me too
Haha
Why?

12:31 ⎕ⓐ ◎ ✅ 🎧 🕜 ∘          ▣ ✳ ◁ ◉ 4G₅ .  32% ▾

←    1507552434.pdf             ⋮







|||      ◯      ‹

**From:** Colaneri, Christine
**Sent:** Thu, 1 Feb 2024 21:48:50 +0000
**To:** 'Urness Gray'
**Subject:** RE: LTD 15209213 Urness Gray
**Importance:** High

Good Afternoon Urness,

I understand your frustration as I have been out of work myself in the past. I have been doing everything I can for your claim. If anything you should be upset with your provider for not sending us your medical records timely.

The part that you circled, states "if your illness or disability extends beyond 26 weeks, you will automatically be **considered (not approved)** for long term disability benefits. We are considering you for long term disability, we had to wait for medical records and I need to review the claim at a clinical forum.

I know I advised you that I would have an answer by today or Monday but it will be delayed until Tuesday as I have to go to a different clinical form to review your issues with your blood pressure.

I will be in touch soon.


Thank you,

Christine Colaneri
LTD Specialist



Lincoln Financial Group
1-800-291-0112 Extension 16123
Fax 603-334-0380
PO Box 2578
Omaha, NE 68103-2578

*Visit MyLincolnPortal.com for a secure and fast way to check the status of your claim, upload claim Documentation, enroll in text messaging and view your existing claim documents.*

**From:** Urness Gray <urnessgray@yahoo.com>
**Sent:** Thursday, February 1, 2024 1:57 PM
**To:** Colaneri, Christine <Christine.Colaneri@lfg.com>
**Subject:** RE: LTD 15209213 Urness Gray

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

**From:** Urness Gray <urnessgray@yahoo.com>
**Sent:** Wed, 7 Feb 2024 21:40:36 +0000 (UTC)
**To:** Colaneri, Christine
**Subject:** Re: LTD 15209213 Urness Gray

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

I'm at a doctors office and don't have my copay..and they can't see me without it.. Y I don't have it because the company I paid to cover my wages if and when I can't work are giving me a hard time.. I'm trying to see how did I get here. The embarrassment

Urness Gray

Sent from Yahoo Mail on Android

On Wed, Feb 7, 2024 at 1:19 PM, Urness Gray
<urnessgray@yahoo.com> wrote:

> Good afternoon Mrs Christine
>
> The reason that there is very little documentation is because I haven't gone to actual therapy yet. I need you to stay with me here. An appointment was made for a psychologist that my primary referred me to. That appointment was made in October 2023 for December 5th 2023. Vermillion terminated me 12/01/2023. Canceled my insurance on 12/04/2023 effective 12/01/2023 and also denied my ADA paperwork on 12/04/2023. So on the morning of my appointment I didn't have insurance coverage meaning I could not go see the psychologist on 12/05/2023. Now on 12/06/2023 I received an email from my leave specialist stating that my ADA was approved and to disregard that termination notice. I need you to stay with me Mrs Christine. It took 2 months for that first appointment, I need you to guess how long for the reschedule.. ding ding ding 2months is the answer. That appointment is scheduled for February 02/26/2024 at 10 am with a Dr Boudreaux. I didn't have insurance for at the least 6 days the most 13. How do I know this because I had to reschedule my Gyn for this month as well and I had her check before I went to that appointment on 12/12/2023. I also had my primary doctor check on 12/13/2023 no, insurance. The only reason I added the physical therapy files is because you was asking for stuff from August and September and October. I am a little confused on if my primary said that I wouldn't be ok to work at the psychiatric hospital, my primary job of 9 years, how can I be denied benefits. Again there is a whole lot of misinformation and it seems even with me going back through some stuff this just doesn't seem correct. I believe that I forwarded all of the above mentioned things before. If I did not I can because I have copies of all that.
>
> Urness Gray
> On Wednesday, February 7, 2024, 11:44:47 AM CST, Colaneri, Christine
> <christine.colaneri@lfg.com> wrote:

LTD 15209213 Urness Gray

From: Colaneri, Christine (christine.colaneri@lfg.com)

To: urnessgray@yahoo.com

Date: Thursday, February 29, 2024, 03:45 PM CST

Hi Urness,

The final report is completed. I have sent you a copy via mail. Once the letter processes overnight I will send you a copy via email as well.

We conducted 2 files reviews. Once with a board certified Internal Medicine for the high blood pressure and one with a board certified psychologist. Both reviews do not support disability. Therefore, we have denied your LTD claim.

The mental health is not supported for a few reason's: there is lack of severity that would warrant being out of work, you continue to work a second job which means you do have focus and concentration, Ms. Fontenot also spoke with the consulting physician and she stated it was never her intent to keep you out of work full time as well as Dr. Boudreaux did not indicate in the office note that she was keeping you out of work, and the office note states that the majority of the issue is from an incident that occurred between your son and Vermilion.

The details of the decision with Ms. Fontenot will be in the letter.

You have the right to appeal. You have a 180 days to send in a letter of appeal stating you disagree with the denial of the claim and the reason why. The letter may be sent via regular mail, fax or email.

Please let me know if you have any questions.


Thank you,

Christine Colaneri
LTD Specialist



Lincoln Financial Group
1-800-291-0112 Extension 16123
Fax 603-334-0380
PO Box 2578
Omaha, NE 68103-2578


*Visit MyLincolnPortal.com for a secure and fast way to check the status of your claim, upload claim Documentation, enroll in text messaging and view your existing claim documents.*


Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination,

Re: LTD 15209213 Urness Gray

From:  Urness Gray (urnessgray@yahoo.com)

To:      manzydwilliams@gmail.com

Date:  Thursday, February 29, 2024, 05:59 PM CST

Being a psychiatric nurse you have to be able to keep your cool even in flight or fight situations. My main source of income is/ was Vermillion behavioral health systems. I purchased insurance through them that in the event I was unable to do my job with them that some of my income would be supplemented. Now I said that that incident was the straw that broke the camels back meaning there was a host of other things going.When my livelihood was threatened flight or fight kicked in and I wanted to fight. I paid this company for 9 big ol years that in the event I needed 60 percent of my income for a time I would be covered. I sat at my desk today and did zero work done. I should have been able to go back to regular work weeks ago. 4 weeks is what yall paid me out of the 6 months I've been out. 4 weeks smh

Sent from Yahoo Mail on Android

On Thu, Feb 29, 2024 at 5:44 PM, Urness Gray <urnessgray@yahoo.com> wrote:

Sent from Yahoo Mail on Android

I forwarded their denial to my sister and I thought the following emails were sent to Christine @ Lincoln. This is how angry and out of it I was

----- Forwarded Message -----
From: "Colaneri, Christine" <Christine.Colaneri@lfg.com>
To: "Urness Gray" <urnessgray@yahoo.com>
Sent: Thu, Feb 29, 2024 at 3:45 PM
Subject: LTD 15209213 Urness Gray

Hi Urness,

The final report is completed. I have sent you a copy via mail. Once the letter processes overnight I will send you a copy via email as well.

We conducted 2 files reviews. Once with a board certified Internal Medicine for the high blood pressure and one with a board certified psychologist. Both reviews do not support disability. Therefore, we have denied your LTD claim.

The mental health is not supported for a few reason's: there is lack of severity that would warrant being out of work, you continue to work a second job which means you do have focus and concentration, Ms. Fontenot also spoke with the consulting physician and she stated it was never her intent to keep you out of work full time as well as Dr. Boudreaux did not indicate in the office note that she was keeping you out of work, and the office note states that the majority of the issue is from an incident that occurred between your son and Vermilion.

Re: LTD 15209213 Urness Gray

From:  Urness Gray (urnessgray@yahoo.com)

To:    manzydwilliams@gmail.com

Date:  Thursday, February 29, 2024, 06:15 PM CST

Furthermore  Fontenot office referred me to a type of doctor that I already had on board for my care instead of the therapy that I requested. That wasn't realized until I saw Boudreaux on Monday. When I saw Fontenot on Tuesday and brought that up she said she would redo the referral for therapyvthey still called me again for a psychiatrist. Was/is that my fault?! I couldn't thing straight back then damn sure can't think straight now but because I can hold a play position. I'm just trying to get back to my regular life without snatching someone's face off and yall are making my journey way more difficult than it had to be.Ask your psych doctor would he go in and see patients if he wanted to whoop everyone's ass around him because they was talking shit. I'm going to bed this is ridiculous. Scammers and thieves is what yall are. 4 weeks a joke

Sent from Yahoo Mail on Android

On Thu, Feb 29, 2024 at 5:59 PM, Urness Gray
<urnessgray@yahoo.com> wrote:

Being a psychiatric nurse you have to be able to keep your cool even in flight or fight situations. My main source of income is/ was Vermillion behavioral health systems. I purchased insurance through them that in the event I was unable to do my job with them that some of my income would be supplemented. Now I said that that incident was the straw that broke the camels back meaning there was a host of other things going.When my livelihood was threatened flight or fight kicked in and I wanted to fight. I paid this company for 9 big ol years that in the event I needed 60 percent of my income for a time I would be covered. I sat at my desk today and did zero work done. I should have been able to go back to regular work weeks ago. 4 weeks is what yall paid me out of the 6 months I've been out. 4 weeks smh

Sent from Yahoo Mail on Android

On Thu, Feb 29, 2024 at 5:44 PM, Urness Gray
<urnessgray@yahoo.com> wrote:

Sent from Yahoo Mail on Android

----- Forwarded Message -----
From: "Colaneri, Christine" <Christine.Colaneri@lfg.com>
To: "Urness Gray" <urnessgray@yahoo.com>
Sent: Thu, Feb 29, 2024 at 3:45 PM
Subject: LTD 15209213 Urness Gray

Hi Urness,

The final report is completed. I have sent you a copy via mail. Once the letter processes overnight I will send you a copy via email as well.

Good Morning Doc

So as you know I have been out of work at Vermillion since August 18, 2023. I remember a little bit of my talking to you about it back in November. Things have definitely gotten a little dusty all the way around. I did fmla and tried to use my insurance that the  hospital provided while out on leave. It seems I now have to fight with them also for payment. I was terminated on 12/01/2023  and insurance was canceled at the local level, my ADA was also denied at this time. On 12/06/2023 I was hired back, ADA approved at the corporate level and insurance was not reinstated until after 12/13/2023. That means I had to reschedule what I thought was a therapy/psychologist that I was scheduled for 12/05/2023. Turns out she's a psychiatrist like you but she works for Oshner. I saw her on 2/26/2024 and she increased my zoloft to 100mg qhs and Buspar to 15mg Bid and added seroquel 25mg qhs. She also explained that she did not do therapy. I am seeing someone weekly now out of Winters Mental Health and Consulting. This was week 2 of my seeing her and I want to say week almost week 3 of the new medication regimen. I say all of that to say I need from you and your expertise to fill out the enclosed form and if your notes had any detail on how you think I was in November and again when I saw you last. I did not add you to the list before because I felt like I was seeing you for something different and it wasn't pertaining to this stuff. I guess I was wrong. I also included a copy of the denial the insurance place sent me. Their argument was that I am able to go to my part time job. It is an adult daycare called Mary Lee's house of Love before September I only worked here 3 days out of the week Mondays, Thursdays and Fridays 8 - 4. When I went left they immediately provided me with the accommodations that we thought would help me because I was her main nurse that did all of the documentation. They provided me with a laptop so that if I felt overwhelmed I could move around the building i.e. outside in my vehicle or in the back area or even the building next door. None of our clients are violent and would not cause that flight or fight feeling for me. I have been working Monday - Friday here since sometime in September but what once took me 3 days to do is a fight that has been taking 7 days. Last week was better with paperwork but the crafting area is a mess. I am projecting I will be able to return to normal life April 01,2024 that will be about 4 weeks of medication and 3 weeks of therapy. Right now I'm sitting at about 17 weeks at 600 bucks a week these people owe me. Your help and input is greatly appreciated.

Urness Gray
(337) 541-4163

*Bryant Dronette*
*3|21|2024*

*Dropped @ his Office*
*3|22|2024*

Good Morning Doc

 I don't think I had vocalized myself very well or I feel I unloaded a lot on you in our first session because I had been waiting so long to see you and I had so much to say. LOL
 So I am feeling more like myself. I started seeing a therapist and am taking my medication as prescribed. My problem is there was a packet of paperwork that the insurance company that deals with our short term, long term disability sent to your office that they needed from you to process my claim. At the time I was just frustrated and short tempered and the ladies in the front kind of had me doing loops. I ended up just going to medical records and grabbed your notes and turned that in. Of course my claim was denied, I didn't even think they could deny a claim. So here I am having to do an appeal. I made a copy of the denial and what they did pay for their STD claim, also a copy of what was originally sent to your office. Their argument is that I am able to work my other job, The Adult day care, which prior to all this was just 3 days a week and I worked Vermillion anywhere from 60 to 70 hours a week. Your help regarding this matter is greatly appreciated.


Urness Gray
(337) 541-4163


Kathleen Boudreux
3/21/24

Dropped @ new office
3/22/2024

Good Morning Laurel

I enclosed the denial letter they sent me,from what I'm reading I need all information at the time of the written appeal. I don't know what form you would have to fill out. If you could reach out to them I would greatly appreciate it. I also sent something to the 2 psychiatrists that I have,lol, Bryant Dronette and Kathleen Boudreaux. Also I don't know who out of the group would I need to get the ok to go back to regular work. The daycare was/is my side gig. Lincoln Financial at this point owes me for about 17 weeks and trying to survive on my part time gig has been horrible.As of right now Vermillion is still paying my insurance but I don't know how long that will last. Going over emails from Kayla Callahan I was supposed to be terminated again at the end of February if I did not pick up any shifts. Thanking you in advance for your help.


Urness Gray
(337) 541-4163


3/21/2024
Dropped @ her office
on 3/22/2024



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

September 6, 2024

Urness Gray
125 RUE VIANSA DRIVE
LAFAYETTE, LA 70501

RE:    Long Term Disability (LTD) Benefits
       Acadia Healthcare Company, Inc
       Claim #: 15209213

Dear Urness:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Acadia Healthcare Company, Inc. Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We received your request for review of the recent claim determination on this LTD claim on August 29, 2024.

I will be the dedicated Claim Resolution Specialist. If you have any questions regarding the status of the appeal, you may contact me at 1-888-437-7611 extension 13301, or fax number (603) 334-0401 or email to disabilitydocuments@lfg.com

As per our discussion today, we agreed to send a courtesy request on your behalf for medical records.  You were notified and carbon copied on this request to Kathleen Boudreaux, APRN. Please follow up with this provider to ensure the records are sent timely.

Any information you wish to submit in support of this claim may be faxed or mailed to my attention by **September 20, 2024**:

<div align="center">

Lincoln Financial Group
P.O. Box 2578
Omaha, NE 68103-2578

Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401
Disabilitydocuments@lfg.com

</div>

Since we are waiting for you to submit additional documentation, the days from the date of this letter until we receive your submission are not counted as part of the appeal determination period.

In accordance with the Employee Retirement Income Security Act, under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received, excluding any days in which we are waiting for you to submit documentation. We will contact you if there are special circumstances requiring a delay in Lincoln's response, and you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this matter, please contact me.

Sincerely,

Courtney Grygiel
Claim Resolution Specialist
Phone No.: (888) 437-7611 Ext. 13301
Secure Fax No.: (603) 334-0401



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

October 11, 2024

Urness Gray
125 RUE VIANSA DRIVE
LAFAYETTE, LA 70501

RE:    Long Term Disability (LTD) Benefits
       Acadia Healthcare Company, Inc
       Claim #: 15209213

Dear Urness:

The Lincoln National Life Insurance Company is responsible for managing claims for Long Term Disability (LTD) benefits under Acadia Healthcare Company, Inc. Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are in process of reviewing your appeal of our denial determination regarding the above-referenced claim. The purpose of this letter and enclosure is to provide you with an opportunity to review and comment on new/ additional evidence that has been received before a decision is rendered on your appeal.

Please find attached a copy of the medical review conducted by Martin Lipschutz M.D., board certified in psychiatry which is new or additional evidence in connection with this appeal.

You may provide a written response to us, which we will consider in making our decision on this appeal.    Please submit any written comments or additional medical documentation to us at the address in the upper right-hand corner of this letter, or you can fax it directly to 603-334-0401 or respond via email at disabilitydocuments@lfg.com.

The period for any response will expire on November 1, 2024. If you will not be responding to the review, please advise us in writing immediately.

Any information you wish to submit in support of this claim may be faxed or mailed to my attention by November 1, 2024, to:

<div align="center">

The Lincoln National Life Insurance Company
P.O. Box 2578
Omaha, NE 68103-2578

Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

</div>

Disabilitydocuments@lfg.com

Due to these special circumstances, an extension of time to process this appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income Security Act.

Under ERISA, the period for making a benefit determination shall be tolled (suspended) from the date of this notice until we receive your timely response. Upon receipt of your response, we will promptly complete our review and render a determination on your appeal.

If you have any questions regarding this matter, please contact your assigned Disability Case Manager at the number below.

Sincerely,

Courtney G.
Claim Resolution Specialist
Phone No.: (888) 437-7611 Ext. 13301
Secure Fax No.: (603) 334-0401

Attachments:   15209213-MEDICAL-CP/PEER REVIEW-10.10.2024



7111 Fairway Dr., Suite 201
Palm Beach Gardens, FL
33418
Toll Free: 888-920-4440
Email: intake@danestreet.com

Martin Lipschutz M.D.
Psychiatry

| Claimant Name: | Urness Gray | Claim Number: | 15209213 |
|---|---|---|---|
| Report Date: | 10/10/24 | Referral Type: | Initial Review |
| Referral Date: | 10/04/24 | Claimant DOB: | 10/25/78 |
| Dane Street ID: | 2362250 | | |

**Questions:**

**Please identify the primary impairing Diagnosis(es) with ICD 10 Code(s). Codes are only needed on up to the first 3 diagnoses.**

There are no impairing psychiatric diagnoses.

**If applicable, identify comorbid diagnoses significant to impairment with ICD 10 Codes(s). Codes are only needed on up to the first 3 diagnoses.**

The claimant has comorbid hypertension (I-10); ADHD (F-90.0); Generalized Anxiety Disorder (F-41.1) and Major Depressive Disorder, recurrent (F-33.1)

**Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from - 8/19/23 to 11/17/23 to - present, and comment on the expected duration.**

Taking into consideration the entire clinical picture, including evidence based medicine and any medication or other treatment side effects, there was no support for impairment due to psychiatric illness that translated into restrictions and limitations from - 8/19/23 to 11/17/23 to - present.

**Do medical records support any R&Ls that were recommended by treating providers for the timeframes in question?**

The medical records did not support any R&Ls that were recommended by treating providers for the timeframes in question.

The records reviewed did not provide exam findings supporting the claim of functional impairment due to psychiatric illness from 8/19/23 to 11/17/23 and 11/18/23 to present.

There were no clinical notes from any provider with mental status exams describing the claimant as having a significant psychiatric illness with cognitive abnormalities supporting functional impairment and the need for restrictions and limitations.

The psychiatry notes from PMHNP Dronette consisted of the claimant's self-reported symptoms, but had identical/unremarkable mental status exams that did not support impairment.

The medical notes from FNP Fontenot consisted of the claimant's self-reported symptoms, but had identical/unremarkable mental status exams that did not support impairment.

The psychiatry notes from APRN Boudreaux consisted of the claimant's self-reported symptoms and self-report scale scores, but had identical/largely unremarkable mental status exams that did not support impairment.

Other than describing the claimant as having a dysthymic mood with congruent/appropriate affect; the rest of the exams were unremarkable, including appearance, behavior, speech, thought process/content, and cognition; Additionally, the notes said the claimant was employed at an adult day care facility.

The 8/14/24 APS from APRN Boudreaux contained an unremarkable mental status exam, and said the claimant was advised to return to work.

There were no mental status findings of significant self-care, psychomotor, mood dysregulation, thinking/communication, cognitive abnormalities (with cognitive exams), and suicidal ideation or psychotic symptoms.

**Is the medical management recommended by the provider and/or followed by the claimant clinically reasonable and consistent with the apparent level of severity for the reported condition?**

The medical management recommended by the provider and/or followed by the claimant is clinically reasonable and consistent with the apparent level of severity for the reported condition.

**Are there any non-medical circumstances identified in the medical records (e.g. workplace conflicts-child or elder care issues, or legal issues) that may adversely impact work?**

The claimant reported conflicts with HR/staff at her original place of employment that may adversely impact work.

**Does the medical evidence support the employee has the ability to sustain reliable full time capacity (8/hours/day 5 days/ week) within the identified restrictions and limitations from 8/19/23 to 11/17/23 and 11/18/23 to present? Please explain your medical rationale.**

The medical evidence did support the employee has the ability to sustain reliable full time capacity (8 hours a day/ 5 day a week) within the identified restrictions and limitations from 8/19/23 to 11/17/23 and 11/18/23 to present.

There were no clinical notes from any provider with mental status exams describing the claimant as having a significant psychiatric illness with cognitive abnormalities supporting functional impairment and the need for restrictions and limitations.

The psychiatry notes from PMHNP Dronette, and the medical notes from FNP Fontenot, consisted of the claimant's self-reported symptoms, but had identical/unremarkable mental status exams that did not support impairment.

The psychiatry notes from APRN Boudreaux consisted of the claimant's self-reported symptoms and self-report scale scores, but had identical/largely unremarkable mental status exams that did not support impairment.

Other than describing the claimant as having a dysthymic mood with congruent/appropriate affect; the rest of the exams were unremarkable, including appearance, behavior, speech, thought process/content, cognition; Additionally, the notes said the claimant was employed at an adult day care facility.

The 8/14/24 APS from APRN Boudreaux contained an unremarkable mental status exam, and said the claimant was advised to return to work.

Urness Gray
Page 2 of 5

**Medical Records:**

Unknown - Appeals
01/01/2020 Unknown - Employment 01/01/2020
08/22/2023 Bryant Dronette, PMHNP-BC - Medical Report Visit/Note 08/22/2023, 11/14/2023, 02/14/2024, 05/08/2024
08/23/2023 Megan Fontenot, NP FNP - Medical Report Visit/Note 08/23/2023, 08/30/2023, 10/09/2023, 11/10/2023, 02/27/2024
09/21/2023 Megan Fontenot, NP FNP - Referral Forms 09/21/2023, 09/29/2023
10/04/2023 Renee - Physical/Occupational/Chiropractic Therapy 10/04/2023
10/10/2023 Tracy - Physical/Occupational/Chiropractic Therapy 10/10/2023
11/10/2023 Neema Hooker, MD - Medical Report Visit/Note 11/10/2023
11/13/2023 Acadia Healthcare Company Inc - Employment 11/13/2023, 08/29/2024, 06/01/2041
12/04/2023 Kayla Callahan - Denials 12/04/2023
01/10/2024 Mary Lee's House of Love Adult Day Health Care - Employment 01/10/2024
01/12/2024 Jason Miller, MED CRC ABVE/F - Work Status/Restrictions 01/12/2024
01/18/2024 Unknown - Questionnaire 01/18/2024
02/21/2024 Ryan Greene, MD - Independent Medical Examination (IME) 02/21/2024
02/21/2024 Ryan Greene, MD - Medical Report Visit/Note 02/21/2024
02/26/2024 Unknown - Medical Report Visit/Note 02/26/2024
02/26/2024 Kathleen Boudreaux, APRN - Medical Report Visit/Note 02/26/2024, 05/07/2024
08/14/2024 Kathleen Boudreaux, APRN - Attending Physician Statement 08/14/2024
08/29/2024 Brandy Vaughns - Employment 08/29/2024
08/29/2024 Vermilion Hospital LLC - Employment 08/29/2024
08/29/2024 Lincoln Financial Group - Appeals 08/29/2024

**Summary:**

The claimant is a 45-year-old female Charge Nurse LPN out of work due to ADHD (F90.0); Generalized Anxiety Disorder (F41.1).

