## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| URNESS J. GRAY,                                )<br><br>    Plaintiff,                                      )<br><br>v.                                                     )<br><br>ACADIA HEALTHCARE COMPANY,       )<br>VERMILION BEHAVIORAL HEALTH       )<br>SYSTEMS, KAYLA CALLAHAN, and THE )<br>LINCOLN NATIONAL LIFE INS. COMPANY )<br>DISABILITY AND LIFE                          )<br><br>    Defendants.                                    ) | Judge David C. Joseph<br><br>Case No. 6:25-cv-00202-DCJ-DJA |

### DECLARATION OF KAYLA CALLAHAN

I, Kayla Callahan, being duly sworn according to the law and under penalty of perjury declare:

1.    I am over 18 years of age.

2.    I am employed by Defendant Vermilion Hospital d/b/a/ Vermilion Behavioral Health ("Vermilion") as the Human Resources Director. With my job titles and responsibilities, I have personal knowledge of the facts set forth herein and declare they are true and correct.

3.    Vermilion and Acadia Healthcare Company, Inc. ("Acadia") are related but legally distinct corporate entities.

4.    Vermilion is a limited liability company organized under the laws of the State of Delaware and registered to do business in the State of Louisiana.

5.    Vermilion previously employed Urness Gray as a Licensed Practical Nurse.

6.      Acadia  does not possess the power to hire or fire any hourly employees, including LPN employees like Ms. Gray, at Vermilion.  That power is held by Vermilion.

7.      Acadia does not supervise or control the work schedules or conditions of employment for any hourly employees, including LPNs like Ms. Gray, at Vermilion.  That supervision and control is exercised by Vermilion.

8.      Acadia does not supervise or control the work schedules or conditions of employment for any hourly employees, including LPNs like Ms. Gray, at Vermilion.  That supervision and control is exercised by Vermilion.

9.      Acadia does not determine the rate or method of payment for any hourly employees, including LPNs like Ms. Gray, at Vermilion.  That determination is made by Vermilion.

10.     Acadia does not maintain employment records for any hourly employees, including LPNs like Ms. Gray, at Vermilion.  That maintenance is performed by Vermilion.

11.     Acadia does not make decisions regarding requests for leave or accommodations at Vermilion for any hourly employees, including LPNs like Ms. Gray.  These decisions are made by Vermilion.

12.     Vermilion controls the daily operations of Vermilion.

13.     On April 16, 2025, two envelopes, one marked Kayla Callahan and the other "Vermillion Behavioral Health Services," were placed at Vermilion's receptionist desk in the lobby.  *See* **Exhibit A**.  Each envelope contained a Summons and documents identified as "Attachment: 1" and "Attachment: 2".  *Id.*  A copy of the Complaint was not included in the envelope.

14.     No one was at the receptionist desk at the time of the drop off.

2

15. Vermilion's receptionists are Jodie Adams and Gracie Ledet. Neither receptionist is an officer, agent, manager, managing agent, or authorized agent of Vermilion and is authorized to accept service on its behalf. Neither are the receptionists authorized to accept service on my behalf.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

This the 18th day of July, 2025

Kayla Callahan

3

# EXHIBIT A

Kayla
Callahan

Vermillion Behavioral
Health Systems