EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| URNESS J. GRAY, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
| | ) | Judge David C. Joseph |
| v. | ) | |
| | ) |  Case No. 6:25-cv-00202-DCJ-DJA |
| ACADIA HEALTHCARE COMPANY, | ) | |
| VERMILION BEHAVIORAL HEALTH | ) | |
| SYSTEMS, KAYLA CALLAHAN, and THE | ) | |
| LINCOLN NATIONAL LIFE INS. COMPANY | ) | |
| DISABILITY AND LIFE | ) | |
| | ) | |
|    Defendants. | ) | |

**DECLARATION OF SIMONE HAYES**

I, Simone Hayes, being duly sworn according to the law and under penalty of perjury declare:

1. I am over 18 years of age.

2. I currently work as the Labor and Employment Associate Counsel employed by Acadia Management Company, LLC which is a subsidiary of Acadia Healthcare Company, Inc. ("Acadia"). With my job titles and responsibilities, I have personal knowledge of the facts set forth herein and declare they are true and correct.

3. Acadia is a publicly owned corporation organized under the laws of the State of Delaware and registered to do business in the State of Tennessee. Acadia is not incorporated or registered to do business in Louisiana.

4.      Acadia's principal place of business is in Franklin, Tennessee, where it receives correspondence and its managers principally conduct its affairs.  Acadia has not maintained an office in Louisiana at any time.

5.      Acadia makes the required public filings related to its formation and operations with Delaware and Tennessee, prepares and files tax returns as required, and otherwise observes all the requirements for remaining in good standing.

6.      Acadia does not own any real property in Louisiana.

7.      Acadia does not maintain any bank accounts in Louisiana.

8.      Acadia does not advertise, solicit or conduct business in Louisiana.  It does not provide products or services in Louisiana.

9.      Acadia has not ever appointed an agent for service of process in Louisiana.

10.     Acadia has not sued anyone in Louisiana or otherwise affirmatively sought the benefit of the judicial system in Louisiana.

11.     Acadia has never employed Urness Gray in any capacity.

12.     Vermilion Hospital d/b/a/ Vermilion Behavioral Health ("Vermilion") is a legally distinct corporate entity from Acadia.

13.     Acadia maintains its own books and records.  Acadia does not maintain accounting records that consolidate with the accounting records of Vermilion.

14.     Vermilion is a limited liability company organized under the laws of the State of Delaware and registered to do business in the State of Louisiana.

15.     Vermilion makes the required public filings related to its formation and operations with Delaware and Louisiana, prepares and files tax returns as required, and otherwise observes all the requirements for remaining in good standing.

2

16.     Vermilion previously employed Urness Gray as a Licensed Practical Nurse.

17.     Acadia  does not possess the power to hire or fire any hourly employees, including LPN employees like Ms. Gray, at Vermilion.  That power is held by Vermilion.

18.     Acadia does not supervise or control the work schedules or conditions of employment for any hourly employees, including LPNs like Ms. Gray, at Vermilion.  That supervision and control is exercised by Vermilion.

19.     Acadia does not supervise or control the work schedules or conditions of employment for any hourly employees, including LPNs like Ms. Gray, at Vermilion.  That supervision and control is exercised by Vermilion.

20.     Acadia does not determine the rate or method of payment for any hourly employees, including LPNs like Ms. Gray, at Vermilion.  That determination is made by Vermilion.

21.     Acadia does not maintain employment records for any hourly employees, including LPNs like Ms. Gray, at Vermilion.  That maintenance is performed by Vermilion.

22.     Acadia does not make decisions regarding requests for leave or accommodations at Vermilion for any hourly employees, including LPNs like Ms. Gray.  These decisions are made by Vermilion.

23.     Vermilion controls the daily operations of Vermilion.

24.     On April 21, 2025, an envelope containing a Summons and documents identified as "Attachment: 1" and "Attachment: 2" was placed in my mailbox by an unknown individual.  ***See*** **Exhibit A.**  A copy of the Complaint was not included in the envelope.  The documents appear to have been mailed *via* certified mail.  *Id*.

25.     I am not an officer, agent, manager, managing agent, or authorized agent of Acadia and not authorized to accept service on its behalf.

