**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**URNESS J GRAY**                                    **CASE NO.   6:25-CV-00202**

**VERSUS**                                           **JUDGE DAVID C. JOSEPH**

**ACADIA HEALTHCARE ET AL**                          **MAGISTRATE JUDGE DAVID J. AYO**

**NOTICE OF DEFICIENT DOCUMENT**

**NOTICE TO FILER:**

The Motion to Dismiss for Failure to State a Claim, Motion to Dismiss filed on July 18, 2025 by Acadia Healthcare, Vermilion Behavioral Health Systems, Kayla Callahan was DEFICIENT for the following reason(s):

✓    A table of contents and table of cases, statutes and other authorities is required for a brief which exceeds ten pages. Please see LR7.8 for specific requirements regarding table of contents.

**Please electronically submit a "Corrective Document" <u>within 10 days</u> from the date of this notice or the document may be stricken by the court.   <u>PLEASE ENTITLE THE SUBMISSION, "CORRECTIVE DOCUMENT."</u>**   All filing deadlines previously set remain in effect.   Issuance of this deficiency does not amount to an extension of any deadline.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.