**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **URNESS J GRAY** | **CASE NO.  6:25-CV-00202** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **ACADIA HEALTHCARE ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

## NOTICE OF MOTION SETTING

The Motion to Dismiss, Motion to Dismiss for Failure to State a Claim (Document No. 12) filed by Acadia Healthcare, Vermillion Behavioral Health Systems, Kayla Callahan on July 18, 2025, has been referred to the Honorable David C. Joseph.

### Deadlines

Any response to said motion is due within twenty-one **(21) days after service of the motion** in accordance with LR 7.5. A reply to the response limited **SOLELY** to matters raised by the opposition may be filed within five **(5) days** thereafter. Replies to responses are limited to seven (7) pages. Any party filing no brief will be deemed not to oppose the motion. At the close of the briefing period, the record will be submitted to the Judge for consideration and a hearing date for oral argument, if any, will be set.

### Oral Argument

Requests for oral argument will be considered on a case-by-case basis and may be made by the parties or *sua sponte* by the Court. Oral argument notwithstanding, responses and briefs should fully address all pertinent issues. The parties will be notified at least seven (7) days in advance of any oral argument on pending motions.

**ALL DEADLINES SET FORTH IN THE SCHEDULING ORDER SHALL REMAIN IN PLACE UNLESS OTHERWISE ORDERED BY THIS COURT.**

If the parties resolve any matters raised in the motion, the moving party should immediately notify chambers at (318) 484-1200 and file a motion to withdraw motion into the record.

**DATE OF NOTICE: July 21, 2025**

Daniel J. McCoy
Clerk of Court