EXHIBIT LIST

Exhibit A – Pay Stub for Pay Period Ending September 23, 2023

Exhibit B – Email to Lorenzon Rivera Regarding Everything Callahan had done

Exhibit C – Medical Appointment Rescheduled due to no insurance

Exhibit D – Request for Accommodation (ADA/FMLA)

Exhibit E - Complaint made at the local level

Exhibit F- Text Messages between then staffing coordinator now Chief Operating Officer

Exhibit G- Termination notice

Exhibit H- ADA acceptance from corporate

Exhibit I- Insurance cancellation

Exhibit J- Certified Mail receipt

Exhibit- K- Vermillion is a part of Acadia Healthcare

11/13/23, 5:17 PM

# ÜKG

*Exhibit A* (handwritten)

Vermilion Hospital LLC
2520 N University Ave
Lafayette, LA 70507

**Pay Statement**

| | |
|---|---|
| Period Start Date | 09/10/2023 |
| Period End Date | 09/23/2023 |
| Pay Date | 09/29/2023 |
| Document | 53529 |

**Net Pay**    **$429.44**

## Pay Details

**URNESS GRAY**
125 RUE VIANSA DRIVE
LAFAYETTE, LA 70501
USA

| | | | |
|---|---|---|---|
| Employee Number | 000030426 | Pay Group | Vermilion Hospital |
| SSN | XXX-XX-XXXX | Location | Lafayette LA 0501 Rue |
| Job | LPN Charge Nurse | Division | 03 - Risick Division |
| Pay Rate | $25.00 | Facility | 0501 - Vermilion Hospital |
| Pay Frequency | Biweekly | Department | 606 - Psych Adult Unit 2 |
| | | Ops Group | EAST - EAST - Willingham |

## Earnings

| Week | Pay Type | Shift | Job | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|---|
| 1 | Vacation | | LPN Charge Nurse | 8.25 | $25.00 | $206.25 | $6,011.80 |
| 2 | Sick Pay | | LPN Charge Nurse | 12.00 | $25.00 | $300.00 | $300.00 |
| | Holiday | | | 0.00 | $0.00 | $0.00 | $1,372.11 |
| | OTC-Hourly | | | 0.00 | $0.00 | $0.00 | $5,492.44 |
| | Overtime 1.0 | | | 0.00 | $0.00 | $0.00 | $10,959.86 |
| | Personal Day | | | 0.00 | $0.00 | $0.00 | $351.12 |
| | Regular-Hourly | | | 0.00 | $0.00 | $0.00 | $31,380.16 |
| | Retroactive | | | 0.00 | $0.00 | $0.00 | $854.96 |
| | Training | | | 0.00 | $0.00 | $0.00 | $1,456.25 |
| | Worked Holiday | | | 0.00 | $0.00 | $0.00 | $1,226.74 |

Total Hours   20.25

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Dental | Yes | $0.00 | $281.34 | $0.00 | $0.00 |
| EE Sup Life | No | $0.00 | $453.60 | $0.00 | $0.00 |
| FSA Medical | Yes | $0.00 | $2,062.62 | $0.00 | $0.00 |
| LTD | No | $0.00 | $279.35 | $0.00 | $0.00 |
| Medical Pre Tax | Yes | $0.00 | $2,015.28 | $0.00 | $7,630.20 |
| .D | No | $0.00 | $204.39 | $0.00 | $0.00 |

E Ƴhıb#:ł444

| | | | | | |
|---|---|---|---|---|---|
| Vision | Yes | $0.00 | $53.46 | $0.00 | $0.00 |
| Vol Sps Life | No | $0.00 | $63.00 | $0.00 | $0.00 |
| ɜic EE Life | No | $0.00 | $0.00 | $0.00 | $27.70 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $30.43 | $7,809.07 |
| Employee Medicare | $7.34 | $797.39 |
| Social Security Employee Tax | $31.39 | $3,409.55 |
| LA State Income Tax | $7.65 | $1,859.22 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Extended Sick L | 0.4698 | 204.3208 |
| Personal Time | 0.0000 | 4.0000 |
| Sick | 0.4698 | 45.5708 |
| Vacation | 1.1705 | 1.3641 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxx2959 | Checking | $386.50 |
| xxxxxxx8404 | Savings | $42.94 |
| Total | | $429.44 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $506.25 | $506.25 | $76.81 | $0.00 | $429.44 |
| YTD | $59,405.44 | $54,992.74 | $13,875.23 | $5,413.04 | $40,117.17 |

*vsn 20171215*

| | | | CHECK NO. | 0501020659 | DATE 10/06/23 |
|---|---|---|---|---|---|
| | | | VENDOR | U026 | |

| INVOICE NUMBER | INVOICE DATE | INVOICE DESCRIPTION | GROSS AMOUNT | DISCOUNTS | NET AMOUNT THIS CHECK |
|---|---|---|---|---|---|
| 000030426 | 10/06/23 | 10-PAYROLL CHECK | 662.53 | | 662.53 |

| | | | GROSS AMOUNT | DISCOUNT AMOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| PAGE 1 | | TOTALS | 662.53 | | 662.53 |

Was called after 5pm on 10.6.2023 to pickup October 9th was a federal Holiday So the check did Not deposit until October 10th

Exhibit A

11/13/23, 5:11 PM

*Exhibit A*

*9/10/2023*
*thru*
*9/23/2023*

*—incorrect*

## ÜKG

Vermilion Hospital LLC
2520 N University Ave
Lafayette, LA 70507

**Pay Statement**

| | |
|---|---|
| Period Start Date | 09/24/2023 |
| Period End Date | 10/07/2023 |
| Pay Date | 10/13/2023 |
| Document | 999 |

**Net Pay** **$662.53**

## Pay Details

**Urness Gray**
125 Rue Viansa Drive
Lafayette, LA 70501
USA

| | | | |
|---|---|---|---|
| Employee Number | 000030426 | Pay Group | Vermilion Hospital |
| SSN | XXX-XX-XXXX | Location | Lafayette LA 0501 Rue |
| Job | LPN Charge Nurse | Division | 03 - Risick Division |
| Pay Rate | $25.00 | Facility | 0501 - Vermilion Hospital |
| Pay Frequency | Biweekly | Department | 606 - Psych Adult Unit 2 |
| | | Ops Group | EAST - EAST - Willingham |

