Urness Gray

125 Rue Viansa

Lafayette, La

(337) 541-4163

Urnessgray@yahoo.com


August 12, 2025


Clerk of Court

U.S. District Court

Western District of Louisiana

800 Lafayette Street, Suite 2100

Lafayette, LA 70501


Re: Urness Gray v. Vermilion Defendants, et al.

Case No. 6:25-cv-00202-DCJ-DJA


Dear Clerk,


Please find enclosed Plaintiff's Memorandum in Opposition to Defendants' Motion to Dismiss, along with supporting exhibits, a certificate of service, and a proposed order. I respectfully request that these documents be filed in the above-captioned matter.


Thank you for your assistance.


Sincerely,

Urness Gray,  Pro Se Plaintiff