UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION


Urness Gray,

Plaintiff,

v.

Vermilion Defendants, et al.,

Defendants.


Civil Action No. 6:25-cv-00202-DCJ-DJA


[PROPOSED] ORDER


Considering the Motion to Dismiss filed by Defendants and the Opposition filed by Plaintiff,


IT IS ORDERED that Defendants' Motion to Dismiss is DENIED.

Alternatively, IT IS ORDERED that Plaintiff is granted leave to amend her Complaint within 21 days of this Order.

Signed in Lafayette, Louisiana, this ___ day of _____, 2025.

_____

HON. DAVID C. JOSEPH

UNITED STATES DISTRICT JUDGE