**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| URNESS J. GRAY | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 6:25-cv-00202-DCJ-DJA** |
| **v.** | ) | |
| | ) | **Judge David C. Joseph** |
| | ) | |
| ACADIA HEALTHCARE COMPANY, | ) | |
| VERMILION BEHAVIORAL HEALTH | ) | |
| SYSTEMS, KAYLA CALLAHAN, and | ) | |
| THE LINCOLN NATIONAL LIFE INS. | ) | |
| COMPANY DISABILITY AND LIFE, | ) | |
| | ) | |
| **Defendants.** | ) | |

**AFFIDAVIT OF MARK W. PETERS IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Mark W. Peters, state as follows:

1.     I submit this affidavit in support of the Motion for Admission of Mark W. Peters *Pro Hae Vice* pursuant to Uniform Local Rule 83.2.6 of the United States District Court for the Western District of Louisiana.

2.     I am an attorney with Holland & Knight, LLP, 511 Union Street, Suite 2700, Nashville, Tennessee 37219 and serve along with Philip Giorlando and Cynthia T. Lee as counsel for Defendants Acadia Healthcare Company, Vermilion Behavioral Health System, and Kayla Callahan in the above-captioned matter. I am familiar with the facts surrounding this dispute.

3.     I am a member in good standing of the bar of the State of Tennessee.

4.     No disciplinary proceedings or criminal charges have been instituted against me.



Exhibit 2

5.     I declare under penalty of perjury that the forgoing is true and correct.


_____
Mark W. Peters


Sworn and subscribed to me this 25th day of July, 2025

_____
Notary Public

My commission expires: 6/26/2027

KRIS PHILLIPS
STATE OF TENNESSEE
NOTARY PUBLIC
My Commission Expires on 06/26/2027
WILSON COUNTY