# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **URNESS J. GRAY** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 6:25-cv-00202-DCJ-DJA** |
| **v.** | ) | |
| | ) | **Judge David C. Joseph** |
| | ) | |
| **ACADIA HEALTHCARE COMPANY,** | ) | |
| **VERMILION BEHAVIORAL HEALTH** | ) | |
| **SYSTEMS, KAYLA CALLAHAN, and** | ) | |
| **THE LINCOLN NATIONAL LIFE INS.** | ) | |
| **COMPANY DISABILITY AND LIFE,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF CYNTHIA T. LEE

The undersigned, Philip Giorlando, an active member in good standing of the United States District Court for the Western District of Louisiana, hereby moves for Cynthia T. Lee, Esq. of Holland & Knight, LLP, 511 Union Street, Suite 2700, Nashville, Tennessee 37219 to be admitted *pro hac vice* to practice in the United States District Court for the Western District of Louisiana pursuant to Uniform Local Rule 83.2.6. Ms. Lee is seeking admission for the purposes of appearing as co-counsel for Defendants Acadia Healthcare Company, Vermilion Behavioral Health Systems and Kayla Callahan in the above-captioned action currently pending before this Court. Attached hereto as Exhibit 1 is a Certificate of Good Standing issued by the Tennessee Supreme Court and as Exhibit 2 an Affidavit of Cynthia Lee, Esq. in Support of Motion for Admission *Pro Hac Vice*.

The undersigned hereby certifies that he will serve as local attorney in the above-captioned action for service of all notices and other papers and shall attend all proceedings

relating to such matter and shall continue to be local attorney in this matter in all other respects,

and hereby agrees to participate in the above-captioned action with the applicant for admission

*pro hac vice*, Cynthia T. Lee, Esq.

Dated: August 13, 2025                          Respectfully submitted:

*/s/ Philip J. Giorlando*
Philip J. Giorlando
BREAZEALE, SACHSE & WILSON, LLP
909 Poydras Street, Suite 1500
New Orleans, LA 70112-4004
(504) 680-5244 direct dial
(504)584-5450 - facsimile
Philip.Giorlando@bswllp.com

*Counsel for Defendants Acadia Healthcare Company, Vermilion Behavioral Health System, and Kayla Callahan*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion has been filed with the Clerk of Court using the CM/ECF system upon the individuals identified below. A copy has also been served *via* First Class Mail and email upon Plaintiff Urness Gray.

Lindsay J Calhoun
Phelps Dunbar (NO)
365 Canal St Ste 2000
New Orleans, LA 70130-6534
504-566-1311
lindsay.calhoun@phelps.com

Iwana Rademaekers
Law Offices of Iwana Rademaekers
17304 Preston Rd Ste 800
Dallas, TX 75252
214-579-9319
iwana@rademaekerslaw.com

*Counsel for Defendant Lincoln National Life Insurance Co.*


Urness Gray
125 Rue Viansa
Lafayette, Louisiana 70501
urnessgray@yahoo.com

*Plaintiff*


on this 13th day of August, 2025.

*/s/ Philip J. Giorlando*
Philip Giorlando