IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

URNESS J. GRAY                              )
                                           )
        Plaintiff,                         )
                                           )
                                           )    Case No. 6:25-cv-00202-DCJ-DJA
v.                                         )
                                           )    Judge David C. Joseph
                                           )
ACADIA HEALTHCARE COMPANY,                 )
VERMILION BEHAVIORAL HEALTH                 )
 SYSTEMS, KAYLA CALLAHAN, and              )
THE LINCOLN NATIONAL LIFE INS.             )
COMPANY DISABILITY AND LIFE,               )
                                           )
        Defendants.                        )

## AFFIDAVIT OF CYNTHIA T. LEE IN SUPPORT OF
## MOTION FOR ADMISSION *PRO HAC VICE*

I, Cynthia T. Lee, state as follows:

1.      I submit this affidavit in support of the Motion for Admission of Cynthia T. Lee *Pro Hac Vice* pursuant to Uniform Local Rule 83.2.6 of the United States District Court for the Western District of Louisiana.

2.      I am an attorney with Holland & Knight, LLP, 511 Union Street, Suite 2700, Nashville, Tennessee 37219 and serve along with Philip Giorlando and Mark W. Peters as counsel for Defendants Acadia Healthcare Company, Vermilion Behavioral Health System, and Kayla Callahan in the above-captioned matter. I am familiar with the facts surrounding this dispute.

3.      I am a member in good standing of the bar of the State of Tennessee.

4.      No disciplinary proceedings or criminal charges have been instituted against me.



5.    I declare under penalty of perjury that the forgoing is true and correct.

_Cynthia T. Lee_

Cynthia T. Lee

Sworn and subscribed to me this __25ᵗʰ__ day of July, 2025.

_____
Notary Public

Ruth A. Thomas
Notary Public, District of Columbia
My commission expires: My Commission Expires February 14, 2026

