## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **URNESS J. GRAY** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 6:25-cv-00202-DCJ-DJA** |
| **v.** | ) | |
| | ) | **Judge David C. Joseph** |
| | ) | |
| **ACADIA HEALTHCARE COMPANY,** | ) | |
| **VERMILION BEHAVIORAL HEALTH** | ) | |
| **SYSTEMS, KAYLA CALLAHAN, and** | ) | |
| **THE LINCOLN NATIONAL LIFE INS.** | ) | |
| **COMPANY DISABILITY AND LIFE,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Considering the Motion for Admission *Pro Hac Vice* of Cynthia T. Lee, submitted by Defendants Acadia Healthcare Company, Vermilion Behavioral Health Systems, and Kayla Callahan,

**IT IS ORDERED** that the motion is **GRANTED**.  Cynthia T. Lee, Esq. of Holland and Knight, LLP, 511 Union Street, Suite 2700, Nashville, Tennessee 37219 is hereby admitted to the Bar of this Court *pro hac vice* as counsel for Defendants Acadia Healthcare Company, Vermilion Behavioral Health Systems, and Kayla Callahan, in the above-captioned action.

Dated this _____ day of August, 2025.


*s/*_____
UNITED STATES DISTRICT COURT

#525159480_v1