**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| URNESS J. GRAY, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Judge David C. Joseph** |
| v. | ) | |
| | ) | **Case No. 6:25-cv-00202-DCJ-DJA** |
| ACADIA HEALTHCARE COMPANY, | ) | |
| VERMILION BEHAVIORAL HEALTH | ) | |
| SYSTEMS, KAYLA CALLAHAN, and THE | ) | |
| LINCOLN NATIONAL LIFE INS. COMPANY | ) | |
| DISABILITY AND LIFE, | ) | |
| | ) | |
| **Defendants.** | ) | |

**VERMILION DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF
TIME TO FILE THEIR REPLY IN SUPPORT OF THEIR MOTION TO DISMISS**

Defendants Acadia Healthcare Company, Vermilion Behavioral Health System, and Kayla Callahan (collectively, the "Vermilion Defendants"), by and through counsel, move this Court for an Order extending the deadline for the Vermilion Defendants to file their Reply in Support of their Motion to Dismiss the Complaint. In support of this Motion, the Vermilion Defendants state as follows:

1.     On August 12, 2025, Plaintiff filed her Memorandum in Opposition to Defendants' Motion to Dismiss. Doc. No. 19.

2.     The current deadline to file a Reply in Support of the Vermilion Defendants' Motion to Dismiss is August 19, 2025. *See* Doc. No. 17.

3.     Undersigned counsel is in need of a brief two-week extension to file its Reply, up to and including September 2, 2025.

4.      Undersigned counsel has been in contact with Plaintiff and she has advised that she does not oppose the requested relief.

5.      This extension is not sought to delay the progression of this matter nor will it impact any other deadlines.

Accordingly, the Vermilion Defendants respectfully request that the deadline to file a Reply in Support of their Motion to Dismiss the Complaint be extended by two weeks from the original deadline to **September 2, 2025**.

Dated: August 18th, 2025

*/s/ Philip J. Giorlando*
Philip J. Giorlando
BREAZEALE, SACHSE & WILSON, LLP
909 Poydras Street, Suite 1500
New Orleans, LA 70112-4004
(504) 680-5244 direct dial
(504)584-5450 - facsimile
Philip.Giorlando@bswllp.com

Mark W. Peters (*pro hac vice application pending*)
Cynthia T. Lee (*pro hac vice application pending)*
HOLLAND & KNIGHT, LLP
Nashville City Center
511 Union Street, Suite 2700
Post Office Box 198966
Nashville, Tennessee 37219-8966
Phone: 615-244-6380
markwpeters@hklaw.com
cynthia.lee@hklaw.com

*Counsel for the Vermilion Defendants*

**CERTIFICATE OF APPLICANT ATTORNEY**

Applicant Attorney, Philip Giorlando, hereby certifies that there is no opposition to this Motion for Extension of Time to File Their Reply in Support of Their Motion to Dismiss.

Dated: August <u>18th</u>, 2025

<u>/s/ Philip J. Giorlando</u>
Philip J. Giorlando
BREAZEALE, SACHSE & WILSON, LLP
909 Poydras Street, Suite 1500
New Orleans, LA 70112-4004
(504) 680-5244 direct dial
(504)584-5450 - facsimile
Philip.Giorlando@bswllp.com

Mark W. Peters (*pro hac vice application pending*)
Cynthia T. Lee (*pro hac vice application pending)*
HOLLAND & KNIGHT, LLP
Nashville City Center
511 Union Street, Suite 2700
Post Office Box 198966
Nashville, Tennessee 37219-8966
Phone: 615-244-6380
markwpeters@hklaw.com
cynthia.lee@hklaw.com

*Counsel for the Vermilion Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Unopposed Motion for Extension has been served *via* the Court's electronic filing system upon the following:

Lindsay J Calhoun
Phelps Dunbar (NO)
365 Canal St Ste 2000
New Orleans, LA 70130-6534
504-566-1311
lindsay.calhoun@phelps.com

Iwana Rademaekers
Law Offices of Iwana Rademaekers
17304 Preston Rd Ste 800
Dallas, TX 75252
214-579-9319
iwana@rademaekerslaw.com

*Counsel for Defendant Lincoln National Life Insurance Co.*


Urness Gray
125 Rue Viansa
Lafayette, Louisiana 70501

*Plaintiff*


on this the 18th day of August, 2025.


___/s/ Philip J. Giorlando_____