**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| URNESS J. GRAY, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Judge David C. Joseph** |
| v. | ) | |
| | ) | **Case No. 6:25-cv-00202-DCJ-DJA** |
| ACADIA HEALTHCARE COMPANY, | ) | |
| VERMILION BEHAVIORAL HEALTH | ) | |
| SYSTEMS, KAYLA CALLAHAN, and THE | ) | |
| LINCOLN NATIONAL LIFE INS. COMPANY | ) | |
| DISABILITY AND LIFE, | ) | |
| | ) | |
| **Defendants.** | ) | |

---

**ORDER GRANTING UNOPPOSED
MOTION FOR EXTENSION OF TIME**

---

Defendants Acadia Healthcare Company, Vermilion Behavioral Health System, and Kayla Callahan (collectively, the "Vermilion Defendants"), move the Court for an extension of time to file a Reply in Support of their Motion to Dismiss. Upon consideration of the Motion, the Court finds there is good cause to grant the relief sought. It is hereby **ORDERED** that the Vermilion Defendants shall file their Reply on or before September 2, 2025.

It is so **ORDERED** this _____ day of _____, 2025.

_____
United States District Court Judge