## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| URNESS J. GRAY | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 6:25-cv-00202-DCJ-DJA** |
| v. | ) | |
| | ) | **Judge David C. Joseph** |
| | ) | |
| ACADIA HEALTHCARE COMPANY, | ) | |
| VERMILION BEHAVIORAL HEALTH | ) | |
| SYSTEMS, KAYLA CALLAHAN, and | ) | |
| THE LINCOLN NATIONAL LIFE INS. | ) | |
| COMPANY DISABILITY AND LIFE, | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Considering the Motion for Admission *Pro Hac Vice* of Mark W. Peters, submitted by Defendants Acadia Healthcare Company, Vermilion Behavioral Health Systems, and Kayla Callahan,

**IT IS ORDERED** that the motion is **GRANTED**. Mark W. Peters, Esq. of Holland and Knight, LLP, 511 Union Street, Suite 2700, Nashville, Tennessee 37219 is hereby admitted to the Bar of this Court *pro hac vice* as counsel for Defendants Acadia Healthcare Company, Vermilion Behavioral Health Systems, and Kayla Callahan, in the above-captioned action.

Dated this 20th day of August, 2025.

David J. Ayo
United States Magistrate Judge