**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **URNESS J. GRAY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **Judge David C. Joseph** |
| **v.** | ) |
| | ) **Case No. 6:25-cv-00202-DCJ-DJA** |
| **ACADIA HEALTHCARE COMPANY,** | ) |
| **VERMILION BEHAVIORAL HEALTH** | ) |
| **SYSTEMS, KAYLA CALLAHAN, and THE** | ) |
| **LINCOLN NATIONAL LIFE INS. COMPANY** | ) |
| **DISABILITY AND LIFE,** | ) |
| | ) |
| **Defendants.** | ) |

---

**ORDER GRANTING UNOPPOSED
MOTION FOR EXTENSION OF TIME**

---

Defendants Acadia Healthcare Company, Vermilion Behavioral Health System, and Kayla Callahan (collectively, the "Vermilion Defendants"), move the Court for an extension of time to file a Reply in Support of their Motion to Dismiss.  Upon consideration of the Motion, the Court finds there is good cause to grant the relief sought.  It is hereby **ORDERED** that the Vermilion Defendants shall file their Reply on or before September 2, 2025.

It is so **ORDERED** this 20th day of August, 2025.

David J. Ayo
United States Magistrate Judge