RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

SEP 0 4 2025

DANIEL J. McCOY, CLERK
BY: KW

UNITED STATES DISTRICT COURT          Judge David C. Joseph

WESTERN DISTRICT OF LOUISIANA         Magistrate Judge David J. Ayo

LAFAYETTE DIVISION                    Case No. 6:25-cv-00202-DCJ-DJA


Urness Gray,

Plaintiff,


v.


Acadia Healthcare Company,

Vermilion Behavioral Health Systems,

Kayla Callahan, and

The Lincoln National Life Insurance Company,

Defendants.


PLAINTIFF'S MOTION FOR LEAVE TO AMEND REPLY IN OPPOSITION TO

DEFENDANTS' MOTION TO DISMISS

NOW INTO COURT, comes Plaintiff, Urness Gray, who respectfully moves this Honorable Court for leave to amend her Reply in Opposition to Defendants' Motion to Dismiss, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure.

Plaintiff seeks leave to amend her Reply in Opposition to Defendants' Motion to Dismiss in order to clarify existing arguments and improve the precision of factual and legal assertions. This amendment does not introduce new claims or evidence, but rather refines the presentation of previously submitted content to aid the Court in its review. The amendment is made in good faith, without undue delay, and will not prejudice Defendants.

This Motion is made in good faith and without undue delay. The proposed amendment will not prejudice Defendants, as it arises from recent developments and supplements arguments already raised in the original Reply.

WHEREFORE, Plaintiff respectfully requests that this Court grant leave to file the Amended Reply in Opposition to Defendants' Motion to Dismiss, and for all other relief deemed just and proper.

2

Respectfully submitted,

Urness Gray

125 Rue Viansa Lafayette,La

(337)541-4163

Pro Se or Attorney for Plaintiff

Dated: September 4, 2025