**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**URNESS J GRAY**                                      **CASE NO.  6:25-CV-00202**

**VERSUS**                                             **JUDGE DAVID C. JOSEPH**

**ACADIA HEALTHCARE ET AL**            **MAGISTRATE JUDGE DAVID J. AYO**

### MEMORANDUM RULING AND ORDER

Before this Court is PLAINTIFF'S MOTION FOR LEAVE TO AMEND REPLY IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS filed by *pro se* plaintiff Urness Gray.  (Rec. Doc. 27). The motion seeks leave of court pursuant to Federal Rule of Civil Procedure 15 to amend her "reply" in opposition (Rec. Doc. 19) to the pending motion to dismiss (Rec. Doc. 12) filed by defendants Acadia Healthcare Company, Vermilion Behavioral Health System, and Kayla Callahan.  The stated purpose of the instant motion is "to clarify existing arguments and improve the precision of factual and legal assertions."  (Rec. Doc. 27 at 2).

Rule 15 pertains to the amendment of pleadings.  Memoranda and oppositions to motions are not "pleadings" as that term is defined by Rule 7(a).  Motions and "other papers" fall under Rule 7(b).  To the extent Gray seeks to amend under Rule 15, such request is improper.  However, the Court will construe the instant motion as one seeking leave of court to file a sur-reply.  The instant motion was filed five days after the filing of the moving defendants' reply memorandum.  (Rec. Doc. 26).  It is therefore

ORDERED that PLAINTIFF'S MOTION FOR LEAVE TO AMEND REPLY IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS (Rec. Doc. 27) is GRANTED and that the proposed filings (Rec. Doc. 27-1 and 27-2) will be construed as a sur-reply.  It is further

ORDERED that no additional briefs or memoranda will be considered in connection with the pending motion to dismiss (Rec. Doc. 12).

THUS DONE in Chambers on this 25th day of September, 2025.

_____

David J. Ayo
United States Magistrate Judge