**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**URNESS J GRAY**                                   **CASE NO.  6:25-CV-00202**

**VERSUS**                                          **JUDGE DAVID C. JOSEPH**

**ACADIA HEALTHCARE ET AL**          **MAGISTRATE JUDGE DAVID J. AYO**

## NOTICE OF MOTION SETTING WITHOUT DATE

The Motion to Dismiss for Failure to State a Claim (Document No. 33) filed by Lincoln National Life Insurance Co on May 12, 2026, has been referred to Honorable David J. Ayo.

**Deadlines**

Any response to said motion is due within twenty-one **(21) days** after service of the motion (see LR 7.4).  The movant may **file a reply** within seven **calendar (7) days** after the memorandum in opposition is filed.  Any further briefing requires leave of Court. LR 7.8 governs the length of the memoranda. OPPOSITION TO THE MOTION MUST BE FILED TIMELY OR THE MOTION WILL BE CONSIDERED UNOPPOSED.

**No Oral Argument**

It is the policy of the Court to decide motions on the basis of the record without oral argument. Briefs should fully address all pertinent issues. All parties will be notified if the Court finds oral argument is necessary. A written ruling will be issued in due course.

**ALL DEADLINES SET FORTH IN THE SCHEDULING ORDER SHALL REMAIN IN PLACE UNLESS OTHERWISE ORDERED BY THIS COURT.**

If the parties resolve any matters raised in this motion, the moving party should immediately notify chambers at (337) 593-5140.

**DATE OF NOTICE: May 12, 2026**

Daniel J. McCoy
Clerk of Court