**EXHIBIT LIST**

**Exhibit A:** Corporate Email (Aug. 29, 2023) – FMLA, STD, LTD brochures, FAQ, Schedule of

Benefits, instruction sheets

**Exhibit B:** Lincoln Email (Jan. 8, 2024) – First time policy was provided

**Exhibit C:** Email Thread (Feb. 1 & Feb. 7, 2024) – 26-week reference and Plaintiff's response

**Exhibit D:** Lincoln Approval & Payment Details – STD approval, payment amounts, and

duration

Respectfully submitted,

Urness J. Gray

125 Rue Viansa

Lafayette, Louisiana 70501

Telephone: (337) 541-4163

Email: urnessgray@yahoo.com

Plaintiff, Pro Se