The review period for this case is from 8/19/23 to 11/17/23 to present.

Records Reviewed:

Bryant Dronette, PMHNP-BC saw the claimant in psychiatry visits.

On 08/22/2023, the claimant reported "I am doing well"; reported decreased inattention; improved giving close attention to details; improved sustained attention in tasks; seemed to listen better when spoken to directly; followed through with instructions better; finishing duties; less distraction; improved organizing tasks; engaged in task requiring sustained mental effort; no longer losing things. Mental status described the claimant as having normal speech/conversation; appropriate mod/affect; logical/relevant thought process; normal thought content with no psychotic thoughts or suicidal ideation; realistic judgment and normal insight; alert/oriented x3; normal recent/remote memory; normal attention/concentration; intact language. The plan was to continue Vyvanse 50 mg/day.

On 11/14/2023, the claimant reported "The medication works well". She reported her PCP described Zoloft for a work situation causing the claimant to become irritable with an employee. She reported her mood was better on Zoloft. Vyvanse continued to stabilize ADHD symptoms. Mental status was identical to the exam of 8/22/23. Plan was to continue Vyvanse and Zoloft.

On 02/14/2024, the claimant reported "I need to increase the dose". The claimant reported having a pending counseling appointment. Vyvanse controlled ADHD symptoms. Mental status was identical to the exam of 8/22/23. No medication changes were made. There was no mention of Zoloft.

Urness Gray
Page 3 of 5

On 05/08/2024, the claimant reported being prescribed new medications reported depressive/anxiety symptoms improved; had increased motivation; started carpentry school; ADHD symptoms were controlled. Mental status was identical to the exam of 8/22/23. No medication changes were made.

Megan Fontenot, FNP saw the claimant in medical office visits.

On 08/23/2023, the claimant was seen in follow-up for hypertension. She reported work stress. BP was 140/96 in office. She denied panic attacks or suicidal/homicidal ideation. Exam described the claimant as not in acute distress; alert/oriented x3; normal behavior. The plan was Amlodipine for hypertension; Buspar as needed for anxiety.

On 08/30/2023, the After Visit Summary said blood pressure was 130/84, and the claimant was advised to continue medication and monitor blood pressure.

On 10/09/2023, the claimant was seen in follow-up for anxiety/work stress. She had a pending psychiatry appointment in 12/2023; She reported as needed Buspar did not manage anxiety/stress. Exam was identical to the note of 8/23/23. The plan was to start Zoloft 50 mg/day; continue Buspar.

On 11/10/2023, the claimant reported Zoloft helped control anxiety/insomnia and had much improvement. The exam described the claimant as alert; with normal mood, thought content and judgment. No medication changes were made.

On 2/15/24, Neema Hooker, MD submitted a File Review. The opinion was that based on the review of the available medical records, from a medicine perspective, no R/Ls can be reasonably supported from 8/19/23 to 11/17/23 or ongoing

On 02/21/2024, Ryan Greene, MD submitted a File Review that gave the opinion that there was no identified impairing diagnosis from 8/19/23-11/17/23 and beyond, and no support of restrictions and limitations.

On 2/21/24, Dr. Greene submitted as correspondence to NP Fontenot regarding the peer-to-peer discussion. NP Fontenot said the claimant was impaired due to high stress,and needed leave time; there was no testing supporting the claimant having cognitive impairment; said hypertension was correlated to the claimant's mental health; said the claimant could return to work on a limited schedule to start with flexibility for mental health leave.; said the claimant's symptom were from the work environment.

Kathleen Boudreaux, APRN saw the claimant in psychiatry visits.

On 02/26/2024, the claimant reported a work incident in 8/2023 in which her son (who worked at the same facility as the claimant) was terminated, and that she was accused of threatening HR. The claimant has been on FMLA, and reported mood symptoms and concerns that the facility wanted her gone. PHQ-9=19 (moderate depression); GAD-7=17 (severe anxiety). Mental status described the claimant having dysthymic mood with congruent/appropriate affect; the rest of the exam was unremarkable, including appearance, behavior, speech, thought process/content, cognition; insight/judgement. The plan was to start Seroquel 25 mg hs; increase Buspar to 15 mg bid; increase Zoloft to 100 mg/day; continue Vyvanse 60 mg/day.

On 05/07/2024, the claimant reported she was doing much better, was working at adult day care, and started carpentry school. She felt somewhat inattentive. PHQ-9=6 (mild depression); GAD-7=13 (moderate anxiety). Mental status was identical to the 2/26/24 exam. The plan was to increase Vyvnase to 70 mg/day; continue all other medication; follow-up in 3 months.

On 08/14/2024, Kathleen Boudreaux, APRN completed an Attending Physician Statement. Diagnoses were Major Depressive Disorder, Generalized Anxiety Disorder, ADHD, irritability, and insomnia. It gave the dates of treatment and medications. The mental status exam described the claimant as having an appropriate mood and affect; unremarkable appearance, cognition, no psychotic symptoms or suicidal ideation. It said the claimant was advised to return to work.

Urness Gray
Page 4 of 5

**Conflict of Interest Attestation:**

I hereby attest, as the reviewer of this request, I have personally reviewed all of the documents presented to me and that the opinion in this report is my own. I have a scope of licensure that typically manages the medical condition, procedure, treatment or issue under review for this specific case. I have current, relevant experience and/or knowledge to render a determination for this case. To the best of my knowledge, I have not been involved with the specific episode of care prior to referral of this review. I have no relationship, affiliation or conflict of interest with the covered person or covered person's authorized representative whose treatment is the subject of this review. I have no material professional, familial or financial conflict of interest with the referring entity, the insurance issuer or group health plan that is the subject of this review, any officer director, or management employee of the insurance issuer that is the subject of this review, any group health plan administrator, plan fiduciary, or plan employee. I have no material professional, familial or financial conflict of interest with the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of this review, the facility at which the recommended health care service or treatment would be provided or the developer or manufacturer of the principal drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of this review, nor incentive to promote the use of any services which may be associated with the claim that is the subject of this review. As an independent reviewer, I have not and will not accept compensation for this or any other independent review activities that is dependent in any way on the specific outcome of this case or other cases. It is important to point out that this review is meant to be of assistance in the case evaluation process and is not intended to establish a patient/doctor relationship. Furthermore, my opinion does not constitute recommendations as to specific or administrative function. The opinion above is based on the information available for review and held to a reasonable degree of clinical certainty.

Martin Lipschutz M.D.
Board Certified Psychiatry
NY#157955

Urness Gray
Page 5 of 5



The Lincoln National Life Insurance Company
Disability and Life Claims Appeal
PO Box 2578
Omaha, NE 68103-2578
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-0401

November 5, 2024

Urness Gray
125 RUE VIANSA DRIVE
LAFAYETTE, LA 70501

RE:    Long Term Disability (LTD) Benefits
       Acadia Healthcare Company, Inc
       Claim #: 15209213

Dear Urness:

We reviewed your appeal request for Long Term Disability ("LTD") benefits and maintained the decision to deny benefits.

## Initial Claim Decision

You submitted a claim for your absence from work as of August 19, 2023, as a result of generalized anxiety disorder.    Your LTD benefits were due to begin on November 18, 2023, after the Policy's elimination period was completed.   However, your claim was denied as the evaluation concluded you were not disabled throughout and beyond the Policy's elimination period.

The basis for the decision was outlined in a letter dated March 1, 2024.   You were provided an opportunity to request an appeal review of the denial, stating the reasons why you felt that your claim should not have been denied and submit additional information to support your claim. Specifically, you were advised to submit the following information: *Office notes, test results, procedure notes, hospital records and therapy records from 11/11/23 through the date of your appeal from Ms. Fontenot and any other treating providers. You should also provide any additional information that you feel will support your claim.*

## Appeal

In a letter dated August 29, 2024, you requested an appeal.  In this letter stated you went through traumas as a child, teenager and as a young adult and this lead to your nursing specialty of mental health and substance abuse to help yourself and your loved ones.   You outlined the experiences you have been through the last few years, including family traumas and leading up to work situations that caused you to be out of control for several months.   You noted difficulties with your HR Director, and you are looking for payment for a psychological disability from August 18, 2023 through April 29, 2024. You stated this date as you state you started night school to see how you disposition was with new people.

The following medical information was submitted with your appeal request:

- February 26, 2024, office visit notes from LJFC Behavioral Health; progress notes by Kathleen Boudreaux
- May 7, 2024, office visit notes from LFFC Behavioral Health; progress notes by Kathleen Boudreaux
- February 26, 2024, and December 5, 2023 office visits in OH Lafayette-General Community Healthcare Center
- August 14, 2024, Psychiatric Supplemental Information form completed by Kathleen Boudreaux
- To Whom it May Concern letter from Brandy Vaughns
- Job Summary and employment documents
- August 22, 2023, November 14, 2023, February 14, 2024, and May 8, 2024 medical records from Bryant Dronette, PMHNP-BC

## Appeal Evaluation

In February 2024 during the initial claims investigation your file was reviewed by Neema Hooker, MD, a physician who is board certified in Family Medicine.    Dr. Hooker opined based on the review of the available medical records, no restations and limitations can be reasonably supported from August 19, 2023, ongoing.    Dr. Hooker reviewed from a medicine perspective and deferred comment on any psychiatric causes of impairment to a psychiatrist reviewer.

You file was also reviewed by Ryan Greene, M.D., board certified in psychiatry.  Dr. Greene opined there is no identified impairing diagnosis from August 19, 2023, ongoing and as such there is no support for restrictions or limitations.  Dr. Greene noted:

*The claimant does have the capacity to perform sustained, full-time work without restrictions. There is no objective medical evidence that the claimant is impaired from a psychiatric perspective. She is noted to have situational anxiety related to her primary workplace and managing certain types of psychiatric patients, but she is also noted to have a second job working at an adult day care and is able to work without any concerns....*

*There is no indication of psychomotor retardation or agitation. There is no mental status exam. Provider notes by Megan Fontenot FNP revealed psych examination to be within normal limits for all visits. Patient never required higher level of care. She was not suicidal or homicidal. There was no documentation of psychosis. There was no medication side effects. Patient was able to perform ADLs and care for herself....*

*Peer to peer revealed the goal for time off was to allow for flexibility to attend appointments however, there is no documentation that patient was seen daily or frequently enough to justify complete time off from work and she was not noted to see psychiatrist until December 2023. When provider was asked in peer to peer what patient did outside of her appointments to contribute to her wellness while she was not working provider noted she was not sure and did not feel claimant could not work entirely but rather just needed flexibility to attend these appointments.*

Please see the letter dated March 1, 2024, for the findings of the review completed in connection with the initial review of your claim and the decision to deny benefits.

During the review of your appeal, your file was referred for an independent review with Martin Lipschutz M.D., board certified in psychiatry. Dr. Lipschutz noted there are no impairing psychiatric diagnosis. *"There were no clinical notes from any provider with mental status exams describing the claimant as having a significant psychiatric illness with cognitive abnormalities supporting functional impairment and the need for restrictions and limitations. The psychiatry notes from PMHNP Dronette consisted of the claimant's self-reported symptoms, but had identical/unremarkable mental status exams that did not support impairment. The medical notes from FNP Fontenot consisted of the claimant's self-reported symptoms, but had identical/unremarkable mental status exams that did not support impairment.*

*The psychiatry notes from APRN Boudreaux consisted of the claimant's self-reported symptoms and self-report scale scores, but had identical/largely unremarkable mental status exams that did not support impairment.*

*Other than describing the claimant as having a dysthymic mood with congruent/appropriate affect; the rest of the exams were unremarkable, including appearance, behavior, speech, thought process/content, and cognition; Additionally, the notes said the claimant was employed at an adult day care facility.*

*The 8/14/24 APS from APRN Boudreaux contained an unremarkable mental status exam, and said the claimant was advised to return to work.*

*There were no mental status findings of significant self-care, psychomotor, mood dysregulation, thinking/communication, cognitive abnormalities (with cognitive exams), and suicidal ideation or psychotic symptoms.*

On October 11, 2024, a letter was sent to you which included a copy of the medical review by Dr. Lipschutz. The purpose of this letter and enclosure(s) was to provide you with an opportunity to review and comment on new/ additional evidence that has been received before a decision was rendered on your appeal. We asked that you provide your response by November 1, 2024. To date, there has been no response provided.

Your statements and all the medicine evidence in your file have been considered. However, it has been determined that impairment is not supported and does not translate into restrictions and limitations from August 19, 2023 through the Elimination Period and beyond.

Our role in reviewing your file is to determine whether your medical condition and the medical documentation contained in your file supports that you are unable to perform the material and substantial duties of your own occupation from your last day worked through the Elimination Period. We are not required to ensure the availability of this occupation or that you return to active employment with your former employer in the same or different position.

It is important to clarify that the existence of a medical condition/diagnosis in and of itself does not equate to eligibility for long term disability benefits. The focus of our assessment is not whether or not a condition exists; but rather whether or not impairment exists that would preclude you from performing the duties of your Own Occupation. This appeal reviews and analysis considered all the medical and claim documentation contained in your Long-Term Disability administrative record,

whether or not specifically referenced in this document.

Based on our review of your file  the appeal review concludes that the medical documentation does not support impairment associated your conditions resulting in restrictions and limitations which would preclude you from performing the duties of your own occupation on a full-time basis.

## Conclusion

We conducted a thorough and independent review of this entire claim.  In summary, we acknowledge that you may have continued to experience some impairments and symptoms associated with your conditions.  However, the available information contains insufficient evidence supporting restrictions and limitations from a physical or a psychological condition or other medical documentation supporting your symptoms remained of such severity, frequency and required a higher level of care, resulting in restrictions or limitations rendering you unable to perform the duties of your occupation from your last day worked throughout and beyond the Policy's elimination period.

Having carefully considered all of the information submitted in support of this claim, our position remains that proof of continued disability in accordance with the Policy provisions has not been provided.  Therefore, no benefits are payable.

This claim decision reflects an evaluation of the claim facts and Policy provisions.

## Policy Provisions

In order to receive benefits, you must satisfy the requirements of all Policy provisions that state, in part:

*"Disability" or "Disabled" means:*

*Applicable to Class 2, 3, 4:*
   *b. i. if the Covered Person is eligible for the 24 Month Own Occupation benefit, "Disability" or "Disabled" means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
   *ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

*"Own Occupation", with respect to Long Term Disability, means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Lincoln will consider the Covered Person's occupation as it is normally performed in the national economy.*

*"Material and Substantial Duties", with respect to Long Term Disability, means responsibilities that are normally required to perform the Covered Person's Own Occupation, or any other occupation, and cannot be reasonably eliminated or modified.*

*Elimination Period:*

*Applicable to Class 2, 3, 4:*
*90 days.*

**"Elimination Period"**, *with respect to Long Term Disability, means a period of consecutive days of Disability or Partial Disability for which no benefit is payable. The Elimination Period is shown in the Schedule of Benefits and begins on the first day of Disability.*

*If the Covered Person returns to work for any thirty or fewer days during the Elimination Period and cannot continue, Lincoln will count only those days the Covered Person is Disabled or Partially Disabled to satisfy the Elimination Period.*

**"Proof"** *means the evidence in support of a claim for benefits and includes, but is not limited to, the following:*

*1. a claim form completed and signed (or otherwise formally submitted) by the Covered Person claiming benefits;*
*2. an attending Physician's statement completed and signed (or otherwise formally submitted) by the Covered Person's attending Physician; and*
*3. the provision by the attending Physician of standard diagnosis, chart notes, lab findings, test results, x-rays and/or other forms of objective medical evidence in support of a claim for benefits.*

*Proof must be submitted in a form or format satisfactory to Lincoln.*

The Policy contains the following limitation:

**Mental Illness and/or Substance Abuse and/or Non-Verifiable Symptoms Limitation**

*The benefit for Disability due to Mental Illness and/or Substance Abuse and/or Non-Verifiable Symptoms will not exceed a period of 24 months of Monthly Benefit payments while the Covered Person is insured under this policy.*

*If the Covered Person is in a Hospital or Institution for Mental Illness and/or Substance Abuse at the end of the period of 24 months, the Monthly Benefit will be paid during the confinement.*

*If the Covered Person is not confined in a Hospital or Institution for Mental Illness and/or Substance Abuse, but is fully participating in an Extended Treatment Plan for the condition that caused Disability, the Monthly Benefit will be payable to a Covered Person for up to a period of 36 months.*

*In no event will the Monthly Benefit be payable beyond the Maximum Benefit Period shown in the Schedule of Benefits.*

**"Mental Illness"** *means a psychiatric or psychological condition classified as such in the most current edition of the Diagnostic and Statistical Manual of Mental Disorders (DSM) regardless of the underlying cause of the Mental Illness. If the DSM is discontinued, Lincoln will use the replacement chosen or published by the American Psychiatric Association.*

**"*Proof*"** *means written proof covering the occurrence, the character and the extent of the loss for which the claim is made.*

Under the Employee Retirement Income Security Act (ERISA) appeal guidelines, you were entitled to appeal the decision made by The Lincoln National Life Insurance Company, and to submit any additional information you wished to be considered as part of the appeal. The Lincoln National Life Insurance Company has conducted a full and fair review of your appeal and accompanying materials and has concluded that the denial of benefits will be maintained.

At this time, your administrative right to review has been exhausted; no further review will be conducted by The Lincoln National Life Insurance Company and your claim will remain closed. You may request to receive, free of charge, copies of all documents relevant to your claim. You have the right to bring a civil action under section 502(a) of ERISA following an adverse benefit determination on review.

*Legal Proceedings*
*A claimant or the claimant's authorized representative cannot start any legal action:*
*1. until 60 days after Proof of claim has been given; or*
*2. more than three years after the time Proof of claim is required.*

If your plan is subject to ERISA, you may have other voluntary alternative dispute resolution options, such as mediation. One way to find out what may be available is to contact your local U.S. Department of Labor Office or your state insurance regulatory agency. In addition, once all required reviews of your claim have been completed, you have the right to bring a civil action under applicable law. Your employer's plan has a contractual limitations period of 3 years, which means that a lawsuit must be brought within 3 years after the date written proof of claim or proof of continued disability was required. The date on which the contractual limitations period expires for this claim is February 15, 2027.

This information is provided for purposes of this claim only, as the time proof of claim is required may differ based on claim specifics and applicable policy language.

Nothing in this letter should be construed as a waiver of any The Lincoln National Life Insurance Company rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the Company, whether or not they are specifically mentioned herein.

Decisions made by The Lincoln National Life Insurance Company are based on the provisions outlined in Acadia Healthcare Company, Inc., Policy. These provisions are not contingent on decisions made by either the Social Security Administration or other disability-determining entities. No internal rules, guidelines, protocols, standard or other similar criteria were relied upon in rendering the claim determination.

If you require language translation assistance, please contact The Lincoln National Life Insurance Company to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłį́' dóó ná'ookąąh nííní'ąągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtį́į́ł nínízingo doo bąąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If you have any questions regarding this matter, please contact me.

Sincerely,

Courtney G.
Claim Resolution Specialist
Phone No.: (888) 437-7611 Ext. 13301
Secure Fax No.: (603) 334-0401

# AFTER VISIT SUMMARY



**Ochsner Health**

**Urness Gray**  DoB: 10/25/1978

📅 2/26/2024 10:00 AM  📍 OH Lafayette-General Community Healthcare Center 337-703-6500

## Instructions  from Kathleen M Boudreaux, APRN

Increase Zoloft to 100mg a day
2. Continue Vyvance 60mg a day - last filled on 2/23 - Bryant Dronnette
3. Increase Buspar to 15mg every morning and 15mg at HS
4. Start Seroquel 25mg at bedtime

 ### Today's medication changes

➡️ START taking:
**QUEtiapine (SEROQUEL)**

🔶 CHANGE how you take:
**busPIRone (BUSPAR)**

**sertraline (ZOLOFT)**

Accurate as of February 26, 2024 12:24 PM.
**Review your updated medication list below.**

 ### Read the attached information
Quetiapine, ADULT (English)

 ### Pick up these medications at CVS/pharmacy #5511 - Lafayette, LA - 3754 Moss St AT CORNER OF PONT DES MOUTON
busPIRone • QUEtiapine • sertraline

Address: 3754 Moss St, Lafayette LA 70507
Phone:   337-269-9300

 ### Follow up in about 8 weeks
(around 4/22/2024) for medication management, face to face.

## Today's Visit

You saw Kathleen M Boudreaux, APRN on Monday February 26, 2024. The following issues were addressed: Moderate episode of recurrent major depressive disorder; GAD (generalized anxiety disorder); Attention deficit hyperactivity disorder (ADHD), predominantly inattentive type; and Irritability and anger.

 Blood Pressure
132/82

 BMI
46.59

 Weight
254 lb 11.2 oz

 Height
5' 2"

 Temperature (Oral)
98.2 °F

 Pulse
80

# What's Next

You currently have no upcoming appointments scheduled.

# COVID-19 Prevention

**Guidelines for General Prevention of COVID-19**

 

Name: Urness Gray | DOB: 10/25/1978 | MRN: 13535585 | PCP: Primary Doctor No | Legal Name: Urness Gray

---

**Patient Instructions by Kathleen M Boudreaux at 2/26/2024 10:00 AM**

Increase Zoloft to 100mg a day
2. Continue Vyvance 60mg a day - last filled on 2/23 - Bryant Dronnette
3. Increase Buspar to 15mg every morning and 15mg at HS
4. Start Seroquel 25mg at bedtime

MyChart® licensed from Epic Systems Corporation © 1999 - 2024

Hi there! I'm MyOchsner's chatbot. Can I help you with anything?

## COVID-19 Prevention (continued)

- Take steps to protect yourself from COVID-19. Perform hand hygiene frequently. Wash your hands often with soap and water for at least 20 seconds or use an alcohol-based hand sanitizer, covering all surfaces of your hands and rubbing them together until they feel dry.
- Avoid touching your eyes, nose, and mouth with unwashed hands.
- Avoid close contact with people and stay home if you're sick, except to get medical care.
- Cover coughs and sneezes with a tissue, or use the inside of your elbow. Immediately wash your hands or use hand sanitizer.

For more information, see CDC link below:
https://www.cdc.gov/coronavirus/2019-ncov/your-health/index.html

Your care is important to us. If your provider recommended a follow-up appointment or test, we are happy to help you coordinate your recommended care. It is important that you complete your recommended follow-up.  If you need help scheduling, please call 1-866-Ochsner. Appointments can also be made online through the patient portal.

While scheduling and attending your appointments is your responsibility, our goal is to support and empower you throughout that process.

## Diagnoses this Visit

Comments

Moderate episode of recurrent major depressive disorder  - Primary
GAD (generalized anxiety disorder)
Attention deficit hyperactivity disorder (ADHD), predominantly inattentive type
Irritability and anger

## Allergies as of 2/26/2024

Reactions

Cipro [ciprofloxacin Hcl]                                    Hives

## MyChart QR Code

# DOWNLOAD THE NEW
# MyOchsner APP TODAY!



# Your Medication List as of February 26, 2024 12:24 PM

ⓘ Always use your most recent med list.


**CONTINUE**

**albuterol** 90 mcg/actuation inhaler
Commonly known as: PROVENTIL/VENTOLIN HFA

Inhale 2 puffs into the lungs every 6 (six) hours as needed.