#522273639_v1

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

This the  18th  day of July, 2025

_____
Simone Hayes

#522273639_v1

# EXHIBIT A

Urness J Grey
125 Rue Viansa
Lafayette La 70501

CERTIFIED MAIL

9589 0710 5270 2008 2951 64

Retail

U.S. POSTAGE PAID
FCM LG ENV
LAFAYETTE, LA 70501
APR 11, 2025

RDC 99        37067        **$6.35**

S2322W500327-05

Legal

Acadia Healthcare
Simone HAyes
6100 Tower circle
Suite 1000
Franklin TN 37067

# LAFAYETTE DIVISION

| | |
|---|---|
| URNESS J GRAY<br>Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 6:25–CV–00202–DCJ–DJA |
| | ) Judge David C Joseph |
| ACADIA HEALTHCARE , et al.<br>Defendant | ) |
| | ) |

## SUMMONS IN A CIVIL ACTION

To:
**Acadia Healthcare**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Urness J Gray**
**125 Rue Viansa**
**Lafayette, LA 70501**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**CLERK OF COURT**

Date:  2/28/2025

/s/ – Daniel J. McCoy

**Attachment :1**

**Claim#1** on 08/18/2023 received an aggressive phone call from Kayla Callahan HR Director at Vermillion Behavioral Health Systems from her personal phone as she was on vacation and not at work at the time.

**Claim #2** Kayla Callahan emailed me on 09/19/2023 saying I was not out on approved leave.

**Claim #3** Kayla Callahan underpaid me pay period ending 09/23/2023 and took a week and a half to fix said check.

**Claim#4** Kayla Callahan terminated my employment on 12/01/2023 and canceled medical insurance on 12/04/2023 causing me to miss several appointments that had to be rescheduled for a later time. This act caused me to miss a mental health appointment that delayed my care and subsequently paperwork that was needed for me to get paid by the insurance company for lack of documentation. Also, I could not get back to work because of this.

**Claim#5** 12/28/2023 I made a complaint at the corporate level to one Lorenzo Rivera Division Manager of Human Resources detailing all of this. I was verbally told that I would be given the time to see the doctor on 02/26/2024 and that he would investigate my grievance. When Mr. Rivera got back with me after several emails from me concerning my working remotely and grievance, he finally got back with me with no resolution.

**Claim # 6** Kayla Callahan emailed me on 02/01/2024 saying that my accommodation for ADA leave expired on 12/31/2023 for lack of documentation and that she was changing my status to PRN beginning 01/01/2024 to 02/29/2024 and that if I did not work any shifts for 2 consecutive months I would be terminated. This was going against what Mr. Rivera, and I had discussed, he had previously told me that Callahan did not have the power to terminate my employment. I believed him.

**Claim #7** Late March 2023 my medical insurance was canceled again and dated back to 12/31/2023, every appointment that I rescheduled from December that I had gone to I was now getting bills for full payment.

**Claim #8** September and October 2024 I filled out an application for a remote admissions job and informed Mr. Rivera of such along with a detailed explanation of everything that had taken place with no response

**Claim #9** During all of this I should have had a check sent to me in the amount of $1294.03 from my FSA benefit account as there was some kind of mess up from the beginning of 2023. When I spoke with the third party Wex benefits, I was told that the money was sent back to Acadia Healthcare for them to disburse the check.

**Claim #10** Lincoln Financial Group False advertising(misinformation)

**Attachment:2**

I loved my job and was very good at it. Substance Abuse and Behavioral Health Nurse, my title was LPN Charge Nurse, I had been on this job for 10 years. Since November of 2014, never been written up, a complaint every yearly review was either met or met above requirements. I could have probably worked another 10 years here as there was room for growth. So payroll for at least 5 but no more than 10 years with the projected hours and percent rise per year raise using past years performance in the amount of hours and such. No less than $700,000 to $1,272,440 for Lpn CN payroll and an additional $50,000 per year granted as I was supposed to begin classes for Associate Degree of Nursing in Spring of 2024. Emotional trauma has been caused by the talk down from the Human Resource Director. It was her intent to belittle my character and work performance by making me feel helpless in the process of job security and hopeless due to disengagement regarding my employment status and termination of medical insurance when I attempted to seek professional help. I am seeking compensation for psychiatric deterioration for myself and my family in the amount of no less than $100,000 or more than $500,000 for mental health and physical therapy and bills for my family that resided in my home during this time. My daughter in law and granddaughter were evicted from her apartment because I paid her rent/utility bills late. I missed the passing of my uncle and being emotional support for my aunt during this time due to the payroll being wrong and late. Not having food for my children and grandchildren, all of which I had been responsible for. Doctor bills and mortgage, late fees from credit card payments being late. Homeowners Association payments being late for loss of income.