## Earnings

| Week | Pay Type | Shift | Job | Hours | Pay Rate | Current |
|---|---|---|---|---|---|---|
| 2 | Sick Pay | Z | LPN Charge Nurse | 45.00 | $25.00 | $1,125.00 |
| | Holiday | | | 0.00 | $0.00 | $0.00 |
| | OTC-Hourly | | | 0.00 | $0.00 | $0.00 |
| | Overtime 1.0 | | | 0.00 | $0.00 | $0.00 |
| | Personal Day | | | 0.00 | $0.00 | $0.00 |
| | Regular-Hourly | | | 0.00 | $0.00 | $0.00 |
| | Retroactive | | | 0.00 | $0.00 | $0.00 |
| | Training | | | 0.00 | $0.00 | $0.00 |
| | Vacation | | | 0.00 | $0.00 | $0.00 |
| | Worked Holiday | | | 0.00 | $0.00 | $0.00 |

Total Hours   45.00

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Basic EE Life | No | $0.00 | $0.00 | $1.80 | $29.50 |
| Dental | Yes | $15.63 | $296.97 | $0.00 | $0.00 |
| FSA Medical | Yes | $114.59 | $2,177.21 | $0.00 | $0.00 |
| Medical Pre Tax | Yes | $111.96 | $2,127.24 | $423.90 | $8,054.10 |
| Vol Sps Life | No | $3.50 | $66.50 | $0.00 | $0.00 |
| ...sion | Yes | $2.97 | $56.43 | $0.00 | $0.00 |

*Exhibit A*

| | | | | | |
|---|---|---|---|---|---|
| EE Sup Life | No | $25.20 | $478.80 | $0.00 | $0.00 |
| LTD | No | $15.99 | $295.34 | $0.00 | $0.00 |
| ( ) | No | $11.70 | $216.09 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| LA State Income Tax | $20.73 | $1,879.95 |
| Federal Income Tax | $72.89 | $7,881.96 |
| Employee Medicare | $12.76 | $810.15 |
| Social Security Employee Tax | $54.55 | $3,464.10 |

## Paid Time Off

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| Check amount | | $662.53 |
| Total | | $662.53 |

*vsn 20171215*

10/13/23, 6:00 PM

Exhibit A

## ÜKG

〇nillon Hospital LLC
2520 N University Ave
Lafayette, LA 70507

**Pay Statement**

Period Start Date    09/24/2023
Period End Date    10/07/2023
Pay Date    10/13/2023
Document    53722

**Net Pay**    **$1,411.82**

## Pay Details

**URNESS GRAY**
125 RUE VIANSA DRIVE
LAFAYETTE, LA 70501
USA

| | | | |
|---|---|---|---|
| Employee Number | 000030426 | Pay Group | Vermilion Hospital |
| SSN | XXX-XX-XXXX | Location | Lafayette LA 0501 Rue |
| Job | LPN Charge Nurse | Division | 03 - Risick Division |
| Pay Rate | $25.00 | Facility | 0501 - Vermilion Hospital |
| Pay Frequency | Biweekly | Department | 606 - Psych Adult Unit 2 |
| | | Ops Group | EAST - EAST - Willingham |

## Earnings

| Week | Pay Type | Shift | Job | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|---|---|---|
| 1 | Ext Sick Leave | | LPN Charge Nurse | 36.00 | $25.00 | $900.00 | |
| 2 | Ext Sick Leave | | LPN Charge Nurse | 48.00 | $25.00 | $1,200.00 | $2,100.00 |
| | Regular-Hourly | | | 0.00 | $0.00 | $0.00 | $31,380.16 |
| | Overtime 1.0 | | | 0.00 | $0.00 | $0.00 | $10,959.86 |
| | Sick Pay | | | 0.00 | $0.00 | $0.00 | $1,425.00 |
| | Vacation | | | 0.00 | $0.00 | $0.00 | $6,011.80 |
| | Holiday | | | 0.00 | $0.00 | $0.00 | $1,372.11 |
| | OTC-Hourly | | | 0.00 | $0.00 | $0.00 | $5,492.44 |
| | Personal Day | | | 0.00 | $0.00 | $0.00 | $351.12 |
| | Retroactive | | | 0.00 | $0.00 | $0.00 | $854.96 |
| | Training | | | 0.00 | $0.00 | $0.00 | $1,456.25 |
| | Worked Holiday | | | 0.00 | $0.00 | $0.00 | $1,226.74 |

**Total Hours**    84.00

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Dental | Yes | $15.63 | $312.60 | $0.00 | $0.00 |
| EE Sup Life | No | $25.20 | $504.00 | $0.00 | $0.00 |
| FSA Medical | Yes | $114.59 | $2,291.80 | $0.00 | $0.00 |
| 〇D | No | $15.99 | $311.33 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Medical Pre Tax | Yes | $111.96 | $2,239.20 | $423.90 | $8,478.00 |
| STD | No | $11.70 | $227.79 | $0.00 | $0.00 |
| ...sion | Yes | $2.97 | $59.40 | $0.00 | $0.00 |
| Vol Sps Life | No | $3.50 | $70.00 | $0.00 | $0.00 |
| Basic EE Life | No | $0.00 | $0.00 | $1.80 | $31.30 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $189.89 | $8,071.85 |
| Employee Medicare | $26.90 | $837.05 |
| Social Security Employee Tax | $115.00 | $3,579.10 |
| LA State Income Tax | $54.85 | $1,934.80 |

## Paid Time Off

## Net Pay Distribution

| Plan | Current | Balance | Account Number | Account Type | Amount |
|---|---|---|---|---|---|
| Extended Sick L | 1.8500 | 123.2148 | xxxxxxx2959 | Checking | $1,270.64 |
| Personal Time | 0.0000 | 4.0000 | xxxxxxx8404 | Savings | $141.18 |
| Sick | 1.8500 | 3.4648 | Total | | $1,411.82 |
| Vacation | 4.6200 | 8.5851 | | | |



## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,100.00 | $1,854.85 | $386.64 | $301.54 | $1,411.82 |
| YTD | $62,630.44 | $57,727.44 | $14,422.80 | $6,016.12 | $42,191.52 |

*vsn 20171215*



appointment date/ Counseling session

From:  Urness Gray (urnessgray@yahoo.com)