**CONTINUE**

**amlodipine-benazepril 10-20mg** 10-20 mg per capsule
Commonly known as: LOTREL

Take 1 capsule by mouth every morning.


**CHANGE**

**busPIRone** 15 MG tablet
Commonly known as: BUSPAR
Quantity: 60 tablet
Signed by: Kathleen M Boudreaux, APRN
Changed by: Kathleen M Boudreaux, APRN

Take 1 tablet (15 mg total) by mouth 2 (two) times daily.
What changed:
- **medication strength**
- **how much to take**
- **when to take this**
- **reasons to take this**


**CONTINUE**

**hydroCHLOROthiazide** 12.5 mg capsule
Commonly known as: MICROZIDE

Take 12.5 mg by mouth every morning.


**CONTINUE**

**LINZESS** 145 mcg Cap capsule
Generic drug: linaCLOtide

Take 145 mcg by mouth.


**CONTINUE**

**meloxicam** 15 MG tablet
Commonly known as: MOBIC

Take 15 mg by mouth every morning.


**START**

**QUEtiapine** 25 MG Tab
Commonly known as: SEROQUEL
Quantity: 30 tablet
Signed by: Kathleen M Boudreaux, APRN
Started by: Kathleen M Boudreaux, APRN

Take 1 tablet (25 mg total) by mouth nightly.


**CHANGE**

**sertraline** 100 MG tablet
Commonly known as: ZOLOFT
Quantity: 30 tablet
Signed by: Kathleen M Boudreaux, APRN
Changed by: Kathleen M Boudreaux, APRN

Take 1 tablet (100 mg total) by mouth every evening.
What changed:
- **medication strength**
- **how much to take**
- **when to take this**


**CONTINUE**

**\* VYVANSE** 50 MG capsule
Generic drug: lisdexamfetamine

Take 50 mg by mouth every morning.


**CONTINUE**

**\* lisdexamfetamine** 60 MG capsule
Commonly known as: VYVANSE

Take 60 mg by mouth every morning.

LJFC BEHAVIORAL HEALTH
2390 W Congress St
Lafayette LA 70506-4205

Gray, Urness
MRN: 13535585, DOB: 10/25/1978, Sex: F
Acct #: 31201532149
Enc. Date 2/26/2024

## 02/26/2024 - Office Visit in OH Lafayette-General Community Healthcare Center

### Reason for Visit

| New Patient | BH anxiety and depression |
|---|---|

### Diagnoses

| | Codes | Comments |
|---|---|---|
| Moderate episode of recurrent major depressive disorder  - Primary | ICD-10-CM: F33.1<br>ICD-9-CM: 296.32 | |
| GAD (generalized anxiety disorder) | ICD-10-CM: F41.1<br>ICD-9-CM: 300.02 | |
| Attention deficit hyperactivity disorder (ADHD), predominantly inattentive type | ICD-10-CM: F90.0<br>ICD-9-CM: 314.00 | |
| Irritability and anger | ICD-10-CM: R45.4<br>ICD-9-CM: 799.22 | |

### Problem List as of 2/26/2024

Date Reviewed: **2/26/2024**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Moderate episode of recurrent major depressive disorder (Chronic) | ICD-10-CM: F33.1<br>ICD-9-CM: 296.32 | | | 2/26/2024 - Present |
| GAD (generalized anxiety disorder) (Chronic) | ICD-10-CM: F41.1<br>ICD-9-CM: 300.02 | | | 2/26/2024 - Present |
| Attention deficit hyperactivity disorder (ADHD), predominantly inattentive type (Chronic) | ICD-10-CM: F90.0<br>ICD-9-CM: 314.00 | | | 2/26/2024 - Present |
| Irritability and anger (Chronic) | ICD-10-CM: R45.4<br>ICD-9-CM: 799.22 | | | 2/26/2024 - Present |

### Patient as-of Visit

#### Allergies as of 2/26/2024

Allergies last reviewed by Anderson, Yvonne, MA on 2/26/2024 1049

**CIPRO [CIPROFLOXACIN HCL]** *[last edited by Anderson, Yvonne, MA on 2/26/2024 1035]*

| Reactions: Hives<br>RxNorm: 81981 | Noted on: 02/26/2024 |
|---|---|

#### Immunizations as of 2/26/2024

| Immunization | Administered On |
|---|---|
| COVID-19, MRNA, LN-S, PF (Pfizer) (Purple Cap) | 09/02/2021 |

### Outpatient Medications at Start of Encounter as of 2/26/2024

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| albuterol (PROVENTIL/VENTOLIN HFA) 90 mcg/actuation inhaler (Taking)<br>Sig - Route: Inhale 2 puffs into the lungs every 6 (six) hours as needed. - Inhalation<br>Class: Historical Med | — | — | 5/17/2023 | — |
| amlodipine-benazepril 10-20mg (LOTREL) 10-20 mg per capsule (Taking)<br>Sig - Route: Take 1 capsule by mouth every morning. - Oral<br>Class: Historical Med | — | — | | — |
| hydroCHLOROthiazide (MICROZIDE) 12.5 mg capsule (Taking)<br>Sig - Route: Take 12.5 mg by mouth every morning. - Oral<br>Class: Historical Med | — | — | | — |
| LINZESS 145 mcg Cap capsule (Taking) | — | — | | — |

LJFC BEHAVIORAL HEALTH
2390 W Congress St
Lafayette LA 70506-4205

Gray, Urness
MRN: 13535585, DOB: 10/25/1978, Sex: F
Acct #: 31201532149
Enc. Date 2/26/2024

## 02/26/2024 - Office Visit in OH Lafayette-General Community Healthcare Center (continued)

### Outpatient Medications at Start of Encounter as of 2/26/2024 (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Sig - Route: Take 145 mcg by mouth. - Oral<br>Class: Historical Med | | | | |
| **lisdexamfetamine (VYVANSE) 60 MG capsule (Taking)**<br>Sig - Route: Take 60 mg by mouth every morning. - Oral<br>Class: Historical Med | — | — | 2/14/2024 | — |
| **meloxicam (MOBIC) 15 MG tablet (Taking)**<br>Sig - Route: Take 15 mg by mouth every morning. - Oral<br>Class: Historical Med | — | — | | — |
| **busPIRone (BUSPAR) 5 MG Tab (Taking)**<br>Sig - Route: Take 5 mg by mouth 2 (two) times daily as needed. - Oral<br>Class: Historical Med<br><br>    Anderson, Yvonne, MA 2/26/2024 10:43 AM<br>    10 mg am<br>    15 mg pm | — | — | 2/20/2024 | 2/26/2024 |
| **sertraline (ZOLOFT) 50 MG tablet (Taking)**<br>Sig - Route: Take 50 mg by mouth once daily. - Oral<br>Class: Historical Med<br><br>    Anderson, Yvonne, MA 2/26/2024 10:41 AM<br>    qhs | — | — | | 2/26/2024 |
| **VYVANSE 50 mg capsule**<br>Sig - Route: Take 50 mg by mouth every morning. - Oral<br>Class: Historical Med | — | — | | — |

### Medications the Patient Reported Taking

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **albuterol (PROVENTIL/VENTOLIN HFA) 90 mcg/actuation inhaler (Taking)**<br>Sig: Inhale 2 puffs into the lungs every 6 (six) hours as needed.<br>Class: Historical Med<br>Route: Inhalation | — | — | 5/17/2023 | — |
| **amlodipine-benazepril 10-20mg (LOTREL) 10-20 mg per capsule (Taking)**<br>Sig: Take 1 capsule by mouth every morning.<br>Class: Historical Med<br>Route: Oral | — | — | | — |
| **hydroCHLOROthiazide (MICROZIDE) 12.5 mg capsule (Taking)**<br>Sig: Take 12.5 mg by mouth every morning.<br>Class: Historical Med<br>Route: Oral | — | — | | — |
| **LINZESS 145 mcg Cap capsule (Taking)**<br>Sig: Take 145 mcg by mouth.<br>Class: Historical Med<br>Route: Oral | — | — | | — |
| **lisdexamfetamine (VYVANSE) 60 MG capsule (Taking)**<br>Sig: Take 60 mg by mouth every morning.<br>Class: Historical Med<br>Route: Oral | — | — | 2/14/2024 | — |
| **meloxicam (MOBIC) 15 MG tablet (Taking)**<br>Sig: Take 15 mg by mouth every morning.<br>Class: Historical Med<br>Route: Oral | — | — | | — |
| **busPIRone (BUSPAR) 5 MG Tab (Taking/Discontinued)**<br>Sig: Take 5 mg by mouth 2 (two) times daily as needed.<br>Class: Historical Med | — | — | 2/20/2024 | 2/26/2024 |

Generated on 2/29/24 9:13 AM

LJFC BEHAVIORAL HEALTH
2390 W Congress St
Lafayette LA 70506-4205

Gray, Urness
MRN: 13535585, DOB: 10/25/1978, Sex: F
Acct #: 31201532149
Enc. Date 2/26/2024

## 02/26/2024 - Office Visit in OH Lafayette-General Community Healthcare Center (continued)

### Medications the Patient Reported Taking (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Route: Oral | | | | |
| Reason for Discontinue: **Dose adjustment** | | | | |
| **sertraline (ZOLOFT) 50 MG tablet** **(Taking/Discontinued)** | — | — | | 2/26/2024 |
| Sig: Take 50 mg by mouth once daily. | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: **Dose adjustment** | | | | |

### Ordered Medications

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **sertraline (ZOLOFT) 100 MG tablet** | 30 tablet | 3 | 2/26/2024 | — |
| Sig - Route: Take 1 tablet (100 mg total) by mouth every evening. - Oral | | | | |
| **busPIRone (BUSPAR) 15 MG tablet** | 60 tablet | 3 | 2/26/2024 | — |
| Sig - Route: Take 1 tablet (15 mg total) by mouth 2 (two) times daily. - Oral | | | | |
| **QUEtiapine (SEROQUEL) 25 MG Tab** | 30 tablet | 3 | 2/26/2024 | — |
| Sig - Route: Take 1 tablet (25 mg total) by mouth nightly. - Oral | | | | |

### Outpatient Medication Detail

| | Disp | Refills | Start | End | DAW |
|---|---|---|---|---|---|
| **sertraline (ZOLOFT) 100 MG tablet** | 30 tablet | 3 | 2/26/2024 | — | No |

Sig - Route: Take 1 tablet (100 mg total) by mouth every evening. - Oral
Sent to pharmacy as: sertraline (ZOLOFT) 100 MG tablet
Class: Normal
Order: 1077366765
Date/Time Signed: 2/26/2024 12:21
E-Prescribing Status: **Receipt confirmed by pharmacy** (2/26/2024 12:21 PM CST)

### Outpatient Medication Detail

| | Disp | Refills | Start | End | DAW |
|---|---|---|---|---|---|
| **busPIRone (BUSPAR) 15 MG tablet** | 60 tablet | 3 | 2/26/2024 | — | No |

Sig - Route: Take 1 tablet (15 mg total) by mouth 2 (two) times daily. - Oral
Sent to pharmacy as: busPIRone (BUSPAR) 15 MG tablet
Class: Normal
Order: 1077366766
Date/Time Signed: 2/26/2024 12:21
E-Prescribing Status: **Receipt confirmed by pharmacy** (2/26/2024 12:21 PM CST)

### Outpatient Medication Detail

| | Disp | Refills | Start | End | DAW |
|---|---|---|---|---|---|
| **QUEtiapine (SEROQUEL) 25 MG Tab** | 30 tablet | 3 | 2/26/2024 | — | No |

Sig - Route: Take 1 tablet (25 mg total) by mouth nightly. - Oral
Sent to pharmacy as: QUEtiapine (SEROQUEL) 25 MG Tab
Class: Normal
Order: 1077366767
Date/Time Signed: 2/26/2024 12:21
E-Prescribing Status: **Receipt confirmed by pharmacy** (2/26/2024 12:21 PM CST)

### Outpatient Medication Detail

| | Disp | Refills | Start | End | DAW |
|---|---|---|---|---|---|
| **sertraline (ZOLOFT) 50 MG tablet (Discontinued)** | — | — | | 2/26/2024 | No |

Sig - Route: Take 50 mg by mouth once daily. - Oral
Class: Historical Med
Reason for Discontinue: **Dose adjustment**

Generated on 2/29/24 9:13 AM

Page 3

LJFC BEHAVIORAL HEALTH
2390 W Congress St
Lafayette LA 70506-4205

Gray, Urness
MRN: 13535585, DOB: 10/25/1978, Sex: F
Acct #: 31201532149
Enc. Date 2/26/2024

## 02/26/2024 - Office Visit in OH Lafayette-General Community Healthcare Center (continued)

### Outpatient Medication Detail (continued)

| | Disp | Refills | Start | End | DAW |
|---|---|---|---|---|---|
| Order: 1077366764<br>Date/Time Signed: 2/26/2024 10:43 | | | | | |

### Outpatient Medication Detail

| | Disp | Refills | Start | End | DAW |
|---|---|---|---|---|---|
| **amlodipine-benazepril 10-20mg (LOTREL) 10-20 mg per capsule**<br>Sig - Route: Take 1 capsule by mouth every morning. - Oral<br>Class: Historical Med<br>Order: 1077366757<br>Date/Time Signed: 2/26/2024 10:40 | — | — | | — | -- |

### Outpatient Medication Detail

| | Disp | Refills | Start | End | DAW |
|---|---|---|---|---|---|
| **busPIRone (BUSPAR) 5 MG Tab (Discontinued)**<br>Sig - Route: Take 5 mg by mouth 2 (two) times daily as needed. - Oral<br>Class: Historical Med<br>Reason for Discontinue: **Dose adjustment**<br>Order: 1077366758<br>Date/Time Signed: 2/26/2024 10:40 | — | — | 2/20/2024 | 2/26/2024 | -- |

### Outpatient Medication Detail

| | Disp | Refills | Start | End | DAW |
|---|---|---|---|---|---|
| **hydroCHLOROthiazide (MICROZIDE) 12.5 mg capsule**<br>Sig - Route: Take 12.5 mg by mouth every morning. - Oral<br>Class: Historical Med<br>Order: 1077366759<br>Date/Time Signed: 2/26/2024 10:40 | — | — | | — | -- |

### Outpatient Medication Detail

| | Disp | Refills | Start | End | DAW |
|---|---|---|---|---|---|
| **VYVANSE 50 mg capsule**<br>Sig - Route: Take 50 mg by mouth every morning. - Oral<br>Class: Historical Med<br>Order: 1077366760<br>Date/Time Signed: 2/26/2024 10:40 | — | — | | — | Yes |

### Outpatient Medication Detail

| | Disp | Refills | Start | End | DAW |
|---|---|---|---|---|---|
| **lisdexamfetamine (VYVANSE) 60 MG capsule**<br>Sig - Route: Take 60 mg by mouth every morning. - Oral<br>Class: Historical Med<br>Order: 1077366761<br>Date/Time Signed: 2/26/2024 10:40 | — | — | 2/14/2024 | — | -- |

### Outpatient Medication Detail

| | Disp | Refills | Start | End | DAW |
|---|---|---|---|---|---|
| **LINZESS 145 mcg Cap capsule**<br>Sig - Route: Take 145 mcg by mouth. - Oral<br>Class: Historical Med<br>Order: 1077366762<br>Date/Time Signed: 2/26/2024 10:40 | — | — | | — | Yes |

LJFC BEHAVIORAL HEALTH
2390 W Congress St
Lafayette LA 70506-4205

Gray, Urness
MRN: 13535585, DOB: 10/25/1978, Sex: F
Acct #: 31201532149
Enc. Date 2/26/2024

## 02/26/2024 - Office Visit in OH Lafayette-General Community Healthcare Center (continued)

**Outpatient Medication Detail (continued)**

### Outpatient Medication Detail

| | Disp | Refills | Start | End | DAW |
|---|---|---|---|---|---|
| meloxicam (MOBIC) 15 MG tablet | — | — | | — | -- |

Sig - Route: Take 15 mg by mouth every morning. - Oral
Class: Historical Med
Order: 1077366763
Date/Time Signed: 2/26/2024 10:40

### Outpatient Medication Detail

| | Disp | Refills | Start | End | DAW |
|---|---|---|---|---|---|
| albuterol (PROVENTIL/VENTOLIN HFA) 90 mcg/actuation inhaler | — | — | 5/17/2023 | — | -- |

Sig - Route: Inhale 2 puffs into the lungs every 6 (six) hours as needed. - Inhalation
Class: Historical Med
Order: 1077340671
Date/Time Signed: 2/26/2024 10:40

## Progress Notes

**Progress Notes by Boudreaux, Kathleen M, APRN at 2/26/2024 10:00 AM**

| | | |
|---|---|---|
| Author: Boudreaux, Kathleen M, APRN | Service: — | Author Type: Nurse Practitioner |
| Filed: 2/26/2024 12:24 PM | Encounter Date: 2/26/2024 | Creation Time: 2/26/2024 10:45 AM |
| Status: Signed | Editor: Boudreaux, Kathleen M, APRN (Nurse Practitioner) | |
| **Sensitive Note** | | |

**Initial Interview  02/26/2024**
**HPI: Urness Gray is a 45 y.o. female here today for a psychiatric evaluation** referred by PCP to the UHC IM BH Clinic for medication management
**Past Medical History:** HTN

Patient states that she was referred by her PCP, Megan Fontenot.

Patient states that the straw that broke the camels back: she has been working at Vermillion for 9years. She got her son on at Vermillion as a tech. He was considering counseling degree.
She states that she is a good employee. There are no complaints or concerns.
In August, her son was suspended after an allegation of abuse.
He was 20yrs old.
Her son asked him to go with her to HR.
She states that when the Risk Manager and the HR assistant both escorted him into hte office. She sat in the lobby.
When he came out, he told her that he had been terminated.
He walked out empty handed. No paperwork.
She then sent a text message to the HR assistant and suggested that something was off about the termination: that he abused someone; that he pinched an adolescent patient.
Her son states that he did not pinch the boy.

She then got a call from the assistant HR person and that she was threatened by the HR person; that she better not call corporate and that she was more or less lucky to have a job there.
At this time, patient was at her other job at an adult day care.
he states that after the call, she was very angry.
She states that she has a history of a violent temper.

She states that she was supposed to work at Vermillion that night and did not go because she was so upset.

LJFC BEHAVIORAL HEALTH
2390 W Congress St
Lafayette LA 70506-4205

Gray, Urness
MRN: 13535585, DOB: 10/25/1978, Sex: F
Acct #: 31201532149
Enc. Date 2/26/2024

## Progress Notes (continued)

**Progress Notes by Boudreaux, Kathleen M, APRN at 2/26/2024 10:00 AM (continued)**

She had a meeting with the CNO on Monday to discuss how she was treated.
She made a formal complaint against the assistant HR person.
She decided to take some time off. She took FMLA.
She states that the person that she made a formal compliant about was in charge of her payroll.
She noticed that her pay was not correct.
Patient states that she was still angry at this point and so she did not call HR.

Because her check was short, she was not able to go to be with a family member who was dying. This has made her even angrier.
She is now hyper focused on the assistant HR person (Kayla).
States that she is becoming a little paranoid.
She states that she became the "email queen" and had become very aggressive and unprofessional.
She states that she was being "gas lighted" by administration at Vermillion.
She states that her paychecks were not ever corrected.
She states that no one ever got back with her about the formal complaint.

She states that in November, when her FMLA ran out, she still did not feel comfortable going back to work. She was still very angry.
Vermillion administration knew that she had an appointment for 12/05 and they were waiting on med management.
Her PCP was a day late turning in some paperwork for FMLA/ADA and on 12/01, she was terminated. Her insurance was cancelled on 12/04.

The morning of 12/05, she went to work at the adult day care - which she states was the only thing that was keeping er going.

She rescheduled her appointment with this provider until today.

On 12/06, she got an email from someone at corporate telling her that her ADA had been approved. But, she was already terminated by then.
She states that emotionally, she went back to how she was feeling in August - which was very angry.
She had missed the death of a family member, Thanksgiving, and Christmas.
She is now hyper focused on her issues with Vermillion and not getting her work done at the day care.

Right now, she is still employed with Vermillion. She states that "they" made it look like she was never terminated from Vermillion.

She states at this point, she believes that administration is waiting on her to quit.

Vermillion is still providing insurance but the adult day care - Mary Lees House of Love - does not provide insurance.

She has no intention of going back to work at Vermillion.
She is very angry because she loved working at Vermillion.

She now has to make a major career choice about what kind of nurse she wants to be.
She states that she has never had a write up; no complaints.

She states that it would not be fair for another employer to take her on if she is not herself.

he is still working at Mary Lees House of Love.
She states that she gets "thrown off easily."

She is feeding her 3 sons (ages 27, 23, 21, and 17) her brother, her husband, two girlfriends, and two babies.

Generated on 2/29/24  9:13 AM                                                                 Page 6

LJFC BEHAVIORAL HEALTH
2390 W Congress St
Lafayette LA 70506-4205

Gray, Urness
MRN: 13535585, DOB: 10/25/1978, Sex: F
Acct #: 31201532149
Enc. Date 2/26/2024

## Progress Notes (continued)

**Progress Notes by Boudreaux, Kathleen M, APRN at 2/26/2024 10:00 AM (continued)**

**Medications:**
Current Outpatient Medications

| Medication | Instructions |
|---|---|
| • albuterol (PROVENTIL/VENTOLIN HFA) 90 mcg/actuation inhaler | 2 puffs, Inhalation, Every 6 hours PRN |
| • amlodipine-benazepril 10-20mg (LOTREL) 10-20 mg per capsule | 1 capsule, Oral, Every morning |
| • busPIRone (BUSPAR) | 5 mg, Oral, 2 times daily PRN |
| • hydroCHLOROthiazide (MICROZIDE) | 12.5 mg, Oral, Every morning |
| • LINZESS | 145 mcg, Oral |
| • lisdexamfetamine (VYVANSE) | 60 mg, Oral, Every morning |
| • meloxicam (MOBIC) | 15 mg, Oral, Every morning |
| • sertraline (ZOLOFT) | 50 mg, Oral, Daily |
| • VYVANSE | 50 mg, Oral, Every morning |

**Psychiatric History:**
Reports a prior psychiatric history: depression, anxiety, ADHD
History of mental health out-patient treatment:
History of in-patient psychiatric hospitalization: denies
History of suicidal ideations:
History of suicidal threats:
History of suicide attempts: denies
History of self mutilation:
History of psychotropic medications:

**Family Psychiatric History:**
Mental Illness:
Alcohol abuse/addiction:
Drug addiction:

**Substance Use History:**
Alcohol: she takes a shot of alcohol (Crown Royal or Vodka) every night
Marijuana: denies
Benzodiazepines: denies
Opiates: denies
Stimulants: Rx for Vyvance
Cocaine: denies
Methamphetamine: denies
Nicotine: denies
Caffeine:

**Social History:**
Grew up in: Alexandria
Raised by:
Her mother killed her father and step-father killed her mother
Number of siblings: 5 biological
Education: college (LPN)
Generated on 2/29/24  9:13 AM

LJFC BEHAVIORAL HEALTH
2390 W Congress St
Lafayette LA 70506-4205

Gray, Urness
MRN: 13535585, DOB: 10/25/1978, Sex: F
Acct #: 31201532149
Enc. Date 2/26/2024

## Progress Notes (continued)

**Progress Notes by Boudreaux, Kathleen M, APRN at 2/26/2024 10:00 AM (continued)**

Employment: Mary Lees House of Love
Marital Status: married
Children: 4 sons
Living situation: in a house
Religious affiliation:

**Trauma History:**
History of Emotional/Mental abuse: as a child
History of Physical abuse: as a child
History of Sexual abuse: as a child
History of other trauma:

**Legal History:**
Legal history: arrested when she was 21yo for assault/battery
Denies being on probation or parole
Denies any upcoming court dates
Denies any pending charges.