To:    lorenzo.rivera@acadiahealthcare.com

Date:  Thursday, December 28, 2023, 04:46 PM CST

*Exhibit B*

Good afternoon Mr. Lorenzo

Attached is an appointment date, DeVante Clark's statement ( he typed it up and emailed it to the CNO) and my initial complaint. I strongly believe in coaching employees/patients if they are in fact coachable. That is one of my super powers actually, coaching that is. During my time at Acadia that was one of my main functions. I was given the responsibility of training most of the new nurses, Rn and Lpn to train. At one point all new hires behavioral technicians included had to go through our unit ( Myra Carter) to make sure that they would be successful at Acadia. You are very correct in your assessment of my being protective of my son because I am and was but I'm also a disciplinarian. From his start date to his end date he had a large improvement, had he not I would have made him resign because at the end of the day he is a representation of me and my leadership. My expectation for him was that he was given the chance for improvement like so many others have been. I felt that the same energy that have given too so many should have/ could have been given to him. That when he was ultimately terminated that he was given zero education as to why. He was not shown on video where he pinched the patient, but other nurses informed me that they watched the video and they didn't see what he did wrong.
That he wasn't given due process from the questions that I asked him. He's has still not gotten his termination papers that  he signed, Kayla told me she would give him a call when she got back that Monday to answer any questions that he had, never happened. Like you could see for my paychecks they were regular checks until she took over. That check, (09/29/2023) should have been for 65 hours ,because at that time I was still not on an approved leave. I understood that and thats what I had expected to get. Instead I was given a 20.5 hour check. I informed Luis Broussard, Staffing Coordinator, that my check was incorrect on 09/27/2023. My direct deposit would hit on the Wednesday afternoon at 3:30.I did not get the corrected check until 10/06/2023 and I wasn't called until after 5:00 to pick it up. That Monday was Columbus Day so that meant I did not have access to those funds until 10/10/2023. That check was only for 45 hours when it could have possibly been 64 hours because at this point my leave was approved. This is also the check that I was charged insurance and I should not have been. Personal topic I'm sharing at this point in this counseling session, lol, since I have your ear at this time. This first mess-up costed my family and myself something, I lost both of my parents at an early age.My mother shot and killed my father between my first and second birthday and my stepfather shot and killed my mother. I was 7 years old my baby brother was almost 2 years of age and we were present. It was his intention on none of us leaving the apartment that night but I hid my brother and myself and I ended up being the key-witness to this tragedy. So that means my mothers parents and her siblings and their spouses were our parents. I got the call that my uncle in Baton Rouge was sick and that I needed to go check on him and my aunt. This was on 09/29/2023, I went because I already was going for my youngest sons football game. My uncle was in fact in the process of dying, I knew this but my aunt didn't. I told her that I would be back on the Saturday with my family to help her with whatever she needed. That ended up being a lie because my funds were incorrect. He ended up passing late Saturday night/early Sunday morning. We missed his last birthday party, his birthday was 09/30/2023. My aunt has since said that she was upset that I wasn't there for her when she needed me. That I lied to her. If this would have been the only incident with Ms. Kayla messing up or just not getting it right. I could live with that, but the incidents just kept coming.She slowly decreased my hours without any communication as to why. When I did build myself up to ask why she said it was for deductions. On 11/27/2023 I emailed her that I needed the rest of my hours she ended up emailing me back and calling me that day saying that I would not get the rest of my hours until the 12/08/2023 check. During that conversation on the 11/27/2023 she asked me if I was coming back, my reply was yes I planned on returning. She then asked me if I planned on reapplying. I was a little confused by this question because no one had told me that I needed to reapply. The due date for the forms I had was that Thursday the 29th. That told me in her mind already I no longer worked for Acadia. I'm apologize for having a different opinion from you about these going ons because on 12/01/2023 I was terminated by Ms Callahan on 12/04/2023 she called and canceled my insurance and then emailed me that my accommodation was not approved. If she was pro-Urness she would have waited one more day to make these moves because everyone knew that I had that major appointment on 12/05/2023. Also whoever gave Lincoln Financial  the information to process my claim told them I was terminated, so I'm still waiti

to hear from them for my longterm disability. This string of events has costed my family and myself something. I stand with my assessment that I did of Ms Kayla Callahan back in August she is unprofessional and she is ok with not being professional. Using the excuse of not knowing or not sure or not being held accountable for ones actions should not cut it. I know I'm not the first and won't be the last. I said all of this to say, My son, Devante Clark, new to the field of Mental Health was not given time or the consideration that maybe he wasn't aware of the correct way to get out of a patients personal space. Ms Kayla Callahan told me she has been at Acadia since 2014, so I figure she should know her job as well as I know mine, since I too have been an employee of Acadia since 2014. Is she gonna get the same treatment that he got or is her behaviors, her excuses, between her and the risk manager Camille be excused because they are administration. Are they coachable Mr Lorenzo? I thank you for your time and consideration. I think this may have been my best non-profesional counseling session yet. Lol

Urness Gray
The Best Psych-Nurse You Know

20231228_101820.jpg
2.9MB

20231228_101923.jpg
3.9MB

20231228_102000.jpg
4.7MB

20231228_102036.jpg
4.3MB

Lafayette General    12/28/2023 9:41:26 AM    PAGE    2/002    Fax Server

Exhibit C

Cadence                          OCHSNER HEALTH SYSTEM                                    Page
Scheduling                      LJFC FAMILY MEDICINE        Printed: 12/28/23    9:26 A
                              Patient Future Appointments

Gray,Urness   13535585        DOB: 10/25/1978      Age: 45 yrs
116 DORIAN DRIVE; LAFAYETTE Louisiana 70501                        Sex: Female
LAFAYETTE  Louisiana  70501                    Reg Sts: New (06/27/2019)
Home: 337-541-4163          Work:              HCL:                SS#: 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

Account Name              Account#      Sts Use  Payor Plan                    Pat Balance
GRAY,URNESS               103785479       P/F
GRAY,URNESS               003506140       B/H
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Date            Time    Lng  Dept   Prv/Rsc          Visit Type  Notes
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
02/26/24 Mon   10:00    60   LJFC B BOUDREAUX, KA* NP            Pt rs for np

**Certification of Health Care Provider for**

**Employee's Serious Health Condition**
**under the Family and Medical Leave Act**

U.S. Department of Labor
Wage and Hour Division

*Exhibit D*

≡WHD ★
WAGE AND HOUR DIVISION

**DO NOT SEND COMPLETED FORM TO THE DEPARTMENT OF LABOR.**
**RETURN TO THE PATIENT.**

OMB Control Number: 1235-0003
Expires: 6/30/2023

The Family and Medical Leave Act (FMLA) provides that an employer may require an employee seeking FMLA protections because of a need for leave due to a serious health condition to submit a medical certification issued by the employee's health care provider. 29 U.S.C. §§ 2613, 2614(c)(3); 29 C.F.R. § 825.305. The employer must give the employee **at least 15 calendar days** to provide the certification. If the employee fails to provide complete and sufficient medical certification, his or her FMLA leave request may be denied. 29 C.F.R. § 825.313. Information about the FMLA may be found on the WHD website at www.dol.gov/agencies/whd/fmla.