**PHQ Score:**
02/26/2024: 19 moderate

**GAD-7 Score:**
02/26/2024: 17 severe

**Mental Status Evaluation:**

| | |
|---|---|
| Appearance: | unremarkable, age appropriate |
| Behavior: | normal, cooperative |
| Speech: | no latency; no press |
| Mood: | dysthymic |
| Affect: | congruent and appropriate |
| Thought Process: | normal and logical |
| Thought Content: | normal, no suicidality, no homicidality, delusions, or paranoia |
| Sensorium: | grossly intact |
| Cognition: | grossly intact |
| Insight: | intact |
| Judgment: | behavior is adequate to circumstances |

**Impression:**
1. MDD
2. GAD
3. Anger and irritability
4. ADHD
5. Insomnia

**Plan:**
1. Increase Zoloft to 100mg a day
2. Continue Vyvance 60mg a day - last filled on 2/23 - Bryant Dronnette
3. Increase Buspar to 15mg every morning and 15mg at HS
   Start Seroquel 25mg at bedtime

Follow up in about 8 weeks (around 4/22/2024) for medication management, face to face.

Page 8

LJFC BEHAVIORAL HEALTH
2390 W Congress St
Lafayette LA 70506-4205

Gray, Urness
MRN: 13535585, DOB: 10/25/1978, Sex: F
Acct #: 31201532149
Enc. Date 2/26/2024

## Progress Notes (continued)

**Progress Notes by Boudreaux, Kathleen M, APRN at 2/26/2024 10:00 AM (continued)**

Electronically signed by Boudreaux, Kathleen M, APRN on 2/26/2024 12:24 PM

**Follow-up and Disposition History**

02/26/2024 1159 - Kathleen M Boudreaux, APRN

Dispositions
- Follow up in about 8 weeks (around 4/22/2024) for medication management, face to face.

**Follow-up Information**

None

**Follow Up Call**

No data filed

# END OF REPORT

Subject: Service Requests from Website

To: [Welcome@WintersMHC.com=Welcome@WintersMHC.com]

From: Urness Gray <urnessgray@yahoo.com>

Date: Fri, Mar 1, 2024 at 5:35 PM

Hello My name is Urness Gray and I would like to set up services with Mr Winters if possible

Thank you
Cell number 3375414163

Sent from Yahoo Mail on Android

o:        [Urness Gray <urnessgray@yahoo.com>]

om       Admin <welcome@wintersmhc.com>

ate:      Fri, Mar 1, 2024 at 6:58 PM

i,

Ir. Winters is currently full and cannot take new clients. We can recommend someone else in the practice depending on your insurance (if using) and availability. We are currently after hours and will follow up with you on Monday morning.

hanks

n Fri, Mar 1, 2024, 5:35 PM Urness Gray <urnessgray@yahoo.com> wrote:
   Hello My name is Urness Gray and I would like to set up services with Mr Winters if possible

   Thank you
   Cell number 3375414163

   Sent from Yahoo Mail on Android

Case 6:25-cv-00202-DCJ-DJA    Document 10-1    Filed 05/29/25    Page 82 of 156 PageID #:  303

o:      [Urness Gray <urnessgray@yahoo.com>]

om     Vivian Winters, MPA <vivian@wintersmhc.com>

ate:    Mon, Mar 4, 2024 at 9:01 AM

ood Morning,
We reached out this morning via phone but didn't get an answer. Please give us a call when you have some time, we'd love to iscuss setting you up with one of our therapists.

hanks,
**ivian Winters, MPA**
**usiness Development Manager**
**/inters Mental Health and Consulting**
ffice Phone: (337) 962-1987
ax: (844) 364-1683
ww.wintersmhc.com

*VARNING: CONFIDENTIALITY NOTICE - The information enclosed with this transmission are the private, onfidential property of the sender, and the material is privileged communication intended solely for the idividual indicated. If you are not the intended recipient, you are notified that any review, disclosure, opying, distribution, or the taking of any other action relevant to the contents of this transmission are trictly prohibited. If you have received this transmission in error, please notify us immediately at (337) 962-987 or vivian@wintersmhc.com.*

n Fri, Mar 1, 2024 at 5:35 PM Urness Gray <urnessgray@yahoo.com> wrote:
Hello My name is Urness Gray and I would like to set up services with Mr Winters if possible

Thank you
Cell number 3375414163

Sent from Yahoo Mail on Android

):     [null <urnessgray@yahoo.com>]

om     Laurel Freeman <laurel@wintersmhc.com>

ate:     Fri, Mar 8, 2024 at 3:04 PM

ood afternoon

wanted to reach out while I have a few minutes to check in. I also wanted to ask what would your availability be for next week

et me know what you'd have and we can go from there.

**aurel B. Freeman, LCSW-BACS**
/inters Mental Health and Consulting
/ork cell: (337) 520-0511
ffice Phone: (337) 962-1987
ax: (844) 364-1683
ww.wintersmhc.com

bbeville Location:         Lafayette Location:
00 Thomas Street Suite 3     1304 Bertrand Drive Suite E3
bbeville, LA 70510         Lafayette, LA 70506

*'ARNING: CONFIDENTIALITY NOTICE - The information enclosed with this transmission are the private, confidential property o le sender, and the material is privileged communication intended solely for the individual indicated. If you are not the intended :cipient, you are notified that any review, disclosure, copying, distribution, or the taking of any other action relevant to the ontents of this transmission are strictly prohibited. If you have received this transmission in error, please notify us immediately ! (337) 962-1987 or laurel@wintersmhc.com.*

:    [Urness Gray <urnessgray@yahoo.com>]

om    Laurel Freeman <laurel@wintersmhc.com>

ate:    Mon, Mar 11, 2024 at 12:37 PM

ood afternoon

ould tomorrow at 3:30 work?

aurel B. Freeman, LCSW-BACS
/inters Mental Health and Consulting
/ork cell: (337) 520-0511
ffice Phone: (337) 962-1987
ax: (844) 364-1683
ww.wintersmhc.com

bbeville Location:      Lafayette Location:
00 Thomas Street Suite 3      1304 Bertrand Drive Suite E3
bbeville, LA 70510      Lafayette, LA 70506

/ARNING: CONFIDENTIALITY NOTICE - The information enclosed with this transmission are the private, confidential property o
ie sender, and the material is privileged communication intended solely for the individual indicated. If you are not the intended
cipient, you are notified that any review, disclosure, copying, distribution, or the taking of any other action relevant to the
ontents of this transmission are strictly prohibited. If you have received this transmission in error, please notify us immediately
 (337) 962-1987 or laurel@wintersmhc.com.

n Mon, Mar 11, 2024 at 10:17 AM Urness Gray <urnessgray@yahoo.com> wrote:
   Good morning

   Anytime after today will work, my admistrator has approved me to leave the room. After 3 would be optimal though

   Urness Gray

   Yahoo Mail: Search, Organize, Conquer

   On Fri, Mar 8, 2024 at 3:04 PM, Laurel Freeman
   <laurel@wintersmhc.com> wrote:

     Good afternoon

     I wanted to reach out while I have a few minutes to check in. I also wanted to ask what would your availability be for next
     week?

     Let me know what you'd have and we can go from there.

     **Laurel B. Freeman, LCSW-BACS**
     Winters Mental Health and Consulting
     Work cell: (337) 520-0511
     Office Phone: (337) 962-1987
     Fax: (844) 364-1683
     www.wintersmhc.com

     Abbeville Location:      Lafayette Location:
     100 Thomas Street Suite 3      1304 Bertrand Drive Suite E3
     Abbeville, LA 70510      Lafayette, LA 70506

**):**     [null <laurel@wintersmhc.com>]

**om**     Urness Gray <urnessgray@yahoo.com>

**ate:**     Mon, Mar 11, 2024 at 12:44 PM

es mame

ahoo Mail: Search, Organize, Conquer

n Mon, Mar 11, 2024 at 12:37 PM, Laurel Freeman
aurel@wintersmhc.com> wrote:

Good afternoon

Would tomorrow at 3:30 work?

**Laurel B. Freeman, LCSW-BACS**
Winters Mental Health and Consulting
Work cell: (337) 520-0511
Office Phone: (337) 962-1987
Fax: (844) 364-1683
www.wintersmhc.com

Abbeville Location:              Lafayette Location:
100 Thomas Street Suite 3        1304 Bertrand Drive Suite E3
Abbeville, LA 70510              Lafayette, LA 70506

*WARNING: CONFIDENTIALITY NOTICE - The information enclosed with this transmission are the private, confidential proper*
*of the sender, and the material is privileged communication intended solely for the individual indicated. If you are not the*
*intended recipient, you are notified that any review, disclosure, copying, distribution, or the taking of any other action relevar*
*to the contents of this transmission are strictly prohibited. If you have received this transmission in error, please notify us*
*immediately at (337) 962-1987 or laurel@wintersmhc.com.*

On Mon, Mar 11, 2024 at 10:17 AM Urness Gray <urnessgray@yahoo.com> wrote:
Good morning

Anytime after today will work, my admistrator has approved me to leave the room. After 3 would be optimal though

Urness Gray

Yahoo Mail: Search, Organize, Conquer

On Fri, Mar 8, 2024 at 3:04 PM, Laurel Freeman
<laurel@wintersmhc.com> wrote:

Good afternoon

I wanted to reach out while I have a few minutes to check in. I also wanted to ask what would your availability be for next week?

Let me know what you'd have and we can go from there.

**Laurel B. Freeman, LCSW-BACS**
Winters Mental Health and Consulting
Work cell: (337) 520-0511
Office Phone: (337) 962-1987

o:          [Urness Gray <urnessgray@yahoo.com>]

From        Vivian Winters, MPA <vivian@wintersmhc.com>

Date:       Tue, Mar 26, 2024 at 9:35 AM

Good Morning Urness,

Please give me a call when you have some time. I have a few questions about your insurance and future sessions.

Thanks,

**Vivian Winters, MPA**
**Business Development Manager**
Winters Mental Health and Consulting
Office Phone: (337) 962-1987
Fax: (844) 364-1683
www.wintersmhc.com

*WARNING: CONFIDENTIALITY NOTICE - The information enclosed with this transmission are the private, confidential property of the sender, and the material is privileged communication intended solely for the individual indicated. If you are not the intended recipient, you are notified that any review, disclosure, copying, distribution, or the taking of any other action relevant to the contents of this transmission are strictly prohibited. If you have received this transmission in error, please notify us immediately at (337) 962-1987 or vivian@wintersmhc.com.*

o:        [Urness Gray <urnessgray@yahoo.com>]

om       Laurel Freeman <laurel@wintersmhc.com>

ate:     Tue, Mar 26, 2024 at 9:51 AM

ood morning

he office let me know that your insurance came back as terminated so they want to speak with you before your session to etermine payment going forward. Please give them a call at 962-1987, you can ask for Vivian.

hanks!!

**aurel B. Freeman, LCSW-BACS**
/inters Mental Health and Consulting
/ork cell: (337) 520-0511
ffice Phone: (337) 962-1987
ax: (844) 364-1683
ww.wintersmhc.com

bbeville Location:                    Lafayette Location:
00 Thomas Street Suite 3             1304 Bertrand Drive Suite E3
bbeville, LA 70510                    Lafayette, LA 70506

*VARNING: CONFIDENTIALITY NOTICE - The information enclosed with this transmission are the private, onfidential property of the sender, and the material is privileged communication intended solely for the ndividual indicated. If you are not the intended recipient, you are notified that any review, disclosure, opying, distribution, or the taking of any other action relevant to the contents of this transmission are trictly prohibited. If you have received this transmission in error, please notify us immediately at (337) 962-987 or laurel@wintersmhc.com.*

| | |
|---|---|
| ): | [Laurel Freeman <laurel@wintersmhc.com>] |
| 'om | Urness Gray <urnessgray@yahoo.com> |
| ate: | Tue, Mar 26, 2024 at 3:25 PM |

orry Laurel we took the clients out today and we are out longer than we thought.. I have to reschedule

ahoo Mail: Search, Organize, Conquer

n Tue, Mar 26, 2024 at 9:51 AM, Laurel Freeman
aurel@wintersmhc.com> wrote:

Good morning

The office let me know that your insurance came back as terminated so they want to speak with you before your session to determine payment going forward. Please give them a call at 962-1987, you can ask for Vivian.

Thanks!!

--

**Laurel B. Freeman, LCSW-BACS**
Winters Mental Health and Consulting
Work cell: (337) 520-0511
Office Phone: (337) 962-1987
Fax: (844) 364-1683
www.wintersmhc.com

Abbeville Location:                     Lafayette Location:
100 Thomas Street Suite 3               1304 Bertrand Drive Suite E3
Abbeville, LA 70510                     Lafayette, LA 70506

*WARNING: CONFIDENTIALITY NOTICE - The information enclosed with this transmission are the private, confidential property of the sender, and the material is privileged communication intended solely for the individual indicated. If you are not the intended recipient, you are notified that any review, disclosure, copying, distribution, or the taking of any other action relevant to the contents of this transmission are strictly prohibited. If you have received this transmission in error, please notify us immediately at (337) 962-1987 or* **laurel@wintersmhc.com.**

**:**  [Laurel Freeman <laurel@wintersmhc.com>]

**om**  Urness Gray <urnessgray@yahoo.com>

**ate:**  Tue, Mar 26, 2024 at 3:27 PM

n just reading your message about the insurance.. Ill call first thing in the morning

ahoo Mail: Search, Organize, Conquer

n Tue, Mar 26, 2024 at 3:25 PM, Urness Gray
urnessgray@yahoo.com> wrote:

Sorry Laurel we took the clients out today and we are out longer than we thought.. I have to reschedule

Yahoo Mail: Search, Organize, Conquer

On Tue, Mar 26, 2024 at 9:51 AM, Laurel Freeman
<laurel@wintersmhc.com> wrote:

Good morning

The office let me know that your insurance came back as terminated so they want to speak with you before your sessio to determine payment going forward. Please give them a call at 962-1987, you can ask for Vivian.

Thanks!!

--
**Laurel B. Freeman, LCSW-BACS**
Winters Mental Health and Consulting
Work cell: (337) 520-0511
Office Phone: (337) 962-1987
Fax: (844) 364-1683
www.wintersmhc.com

Abbeville Location:
100 Thomas Street Suite 3
Abbeville, LA 70510

Lafayette Location:
 1304 Bertrand Drive Suite E3
Lafayette, LA 70506

*WARNING: CONFIDENTIALITY NOTICE - The information enclosed with this transmission are the privat confidential property of the sender, and the material is privileged communication intended solely for tl individual indicated. If you are not the intended recipient, you are notified that any review, disclosure, copying, distribution, or the taking of any other action relevant to the contents of this transmission are strictly prohibited. If you have received this transmission in error, please notify us immediately at (337 962-1987 or laurel@wintersmhc.com.*

**):**    [Urness Gray <urnessgray@yahoo.com>]

**om**    Laurel Freeman <laurel@wintersmhc.com>

**ate:**    Tue, Mar 26, 2024 at 4:35 PM

ounds good. I told her you'd be calling.

**aurel B. Freeman, LCSW-BACS**
/inters Mental Health and Consulting
/ork cell: (337) 520-0511
ffice Phone: (337) 962-1987
ax: (844) 364-1683
www.wintersmhc.com

bbeville Location:              Lafayette Location:
00 Thomas Street Suite 3        1304 Bertrand Drive Suite E3
bbeville, LA 70510              Lafayette, LA 70506

*/ARNING: CONFIDENTIALITY NOTICE - The information enclosed with this transmission are the private, confidential property o*
*ie sender, and the material is privileged communication intended solely for the individual indicated. If you are not the intended*
*ecipient, you are notified that any review, disclosure, copying, distribution, or the taking of any other action relevant to the*
*ontents of this transmission are strictly prohibited. If you have received this transmission in error, please notify us immediately*
*t (337) 962-1987 or laurel@wintersmhc.com.*

n Tue, Mar 26, 2024 at 3:27 PM Urness Gray <urnessgray@yahoo.com> wrote:
 I'm just reading your message about the insurance.. Ill call first thing in the morning

Yahoo Mail: Search, Organize, Conquer

On Tue, Mar 26, 2024 at 3:25 PM, Urness Gray
<urnessgray@yahoo.com> wrote:

   Sorry Laurel we took the clients out today and we are out longer than we thought.. I have to reschedule

   Yahoo Mail: Search, Organize, Conquer

   On Tue, Mar 26, 2024 at 9:51 AM, Laurel Freeman
   <laurel@wintersmhc.com> wrote:

      Good morning

      The office let me know that your insurance came back as terminated so they want to speak with you before your
      session to determine payment going forward. Please give them a call at 962-1987, you can ask for Vivian.

      Thanks!!

      --
      **Laurel B. Freeman, LCSW-BACS**
      Winters Mental Health and Consulting
      Work cell: (337) 520-0511
      Office Phone: (337) 962-1987
      Fax: (844) 364-1683
      www.wintersmhc.com

      Abbeville Location:              Lafayette Location:
      100 Thomas Street Suite 3        1304 Bertrand Drive Suite E3
      Abbeville, LA 70510              Lafayette, LA 70506

**[null <laurel@wintersmhc.com>]**

**om**     Urness Gray <urnessgray@yahoo.com>

**ate:**     Mon, Mar 11, 2024 at 10:17 AM

ood morning

nytime after today will work, my admistrator has approved me to leave the room. After 3 would be optimal though

rness Gray

ahoo Mail: Search, Organize, Conquer

n Fri, Mar 8, 2024 at 3:04 PM, Laurel Freeman
aurel@wintersmhc.com> wrote:

Good afternoon

I wanted to reach out while I have a few minutes to check in. I also wanted to ask what would your availability be for next week?

Let me know what you'd have and we can go from there.

**Laurel B. Freeman, LCSW-BACS**
Winters Mental Health and Consulting
Work cell: (337) 520-0511
Office Phone: (337) 962-1987
Fax: (844) 364-1683
www.wintersmhc.com

Abbeville Location:                 Lafayette Location:
100 Thomas Street Suite 3          1304 Bertrand Drive Suite E3
Abbeville, LA 70510                Lafayette, LA 70506

*WARNING: CONFIDENTIALITY NOTICE - The information enclosed with this transmission are the private, confidential proper of the sender, and the material is privileged communication intended solely for the individual indicated. If you are not the intended recipient, you are notified that any review, disclosure, copying, distribution, or the taking of any other action relevan to the contents of this transmission are strictly prohibited. If you have received this transmission in error, please notify us immediately at (337) 962-1987 or laurel@wintersmhc.com.*

 of Tennessee

1 Cameron Hill Circle
Chattanooga, Tennessee 37402
www.bcbst.com

December 11, 2023

URNESS GRAY
125 RUE VIANSA DRIVE
LAFAYETTE LA 70501

Dear Urness,

You recently asked us for proof of your previous coverage with us so you can sign up for a new health care plan. We're happy to help you out with that—please send this letter to your new insurance company as proof of your recent coverage with us.

According to our records, Urness had medical coverage from 01/01/2015 to 11/30/2023.

We're here to help. If there's anything else we can do for you, please call us at 1-800-565-9140.

Best of Health,

BlueCross BlueShield of Tennessee

**MEMBER DETAILS**

Member Name
Urness Gray

Member ID
906346014

Date of Birth
10/25/1978

Type of Coverage
MEDICAL

Reference ID
233420017572

GMC_FAC_MECXADOC



Lourdes Physician Group Primary Care
Carencro
3824 NE EVANGELINE THRWY
SUITE B
CARENCRO LA 70520-5966
Phone: 337-470-3280
Fax: 337-470-3357

December 13, 2023

To whom it may concern:

Please be advised that Urness Gray's medical insurance is inactive at this time.

Thank you,

Megan Fontenot, FNP-C

# Appeals

From:  Urness Gray (urnessgray@yahoo.com)

To:  laurel@wintersmhc.com

Date:  Friday, August 23, 2024 at 12:11 PM CDT

Good morning

Hope all is well..So my insurance appeal date is coming up(08/27/2024). I was just able this month to get some kind of insurance so that I could get some kind of care. I made an appointment to see you next week. I know we only did 2 sessions, I honestly don't even know what they want or need from you. All I know is that I have to send everything together.Can you help me out? Looking forward to talking to you next week.

Urness Gray

Yahoo Mail: Search, Organize, Conquer

## Re: Appeals

From: Laurel Freeman (laurel@wintersmhc.com)

To:    urnessgray@yahoo.com

Date:  Friday, August 23, 2024 at 12:38 PM CDT

Good afternoon

I was not able to confirm that appointment that you requested- it should not have been an option to request that date/time as I do not have an opening at that time. Because of the length of time since your last appointment you will need to complete initial paperwork again including resubmitting any new insurance information. Before we can schedule your insurance will have to be verified as before.

I would not be able to complete any requests from insurance because of such few sessions completed previously. Completing such forms without consistent treatment over an extended period of time is a practice that does not align with my professional standards and would be inappropriate.

If you would like to restart services please contact the office to initiate that process. I hope this helps. Let me know if you have any questions.

Have a great day and weekend!


On Fri, Aug 23, 2024 at 12:11 PM Urness Gray <urnessgray@yahoo.com> wrote:

Good morning

Hope all is well..So my insurance appeal date is coming up(08/27/2024). I was just able this month to get some kind of insurance so that I could get some kind of care. I made an appointment to see you next week. I know we only did 2 sessions, I honestly don't even know what they want or need from you. All I know is that I have to send everything together.Can you help me out? Looking forward to talking to you next week.

Urness Gray


Yahoo Mail: Search, Organize, Conquer

Name: Urness Jean Gray | DOB: 10/25/1978 | MRN: 1831388 | PCP: Megan Fontenot, NP | Legal Name: Urness Jean Gray

# Coverage Details

| | |
|---|---|
| Referral ID: | Start Date: |
| 11490621 | - |
| Insurance: | Expiration Date: |
| Blue Cross / Blue Cross Out of State | - |
| Referred By: | Referral Type: |
| Megan Fontenot, NP | Physical Medicine |
| Referred To: | Status: |
| - | New Request |
| Specialty: | Authorized Visits: |
| - | 8 |
| Department: | Remaining Visits: |
| OUR LADY OF LOURDES REGIONAL MEDICAL CENTER - ST MARYS OUTPATIENT REHAB | 7 |
| | Services: |
| Department Specialty: | - |
| Rehabilitation | |
| Location/POS: | |
| Vendor: | |
| Network Status: | |

If you have a question regarding this referral, submit a Customer Service Request.

MyChart® licensed from Epic Systems Corporation © 1999 - 2024

Name: Urness Jean Gray | DOB: 10/25/1978 | MRN: 1831388 | PCP: Megan Fontenot, NP | Legal Name: Urness Jean Gray

## Coverage Details

Referral ID:
11392460

Start Date:
09/21/2023

Insurance:
Blue Cross / Blue Cross Out of State

Expiration Date:
-

Referred By:
Megan Fontenot, NP

Referral Type:
Psychiatric

Referred To:
-

Status:
Canceled

Specialty:
Psychiatry

Authorized Visits:
1

Department:
-

Remaining Visits:
1

Department Specialty:
-

Services:
-

Location/POS:

Vendor:

Network Status:
-

If you have a question regarding this referral, submit a Customer Service Request.