## SECTION I – EMPLOYER

Either the employee or the employer may complete Section I. While use of this form is optional, this form asks the health care provider for the information necessary for a complete and sufficient medical certification, which is set out at 29 C.F.R. § 825.306. **You may not ask the employee to provide more information than allowed under the FMLA regulations, 29 C.F.R. §§ 825.306-825.308.** Additionally, you **may not** request a certification for FMLA leave to bond with a healthy newborn child or a child placed for adoption or foster care.

Employers must generally maintain records and documents relating to medical information, medical certifications, recertifications, or medical histories of employees created for FMLA purposes as confidential medical records in separate files/records from the usual personnel files and in accordance with 29 C.F.R. § 1630.14(c)(1), if the Americans with Disabilities Act applies, and in accordance with 29 C.F.R. § 1635.9, if the Genetic Information Nondiscrimination Act applies.

(1) Employee name: __Urness Gray__
　　　　　　　　　　　*First*　　　　　　　　*Middle*　　　　　　　*Last*

(2) Employer name: __Vermilion Hospital__　　　　　Date: __08/29/2023__ *(mm/dd/yyyy)*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*(List date certification requested)*

(3) The medical certification must be returned by __09/13/2023__ *(mm/dd/yyyy)*
　　*(Must allow at least 15 calendar days from the date requested, unless it is not feasible despite the employee's diligent, good faith efforts.)*

(4) Employee's job title: __LPN Charge Nurse__　　　Job description (☐ is / ☐ is not) attached.
　　Employee's regular work schedule: _____
　　Statement of the employee's essential job functions: _____

　　*(The essential functions of the employee's position are determined with reference to the position the employee held at the time the employee notified the employer of the need for leave or the leave started, whichever is earlier.)*

## SECTION II - HEALTH CARE PROVIDER

Please provide your contact information, complete all relevant parts of this Section, and sign the form. Your patient has requested leave under the FMLA. The FMLA allows an employer to require that the employee submit a timely, complete, and sufficient medical certification to support a request for FMLA leave due to the serious health condition of the employee. For FMLA purposes, a "serious health condition" means an illness, injury, impairment, or physical or mental condition that involves *inpatient care* or *continuing treatment by a health care provider*. For more information about the definitions of a serious health condition under the FMLA, see the chart on page 4.

You may, but are **not required** to, provide other appropriate medical facts including symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment. Please note that some state or local laws may not allow disclosure of private medical information about the patient's serious health condition, such as providing the diagnosis and/or course of treatment.

Please fax back to: 615-721-1494　　　　　　1804532

　　　　　　　　　　　Form WH-380-E, Revised June 2020

Employee Name: _Urness Gray_____

Health Care Provider's name: *(Print)* _Megan Fontenot FNP_____ 7052.

Health Care Provider's business address: _63824 NE Evangeline Thruway Carencro LA_

Type of practice / Medical specialty: _Family Practice_____

Telephone: _337 470 3280_ Fax: _337 470 3357_ E-mail: _Megan fontenot @fmolhs.org_

## PART A:  Medical Information

Limit your response to the medical condition(s) for which the employee is seeking FMLA leave. Your answers should be your **best estimate** based upon your medical knowledge, experience, and examination of the patient. **After completing Part A, complete Part B to provide information about the amount of leave needed.** Note: For FMLA purposes, "incapacity" means the inability to work, attend school, or perform regular daily activities due to the condition, treatment of the condition, or recovery from the condition. Do not provide information about genetic tests, as defined in 29 C.F.R. § 1635.3(f), genetic services, as defined in 29 C.F.R. § 1635.3(e), or the manifestation of disease or disorder in the employee's family members, 29 C.F.R. § 1635.3(b).

(1)  State the approximate date the condition started or will start: _08/19/2023_____ *(mm/dd/yyyy)*

(2)  Provide your **best estimate** of how long the condition lasted or will last: _3-4 Months_____

(3)  Check the box(es) for the questions below, as applicable. For all box(es) checked, the amount of leave needed must be provided in Part B.

☐ **Inpatient Care**: The patient (☐ has been / ☐ is expected to be) admitted for an overnight stay in a hospital, hospice, or residential medical care facility on the following date(s): _____

☐ **Incapacity plus Treatment**: *(e.g. outpatient surgery, strep throat)*
Due to the condition, the patient (☐ has been / ☐ is expected to be) incapacitated for *more than* three consecutive, full calendar days from _____ *(mm/dd/yyyy)* to _____ *(mm/dd/yyyy)*.

The patient (☐ was / ☐ will be) seen on the following date(s): _____

_____

The condition (☐ has / ☐ has not) also resulted in a course of continuing treatment under the supervision of a health care provider *(e.g. prescription medication (other than over-the-counter) or therapy requiring special equipment)*

☐ **Pregnancy**: The condition is pregnancy.  List the expected delivery date: _____ *(mm/dd/yyyy)*.

☒ **Chronic Conditions**: *(e.g. asthma, migraine headaches)* Due to the condition, it is medically necessary for the patient to have treatment visits at least twice per year.

☐ **Permanent or Long Term Conditions**: *(e.g. Alzheimer's, terminal stages of cancer)* Due to the condition, incapacity is permanent or long term and requires the continuing supervision of a health care provider (even if active treatment is not being provided).

☒ **Conditions requiring Multiple Treatments**: *(e.g. chemotherapy treatments, restorative surgery)* Due to the condition, it is medically necessary for the patient to receive multiple treatments.

☐ **None of the above**: If none of the above condition(s) were checked, (i.e., inpatient care, pregnancy) no additional information is needed. Go to page 4 to sign and date the form.

Form WH-380-E, Revised June 2020

**Employee Name:** Urness Gray

(4)    If needed, briefly describe other appropriate medical facts related to the condition(s) for which the employee seeks FMLA leave. *(e.g., use of nebulizer, dialysis)* _____

_____

## PART B: Amount of Leave Needed

For the medical condition(s) checked in Part A, complete all that apply. Several questions seek a response as to the frequency or duration of a condition, treatment, etc. Your answer should be your **best estimate** based upon your medical knowledge, experience, and examination of the patient. Be as specific as you can; terms such as "lifetime," "unknown," or "indeterminate" may not be sufficient to determine FMLA coverage.