MyChart® licensed from Epic Systems Corporation © 1999 - 2024

I had to call back to see what happened to the initial referrell as no one had called me

Name: Urness Jean Gray | DOB: 10/25/1978 | MRN: 1831388 | PCP: Megan Fontenot, NP | Legal Name: Urness Jean Gray

## Coverage Details

**Referral ID:**
11449948

**Insurance:**
Blue Cross / Blue Cross Out of State

**Referred By:**
Megan Fontenot, NP

**Referred To:**
-

**Specialty:**
Physical Therapy

**Department:**
OUR LADY OF LOURDES REGIONAL MEDICAL CENTER -
PHYSICAL THERAPY

**Department Specialty:**
Physical Therapy

**Location/POS:**
LOLR OUR LADY OF LOURDES REGIONAL MEDICAL CENTER

**Vendor:**

**Network Status:**

**Start Date:**
09/29/2023

**Expiration Date:**
-

**Referral Type:**
Physical Medicine

**Status:**
Authorized

**Authorized Visits:**
1

**Remaining Visits:**
0

**Services:**
-

If you have a question regarding this referral, submit a Customer Service Request.

MyChart® licensed from Epic Systems Corporation © 1999 - 2024

Name: Urness Jean Gray | DOB: 10/25/1978 | MRN: 1831388 | PCP: Megan Fontenot, NP | Legal Name: Urness Jean Gray

# Coverage Details

Referral ID:
12438957

Start Date:
02/27/2024

Insurance:
Blue Cross / Blue Cross Out of State

Expiration Date:
-

Referred By:
Megan Fontenot, NP

Referral Type:
Psychiatric

Referred To:
-

Status:
Closed

Specialty:
Psychiatry

Authorized Visits:
1

Department:
-

Remaining Visits:
1

Department Specialty:

Services:

Location/POS:
-

Vendor:

Network Status:

If you have a question regarding this referral, submit a Customer Service Request.

MyChart® licensed from Epic Systems Corporation © 1999 - 2024

She sent another one
When it wasn't needed

Name: Urness Jean Gray | DOB: 10/25/1978 | MRN: 1831388 | PCP: Megan Fontenot, NP | Legal Name: Urness Jean Gray

# Coverage Details

Referral ID:
12456916

Start Date:
02/29/2024

Insurance:
Blue Cross / Blue Cross Out of State

Expiration Date:
-

Referred By:
Megan Fontenot, NP

Referral Type:
Other

Referred To:
-

Status:
Open

Specialty:
Licensed Professional Counselor

Authorized Visits:
1

Department:
-

Remaining Visits:
1

Department Specialty:

Services:

Location/POS:

Vendor:

Network Status:

If you have a question regarding this referral, submit a Customer Service Request.

MyChart® licensed from Epic Systems Corporation © 1999 - 2024

I found out you don't need
a refferal to see a therapist
on 2/26/2024 for Kathleen Boudreay NP

Name: Urness Jean Gray | DOB: 10/25/1978 | MRN: 1831388 | PCP: Megan Fontenot, NP | Legal Name: Urness Jean Gray

# Appointment Details

Notes

## Progress Notes

Tracy at 10/10/2023  8:30 AM

**Lolr Our Lady Of Lourdes Regional Medical Center**

**Outpatient Ortho Daily Physical Therapy Note**

**Patient Name**: Urness Jean Gray          **Patient DOB**: 10/25/1978

**MRN**: 1831388

**Date**: 10/10/2023
**Referring Provider**: Fontenot, Megan Ortego,*
**Start Time**: 8:55                    **Stop Time**: 10:05

**Subjective:**
**Pain Location/Rating**: Reports compliance with HEP of rep ret/ext and L/S REIS. Today pain in C/S and L/S 8/10
**Other Symptoms/Functional Status:**
**Response to home exercises:**

**Objective:**
*Measurements:*

*Therapeutic exercises* performed per flowsheet to address:
Spine stabilization, Functional mobility, UE strengthening, LE strengthening, Proprioception, and Neuro re-education

| Exercise | Position | Resistance | Sets | Reps/Time | Comments |
|---|---|---|---|---|---|
| plank | standing | 3-5" | 2 | 10 | |
| Bird Dog | standing | 3-5 | 2 | 10 | |
| Push ups | standing | | 2 | 10 | |
| Rows | standing | BTB | 2 | 10 | |
| Shoulder ext | standing | BTB | 2 | 10 | |
| Lat pull | seated | 30# | 2 | 10 | |
| Bridges | HL | 5" | 2 | 10 | |
| Dead Bug | HL | 5" | 2 | 10 | |
| clams | SL | 5" | 2 | 10 | |

| | | | | | |
|---|---|---|---|---|---|
| REIS | | counter | 1 | 10 | |
| | | | | | |
| HS stretches | supine | | 3 | 30" | |
| Quad stretches | prone | | 3 | 30" | |

**Manual therapy:**

**Soft Tissue Mobilization/IASTM:**

**Joint Mobilization:**

**Other:** rep ret x 10 NE additional x10 with increased ROM NE on pain

**Modalities:** Moist Heat x 15 minutes, to promote muscle relaxation and decrease pain. C/S,

**Assessment:**

**Patient tolerated treatment:** well

**Comments:** pain unchanged during session, dosing stabilization exercises to tolerance.

**Plan:** Continue current plan of care. and Progress to tolerance.

MyChart® licensed from Epic Systems Corporation © 1999 - 2023



December 4, 2023

Urness Gray
125 Rue Viansa Drive
Lafayette, LA  70501

Dear Urness:

We have received your request for accommodation under the Americans with Disabilities Act (ADA) on December 1, 2023. After a thorough review of your request and the information provided, we regret to inform you that we are unable to approve the requested accommodation.

Due to the essential functions of your position, which requires attending to psychiatric patients that may be combative and unstable most of the time, we are unable to offer the type of environment, listed by your physician in her request as a necessary requirement, in order to accommodate you.

Please feel free to reapply when your physician allows and we look forward to working with you again.

You will receive a COBRA notification which will allow you the option to continue insurance benefits. Your records will be maintained in accordance with applicable confidentiality requirements. Please contact me at (337)234-5614 x250 if you have questions.

Sincerely,

Kayla Callahan
HR Director

*Mailed copy*



December 06, 2023

Urness Gray
125 Rue Viansa Drive
Lafayette, LA 70501

Dear Ms. Gray:

This letter is in response to your request for leave as an accommodation.  The health care provider completed the Americans with Disabilities Act (ADA) form confirming your condition advising your need for additional leave.

As a result, we have approved leave as an accommodation from 11/11/2023 through 12/31/2023 at this time.

It is important to note that should you require additional accommodations beyond 12/31/2023, we kindly ask that you provide updated medical documentation supporting the extended absence. Please submit this documentation to both your HR team and the Leave of Absence Specialist prior to the conclusion of your approved leave on 12/31/2023. To assist you with this process, a blank ADA form has been enclosed alongside this approval.

However, if you are ready to resume work by the conclusion of the approved period, a clearance note from your healthcare provider will be the only documentation needed.

We appreciate your understanding and cooperation in this matter. If you have any questions or require further clarification, please do not hesitate to reach out.

Sincerely,

Acadia Healthcare Leave Administration Team



Acadiana
Treatment
Center

**From:** Urness Gray <urnessgray@yahoo.com>
**Sent:** Wednesday, December 6, 2023 4:51 PM
**To:** Sabrina Weis <Sabrina.Weis@acadiahealthcare.com>
**Cc:** Kayla Callahan <Kayla.Callahan@acadiavermilion.com>; Lorenzo Rivera <Lorenzo.Rivera@acadiahealthcare.com>
**Subject:** RE: Urness Gray ADA Follow Up

You don't often get email from urnessgray@yahoo.com. Learn why this is important

**External Sender:** Use caution when providing information or opening links and attachments. *Report suspicious emails with the Report Suspicious Email button.*

Good afternoon

I don't think you guys are in the loop together. Kayla has already denied and terminated me and canceled my prepaid insurance.(remember I was charged 3 times in October for premiums). I also missed the appointment with the psychologist on yesterday (the one that had a 2 month wait) because she canceled my insurance. I'm at a loss for words.

Urness

Sent from Yahoo Mail on Android

On Wed, Dec 6, 2023 at 2:33 PM, Sabrina Weis
<Sabrina.Weis@acadiahealthcare.com> wrote:

> Hi Urness,
>
> I am writing to follow up on my previous email regarding the approval of your request for ADA accommodation. To reiterate, your ADA request has been approved until December 31, 2023. In case additional accommodations are needed beyond this date, please refer to the instructions provided in your approval letter.
>
> I would like to highlight that your approval letter also includes a blank ADA form, which should be completed in the event that further accommodations are required after December 31. If such a situation arises, please inform us in advance and ensure the form is filled out by your healthcare provider to support your request. It is essential to complete these steps before the expiration of your approval leave to ensure compliance.
>
> Alternatively, if you are ready and clear to resume your duties by the end of the approved period, we only require a clearance note stating the following:

Case 6:25-cv-00202-DCJ-DJA     Document 10-1     Filed 05/29/25     Page 107 of 156
PageID #: 328

## RE: Urness Gray ADA Follow Up

From:   Kayla Callahan (kayla.callahan@acadiavermilion.com)

To:     urnessgray@yahoo.com; sabrina.weis@acadiahealthcare.com

Cc:     lorenzo.rivera@acadiahealthcare.com

Date:   Thursday, December 7, 2023, 02:09 PM CST


Hi Urness,

Thank you for reaching out to us.  Upon review of all documentation provided, a decision was made to reevaluate your most recent request.  As a result, as communicated below a determination was made to extend your ADA request until 12/31/2023.  Please note that you are currently active in our HR Information system and there are no gaps in benefits coverage.

Thank you for advising me about the overcharge in benefits, during the month of October.  You will see in your upcoming check dated 12/8/2023, that no benefits deductions were charged to rectify this error. We would kindly ask that you refer to Sabrina's email for any upcoming deadlines.

We do want to take a moment to recognize that we know that this must be a difficult time.  We do truly value you and appreciate the years of dedication you have provided to our company.  We hope this information is helpful and will continue to be here to assist and support you.  If you have any additional questions, please let me know.

Warmest regards,

Kayla Callahan / SHRM-CP
Director of Human Resources

Email: kayla.callahan@acadiavermilion.com
Phone: 337-234-5614 x250

Vermilion Behavioral Health Systems
2520 N University Avenue
Lafayette, La 70507
www.acadiavermilion.com



Acadiana Treatment Center
156 Choctaw Rd.
Sunset, La 70584
www.acadianatreatmentcenter.com

## Fw: Voicemail

From: Urness Gray (urnessgray@yahoo.com)

To: kayla.callahan@acadiavermilion.com; sabrina.weis@acadiahealthcare.com;
lorenzo.rivera@acadiahealthcare.com; nicole.hale@acadiavermilion.com;
amy.apperson@acadiahealthcare.com

Date: Monday, January 15, 2024, 02:42 PM CST

Good Afternoon

I have a few questions that I pray someone in this lineup can answer for me or assist me with a direct point of contact. My Short Term Disability claim was completed on 12/13/2023 which paid through 11/17/2023. The majority of that time was used by time accrued ( ESL,Sick,Vacation). **So the first question is, The time that was offset will it be put back into my bank once I return to work?** I ask this question because I'm trying to figure out how the 2 coincide. When I spoke with Miss Lakendra Robinson on 12/13/2023 she told me how much my check would be and that my information would be forwarded to the Longterm case manager. There is an attachment of a voicemail from Miss Robinson answering a few questions that I had for her after our conversation on 12/13/2023. This voicemail took place on 12/19/2023. I did call Miss Robinson back after this message because I still had questions. In the voicemail you hear her saying it was some confusion with my termination as to the hold up. She never got back with me. The new case manager didn't get back with me until 12/29/2023, she says that she didn't get my case until that morning. She also stated that she was waiting on something from Vermillion and when she got what she needed from them she would get back with me. She didn't get back with me until 01/05/2024, confirmed that yes it wasn't until this day that she got the information that was needed. **So the next question I have, is this wait time considered to be normal?** That first check was mailed out on 12/14/2023 and it paid through 11/17/2023. My information didn't get to the next desk until 12/29/2023 because of something that happened at Vermillion. **Is it normal for someone on leave to go a month without pay? Right now that would be 8 weeks without pay! Also, how much longer is the wait time expected to be?**

An Inquiring Mind

Urness Gray

Sent from Yahoo Mail on Android

VoiceMail_2024-01-15_13-34-05.amr
221.9kB

*[Handwritten note:]* Voice MAiL from Lakendra Robinson Saying someone @ Vermillion was holding up my paperwork because of my dismisal on 12/11/2023

RE: Voicemail

From: Sabrina Weis (sabrina.weis@acadiahealthcare.com)

To:     urnessgray@yahoo.com; Kayla.Callahan@acadiavermilion.com; Lorenzo.Rivera@acadiahealthcare.com

Date: Tuesday, January 16, 2024, 08:46 AM CST


Hi Urness,

STD payment can only be approved for a maximum of 60% of your pay. In order to continue paying for premiums and ensure the employee receives 100%, STD will also be supplemented with a portion of your PTO balance. The general guideline is 60% from STD and 40% from PTO, which will also be utilized for insurance payments.

Regarding the waiting time, it varies for each case. Gathering information from us and contacting your provider for records are essential steps. Additionally, since the claim was submitted around the holiday season in December, there may be delays as people are in and out of offices. It's worth noting that we did not receive an **LTD** request from your claim manager until 1/2/24. A complete response was sent back on 1/9, as we awaited confirmation from another department regarding your effective coverage date. However, information regarding your **STD** claim was submitted to Lincoln on 12/5/23.

Kindly,

**Sabrina Weis**
Leave Of Absence Specialist
Direct: (615) 721-1219 I Hotline: (844) 866-1475 (option 4)
Fax: 615-721-1494



**From:** Urness Gray <urnessgray@yahoo.com>
**Sent:** Monday, January 15, 2024 2:43 PM
**To:** Kayla Callahan <Kayla.Callahan@acadiavermilion.com>; Sabrina Weis <Sabrina.Weis@acadiahealthcare.com>; Lorenzo Rivera <Lorenzo.Rivera@acadiahealthcare.com>; Nicole Hale <Nicole.Hale@acadiavermilion.com>; Amy Apperson <Amy.Apperson@acadiahealthcare.com>
**Subject:** Fw: Voicemail


**External Sender:** Use caution when providing information or opening links and attachments.
*Report suspicious emails with the Report Suspicious Email button.*

Good Afternoon

# Remote admissions

From:  Urness Gray (urnessgray@yahoo.com)

To:    Lorenzo.Rivera@acadiahealthcare.com

Date:  Wednesday, January 17, 2024, 01:00 PM CST


Good afternoon Mr Lorenzo

I did the application for the admissions position and notified Mr St Julien as such. He informed me that it's a corporate decision for remote positions. I would definitely like to continue being an asset to the company in this way until such a time I'm released to being back on the floor. Thank you for your time and consideration.

Urness Gray Lpn


Sent from Yahoo Mail on Android

RE: Remote admissions

From:   Lorenzo Rivera (lorenzo.rivera@acadiahealthcare.com)

To:   urnessgray@yahoo.com

Date:   Wednesday, January 17, 2024, 03:08 PM CST

Good afternoon Urness,

I hope you are doing well and thank you for advising of this information.  Are you able to advise on what position you submitted an application for?  I will be happy to have someone look into the status of your application.  I am not involved in this process.  These roles are part of the Acadia Acute Admissions department.  I am not overly familiar with them.  Happy to try and assist. · Thank you in advance and have a wonderful day.

Best,

Lorenzo

Lorenzo Rivera, SHRM-CP
Division Manager, Human Resources
Acadia Healthcare
Eastern Group
Direct: (813) 777-7048
Email: Lorenzo.Rivera@acadiahealthcare.com



View Career Opportunities HERE!

**From:** Urness Gray <urnessgray@yahoo.com>
**Sent:** Wednesday, January 17, 2024 2:00 PM
**To:** Lorenzo Rivera <Lorenzo.Rivera@acadiahealthcare.com>
**Subject:** Remote admissions

You don't often get email from urnessgray@yahoo.com. Learn why this is important

**External Sender:** Use caution when providing information or opening links and attachments.
*Report suspicious emails with the Report Suspicious Email button.*

Good afternoon Mr Lorenzo

I did the application for the admissions position and notified Mr St Julien as such. He informed me that it's a corporate decision for remote positions. I would definitely like to continue being an asset to the company in this way until such a time I'm released to being back on the floor. Thank you for your time and consideration.

remote

From:  Urness Gray (urnessgray@yahoo.com)

To:    lorenzo.rivera@acadiahealthcare.com

Date:  Tuesday, September 3, 2024 at 09:49 AM CDT


Good morning

My name is Urness Gray, I don't know if you remember me or not. I was a LPN Charge Nurse at Vermilion Behavioral Health Systems in Lafayette Louisiana I'm reaching out to let you know although I'm not 100% better I do believe I can be an asset to Acadia. I did an application for the remote Admissions position that was posted on yesterday. I am looking forward to hearing back from you.


Urness Gray
(337) 541- 4163
urnessgray@yahoo.com

Lafayette General          12/28/202~ ~~~~ ~~~~~   PAGE    2/002    Fax Server

Cadence                         OCHSNER HEALTH SYSTEM                         Page:
Scheduling                     LJFC FAMILY MEDICINE      Printed: 12/28/23   9;26 A
                              Patient Future Appointments

Gray,Urness - 13535585        DOB: 10/25/1978      Age: 45 yrs
116 DORIAN DRIVE; LAFAYETTE Louisiana 70501                       Sex: Female
LAFAYETTE  Louisiana  70501                 Reg Sts: New (06/27/2019)
Home: 337-541-4163          Work:                   HCL:          SS#: 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

Account Name            Account#        Sts Use  Payor-Plan                  Pat Balanc
GRAY,URNESS             103785479         P/F
GRAY,URNESS             003506140         B/H
-----------------------------------------------------------------------------------
Date               Time   Lng  Dept   Prv/Rsc        Visit Type  Notes
-----------------------------------------------------------------------------------
02/26/24 Mon   10:00    60    LJFC B BOUDREAUX, KA* NP          Pt rs for np

 of Tennessee

1 Cameron Hill Circle
Chattanooga, Tennessee 37402
www.bcbst.com

April 16, 2024

URNESS GRAY
125 RUE VIANSA DRIVE
LAFAYETTE LA 70501



Dear Urness,

You recently asked us for proof of your previous coverage with us so you can sign up for a new health care plan. We're happy to help you out with that—please send this letter to your new insurance company as proof of your recent coverage with us.

According to our records, Urness had medical coverage from 01/01/2015 to 12/31/2023.

We're here to help. If there's anything else we can do for you, please call us at 1-800-565-9140.

Best of Health,

BlueCross BlueShield of Tennessee

## MEMBER DETAILS

**Member Name**
Urness Gray

**Member ID**
906346014

**Date of Birth**
10/25/1978

**Type of Coverage**
Medical

**Reference ID**
241060015689



**The Lincoln National Life Insurance Company**
8801 Indian Hills Drive, Omaha, NE 68103-2649
toll free (800) 423-2765
www.LincolnFinancial.com

## PSYCHIATRIC SUPPLEMENTAL INFORMATION

### PART 1 - PATIENT INFORMATION

Name: Arness Gray            SS#: 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 Date of Birth: 10/25/1978

### PART 2 - ATTENDING PHYSICIAN'S STATEMENT

**Diagnosis (DSM IV CRITERIA)**

Axis I  ~~HTN~~ MDD, GAD, ANGER & IRRITABILITY, ADHD, INSOMNIA

Symptoms Reported: PLEASE REFER TO THIS PROVIDERS NOTES

Axis II  NA

Symptoms Observed: NA

Axis III  ~~MDD, GAD, ANGER + IRRITABILITY ADHD, INSOMNIA~~ HTN

Axis IV    0    1    2    3    4    5    6

Axis V    Current GAF Score        80-71
          Highest GAF Score Past Year    UNKNOWN - PT STATES THAT HER GAF SCORE PRIOR TO 8/18/23 WAS 90-81

**History**

Date symptoms first appeared    08/18/2023
Date patient ceased to work because of incapacity    08/18/2023
Date of first visit for treatment or consultation    02/26/2024

**History of Treatment for Psychiatric/Psychological Problems**

| Treatment Dates | For what Problem? | Treatment Provider of Facility (Level of care IOP, PHP, INPT) |
|---|---|---|
| 02/26/2024 | INITIAL EVAL: DEPRESSION ADHD | AMBULATORY CLINIC |
| 05/07/2024 | MED MANAGEMENT OF MDD/GAD | AMBULATORY CLINIC |
| 08/14/2024 | MED MNGMT OF MDD/GAD/ADHD | AMBULATORY CLINIC |

**Current Treatment**

Therapy Method and Goal(s):    I DO NOT DO THERAPY. I PRESCRIBE AND MANAGE MEDICATIONS.

Frequency and Length of Sessions:    NA
Number of Sessions to Date:    NA
Treatment Compliance:    TAKING MEDS AS PRESCRIBED
Treatment Response to Date:    IMPROVING.

Expected Outcomes and Time Frame:    PT WILL CONT TO IMPROVE OVER THE NEXT SEVERAL MONTHS. SHE IS WAITING TO GET INTO THERAPY.

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Page 1 of 3

GLC-06878                                                                 8/08

**Medications**

| Medication Name | Zoloft | BusPar | Seroquel | Vyvance |
|---|---|---|---|---|
| Date Started | 10/09/2023 | 02/26/2024 | 02/26/2024 | 10/26/2022 |
| Initial Dosage | 100 mg q HS | 15mg BID | 25 mg q HS | 60 mg q d |
| Initial Response | Helpful | Helpful | Helpful | Helpful |
| Date of Last Dosage Change | NA | NA - 8/14/24 | NA | 05/07/2024 |
| Current Dosage | 100mg q HS | 15mg BID | 25 mg q HS | 70mg q d |
| Response | Good | Good | Good | Good |
| Side Effects | None | None | None | None |
| Serum Levels | NA | NA | NA | NA |
| Compliance | Compliant | Compliant | Compliant | Compliant |
| Date Medication Discontinued | NA | NA | NA | NA |

**Future Treatment Plans**

What changes in your treatment are underway or being considered? INCREASE ~~INCREASE~~ BUSPAR TO 30mg AT HS.