(5)    Due to the condition, the patient (☑ had /☑ will have) **planned medical treatment(s)** (scheduled medical visits) *(e.g. psychotherapy, prenatal appointments)* on the following date(s): _August, September 2023_

_____

(6)    Due to the condition, the patient (☐ was / ☑ will be) **referred to other health care provider(s)** for evaluation or treatment(s).

State the nature of such treatments: *(e.g. cardiologist, physical therapy)* _rehab medicine, psychiatry_

Provide your **best estimate** of the beginning date _8/19/23_ *(mm/dd/yyyy)* and end date _____ *(mm/dd/yyyy)* for the treatment(s).

Provide your **best estimate** of the duration of the treatment(s), including any period(s) of recovery *(e.g. 3 days/week)* _Approximately 3 months_

(7)    Due to the condition, it is medically necessary for the employee to work a **reduced schedule**.

Provide your **best estimate** of the reduced schedule the employee is able to work. From _____ *(mm/dd/yyyy)* to _____ *(mm/dd/yyyy)* the employee is able to work: *(e.g., 5 hours/day, up to 25 hours a week)*

_____

(8)    Due to the condition, the patient (☐ was /☑ will be) **incapacitated for a continuous period of time**, including any time for treatment(s) and/or recovery.

Provide your **best estimate** of the beginning date _8·19·23_ *(mm/dd/yyyy)* and end date _Unknown_ *(mm/dd/yyyy)* for the period of incapacity.

(9)    Due to the condition, it (☑ was / ☑ is / ☐ will be) medically necessary for the employee to be absent from work on an **intermittent basis** (periodically), including for any episodes of incapacity i.e., episodic flare-ups. Provide your **best estimate** of how often (frequency) and how long (duration) the episodes of incapacity will likely last.

Over the next 6 months, episodes of incapacity are estimated to occur _1-2_ times per (☐ day / ☐ week / ☑ month) and are likely to last approximately _1_ (☐ hours /☑ days) per episode.

Form WH-380-E, Revised June 2020

**Employee Name:** Urness Gray

Form WH-380-E

## PART C: Essential Job Functions

If provided, the information in Section I question #4 may be used to answer this question. If the employer fails to provide a statement of the employee's essential functions or a job description, answer these questions based upon the employee's own description of the essential job functions. An employee who must be absent from work to receive medical treatment(s), such as scheduled medical visits, for a serious health condition is considered to be *not able* to perform the essential job functions of the position during the absence for treatment(s).

(10) Due to the condition, the employee (☐ was not able / ☐ is not able / ☒ will not be able) to perform *one or more* of the essential job function(s). Identify at least one essential job function the employee is not able to perform:

No heavy lifting on straining >15 lb

Signature of Health Care Provider _____ Megan Jonkvot knp _____ Date 9/21/2023 *(mm/dd/yyyy)*

<table>
<tr><td colspan="2"><strong>Definitions of a Serious Health Condition</strong> <em>(See 29 C.F.R. §§ 825.113 - 115)</em></td></tr>
<tr><td colspan="2"><strong>Inpatient Care</strong></td></tr>
<tr><td colspan="2">
<ul>
<li>An overnight stay in a hospital, hospice, or residential medical care facility.</li>
<li>Inpatient care includes any period of incapacity or any subsequent treatment in connection with the overnight stay.</li>
</ul>
</td></tr>
<tr><td colspan="2"><strong>Continuing Treatment by a Health Care Provider (any one or more of the following)</strong></td></tr>
<tr><td colspan="2"><strong>Incapacity Plus Treatment:</strong> A period of incapacity of more than three consecutive, full calendar days, and any subsequent treatment or period of incapacity relating to the same condition, that also involves either:
<ul>
<li>Two or more in-person visits to a health care provider for treatment within 30 days of the first day of incapacity unless extenuating circumstances exist. The first visit must be within seven days of the first day of incapacity; or,</li>
<li>At least one in-person visit to a health care provider for treatment within seven days of the first day of incapacity, which results in a regimen of continuing treatment under the supervision of the health care provider. For example, the health provider might prescribe a course of prescription medication or therapy requiring special equipment.</li>
</ul>
</td></tr>
<tr><td colspan="2"><strong>Pregnancy:</strong> Any period of incapacity due to pregnancy or for prenatal care.</td></tr>
<tr><td colspan="2"><strong>Chronic Conditions:</strong> Any period of incapacity due to or treatment for a chronic serious health condition, such as diabetes, asthma, migraine headaches. A chronic serious health condition is one which requires visits to a health care provider (or nurse supervised by the provider) at least twice a year and recurs over an extended period of time. A chronic condition may cause episodic rather than a continuing period of incapacity.</td></tr>
<tr><td colspan="2"><strong>Permanent or Long-term Conditions:</strong> A period of incapacity which is permanent or long-term due to a condition for which treatment may not be effective, but which requires the continuing supervision of a health care provider, such as Alzheimer's disease or the terminal stages of cancer.</td></tr>
<tr><td colspan="2"><strong>Conditions Requiring Multiple Treatments:</strong> Restorative surgery after an accident or other injury; or, a condition that would likely result in a period of incapacity of more than three consecutive, full calendar days if the patient did not receive the treatment.</td></tr>
</table>

**PAPERWORK REDUCTION ACT NOTICE AND PUBLIC BURDEN STATEMENT**

If submitted, it is mandatory for employers to retain a copy of this disclosure in their records for three years. 29 U.S.C. § 2616; 29 C.F.R. § 825.500. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. The Department of Labor estimates that it will take an average of 15 minutes for respondents to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, U.S. Department of Labor, Room S-3502, 200 Constitution Avenue, N.W., Washington, D.C. 20210.

DO NOT SEND COMPLETED FORM TO THE DEPARTMENT OF LABOR. RETURN TO THE PATIENT.

To the Administration of Vermilion Behavioral Health Systems,

On 08/18/2023 at 1558 I noticed a missed call from Kayla Callahan, the Human Resources Director, at Vermilion Behavioral Health Systems. I immediately called her back to see how I could help her. Immediately she was aggressive saying that she heard that I was calling corporate and that I had threatened her staff. I was confused at what she was saying. You see earlier that day my son, Devante Clark, had been terminated on an abuse allegation made on 08/16/2023. He felt that he had not been given due diligence as an abuse allegation could follow him. He asked me the next steps he should take. I only could think of him reaching out to someone in corporate to help him sort the situation out. I had the human resource worker Albertina's cell phone number, as she used to be a behavioral technician, I texted her and asked for the number to corporate. She promptly answered with the number, and I said Thank you.