**Mental Status Evaluation**

Behavioral:
- Appearance: ☑ Groomed  ☐ Disheveled  ☐ Poor Hygiene
- Eye Contact: ☑ Good  ☐ Fair  ☐ Poor
- Motor Activity: ☑ Normal  ☐ Hyperactive  ☐ Hypoactive
- Speech: ☑ Clear  ☐ Pressured  ☐ Soft  ☐ Slurred
- Impulse Control: ☑ Adequate  ☐ Impaired
- Comments: _____

Cognitive:
- Orientation: ☑ Time  ☑ Place  ☑ Person  ☑ Situation
- Language Problems: ☐ Expressive  ☐ Receptive  ☐ Comprehension
- Memory Problems: ☐ Immediate  ☐ Recent  ☐ Remote
- Concentration/Attention: ☑ Intact  ☐ Impaired  ☐ Fluctuates
- Judgment: ☑ Intact  ☐ Impaired
- Insight: ☑ Good  ☐ Fair  ☐ Poor
- Comments: _____

Affective:
- Affect: ☑ Appropriate  ☐ Blunted  ☐ Labile  ☐ Inappropriate
- Mood: ☑ Appropriate  ☐ Depressed  ☐ anxious  ☐ Irritable  ☐ Panic Attacks
- Suicidal Ideation: ☐ Yes  ☑ No  ☐ Ideation  ☐ Plans
- Homicidal: ☐ Yes  ☑ No  ☐ Ideation  ☐ Plans
- Comments: _____

Perceptual:
- Thought Flow: ☐ Slow  ☐ Coherent  ☐ Loose  ☐ Tangential  ☐ Circumstantial
- Thought Content: ☐ Delusional  ☐ Paranoid  ☐ Bizarre  ☐ Grandiose
- Hallucinations: ☐ Yes  ☑ No
- Comments: _____

Other:
- Energy Level: ☑ Adequate  ☐ Increased  ☐ Decreased
- Sleep: ☑ Adequate  ☐ Increased  ☐ Decreased
- Interest/Motivation: ☑ Adequate  ☐ Decreased
- Comments: _____

**Client Self Reporting of Activities of Daily Living:**

Is client currently performing    ☐ Volunteer Work    ☐ Attending School    ☑ Work at Lesser Demand
                                  ☐ Self-Employed     ☐ No Work Activities

Socialization Problems        ☐ Yes    ☑ No      Describe _____
Cleans/Maintains Residence?   ☑ Yes    ☑ No
Performs Routine Shopping?    ☑ Yes    ☑ No
Pays Bills                   ☑ Yes    ☐ No
Operates Motor Vehicle       ☑ Yes    ☐ No
Explain

**Precipitating and Complicating Factors to Leaving Work**

Workplace          ☐ increase in work demands        ☑ Conflicts with Supervisor
                   ☐ Dissatisfaction with Supervisor  ☐ Recent unfavorable work evaluation

Social/Family      Describe: _____
                   _____

Physical/Medical   Describe: _____
                   _____

Financial/Legal    Describe: _____
                   _____

Alcohol/Drug Abuse Describe: _____
                   _____

Other              Describe: _____
                   _____

Have you advised patient to return to work?
☑ Yes    Date of return to work _____    Regular Occupation  ☐ FT    ☐ PT
                                                  Any Occupation      ☑ FT    ☐ PT

☐ No    If No, please give appropriate date patient should be able to return to work
        Date of return to work _____    Regular Occupation  ☐ FT    ☐ PT
                                                  Any Occupation      ☐ FT    ☐ PT

Describe restrictions and limitations currently preventing a return to work.
NA _____
_____
_____
_____

Thank you for providing this information.

_KATHLEEN M BONOREAMP APMHNP_____    _08/14/2024_____
Attending Physician Name and Specialty (Please Print)        Date

_NA_____    _NA_____
Therapist/Counselor Name and Degree/License (Please Print)        Date



milion Hospital LLC
2520 N University Ave
Lafayette, LA 70507

**Pay Statement**

Period Start Date   07/02/2023
Period End Date   07/15/2023
Pay Date   07/21/2023
Document   52572

Net Pay   **$2,079.51**

## Pay Details

**URNESS GRAY**
125 RUE VIANSA DRIVE
LAFAYETTE, LA 70501
USA

| | |
|---|---|
| Employee Number | 000030426 |
| SSN | XXX-XX-XXXX |
| Job | LPN Charge Nurse |
| Pay Rate | $25.00 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | Vermilion Hospital |
| Location | Lafayette LA 0501 Rue |
| Division | 03 - Risick Division |
| Facility | 0501 - Vermilion Hospital |
| Department | 606 - Psych Adult Unit 2 |
| Ops Group | EAST - EAST - Willingham |

## Earnings

| Week | Pay Type | Shift | Job | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|---|
| 1 | Regular-Hourly | 03 | LPN Charge Nurse | 9.25 | $27.20 | $251.60 | |
| 1 | Regular-Hourly | WD | LPN Charge Nurse | 0.25 | $26.00 | $6.50 | |
| 1 | Regular-Hourly | WN | LPN Charge Nurse | 18.75 | $28.20 | $528.75 | |
| 1 | Overtime 1.0 | | LPN Charge Nurse | -11.50 | $25.00 | ($287.50) | |
| 1 | Overtime 1.0 | 03 | LPN Charge Nurse | 14.00 | $27.20 | $380.80 | |
| 1 | Holiday | | LPN Charge Nurse | 12.00 | $25.00 | $300.00 | $1,372.11 |
| 1 | OTC-Hourly | | LPN Charge Nurse | -11.50 | $15.54 | ($178.69) | |
| 1 | OTC-Hourly | | LPN Charge Nurse | 14.00 | $15.54 | $217.54 | |
| 1 | Worked Holiday | | LPN Charge Nurse | 11.75 | $37.50 | $440.62 | $1,226.74 |
| 2 | Regular-Hourly | | LPN Charge Nurse | 2.00 | $25.00 | $50.00 | |
| 2 | Regular-Hourly | 03 | LPN Charge Nurse | 38.00 | $27.20 | $1,033.60 | $27,170.01 |
| 2 | Overtime 1.0 | 03 | LPN Charge Nurse | 8.25 | $27.20 | $224.40 | |
| 2 | Overtime 1.0 | WD | LPN Charge Nurse | 0.50 | $26.00 | $13.00 | $10,490.61 |
| 2 | OTC-Hourly | | LPN Charge Nurse | 8.25 | $13.55 | $111.78 | |
| 2 | OTC-Hourly | | LPN Charge Nurse | 0.50 | $13.55 | $6.77 | $5,257.68 |
| | Personal Day | | | 0.00 | $0.00 | $0.00 | $351.12 |
| | Retroactive | | | 0.00 | $0.00 | $0.00 | $854.96 |
| | Training | | | 0.00 | $0.00 | $0.00 | $362.50 |
| | Vacation | | | 0.00 | $0.00 | $0.00 | $2,505.55 |

Total Hours  103.25

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Dental | Yes | $15.63 | $218.82 | $0.00 | $0.00 |
| EE Sup Life | No | $25.20 | $352.80 | $0.00 | $0.00 |
| FSA Medical | Yes | $114.59 | $1,604.26 | $0.00 | $0.00 |
| LTD | No | $15.99 | $215.39 | $0.00 | $0.00 |
| Medical Pre Tax | Yes | $111.96 | $1,567.44 | $423.90 | $5,934.60 |
| STD | No | $11.70 | $157.59 | $0.00 | $0.00 |
| Vision | Yes | $2.97 | $41.58 | $0.00 | $0.00 |
| Vol Sps Life | No | $3.50 | $49.00 | $0.00 | $0.00 |
| Basic EE Life | No | $0.00 | $0.00 | $1.80 | $20.50 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $402.98 | $6,839.02 |
| Employee Medicare | $41.39 | $669.31 |
| Social Security Employee Tax | $176.95 | $2,861.87 |
| State Income Tax | $96.80 | $1,595.07 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Extended Sick L | 1.8500 | 196.4510 |
| Personal Time | 0.0000 | 4.0000 |
| Sick | 1.8500 | 49.7010 |
| Vacation | 4.6200 | 121.9637 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxx2959 | Checking | $1,871.56 |
| xxxxxxx8404 | Savings | $207.95 |
| Total | | $2,079.51 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $3,099.17 | $2,854.02 | $718.12 | $301.54 | $2,079.51 |
| YTD | $49,591.28 | $46,159.18 | $11,965.27 | $4,206.88 | $33,419.13 |

vsn 20171215



nilion Hospital LLC
2520 N University Ave
Lafayette, LA 70507

**Pay Statement**

Period Start Date  07/16/2023
Period End Date  07/29/2023
Pay Date  08/04/2023
Document  52766

Net Pay  **$1,905.99**

## Pay Details

**URNESS GRAY**
125 RUE VIANSA DRIVE
LAFAYETTE, LA 70501
USA

| | |
|---|---|
| Employee Number | 000030426 |
| SSN | XXX-XX-XXXX |
| Job | LPN Charge Nurse |
| Pay Rate | $25.00 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | Vermilion Hospital |
| Location | Lafayette LA 0501 Rue |
| Division | 03 - Risick Division |
| Facility | 0501 - Vermilion Hospital |
| Department | 606 - Psych Adult Unit 2 |
| Ops Group | EAST - EAST - Willingham |

## Earnings

| Week | Pay Type | Shift | Job | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|---|
| 1 | Regular-Hourly | | LPN Charge Nurse | 1.25 | $25.00 | $31.25 | |
| 1 | Regular-Hourly | 03 | LPN Charge Nurse | 38.75 | $27.20 | $1,054.00 | |
| 1 | Overtime 1.0 | 03 | LPN Charge Nurse | 7.75 | $27.20 | $210.80 | |
| 1 | Overtime 1.0 | WD | LPN Charge Nurse | 0.50 | $26.00 | $13.00 | |
| 1 | Overtime 1.0 | WN | LPN Charge Nurse | 4.50 | $28.20 | $126.90 | |
| 1 | OTC-Hourly | | LPN Charge Nurse | 7.75 | $13.61 | $105.48 | |
| 1 | OTC-Hourly | | LPN Charge Nurse | 0.50 | $13.61 | $6.81 | |
| 1 | OTC-Hourly | | LPN Charge Nurse | 4.50 | $13.61 | $61.25 | |
| 2 | Regular-Hourly | | LPN Charge Nurse | 0.75 | $25.00 | $18.75 | |
| 2 | Regular-Hourly | 03 | LPN Charge Nurse | 19.75 | $27.20 | $537.20 | |
| 2 | Regular-Hourly | WD | LPN Charge Nurse | 0.50 | $26.00 | $13.00 | |
| 2 | Regular-Hourly | WN | LPN Charge Nurse | 19.00 | $28.20 | $535.80 | $29,360.01 |
| 2 | Overtime 1.0 | | LPN Charge Nurse | 0.25 | $25.00 | $6.25 | |
| 2 | Overtime 1.0 | 03 | LPN Charge Nurse | 2.75 | $27.20 | $74.80 | $10,922.36 |
| 2 | OTC-Hourly | | LPN Charge Nurse | 0.25 | $13.79 | $3.45 | |
| 2 | OTC-Hourly | | LPN Charge Nurse | 2.75 | $13.79 | $37.92 | $5,472.59 |
| | Holiday | | | 0.00 | $0.00 | $0.00 | $1,372.11 |
| | Personal Day | | | 0.00 | $0.00 | $0.00 | $351.12 |
| | Retroactive | | | 0.00 | $0.00 | $0.00 | $854.96 |

| | | | | |
|---|---|---|---|---|
| Training | 0.00 | $0.00 | $0.00 | $362.50 |
| Vacation | 0.00 | $0.00 | $0.00 | $2,505.55 |
| Worked Holiday | 0.00 | $0.00 | $0.00 | $1,226.74 |

Total Hours  95.75

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Dental | Yes | $15.63 | $234.45 | $0.00 | $0.00 |
| EE Sup Life | No | $25.20 | $378.00 | $0.00 | $0.00 |
| FSA Medical | Yes | $114.59 | $1,718.85 | $0.00 | $0.00 |
| LTD | No | $15.99 | $231.38 | $0.00 | $0.00 |
| Medical Pre Tax | Yes | $111.96 | $1,679.40 | $423.90 | $6,358.50 |
| STD | No | $11.70 | $169.29 | $0.00 | $0.00 |
| Vision | Yes | $2.97 | $44.55 | $0.00 | $0.00 |
| Vol Sps Life | No | $3.50 | $52.50 | $0.00 | $0.00 |
| Basic EE Life | No | $0.00 | $0.00 | $1.80 | $22.30 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $345.23 | $7,184.25 |
| Employee Medicare | $37.58 | $706.89 |
| Social Security Employee Tax | $160.67 | $3,022.54 |
| LA State Income Tax | $85.65 | $1,680.72 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Extended Sick L | 1.8500 | 198.3010 |
| Personal Time | 0.0000 | 4.0000 |
| Sick | 1.8500 | 51.5510 |
| Vacation | 4.6200 | 126.5837 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxx2959 | Checking | $1,715.39 |
| xxxxxxx8404 | Savings | $190.60 |
| Total | | $1,905.99 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,836.66 | $2,591.51 | $629.13 | $301.54 | $1,905.99 |
| YTD | $52,427.94 | $48,750.69 | $12,594.40 | $4,508.42 | $35,325.12 |

vsn 20171215

10/13/23, 5:22 PM



nilion Hospital LLC
2520 N University Ave
Lafayette, LA 70507

**Pay Statement**

| | |
|---|---|
| Period Start Date | 07/30/2023 |
| Period End Date | 08/12/2023 |
| Pay Date | 08/18/2023 |
| Document | 52958 |

**Net Pay      $1,491.08**

## Pay Details

**URNESS GRAY**
125 RUE VIANSA DRIVE
LAFAYETTE, LA 70501
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 000030426 | Pay Group | Vermilion Hospital | |
| SSN | XXX-XX-XXXX | Location | Lafayette LA 0501 Rue | |
| Job | LPN Charge Nurse | Division | 03 - Risick Division | |
| Pay Rate | $25.00 | Facility | 0501 - Vermilion Hospital | |
| Pay Frequency | Biweekly | Department | 606 - Psych Adult Unit 2 | |
| | | Ops Group | EAST - EAST - Willingham | |

## Earnings

| Week | Pay Type | Shift | Job | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|---|
| 1 | Regular-Hourly | | LPN Charge Nurse | 0.75 | $25.00 | $18.75 | |
| 1 | Regular-Hourly | 03 | LPN Charge Nurse | 34.50 | $27.20 | $938.40 | |
| 1 | Regular-Hourly | WD | LPN Charge Nurse | 0.25 | $26.00 | $6.50 | |
| 1 | Regular-Hourly | WN | LPN Charge Nurse | 4.50 | $28.20 | $126.90 | |
| 2 | Regular-Hourly | | LPN Charge Nurse | 0.25 | $25.00 | $6.25 | |
| 2 | Regular-Hourly | WD | LPN Charge Nurse | 0.25 | $26.00 | $6.50 | |
| 2 | Regular-Hourly | WN | LPN Charge Nurse | 19.00 | $28.20 | $535.80 | |
| 2 | Regular-Hourly | | LPN Charge Nurse | -23.25 | $25.00 | ($581.25) | $30,417.86 |
| 2 | Overtime 1.0 | | LPN Charge Nurse | 1.50 | $25.00 | $37.50 | $10,959.86 |
| 2 | OTC-Hourly | | LPN Charge Nurse | 1.50 | $13.24 | $19.85 | $5,492.44 |
| 2 | Training | | LPN Charge Nurse | 43.75 | $25.00 | $1,093.75 | $1,456.25 |
| | Holiday | | | 0.00 | $0.00 | $0.00 | $1,372.11 |
| | Personal Day | | | 0.00 | $0.00 | $0.00 | $351.12 |
| | Retroactive | | | 0.00 | $0.00 | $0.00 | $854.96 |
| | Vacation | | | 0.00 | $0.00 | $0.00 | $2,505.55 |
| | Worked Holiday | | | 0.00 | $0.00 | $0.00 | $1,226.74 |

Total Hours   81.50

## Deductions

| duction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Dental | Yes | $15.63 | $250.08 | $0.00 | $0.00 |
| EE Sup Life | No | $25.20 | $403.20 | $0.00 | $0.00 |
| ⁀A Medical | Yes | $114.59 | $1,833.44 | $0.00 | $0.00 |
| LTD | No | $15.99 | $247.37 | $0.00 | $0.00 |
| Medical Pre Tax | Yes | $111.96 | $1,791.36 | $423.90 | $6,782.40 |
| STD | No | $11.70 | $180.99 | $0.00 | $0.00 |
| Vision | Yes | $2.97 | $47.52 | $0.00 | $0.00 |
| Vol Sps Life | No | $3.50 | $56.00 | $0.00 | $0.00 |
| Basic EE Life | No | $0.00 | $0.00 | $1.80 | $24.10 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $207.13 | $7,391.38 |
| Employee Medicare | $28.47 | $735.36 |
| Social Security Employee Tax | $121.76 | $3,144.30 |
| LA State Income Tax | $58.97 | $1,739.69 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| ⁀ended Sick L | 1.8500 | 200.1510 |
| Personal Time | 0.0000 | 4.0000 |
| Sick | 1.8500 | 53.4010 |
| Vacation | 4.6200 | 131.2037 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxx2959 | Checking | $1,341.97 |
| xxxxxxx8404 | Savings | $149.11 |
| Total | | $1,491.08 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,208.95 | $1,963.80 | $416.33 | $301.54 | $1,491.08 |
| YTD | $54,636.89 | $50,714.49 | $13,010.73 | $4,809.96 | $36,816.20 |

vsn 20171215

10/13/23, 5:21 PM



nilion Hospital LLC
2520 N University Ave
Lafayette, LA 70507

**Pay Statement**

| | |
|---|---|
| Period Start Date | 08/13/2023 |
| Period End Date | 08/26/2023 |
| Pay Date | 09/01/2023 |
| Document | 53155 |

**Net Pay**　　$1,459.70

## Pay Details

**URNESS GRAY**
125 RUE VIANSA DRIVE
LAFAYETTE, LA 70501
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 000030426 | Pay Group | Vermilion Hospital |
| SSN | XXX-XX-XXXX | Location | Lafayette LA 0501 Rue |
| Job | LPN Charge Nurse | Division | 03 - Risick Division |
| Pay Rate | $25.00 | Facility | 0501 - Vermilion Hospital |
| Pay Frequency | Biweekly | Department | 606 - Psych Adult Unit 2 |
| | | Ops Group | EAST - EAST - Willingham |

## Earnings

| Week | Pay Type | Shift | Job | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|---|
| 1 | Regular-Hourly | | LPN Charge Nurse | 1.00 | $25.00 | $25.00 | |
| 1 | Regular-Hourly | 03 | LPN Charge Nurse | 22.75 | $27.20 | $618.80 | |
| 1 | Regular-Hourly | | LPN Charge Nurse | 0.50 | $25.00 | $12.50 | |
| 1 | Regular-Hourly | 03 | LPN Charge Nurse | 11.25 | $27.20 | $306.00 | $31,380.16 |
| 1 | Vacation | | LPN Charge Nurse | 12.00 | $25.00 | $300.00 | |
| 2 | Vacation | | LPN Charge Nurse | 36.00 | $25.00 | $900.00 | $3,705.55 |
| | Holiday | | | 0.00 | $0.00 | $0.00 | $1,372.11 |
| | OTC-Hourly | | | 0.00 | $0.00 | $0.00 | $5,492.44 |
| | Overtime 1.0 | | | 0.00 | $0.00 | $0.00 | $10,959.86 |
| | Personal Day | | | 0.00 | $0.00 | $0.00 | $351.12 |
| | Retroactive | | | 0.00 | $0.00 | $0.00 | $854.96 |
| | Training | | | 0.00 | $0.00 | $0.00 | $1,456.25 |
| | Worked Holiday | | | 0.00 | $0.00 | $0.00 | $1,226.74 |

Total Hours　83.50

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Dental | Yes | $15.63 | $265.71 | $0.00 | $0.00 |
| EE Sup Life | No | $25.20 | $428.40 | $0.00 | $0.00 |
| A Medical | Yes | $114.59 | $1,948.03 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| LTD | No | $15.99 | $263.36 | $0.00 | $0.00 |
| Medical Pre Tax | Yes | $111.96 | $1,903.32 | $423.90 | $7,206.30 |
| ~TD | No | $11.70 | $192.69 | $0.00 | $0.00 |
| Vision | Yes | $2.97 | $50.49 | $0.00 | $0.00 |
| Vol Sps Life | No | $3.50 | $59.50 | $0.00 | $0.00 |
| Basic EE Life | No | $0.00 | $0.00 | $1.80 | $25.90 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $197.37 | $7,588.75 |
| Employee Medicare | $27.80 | $763.16 |
| Social Security Employee Tax | $118.86 | $3,263.16 |
| LA State Income Tax | $57.03 | $1,796.72 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Extended Sick L | 1.8500 | 202.0010 |
| Personal Time | 0.0000 | 4.0000 |
| Sick | 1.8500 | 55.2510 |
| cation | 4.6200 | 87.8237 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxx2959 | Checking | $1,313.73 |
| xxxxxxx8404 | Savings | $145.97 |
| Total | | $1,459.70 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,162.30 | $1,917.15 | $401.06 | $301.54 | $1,459.70 |
| YTD | $56,799.19 | $52,631.64 | $13,411.79 | $5,111.50 | $38,275.90 |

vsn 20171215

**MARY LEE'S HOUSE OF LOVE ADHC, LLC**

1220

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| URNESS J GRAY, 125 RUE VIANSA, LAFAYETTE, LA 70501 | | | | | ***-**-9730 |

Pay Period: 07/23/2023 - 08/05/2023          Pay Date: 08/11/2023

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| HRLY | 55:38 | 18.00 | 1,001.40 | 18,020.40 |
| OVERTIME | | | 0.00 | 27.00 |
| | 55:38 | | 1,001.40 | 18,047.40 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -87.00 | -1,642.00 |
| Social Security Employee | -62.09 | -1,118.94 |
| Medicare Employee | -14.52 | -261.69 |
| LA - Withholding | -27.12 | -504.74 |
| | -190.73 | -3,527.37 |

| Net Pay | 810.67 | 14,520.03 |
|---|---|---|

Mary Lee's House of Love ADHC LLC, 805 Napoleon Ave, LA 70584-6118          Powered by **Intuit Payroll**

---

**MARY LEE'S HOUSE OF LOVE ADHC, LLC**

1228

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| URNESS J GRAY, 125 RUE VIANSA, LAFAYETTE, LA 70501 | | | | | ***-**-9730 |

Pay Period: 08/06/2023 - 08/19/2023          Pay Date: 08/25/2023

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| HRLY | 48:35 | 18.00 | 874.50 | 18,894.90 |
| OVERTIME | | | 0.00 | 27.00 |
| | 48:35 | | 874.50 | 18,921.90 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -72.00 | -1,714.00 |
| Social Security Employee | -54.22 | -1,173.16 |
| Medicare Employee | -12.68 | -274.37 |
| LA - Withholding | -22.67 | -527.41 |
| | -161.57 | -3,688.94 |

| Net Pay | 712.93 | 15,232.96 |
|---|---|---|

Mary Lee's House of Love ADHC LLC, 805 Napoleon Ave, LA 70584-6118          Powered by **Intuit Payroll**

---

**MARY LEE'S HOUSE OF LOVE ADHC, LLC**

1241

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| URNESS J GRAY, 125 RUE VIANSA, LAFAYETTE, LA 70501 | | | | | ***-**-9730 |

Pay Period: 08/20/2023 - 09/02/2023          Pay Date: 09/08/2023

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| HRLY | 51:35 | 18.00 | 928.50 | 19,823.40 |
| Bonus ARPA | | 1,250.00 | 1,250.00 | 1,250.00 |
| OVERTIME | | | 0.00 | 27.00 |
| | 51:35 | | 2,178.50 | 21,100.40 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -254.00 | -1,968.00 |
| Social Security Employee | -135.06 | -1,308.22 |
| Medicare Employee | -31.59 | -305.96 |
| LA - Withholding | -70.23 | -597.64 |
| | -490.88 | -4,179.82 |

| Net Pay | 1,687.62 | 16,920.58 |
|---|---|---|

Mary Lee's House of Love ADHC LLC, 805 Napoleon Ave, LA 70584-6118          Powered by **Intuit Payroll**

MARY LEE'S HOUSE OF LOVE ADHC, LLC

Employee
URNESS J GRAY, 125 RUE VIANSA, LAFAYETTE, LA 70501

SSN ***-**-9730

Pay Period: 09/03/2023 - 09/16/2023

Pay Date: 09/22/2023

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| HRLY | 58:50 | 18.00 | 1,059.00 | 20,882.40 |
| OVERTIME | | | 0.00 | 27.00 |
| Bonus ARPA | | | 0.00 | 1,250.00 |
| | 58:50 | | 1,059.00 | 22,159.40 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -94.00 | -2,062.00 |
| Social Security Employee | -65.66 | -1,373.88 |
| Medicare Employee | -15.35 | -321.31 |
| LA - Withholding | -29.13 | -626.77 |
| | -204.14 | -4,383.96 |

| | Current | YTD Amount |
|---|---|---|
| Net Pay | 854.86 | 17,775.44 |

Mary Lee's House of Love ADHC LLC, 805 Napoleon Ave, LA 70584-6118

Powered by **Intuit Payroll**

## Urness Gray - 000030426 - Acadia Healthcare Company Inc

# Status and Key Dates

## Employment Status

| | |
|---|---|
| Status | Leave of absence |
| As of | 08/19/2023 |
| LOA reason | FMLA - Medical Self |