Mrs. Kayla at this point was on a roll with her verbal abuse and wasn't much at hearing what I had to say as she was yelling. "You can call corporate, I dare you to. Noone should have been discussing with you what was going on with your son, that is none of your business and why aren't you minding your own business!" As she was taking a breath, I got in that no one in fact had been talking to me about Devante that I myself had questioned him thoroughly about what had transpired and I didn't like what he had to say. I let her know that it was not me that wanted the number but my son. She started in again about that's why family members should not be working together because of nepotism. She also stated that Vermilion had done me a favor by allowing me to work there and to work the extra hours.

Several times during this verbal attack I asked Kayla if she knew how long I had been working at Vermilion, each time she replied yes. I then explained to her that I wanted DeVante's experience to be educational, that as his mother it was my job to educate him on due process and how to handle himself. I explained that he never got to see exactly what they perceived as him doing wrong on camera and upon termination he was not given nor offered copies of whatever he signed and his termination letter.

Finally at the end of the call it seemed as if she finally understood that I had never threatened anyone and that I only wanted to make sure he was given a proper chance to defend himself. I let her know that I was shocked and appalled at her aggressive tone of voice and that it didn't sit well with me.

She concluded the call to say that she would give him a call on Monday morning to sort out anything that he needed because she was not in the office in fact she was on vacation. This struck me even more that this individual had been screaming at me for 8 minutes out in public.

After this phone call I immediately became lightheaded, checked my blood pressure it was 196/126. My anxiety was through the roof. I was upset, scared, confused. You see I have been a Full-time staff nurse at Vermilion since November 2014, my first nursing job. I have ventured off

and worked for different companies. Twice to be exact to expand my knowledge but I have stuck it out through thick and thin. When I'm asked to do something or when my team is asked, I make sure we get it done. When I'm called to come in because another nurse or technician has called in, I go. When I'm asked to go to another hospital, or to work 2 units. I go. I do. Whatever and whenever I'm needed, I'm there. I don't think anyone can say a negative thing about me, be it patient or peer, because I want what is best for everyone involved. Therapeutic communication is my favorite phrase. I like to call myself "That Girl".

I am now apprehensive about walking into the building because she dared me to show my son due diligence. That I had to go see my primary doctor because all weekend my blood pressure was through the roof and my anxiety an 11/10. My blood pressure medication has been changed/ increased and I shall be starting on anxiety medication tomorrow because of this I also have asked my physician to set me up with therapist because I get so emotional when I think about this.

At the end of the day, I felt Mrs. Kayla (Human Resource Director) was very comfortable in talking to me in this aggressive, threatening tone. That she had done this before and probably will do it again. That she felt it was ok but in the same breath saying she caught a Behavioral Technician speaking to a patient harshly and she reprimanded them. I feel like this is the same thing. It doesn't matter that I'm not a patient, she still is a person of authority. shouldn't be speaking, acting that way. She currently does our time for payroll. I question is my time going to be correct, has it been correct in the past because I never check it. Will my raises from now on reflect my work ethic or will it reflect how she feels about me personally as she is not professional at all.

My hope with Vermilion Behavioral Health Systems is that if they continue to employ young adults that they give them a chance to grow and become solid employees. If they are trainable and willing to work and learn let's teach them. To a lot of them this is their first adult job and may not understand the importance of the work that we do. As for Devante, he wanted the experience because he has been dragging his feet on a career choice. Being a children's therapist/counselor is high on his list and I thought this would help him decide. His thoughts about being terminated weren't about himself but for a young boy that he had been earning his trust so that he could help him show his face and speak more often.

Thanking you in advance for a resolution to this issue

Urness Gray, LPN

Sent on 2-23-2023

Exhibit E

---

**Luis Brot...**

Friday, Aug 18, 2023 • 4:10 PM

Hey just call me when u get a chance

That Kayla chick just touched me deep..I didn't know that vermillion was doing me a favor by allowing me to work there

Saturday, Aug 19, 2023 • 9:23 AM

My bad. I had a bad allergic reaction. Still have a lot of swelling in the face.

I woke up this morning to them suspending my other nephew jasean too and trip

Damn..wat u eating like that

I'm allergic to bees. I was trying to be a good husband and do some yard work

Lmao..should of hired jordan

Lol. Mr. Thomas usually helps me

---

**Luis Brot...**

Lol. Mr. Thomas usually helps me

Can u talk cuz its too much to text

Or should I say..listen

Yes

Tuesday, Aug 22, 2023 • 7:41 AM

Good morning boss

Hit me up when u get up

Good morning  I'm up..wats up

Wednesday, Aug 23, 2023 • 2:33 PM

Lu

What's up boss

Where am I sending my email to and am I

---

**Luis Brot...**

U can call in to me

Email?

My big ol complaint

Nicole for sure

Do u need to call in for tomorrow night too?

Yes sir both nights..I went to the doctor today..should start on some new blood pressure meds tomorrow and anxiety meds as well

I gotcha

I got a referral for a therapist as well.. waiting on them to call me

Kayla said she would call devante on Monday to go over whatever he needed..she did not call

Friday, Aug 25, 2023 • 11:16 AM

---

**Luis Brot...**

Friday, Aug 25, 2023 • 11:16 AM

Hey sorry I missed your call

Hit me up when u get a chance

I'm about to call

Hey I'm coming now

Friday, Aug 25, 2023 • 2:23 PM

Come let me in

I don't have my keys on me

Friday, Sep 22, 2023 • 11:01 AM

Hey meet me in the front

Wednesday, Sep 27, 2023 • 4:38 PM

Hey Lu.. how ya do    ..ly check just hit and it's definitely not right  last time I checked it



10:41 · 68%

← L Luis Brot... 

Wednesday, Sep 27, 2023 · 4:38 PM

Hey Lu.. how ya doing? My check just hit and it's definitely not right..last time I checked it should have been like for sixty something hours without my Esl

Thursday, Sep 28, 2023 · 2:43 PM

Hey..lol I guess it d  o well..I'm gonna figure out something

---

10:42 · 68%

← L Luis Brot... 

Hey..lol I guess it didn't go well..I'm gonna figure out something

So sorry. Thank you for reminding me. Had a couple meetings today. I did mention something to Nicole to help me. I'll follow up

I'll email you what u need

Friday, Sep 29, 2023 · 9:27 AM

Me and Nicole just talked with Sabrina. We're trying to get it fix

---

10:42 · 68%

← L Luis Brot... 