## Payroll Status

| | |
|---|---|
| Anticipated end | 11/11/2023 |
| Weeks | 12.0 |
| Pay suspended | No |
| Start | |
| End | |

## Employment Dates

| | |
|---|---|
| Original hire | 11/13/2014 |
| Last hire | 11/13/2014 |
| Job start | 01/29/2023 |
| PTO Seniority Date | 11/13/2014 |

## Retirement Dates

Early                10/25/2040

Regular              10/25/2045

## Performance Review Dates

Last                 01/08/2023

Next                 01/01/2024

## Salary Review Dates

Last                 01/08/2023

Next                 01/01/2024

## Other Dates

Benefit seniority    11/13/2014

# Urness Gray - 000030426 - Acadia Healthcare Company Inc

Urness Gray

LPN Charge Nurse     +1 337-541-4163     Urness.Gray@acadiavermilion.com

## Personal Information

Name
Urness Gray

Employee number
000030426

Time clock

Address
   j Rue Viansa Drive
Lafayette, LA
70501
United States

Primary e-mail
Urness.Gray@acadiavermilion.com

Alternate e-mail
urnessgray@yahoo.com

Mailstop

Primary Home Phone
+1 337-541-4163

Primary Work Phone
+1 337-806-8934

Work extension
255

## Company

Home company
Vermilion Hospital LLC

Company
Vermilion Hospital LLC

Location
LFYLA - Lafayette LA 0501 Rue

PTO Seniority Date
11/13/2014 - 9 years

Division
03 - Risick Division

Facility
0501 - Vermilion Hospital

Department
606 - Psych Adult Unit 2

Ops Group
EAST - EAST - Willingham

Last hired
11/13/2014 - 9 years

loyee Handbook
NOT SPECIFIED - unavailable
Modified by
Last modified

# Job

Job
LPNCRGF - LPN Charge Nurse

Pay group
0501 - Vermilion Hospital

Description
LPN Charge Nurse

Employee type
REG - Regular

Status
Terminated

Full/Part time
Full Time

As of
12/01/2023

Supervisor
Nicole Michelfelich

# Urness Gray - 000030426 - Acadia Healthcare Company Inc

## Status and Key Dates

### Employment Status

| | |
|---|---|
| Status | Terminated |
| As of | 12/01/2023 |

### Payroll Status

| | |
|---|---|
| Pay suspended | No |
| art | |
| End | |

### Employment Dates

| | |
|---|---|
| Original hire | 11/13/2014 |
| Last hire | 11/13/2014 |
| Job start | 01/29/2023 |
| PTO Seniority Date | 11/13/2014 |

### Retirement Dates

| | |
|---|---|
| Early | 10/25/2040 |

Regular                              10/25/2045

## Performance Review Dates

Last                              01/08/2023

Next                              01/01/2024

## Salary Review Dates

Last                              01/08/2023

Next                              01/01/2024

## Other Dates

Benefit seniority             11/13/2014

## Urness Gray - 000030426 - Acadia Healthcare Company Inc

## Compensation Summary

### Current Salary for Urness Gray

What I should have been making a year @ $25 an hour

| | |
|---|---|
| Pay currency | US Dollar (USD) |
| **Annual** | **$52,000.00** |
| Period | $2,000.00 |
| Weekly | $1,000.00 |
| Hourly | $25.0000 |

| | |
|---|---|
| Last change | 01/29/2023 |
| **Percent change** | 11.61% |

## Job Details

| | |
|---|---|
| ) | LPN Charge Nurse |
| Salary grade | None |
| Pay frequency | Biweekly |
| Scheduled Biweekly Hours | 80.0000 |
| Hourly/Salaried | Hourly |
| Original hire | 11/13/2014 |
| Last hire | 11/13/2014 |
| Date in job | 01/29/2023 |

## History

SalaryPayouts

| Effective Date | Annual | Hourly | Percent Change |
|---|---|---|---|
| 01/15/2023 | $46,592.00 | $22.4000 | 4.86% |
| 01/08/2023 | $44,432.34 | $21.3617 | 3.79% |
| 03/30/2022 | $42,807.92 | $20.5807 | 4.80% |
| 03/30/2022 | $40,847.17 | $19.6381 | 4.99% |
| 12/20/2020 | $38,905.78 | $18.7047 | 1.73% |
| 04/12/2020 | $38,245.58 | $18.3873 | 0.77% |
| 11/24/2019 | $37,954.44 | $18.2473 | 2.70% |
| 12/23/2018 | $36,956.54 | $17.7676 | 2.29% |
| 11/26/2017 | $36,129.15 | $17.3698 | 2.00% |
| 11/13/2016 | $35,420.83 | $17.0292 | 2.50% |

Records per page  10      Displaying 1-10 of 11 records      1 / 2

# Urness Gray - 000030426 - Acadia Healthcare Company Inc

## Pay summary

**Find by**
CompanyVermilion Hospital LLC

Year    2023

### Earnings

| Type | Hours | Amount |
|---|---|---|
| Ext Sick Leave | 192.0000 | $4,800.00 |
| Holiday | 60.0000 | $1,372.11 |
| OTC | 410.7500 | $5,492.44 |
| Overtime 1.0 | 410.7500 | $10,959.86 |
| Personal Day | 16.0000 | $351.12 |
| Regular | 1,187.0000 | $31,380.16 |
| Retroactive | 0.0000 | $854.96 |
| Sick Pay | 57.0000 | $1,425.00 |
| Training | 58.2500 | $1,456.25 |
| Vacation | 248.2500 | $6,011.80 |
| Worked Holiday | 34.0000 | $1,226.74 |
| **Total** | **2,263.2500** | **$65,330.44** |

### Deductions

| Type | Employee Amount | Employer Amount |
|---|---|---|
| Basic EE Life | $0.00 | $34.90 |
| Dental | $343.86 | $0.00 |
| FSA Medical | $2,520.98 | $0.00 |
| Medical Pre Tax | $2,463.12 | $9,325.80 |
| Vol Sps Life | $77.00 | $0.00 |
| Vision | $65.34 | $0.00 |
| EE Sup Life | $568.80 | $0.00 |
| LTD | $348.25 | $0.00 |
| STD | $252.33 | $0.00 |
| **Total** | **$6,639.68** | **$9,360.70** |

### Taxes

| Type | Amount |
|---|---|
| LA State Income Tax | $1,992.00 |
| Federal Income Tax | $8,271.63 |
| Employee Medicare | $869.09 |
| Social Security Employee Tax | $3,716.10 |
| **Total** | **$14,848.82** |



What I actually was making per year

## Urness Gray - 000030426 - Acadia Healthcare Company Inc

# Pay summary

**Find by**
CompanyVermilion Hospital LLC

Year    2022

## Earnings

| Type | Hours | Amount |
|------|-------|--------|
| Bonus Shift | 0.0000 | $625.00 |
| Ext Sick Leave | 60.0000 | $1,122.28 |
| Holiday | 96.0000 | $1,908.23 |
| OTC | 304.2500 | $3,456.07 |
| Overtime ..0 | 304.2500 | $6,848.71 |
| Personal Day | 12.0000 | $224.46 |
| Regular | 1,780.5000 | $40,253.32 |
| Retroactive | 0.0000 | $1,274.74 |
| Sick Pay | 46.0000 | $905.44 |
| Training | 14.5000 | $271.22 |
| Vacation | 118.0000 | $2,402.28 |
| Worked Holiday | 28.5000 | $867.17 |
| Total | 2,459.7500 | $60,158.92 |

@ $18 an hour

## Deductions

| Type | Employee Amount | Employer Amount |
|------|-----------------|-----------------|
| Basic EE Life | $0.00 | $9.90 |
| Dental | $140.67 | $0.00 |
| Dental Base | $234.45 | $0.00 |
| FSA Medical | $1,718.85 | $0.00 |
| FSA Medical | $1,031.31 | $0.00 |
| Basic Life Ins | $0.00 | $16.50 |
| Supl Child Life | $3.20 | $0.00 |
| Supl Empl Life | $378.00 | $0.00 |
| Supl Spouse Lif | $52.50 | $0.00 |
| LTD Post Tax | $189.15 | $0.00 |
| Medical | $1,767.75 | $5,961.00 |

## Taxes

| Type | Amount |
|------|--------|
| LA State Income Tax | $1,696.68 |
| Federal Income Tax | $6,724.23 |
| Employee Medicare | $785.06 |
| Social Security Employee Tax | $3,356.81 |
| **Total** | **$12,562.78** |

| Base | | |
|---|---|---|
| Medical Pre Tax | $1,060.65 | $3,576.60 |
| Vol Sps Life | $31.50 | $0.00 |
| STD Post Tax | $138.29 | $0.00 |
| Vision | $23.67 | $0.00 |
| Vision Pre Tax | $39.45 | $0.00 |
| EE Sup Life | $226.80 | $0.00 |
| LTD | $118.53 | $0.00 |
| STD | $86.67 | $0.00 |
| **Total** | **$7,241.44** | **$9,564.00** |

## Urness Gray - 000030426 - Acadia Healthcare Company Inc

# Pay summary

**Find by**
Company Vermilion Hospital LLC

Year   2021

## Earnings

| Type | Hours | Amount |
|---|---|---|
| Bonus Shift | 0.0000 | $2,750.00 |
| Ext Sick Leave | 156.0000 | $2,917.94 |
| Holiday | 84.0000 | $1,571.21 |
| OTC | 821.2500 | $9,155.55 |
| Overtime | 821.2500 | $17,393.91 |
| Personal Day | 12.0000 | $224.46 |
| Regular | 1,653.2500 | $34,407.29 |
| Retroactive | 0.0000 | $2,326.34 |
| Sick Pay | 180.0000 | $3,366.86 |
| Vacation | 96.0000 | $1,795.66 |
| Worked Holiday | 32.5000 | $911.85 |
| **Total** | **3,035.0000** | **$76,821.07** |

## Deductions

| Type | Employee Amount | Employer Amount |
|---|---|---|
| Dental Base | $375.12 | $0.00 |
| FSA Medical | $2,400.00 | $0.00 |
| Basic Life Ins | $0.00 | $26.40 |
| Supl Child Life | $9.60 | $0.00 |
| Supl Empl Life | $604.80 | $0.00 |
| Supl Spouse Lif | $84.00 | $0.00 |
| LTD Post Tax | $287.28 | $0.00 |
| Medical Base | $2,772.72 | $9,003.60 |
| STD Post Tax | $210.00 | $0.00 |
| Vision | $63.12 | $0.00 |

## Taxes

| Type | Amount |
|---|---|
| LA State Income Tax | $2,876.99 |
| Federal Income Tax | $10,719.96 |
| Employee Medicare | $1,032.55 |
| Social Security Employee Tax | $4,415.03 |
| **Total** | **$19,044.53** |

Pre Tax

**Total**     **$6,806.64**     **$9,030.00**

# Urness Gray - 000030426 - Acadia Healthcare Company Inc

## Pay summary

**Find by**
CompanyVermilion Hospital LLC

Year    2020

## Earnings

| Type | Hours | Amount |
|------|-------|--------|
| Holiday | 72.0000 | $1,320.54 |
| OTC | 692.0000 | $7,164.81 |
| Overtime 1.0 | 704.2500 | $14,577.77 |
| Personal Day | 20.0000 | $367.19 |
| Regular | 1,979.5000 | $40,791.71 |
| Retroactive | 0.0000 | $150.74 |
| Sick Pay | 36.0000 | $661.95 |
| Vacation | 75.4168 | $1,383.36 |
| Worked Holiday | 31.0000 | $855.02 |
| **Total** | **2,918.1668** | **$67,273.09** |

## Deductions

| Type | Employee Amount | Employer Amount |
|------|-----------------|-----------------|
| Dental Base | $375.12 | $0.00 |
| Basic Life Ins | $0.00 | $26.60 |
| Supl Child Life | $9.60 | $0.00 |
| Supl Empl Life | $604.80 | $0.00 |
| Supl Spouse Lif | $84.00 | $0.00 |
| LTD Post Tax | $281.52 | $0.00 |
| Medical Base | $2,721.12 | $8,657.04 |
| STD Post Tax | $205.92 | $128.52 |
| Vision Pre Tax | $71.52 | $0.00 |
| **Total** | **$4,353.60** | **$8,812.16** |

## Taxes

| Type | Amount |
|------|--------|
| LA State Income Tax | $2,453.54 |
| Federal Income Tax | $9,057.17 |
| Employee Medicare | $929.53 |
| Social Security Employee Tax | $3,974.53 |
| **Total** | **$16,414.77** |

## Urness Gray - 000030426 - Acadia Healthcare Company Inc

# Pay summary

**Find by**
CompanyVermilion Hospital LLC

Year       2019

## Earnings

| Type | Hours | Amount |
|------|-------|--------|
| Holiday | 72.0000 | $1,279.26 |
| OTC | 1,008.5000 | $9,924.85 |
| Overtime 1.0 | 1,008.5000 | $19,808.58 |
| Personal Day | 20.0000 | $355.35 |
| Regular | 1,977.7500 | $38,750.91 |
| Retroactive | 0.0000 | $75.65 |
| Vacation | 24.0000 | $426.42 |
| Worked Holiday | 38.5000 | $1,026.07 |
| Total | 3,140.7500 | $71,647.09 |

## Deductions

| Type | Employee Amount | Employer Amount |
|------|-----------------|-----------------|
| Dental Base | $382.56 | $0.00 |
| FSA Medical | $2,200.00 | $0.00 |
| Basic Life Ins | $0.00 | $30.72 |
| Supl Child Life | $9.60 | $0.00 |
| Supl Empl Life | $604.80 | $0.00 |
| Supl Spouse Lif | $75.00 | $0.00 |
| LTD Post Tax | $273.18 | $0.00 |
| Medical Base | $2,628.96 | $8,155.92 |
| STD Post Tax | $210.23 | $0.00 |
| Vision | $79.20 | $0.00 |

## Taxes

| Type | Amount |
|------|--------|
| LA State Income Tax | $2,570.16 |
| Federal Income Tax | $9,106.97 |
| Employee Medicare | $962.17 |
| Social Security Employee Tax | $4,114.09 |
| Total | $16,753.39 |

Pre Tax

**Total**    **$6,463.53**    **$8,186.64**

# Urness Gray - 000030426 - Acadia Healthcare Company Inc

# Pay summary

**Find by**
Company Vermilion Hospital LLC

Year    2018

## Earnings

| Type | Hours | Amount |
|---|---|---|
| Holiday | 64.0000 | $1,111.68 |
| OTC | 659.5000 | $6,324.62 |
| Overtime 1.0 | 659.5000 | $12,865.84 |
| Personal Day | 24.0000 | $416.88 |
| Regular | 1,936.7500 | $36,724.27 |
| Retroactive | 0.0000 | $368.50 |
| Vacation | 62.5000 | $1,085.61 |
| Worked Holiday | 35.2500 | $918.42 |
| **Total** | **2,782.0000** | **$59,815.82** |

## Deductions

| Type | Employee Amount | Employer Amount |
|---|---|---|
| Dental Base | $382.56 | $0.00 |
| FSA Medical | $1,800.00 | $0.00 |
| AD&D Insurance | $0.00 | $8.40 |
| Basic Life Ins | $0.00 | $16.56 |
| Supl Empl Life | $24.80 | $0.00 |
| Supl Spouse Lif | $12.00 | $0.00 |
| LTD Post Tax | $142.44 | $0.00 |
| Medical Buy Up | $3,360.48 | $7,271.04 |
| STD Post Tax | $217.60 | $0.00 |
| Vision Pre Tax | $79.20 | $0.00 |
| **Total** | **$6,019.08** | **$7,296.00** |

## Taxes

| Type | Amount |
|---|---|
| LA State Income Tax | $1,918.70 |
| Federal Income Tax | $2,308.66 |
| Employee Medicare | $785.81 |
| Social Security Employee Tax | $3,360.00 |
| **Total** | **$8,373.17** |

## Urness Gray - 000030426 - Acadia Healthcare Company Inc

# Pay summary

**Find by**
CompanyVermilion Hospital LLC

Year     2017

### Earnings

| Type | Hours | Amount |
|---|---|---|
| Bonus | 0.0000 | $100.00 |
| Holiday | 48.0000 | $817.38 |
| OTC | 172.0000 | $1,609.20 |
| Overtime 1.0 | 172.0000 | $3,250.98 |
| Regular | 1,775.7500 | $33,109.04 |
| ‹ Pay | 76.7500 | $1,321.72 |
| Training | 21.2500 | $361.87 |
| Vacation | 109.0000 | $1,856.19 |
| Worked Holiday | 20.2500 | $517.27 |
| Total | 2,223.0000 | $42,943.65 |

### Deductions

| Type | Employee Amount | Employer Amount |
|---|---|---|
| Dental Base | $775.68 | $0.00 |
| AD&D Insurance | $0.00 | $8.40 |
| Basic Life Ins | $0.00 | $16.56 |
| LTD Post Tax | $124.80 | $0.00 |
| Medical Base | $4,875.12 | $11,934.24 |
| STD Post Tax | $215.76 | $0.00 |
| Vision Pre Tax | $169.44 | $0.00 |
| **Total** | **$6,160.80** | **$11,959.20** |

### Taxes

| Type | Amount |
|---|---|
| LA State Income Tax | $1,117.30 |
| Federal Income Tax | $901.41 |
| Employee Medicare | $538.29 |
| Social Security Employee Tax | $2,301.65 |
| **Total** | **$4,858.65** |

Had another full time job

# Urness Gray - 000030426 - Acadia Healthcare Company Inc

## Pay summary

**Find by**
Company Vermilion Hospital LLC

Year    2016

### Earnings

| Type | Hours | Amount |
|---|---|---|
| Night Shift | 16.0000 | $0.00 |
| Bonus | 0.0000 | $150.00 |
| Holiday | 40.0000 | $667.87 |
| OTC | 277.2500 | $2,586.02 |
| Overtime 1.0 | 277.2500 | $5,191.11 |
| sonal Day | 16.0000 | $265.82 |
| Regular | 1,912.0000 | $35,335.15 |
| Retroactive | 0.0000 | $79.63 |
| Sick Pay | 24.0000 | $402.05 |
| Vacation | 75.2500 | $1,262.85 |
| Worked Holiday | 17.0000 | $428.49 |
| Total | 2,361.5000 | $46,368.99 |

### Deductions

| Type | Employee Amount | Employer Amount |
|---|---|---|
| Dental Base | $775.68 | $0.00 |
| AD&D Insurance | $0.00 | $8.40 |
| Basic Life Ins | $0.00 | $19.09 |
| LTD Post Tax | $121.94 | $0.00 |
| Medical Base | $4,643.04 | $11,214.96 |
| STD Post Tax | $211.14 | $0.00 |
| Vision Pre Tax | $169.44 | $0.00 |
| Total | $5,921.24 | $11,242.45 |

### Taxes

| Type | Amount |
|---|---|
| LA State Income Tax | $1,249.81 |
| Federal Income Tax | $1,328.78 |
| Employee Medicare | $591.32 |
| Social Security Employee Tax | $2,528.41 |
| Total | $5,698.32 |

Had another full time job

# Urness Gray - 000030426 - Acadia Healthcare Company Inc

# Pay summary

**Find by**
Company Vermilion Hospital LLC

Year     2015

## Earnings

| Type | Hours | Amount |
|------|-------|--------|
| Bonus | 0.0000 | $75.00 |
| Holiday | 64.0000 | $1,036.19 |
| OTC | 455.0000 | $4,082.40 |
| Overtime 1.0 | 455.0000 | $8,443.54 |
| Personal | 16.0000 | $258.08 |
| Regular | 1,991.7500 | $36,074.69 |
| Retroactive | 0.0000 | $1,872.88 |
| Worked Holiday | 25.2500 | $610.93 |
| **Total** | **2,552.0000** | **$52,453.71** |

## Deductions

| Type | Employee Amount | Employer Amount |
|------|-----------------|-----------------|
| 401K DIA | $1,446.72 | $0.00 |
| Dental Base | $775.58 | $0.00 |
| AD&D Insurance | $0.00 | $9.10 |
| Basic Life Ins | $0.00 | $21.60 |
| Medical Base | $2,305.42 | $5,643.56 |
| Vision Pre Tax | $80.08 | $0.00 |
| **Total** | **$4,607.80** | **$5,674.26** |

## Taxes

| Type | Amount |
|------|--------|
| LA State Income Tax | $1,551.64 |
| Federal Income Tax | $2,149.62 |
| Employee Medicare | $714.74 |
| Social Security Employee Tax | $3,056.14 |
| **Total** | **$7,472.14** |

## Urness Gray - 000030426 - Acadia Healthcare Company Inc

## Pay summary

**Find by**
Company Vermilion Hospital LLC

Year    2014

### Earnings

| Type | Hours | Amount |
|------|-------|--------|
| Holiday | 8.0000 | $129.04 |
| OTC | 12.5000 | $110.39 |
| Overtime 1.0 | 12.5000 | $222.18 |
| Regular | 147.7500 | $2,602.15 |
| Worked iday | 8.0000 | $193.56 |
| Total | 176.2500 | $3,257.32 |

### Deductions

| Type | Employee Amount | Employer Amount |
|------|-----------------|-----------------|
| No records found | | |

### Taxes

| Type | Amount |
|------|--------|
| LA State Income Tax | $94.83 |
| Federal Income Tax | $89.86 |
| Employee Medicare | $47.23 |
| Social Security Employee Tax | $201.95 |
| Total | $433.87 |

Started working in November of 2014

## Urness Gray - 000030426 - Acadia Healthcare Company Inc

## Review History

| Effective | Type | Job | Rating | Reviewer | Additional Details | Notes |
|---|---|---|---|---|---|---|
| 01/08/2023 | Salary Review | LPNF - Licensed Practical Nurse | Met Expectations | Nicole M. Hale | | |
| 01/08/2023 | Annual Review | LPNF - Licensed Practical Nurse | Met Expectations | Nicole M. Hale | | |
| 12/19/2021 | Salary Review | LPNF - Licensed Practical Nurse | Met Expectations | Pamela Whittington | | |
| 19/2021 | Annual Review | LPNF - Licensed Practical Nurse | Met Expectations | Pamela Whittington | | |
| 12/20/2020 | Salary Review | LPNF - Licensed Practical Nurse | Met Expectations | Heather N. Comeaux | | |
| 12/20/2020 | Annual Review | LPNF - Licensed Practical Nurse | Met Expectations | Heather N. Comeaux | | |
| 04/12/2020 | Salary Review | LPNF - Licensed Practical Nurse | Met Expectations | Caroline Hawkins | | |
| 04/12/2020 | Annual Review | LPNF - Licensed Practical Nurse | Met Expectations | Caroline Hawkins | | |
| 11/13/2019 | Salary Review | LPNF - Licensed Practical Nurse | Exceeds Expectations | Rosalene A | | |
| 11/13/2018 | Salary Review | LPNF - Licensed Practical Nurse | Met Expectations | Rosalane A | | |

Records per page  10    Displaying 1-10 of 13 records    1 / 2

# Urness Gray - 000030426 - Acadia Healthcare Company Inc

# Review History

| Effective | Type | Job | Rating | Reviewer | Additional Details | Notes |
|---|---|---|---|---|---|---|
| 11/13/2017 | Salary Review | LPN - Licensed Practical Nurse | Met Expectations | Roasalene Alexander | | |
| 11/13/2016 | Salary Review | LPN - Licensed Practical Nurse | Met Expectations | Archie Hebert | | |
| 11/30/2015 | Salary Review | LPN - Licensed Practical Nurse | Exceeds Expectations | Melinda Speck | | |

Records per page  10        Displaying 11-13 of 13 records        2 / 2

## Account Statement

**FOX**
PEST CONTROL

FOX LAFAYETTE - LA
PO BOX 212
PROVIDENCE, UT 84332

XXXXXX
••••••••••••••••••••••••••••••••••••
URNESS GRAY
125 RUE VIANSA
LAFAYETTE, LA 70501-3942

STATEMENT DATE
**5/28/2025**

ACCOUNT NUMBER
**987438**

LICENSE NUMBER

AMOUNT DUE
**$197.08**

## Invoices

125 Rue Viansa, Lafayette, LA 70501                                      Urness Gray (Acct #987438)

| INVOICE # | PRICE | TAX | DISCOUNT | BILLED | PAID | BALANCE |
|---|---|---|---|---|---|---|
| 17731570 | $49.27 | $0.00 (0%) | $0.00 | $49.27 | $0.00 | $49.27 |
| Fox Home Protection Plan • Invoice Due Date: 2/26/2025 • Invoice Date: 2/26/2025 | | | | | | |
| 18014960 | $49.27 | $0.00 (0%) | $0.00 | $49.27 | $0.00 | $49.27 |
| Fox Home Protection Plan • Invoice Due Date: 3/26/2025 • Invoice Date: 3/26/2025 | | | | | | |
| 18344770 | $49.27 | $0.00 (0%) | $0.00 | $49.27 | $0.00 | $49.27 |
| Fox Home Protection Plan • Invoice Due Date: 4/26/2025 • Invoice Date: 4/26/2025 | | | | | | |
| 18729360 | $49.27 | $0.00 (0%) | $0.00 | $49.27 | $0.00 | $49.27 |
| Fox Home Protection Plan • Invoice Due Date: 5/26/2025 • Invoice Date: 5/26/2025 | | | | | | |

Additional Notes

Please note our billing address has changed. If you are mailing a payment please be sure to send your payment to the PO box listed above.
If you need assistance, please call: (337) 321-5900

| | |
|---|---|
| Subtotal | $197.08 |
| Taxes | $0.00 |
| Discounts | $0.00 |
| Billed Total | $197.08 |
| Amount Paid | $0.00 |
| Amount Due | $197.08 |



Page 1 of 3
**Platinum Card I World Mastercard ending in 7914**
Apr 19, 2025 - May 19, 2025  I  31 days in Billing Cycle

## Payment Information

**Payment Due Date**
Jun 13, 2025

For online and phone payments, the deadline is 8pm ET.

| New Balance | Minimum Payment Due |
|---|---|
| $2,275.45 | $572.00 |

**LATE PAYMENT WARNING:** If we do not receive your minimum payment by your due date, you may have to pay a late fee of up to $40.00.