Good morning Lu. I had a good conversation with an old friend last night and I had a few epiphanies.. I'm about to type up a text that I want you to give to Amy..I'm not emailing it because it's personal and  no I'm not raging.. I just need u to cosign on wat is true

Lol.

I don't even want you to print it out for her..I want you to give her your phone let her read it and then delete

I gotcha

10:43 🔵 Luis Brot... 📞 👤 📷 ⋮

Good morning honey.. So as you know I have been out for sometime because of what transpired between Kayla and I. Everything in that email I sent to Nicole is true and factual.You know your friend and so I know you it's true. But that's not wat this conversation is about. This time I've had out I've had to slow down and think and not just do and be..I don't know if u know this about me but up until covid I was a worship leader in a major church and so I have a wonderful relationship with God. I have been through a lot of awful things in my life and I still was able not to be that kind of person. BUT it was only because of my relationship with him. I'm not gonna lie, I've strayed I wanted to do wat I wanted to do and not what he said for me to do. You know that I've always worked xtra when luis calls me I don't play around with giving him a yes or no its an answer right then. What you don't know or maybe u do is that under Stephanie's reign when you was the DON there was a lot of night shifts that he called and said he needed and that if I didn't you would have to work..I always felt like it was my job to protect yall peace, yall names, and yall re ↓ ns. And I honestly thought I had that sa...e protection with you.

Text message 😊 📷 〜

10:43 🔵 Luis Brot... 📞 👤 📷 ⋮

...ought I had that same protection with you

When Devante was hired I knew he was immature but I felt he would be given the chance to grow as long as he didn't do anything like punching a pt in the face.Boy was I wrong.. He left feeling less of a person,defeated and I ushered him into that situation. Even though I haven't been in your company much and you don't really really know me..u do know that I'm for you not against you..that I'm for vermillion not against it. You know this because of how I represent and how I show up. I am disappointed in how things played out with Devante and Kayla and you didn't give us that same protection that I have given you You have an opportunity to make a positive difference in this corner of the world.God told me to tell u this. Are the people you have surrounded yourself with moving like they should be moving Do they represent you Do they make you look good Do they correct you when u not moving right Are you able to correct them? I woke up today with this on my heart.. I love you even if you don't love me and it's ok

 EXhibit 6

December 4, 2023

Urness Gray
125 Rue Viansa Drive
Lafayette, LA 70501

Dear Urness:

We have received your request for accommodation under the Americans with Disabilities Act (ADA) on December 1, 2023. After a thorough review of your request and the information provided, we regret to inform you that we are unable to approve the requested accommodation.

Due to the essential functions of your position, which requires attending to psychiatric patients that may be combative and unstable most of the time, we are unable to offer the type of environment, listed by your physician in her request as a necessary requirement, in order to accommodate you.

Please feel free to reapply when your physician allows and we look forward to working with you again.

You will receive a COBRA notification which will allow you the option to continue insurance benefits. Your records will be maintained in accordance with applicable confidentiality requirements. Please contact me at (337)234-5614 x250 if you have questions.

Sincerely,

Kayla Callahan
HR Director

2520 N UNIVERSITY AVE. LAFAYETTE, LA 70507 . (337)234-5614

# Urness Gray - 000030426 - Acadia Healthcare Company Inc

# Status and Key Dates

## Employment Status

| | |
|---|---|
| Status | Terminated |
| As of | 12/01/2023 |

## Payroll Status

| | |
|---|---|
| Pay suspended | No |
| )rt | |
| End | |

## Employment Dates

| | |
|---|---|
| Original hire | 11/13/2014 |
| Last hire | 11/13/2014 |
| Job start | 01/29/2023 |
| PTO Seniority Date | 11/13/2014 |

## Retirement Dates

| | |
|---|---|
| Early | 10/25/2040 |

Exhibit H



December 06, 2023

Urness Gray
125 Rue Viansa Drive
Lafayette, LA 70501

Dear Ms. Gray:

This letter is in response to your request for leave as an accommodation. The health care provider completed the Americans with Disabilities Act (ADA) form confirming your condition advising your need for additional leave.

As a result, we have approved leave as an accommodation from 11/11/2023 through 12/31/2023 at this time.

It is important to note that should you require additional accommodations beyond 12/31/2023, we kindly ask that you provide updated medical documentation supporting the extended absence. Please submit this documentation to both your HR team and the Leave of Absence Specialist prior to the conclusion of your approved leave on 12/31/2023. To assist you with this process, a blank ADA form has been enclosed alongside this approval.

However, if you are ready to resume work by the conclusion of the approved period, a clearance note from your healthcare provider will be the only documentation needed.

We appreciate your understanding and cooperation in this matter. If you have any questions or require further clarification, please do not hesitate to reach out.

Sincerely,

Acadia Healthcare Leave Administration Team

 **of Tennessee**

1 Cameron Hill Circle
Chattanooga, Tennessee 37402
www.bcbst.com

$E\chi hibit\ I$

December 11, 2023

URNESS GRAY
125 RUE VIANSA DRIVE
LAFAYETTE LA 70501

Dear Urness,

You recently asked us for proof of your previous coverage with us so you can sign up for a new health care plan. We're happy to help you out with that—please send this letter to your new insurance company as proof of your recent coverage with us.

According to our records, Urness had medical coverage from 01/01/2015 to 11/30/2023.

We're here to help. If there's anything else we can do for you, please call us at 1-800-565-9140.

Best of Health,

BlueCross BlueShield of Tennessee

## MEMBER DETAILS

**Member Name**
Urness Gray

**Member ID**
906346014

**Date of Birth**
10/25/1978

**Type of Coverage**
MEDICAL

**Reference ID**
233420017572

GMC_FAC_MECXADOC

**From:** Kayla Callahan <Kayla.Callahan@acadiavermilion.com>
**Sent:** Tuesday, December 12, 2023 12:23 PM
**To:** Sabrina Weis <Sabrina.Weis@acadiahealthcare.com>; Urness Gray <urnessgray@yahoo.com>
**Subject:** RE: Urness Gray Insurance Invoice

Hello Sabrina,

Urness was charged for benefits 3 times in October.  Does this reflect the credit needed to bring her up to date?  We did not charge her benefits for her December 8th check (which would've been pay period ending Dec 2nd.

Thanks for your help,

Kayla



**LOURDES PHYSICIAN GROUP**

Lourdes Physician Group Primary Care
Carencro
3824 NE EVANGELINE THRWY
SUITE B
CARENCRO LA 70520-5986
Phone: 337-470-3280
Fax: 337-470-3357

December 13, 2023

To whom it may concern:

Please be advised that Urness Gray's medical insurance is inactive at this time.