**MINIMUM PAYMENT WARNING:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Minimum Payment | 12 Years | $5,330 |

If you would like information about credit counseling services, call 888-326-8055.

## Account Summary

| | |
|---|---|
| Previous Balance | $2,221.54 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Transactions | + $0.00 |
| Cash Advances | + $0.00 |
| Fees Charged | + $0.00 |
| Interest Charged | + $53.91 |
| **New Balance** | **= $2,275.45** |
| Credit Limit | $1,850.00 |
| Available Credit (as of May 19, 2025) | N/A |
| Cash Advance Credit Limit | $1,850.00 |
| Available Credit for Cash Advances | N/A |



300081

Your account is **restricted** and past due.

Visit capitalone.com to manage your account and see your payment options.

Your card cannot be used.

### Account Notifications

Please check page 3 of this statement for your Account Notifications.

---

Pay or manage your account at capitalone.com     Customer Service: 800-227-4825     See reverse for Important Information



URNESS J GRAY
125 RUE VIANSA
LAFAYETTE, LA 70501-3942

Save time, stay informed. Discover new features with the Capital One Mobile app.

Scan this QR Code with your phone's camera to download the top-rated Capital One Mobile app.

**Payment Due Date: Jun 13, 2025**          Account ending in 7914

| New Balance | Minimum Payment Due | Amount Enclosed |
|---|---|---|
| $2,275.45 | $572.00 | $ _____ |

Please send us this portion of your statement and only one check (or one money order) payable to Capital One to ensure your payment is processed promptly. Allow at least seven business days for delivery.

Capital One
P.O. Box 60519
City of Industry  CA 91716-0519

1  5178059781067914  19  2275450043000572008

# COX.

**(NOT FOR PAYMENTS)**
DEPARTMENT # 102430
PO BOX 1259
OAKS, PA 19456
6400 0210  DY RP 30 03312025 YNNNNNNY 01 995657

Umess Gray
125 RUE VIANSA
LAFAYETTE LA 70501-3942

March 30, 2025                                Page **1** of 6

**Contact Us:**
✎ cox.com/chat
🖱 cox.com/mybill

Account Number    **001 3608 091258802**
Cox PIN           1025
Service Address   125 RUE VIANSA
                  LAFAYETTE, LA 70501

## Account Summary as of Mar 30, 2025

| | |
|---|---|
| Previous Balance | $761.14 |
| Payments (See pg 2) | -$526.51 |
| **Remaining Previous Balance** | **$234.63** |
| **Due Immediately** | |
| **New Charges: Mar 30, 2025 - Apr 29, 2025** | |
| Internet | $85.00 |
| TV | $77.99 |
| Partial Month Services | -$49.96 |
| Usage Charges | $0.00 |
| One Time Charges and Credits | $128.35 |
| Taxes, Fees and Surcharges | $4.78 |
| New Charges Due By **Apr 19, 2025** | $246.16 |
| **Total Due** | **$480.79** |

**\*\*Account Past Due\*\***
To prevent service disruption, the "Remaining Previous Balance" amount shown in red must be paid immediately. If services are interrupted a reactivation fee may apply.


Thank you for being a Cox Paperless customer!

# COX.

*Save Time! Save Money! Take control! Enroll in EasyPay - once you set it you'll never forget it. Your bill is automatically paid each month on the day it's due. Sign up today at www.cox.com/mybill!*

**March 30, 2025 bill for Urness Gray**
Account Number    001 3608 091258802
Service at        125 RUE VIANSA
                  LAFAYETTE, LA 70501

| | |
|---|---|
| Remaining Previous Balance | $234.63 |
| Due Immediately | |
| New Charges Due By Apr 19, 2025 | $246.16 |
| **Total Due** | **$480.79** |

(NOT FOR CORRESPONDENCE)
COX COMMUNICATIONS
PO BOX 919243
DALLAS, TX 75391-9243

036080011820912588025800480079

---

6400 0210  DY RP 30 03312025 YNNNNNNY 01 995657

March 30, 2025 **Bill for Urness Gray**
Account number  **001 3608 091258802**
Page **2** of 6

### Payments Received

| | | |
|---|---|---|
| Payment Received - | Mar 12 | $-100.00 |
| Payment Received - | Mar 12 | -183.00 |
| Payment Received - | Mar 12 | -181.00 |
| Payment Received - | Mar 13 | -12.51 |
| Payment Received - | Mar 13 | -50.00 |
| **Total Payments Received** | | **$-526.51** |

### Monthly Services    Mar 30 - Apr 29

**Internet**
**Go Super Fast Internet**
Includes:
Download speeds up to 1 Gbps*
1.25 TB (1,280 GB) Monthly Data Plan
Over 4 Million Wifi Hotspots
*Visit cox.com/modems for compatible devices

|  |  |
|---|---|
| | **$70.00** |

**Panoramic Wifi Gateway**
Includes:
Panoramic Wifi Gateway
Panoramic Wifi app
Panoramic Wifi Advanced Security

|  |  |
|---|---|
| | **$15.00** |
| **Total Internet** | **$85.00** |

The regular non-promotional price for services above: $135.00.

**TV**
For more information on TV costs, visit cox.com/tvpricing.

**Contour TV Starter**

---

**Monthly Services** cont.
Includes:
Starter TV Service
Contour Box with the Voice Remote
Video On Demand and Pay-Per-View
App for in/out home viewing
Access to streaming apps

| | |
|---|---|
| | **$71.00** |
| Stingray Karaoke | $6.99 |
| **Total TV** | **$77.99** |
| **Total Monthly Services** | **$162.99** |

Your Price Includes the following:
Your Promotional Discount of -$50.00 ends on 03/29/2026.

### Partial Month Services

| | | |
|---|---|---|
| Panoramic Wifi Gateway | Mar 10-Mar 13 | $0.00 |
| ConnectAssist Internet Service | Mar 10-Mar 13 | -4.00 |
| Go Super Fast Internet | Mar 21-Mar 29 | 21.00 |
| Panoramic Wifi Gateway | Mar 21-Mar 29 | 0.00 |
| Panoramic Wifi Gateway | Mar 21-Mar 29 | 4.50 |
| ConnectAssist Internet Service | Mar 21-Mar 29 | -9.00 |
| Starter TV | Mar 10-Mar 13 | -9.47 |
| Preferred TV | Mar 10-Mar 13 | -7.20 |
| Advanced TV Service | Mar 10-Mar 13 | -0.67 |
| Movie Pack | Mar 10-Mar 13 | -1.60 |
| Sports Pack 2 | Mar 10-Mar 13 | -1.33 |
| Paramount+ with SHOWTIME | Mar 10-Mar 13 | -1.60 |
| Starz | Mar 10-Mar 13 | -1.47 |
| Stingray Karaoke | Mar 10-Mar 13 | -0.93 |
| Wireless 4K Contour Box | Mar 10-Mar 13 | -1.13 |
| Wireless 4K Contour Box | Mar 10-Mar 13 | -1.13 |
| Wireless 4K Contour Box | Mar 10-Mar 13 | -1.13 |
| Starter TV | Mar 21-Mar 29 | -21.30 |

**Payment options**
**Online:** Visit www.cox.com to register for 24-hour online access or make payments to your account.
**Mail:** Detach this coupon and send it with your check or money order. Please include your account number on your check. Make your checks payable to Cox Communications. Allow 7 days for processing.
**In Person:** Visit www.cox.com for a list of Cox Authorized Payment Centers.



**PENNYMAC**
P.O. Box 514387
Los Angeles, CA 90051-4387

013393

URNESS J GRAY
125 RUE VIANSA
LAFAYETTE, LA 70501-3942

## Contact Us:
| | |
|---|---|
| Web: | PENNYMAC.COM |
| General Insurance: | 866.318.0208 |
| Settlement Claim Checks: | 866.314.0498 |
| Customer Service: | 800.777.4001 |

### Mortgage Activity Statement
Statement Date: May 16, 2025

| | |
|---|---|
| Loan Number: | 8026955138 |
| Payment Due Date: | **June 1, 2025** |
| **Amount Due:** | **$10,560.92** |

*If payment is received after 6/16/2025, $33.38 late fee will be charged. If the Amount Due changes based on the terms of your mortgage, the late fee amount may also change.*

### Explanation of Amount Due
**Contractual Amount Due**

| | |
|---|---|
| Principal: | $363.32 |
| Interest: | $471.20 |
| Escrow (Taxes and Insurance): | $488.46 |
| **Regular Monthly Payment:** | **$1,322.98** |
| Fees & Charges (total outstanding) | $1,300.06 |
| Charges since last statement: | $18.50 |
| Credits since last statement: | $0.00 |
| Overdue Payment: | $7,937.88 |
| **Total Amount Due:** | **$10,560.92** |

*The total payment amount needed to bring the account current is $10,560.92 and will expire on 06/16/2025.*

### Important Messages
***Suspense:** Any amount received less than a full payment will be applied to a suspense account for your mortgage. When enough is received to equal a full payment, a full payment will be applied to your mortgage.

### Account Information
| | |
|---|---|
| Property Address: | 125 RUE VIANSA |
| | LAFAYETTE, LA 70501 |
| Unpaid Principal Balance: | $183,101.61 |
| Escrow Balance: | ($1,330.84) |
| Suspense Balance: | $274.04 |
| Interest Rate: | 3.125% |
| Prepayment Penalty: | No |

### Past Payments Breakdown
| | As of Last Stmt | Paid Year to Date |
|---|---|---|
| Principal: | $0.00 | $356.76 |
| Interest: | $0.00 | $477.76 |
| Escrow (Taxes & Insurance): | $0.00 | $488.46 |
| Fees: | $0.00 | $0.00 |
| Suspense*: | $0.00 | $274.04 |
| Total: | $0.00 | $1,597.02 |

### Important Information About Your Loan
Your loan is seriously delinquent. Failure to pay your loan current may result in expenses and foreclosure -- the loss of your home. Please contact us so we can discuss options that could get you back on track and keep you in your home. Call 1-866-545-9070 to speak with one of our Loan Specialists.

To find free or low cost HUD-certified housing counseling agencies in your area, please call 1.800.569.4287 or visit the HUD website at www.hud.gov.

### **Account History**
As of 5/16/2025 your loan is 166 days delinquent.
Recent Account History

- Payment due 12/01/2024: Unpaid Balance of $1,322.98
- Payment due 01/01/2025: Unpaid Balance of $1,322.98
- Payment due 02/01/2025: Unpaid Balance of $1,322.98
- Payment due 03/01/2025: Unpaid Balance of $1,322.98
- Payment due 04/01/2025: Unpaid Balance of $1,322.98
- Payment due 05/01/2025: Unpaid Balance of $1,322.98

*The total payment amount needed to bring the account current is $10,560.92 and will expire on June 16, 2025.*

### Transaction Activity April 17, 2025 – May 16, 2025
| Date | Description | Transaction Amount | Principal | Interest | Escrow | Fees | Suspense |
|---|---|---|---|---|---|---|---|
| 04/28/2025 | Mortgage Insurance Disbursement | ($148.34) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 04/30/2025 | Payment | $560.00 | $0.00 | $0.00 | $0.00 | $0.00 | $560.00 |
| 05/09/2025 | Non Sufficient Funds | $18.50 | $0.00 | $0.00 | $0.00 | $0.00 | ($560.00) |
| 05/09/2025 | Reversal Of Payment | ($560.00) | $0.00 | $0.00 | $0.00 | $0.00 | ($560.00) |

*I'm about to lose my home that I worked hard for*

---

4000 - Billing Statement

✂ -----------------------------------------------

**PAYMENT COUPON - Detach and Return With Your Payment Made Payable to: PennyMac Loan Services, LLC**

**PENNYMAC**

Loan Number: 8026955138

PennyMac Loan Services, LLC
PO BOX 30597
LOS ANGELES, CA 90030-0597

Payment Date: 6/1/2025

| | | |
|---|---|---|
| Payment Amount | $ | . |
| Additional Principal | $ | . |
| Additional Escrow | $ | . |
| Other | $ - | . |
| Total Amount Enclosed | $ | . |

*Please write the loan number on the front of your check*

URNESS J GRAY
125 RUE VIANSA
LAFAYETTE, LA 70501-3942

0100802695513840013229810009237946

### Important Information About Mailed Payments
- Payments with a coupon are processed the same day as receipt when received prior to 8:00 AM PT. Overnight payments with a coupon are processed the same day as receipt when received prior to 10:30 AM PT. Payments not processed the same day are effective dated to the date of receipt.
- Please make checks payable to PennyMac Loan Services, LLC. Postdated checks are processed the same date as receipt.
- Please do not send cash. Payment instructions are limited to the information provided by Pennymac on the payment coupon only.
- Please sign and write your account number on your check or money order.

### Periodic & Partial Payment Policy
If you send us your payment with additional funds and don't specify how you want that money applied, we will first post payment(s) to bring your loan current. Any remaining money will then be applied based on a payment hierarchy towards outstanding fees before any funds are posted as a principal reduction. Funds may be applied based on the perceived customer intent. For example, if the received amount is equal to the periodic payment plus an exact match to outstanding late charges, Pennymac may apply the excess funds to late charges rather than applying excess funds to other outstanding balances. If the money you sent wasn't enough for a periodic payment, it will be applied to your loan as unapplied funds. We may accept a payment that is less than your periodic payment by an amount up to $10.00. We will use a corporate advance, which will be billed to your account, to make the full periodic payment. Depending on the requirements of your loan documents, owner/insurer/guarantor of your loan or applicable law, and depending on the status of your account, partial payments that are outside the tolerances described above may be promptly returned to you, applied to your account, or held in a non-interest bearing account until additional funds sufficient to equal a periodic payment are received.



**Platinum Card | World Mastercard ending in 7914**
Apr 19, 2025 - May 19, 2025  I  31 days in Billing Cycle

## Payment Information

| | |
|---|---|
| Payment Due Date | For online and phone payments, the deadline is 8pm ET. |
| **Jun 13, 2025** | |

| New Balance | Minimum Payment Due |
|---|---|
| **$2,275.45** | **$572.00** |

**LATE PAYMENT WARNING:** If we do not receive your minimum payment by your due date, you may have to pay a late fee of up to $40.00.

**MINIMUM PAYMENT WARNING:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Minimum Payment | 12 Years | $5,330 |

If you would like information about credit counseling services, call 888-326-8055.

## Account Summary

| | |
|---|---|
| Previous Balance | $2,221.54 |
| Payments | $0.00 |
| Other Credits | $0.00 |
| Transactions | + $0.00 |
| Cash Advances | + $0.00 |
| Fees Charged | + $0.00 |
| Interest Charged | + $53.91 |
| **New Balance** | **= $2,275.45** |
| Credit Limit | $1,850.00 |
| Available Credit (as of May 19, 2025) | N/A |
| Cash Advance Credit Limit | $1,850.00 |
| Available Credit for Cash Advances | N/A |



300081

**Your account is restricted and past due.**

Visit capitalone.com to manage your account and see your payment options.

Your card cannot be used.

## Account Notifications

Please check page 3 of this statement for your Account Notifications.

Pay or manage your account at capitalone.com

Customer Service: 800-227-4825

See reverse for Important Information



URNESS J GRAY
125 RUE VIANSA
LAFAYETTE, LA 70501-3942

**Payment Due Date: Jun 13, 2025**          Account ending in 7914



Save time, stay informed.
Discover new features with the Capital One Mobile app.

Scan this QR Code with your phone's camera to download the top-rated Capital One Mobile app.

| New Balance | Minimum Payment Due | Amount Enclosed |
|---|---|---|
| $2,275.45 | $572.00 | $ _____ |

Please send us this portion of your statement and only one check (or one money order) payable to Capital One to ensure your payment is processed promptly. Allow at least seven business days for delivery.

Capital One
P.O. Box 60519
City of Industry   CA 91716-0519

1  5178059781067914  19  2275450043000572008

**URNESS GRAY, PERRY CLARK**
125 Rue Viansa Drive
Lafayette, LA 70501

125 Rue Viansa Drive
Lafayette, LA 70501
Unit: RUE9-2P22
**Unit Ledger**

| Type | Date | Category | Fee | Balance |
|---|---|---|---|---|
| Charge | 06/30/2023 | Principal: Annual Assessment | $1,100.00 | $1,100.00 |
| Charge | 06/30/2023 | Late Fee: Late Fee | $200.00 | $1,300.00 |
| Charge | 06/30/2023 | Other Charges: Lien Filing Fee | $230.00 | $1,530.00 |
| Charge | 06/30/2023 | Fines and Violations: CCR Fine | $150.00 | $1,680.00 |
| Charge | 07/31/2023 | Interest | $9.34 | $1,689.34 |
| Charge | 08/31/2023 | Interest | $9.34 | $1,698.68 |
| Payment | 09/15/2023 | Payment: Chk #9194018 | -$50.00 | $1,648.68 |
| Charge | 09/30/2023 | Interest | $9.04 | $1,657.72 |
| Charge | 10/31/2023 | Interest | $9.34 | $1,667.06 |
| Charge | 11/30/2023 | Interest | $9.04 | $1,676.10 |
| Charge | 12/31/2023 | Interest | $9.34 | $1,685.44 |
| Charge | 01/01/2024 | Principal: Annual Assessment | $300.00 | $1,985.44 |
| Charge | 01/31/2024 | Late Fee: Late Fee | $50.00 | $2,035.44 |
| Charge | 01/31/2024 | Interest | $11.89 | $2,047.33 |
| Charge | 02/29/2024 | Interest | $11.12 | $2,058.45 |
| Charge | 03/07/2024 | Fines and Violations: CCR Fine | $50.00 | $2,108.45 |
| Charge | 03/19/2024 | Fines and Violations: CCR Fine | $50.00 | $2,158.45 |
| Charge | 03/31/2024 | Interest | $11.89 | $2,170.34 |
| Charge | 04/30/2024 | Interest | $11.51 | $2,181.85 |
| Charge | 05/29/2024 | Fines and Violations: CCR Fine | $50.00 | $2,231.85 |
| Charge | 05/29/2024 | Fines and Violations: CCR Fine | $50.00 | $2,281.85 |
| Charge | 05/29/2024 | Fines and Violations: CCR Fine | $50.00 | $2,331.85 |
| Charge | 05/31/2024 | Interest | $11.89 | $2,343.74 |
| Charge | 06/10/2024 | Fines and Violations: CCR Fine | $50.00 | $2,393.74 |
| Charge | 06/10/2024 | Fines and Violations: CCR Fine | $50.00 | $2,443.74 |
| Charge | 06/10/2024 | Fines and Violations: CCR Fine | $50.00 | $2,493.74 |
| Charge | 06/30/2024 | Interest | $11.51 | $2,505.25 |
| Charge | 07/31/2024 | Interest | $11.89 | $2,517.14 |
| Charge | 08/25/2024 | Collection Costs | $400.00 | $2,917.14 |
| Charge | 08/31/2024 | Interest | $11.89 | $2,929.03 |
| Charge | 09/30/2024 | Interest | $11.51 | $2,940.54 |
| Charge | 10/31/2024 | Interest | $11.89 | $2,952.43 |
| Charge | 11/26/2024 | Fines and Violations: CCR Fine | $50.00 | $3,002.43 |
| Charge | 11/27/2024 | Collection Costs: Lien Filing Cost | $400.00 | $3,402.43 |
| Charge | 11/28/2024 | Collection Cost: CSC Attorney's Fees and Costs | $110.35 | $3,512.78 |
| Charge | 11/30/2024 | Interest | $11.51 | $3,524.29 |

| Type | Date | Category | Fee | Balance |
|---|---|---|---|---|
| Charge | 12/31/2024 | Interest | $11.89 | $3,536.18 |
| Charge | 01/01/2025 | Principal | $300.00 | $3,836.18 |
| Charge | 01/31/2025 | Late Fee | $50.00 | $3,886.18 |
| Charge | 01/31/2025 | Interest | $14.44 | $3,900.62 |
| Charge | 02/28/2025 | Interest | $13.04 | $3,913.66 |
| Charge | 03/31/2025 | Interest | $14.44 | $3,928.10 |
| Charge | 04/30/2025 | Interest | $13.97 | $3,942.07 |

| | |
|---|---|
| Last Payment Date: | 09/15/2023 |
| Delinquent Since: | 06/30/2023 |
| Status: | In Collections |
| **Total Amount Due:** | **$3,942.07** |
| Good Through: | 05/28/2025 |

**Northwood Subdivision Homeowners Association, Inc.**
(800) 875-9221