Thank you,

Megan Fontenot, FNP-C

Exhibit J

**UNITED STATES POSTAL SERVICE.**

LAFAYETTE
1105 MOSS ST
LAFAYETTE, LA 70501-9998
(800)275-8777

04/11/2025                          05:29 PM

| oduct | Qty | Unit Price | Price |
|-------|-----|------------|-------|

First-Class Mail®      1                    $1.50
Large Envelope
    Franklin, TN 37067
    Weight: 0 lb 1.00 oz
    Estimated Delivery Date
        Thu 04/17/2025
    Certified Mail®                          $4.85
        Tracking #:
            9589 0710 5270 2008 2951 64
Total                                        $6.35

First-Class Mail®      1                    $1.50
Large ... pe
    Omaha, NE 58103
    Weight: 0 lb 0.90 oz
    Estimated Delivery Date
        Fri 04/18/2025
    Certified Mail®                          $4.85
        Tracking #:
            9589 0710 5270 2008 2951 57
Total                                        $6.35

Grand Total:                                $12.70

Debit Card Remit                           $12.70
    Card Name: VISA
    Account #: XXXXXXXXXXXX9314
    Approval #: 879799
    Transaction #: 634
    Receipt #: 054245
    Debit Card Purchase: $12.70
    AID: A0000000980840        Chip
    AL: US DEBIT
    PIN: Verified

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
            1-800-222-1811.

            Preview your Mail
            Track your Packages
            Sign up for FREE @
        https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
        Thank you for your business.

        Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.





U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Omaha, NE 68103

Certified Mail Fee    $4.85
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $
Postage    $1.50
Total Postage and Fees    $6.35
Sent To  The Lincoln National Life Insurace Co
Street and Apt. No., or PO Box No.  PO Box 2578
City, State, ZIP+4®  Omaha, NE 68103

9589 0710 5270 2008 2951 57

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Franklin, TN 37067

Certified Mail Fee    $4.85
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $
Postage    $1.50
Total Postage and Fees    $6.35
Sent To  Acadia Healthcar
Street and Apt. No., or PO Box No.  6100 Tower Circle Suite 1000
City, State, ZIP+4®  Franklin TN 37067

9589 0710 5270 2008 2951 64

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

Exhibit K

# Acadia Healthcare Locations

## 42 STATES ~ 313 LOCATIONS

As a leading provider of behavioral healthcare services in the United States and Puerto Rico*, Acadia Healthcare's network of treatment facilities offers multiple levels of care for various behavioral health and substance use disorders.

| State | Facilities |
|---|---|
| **AK** | 1 Facility |
| **AR** | 8 Facilities |
| **AZ** | 7 Facilities |
| **CA** | 26 Facilities |
| **CO** | 2 Facilities |
| **DE** | 4 Facilities |
| **FL** | 12 Facilities |
| **GA** | 10 Facilities |
| **IA** | 2 Facilities |
| **IL** | 2 Facilities |
| **IN** | 11 Facilities |
| **KS** | 5 Facilities |
| **KY** | 1 Facility |
| **LA** | 7 Facilities |
| **MA** | 18 Facilities |
| **MD** | 3 Facilities |
| **ME** | 6 Facilities |
| **MI** | 6 Facilities |
| **MN** | 1 Facility |
| **MO** | 8 Facilities |
| **MS** | 3 Facilities |
| **NC** | 18 Facilities |
| **NH** | 2 Facilities |
| **NV** | 4 Facilities |
| **OH** | 7 Facilities |
| **OK** | 4 Facilities |
| **OR** | 7 Facilities |
| **PA** | 39 Facilities |
| **PR*** | 1 Facility |
| **RI** | 2 Facilities |
| **SC** | 4 Facilities |
| **SD** | 2 Facilities |
| **TN** | 14 Facilities |
| **TX** | 7 Facilities |
| **UT** | 14 Facilities |
| **VA** | 10 Facilities |
| **VT** | 1 Facility |
| **WA** | 9 Facilities |
| **WV** | 7 Facilities |
| **WI** | 19 Facilities |





## Our Louisiana Locations



**Acadiana Treatment Center**

Acadiana Treatment Center

(+) 156 Choctaw Rd
Sunset, LA 70584

☎ (337) 204-0072



 



Baton Rouge
Comprehensive Treatment Center
Opioid Use Disorder Program

**Baton Rouge Comprehensive Treatment Center**

(+) 11445 Reiger Rd
Baton Rouge, LA 70809

☎ (225) 361-2033



COVINGTON
BEHAVIORAL HEALTH

**Covington Behavioral Health Hospital**

(+) 201 Greenbriar Blvd
Covington, LA 70433

☎ (985) 224-4135





### Longleaf Hospital



9301 Versailles Blvd
Alexandria, LA 71303

📞 (318) 562-7900

### River Place Behavioral Health
Part of ❤️Ochsner Health System

**River Place Behavioral Health Hospital**



500 Rue de Sante
LaPlace, LA 70068

📞 (985) 359-2527



### Vermilion Behavioral Health Systems

2520 N University Ave
Lafayette, LA 70507

📞 (337) 806-8934



Acadia Healthcare    CALL ACADIA BEHAVIORAL HEALTH HELPLINE  📞 **(615) 861-6000**

OUR ORGANIZATION ▾    OUR TREATMENT NETWORK ▾    YOUR INTEGRATIVE CARE ▾    INVESTORS    CAREERS AVAILABLE

## OUR COMPREHENSIVE TREATMENT NETWORK
### ~25,500 EMPLOYEES · ~11,850 BEDS · 262 LOCATIONS · 39 STATES · 1 NETWORK

As a leading provider of behavioral healthcare services in the United States and Puerto Rico, Acadia Healthcare operates 262 treatment facilities across 39 states. Our network of treatment facilities offers multiple levels of care for various behavioral health and substance use disorders. At Acadia, our primary goal is to meet patients where they're at in their treatment process. We do this by providing a multitude of levels of care, including detoxification, residential treatment for addiction, residential treatment for dual diagnosis, acute psychiatric inpatient hospitalization, medication-assisted treatment (MAT) services, and an array of outpatient programming options, ranging from partial hospitalization programs (PHPs) and intensive outpatient programs (IOPs) to traditional outpatient services. Our expansive network of treatment facilities creates greater access to care, reduces the stigma associated with mental illness and addiction, and offers those in our communities a safe environment in which to receive the treatment they need.





