EXHIBIT A

Corporate Email – August 29, 2023

FMLA Brochure

Short-Term Disability Brochure

Long-Term Disability Brochure

Frequently Asked Questions Sheet (26-Week Reference)

Schedule of Benefits (11-Week Duration)

STD "Report After 14 Days" Instruction Sheet

LTD "Report After 90 Days" Instruction Sheet

RE: Urness Gray FMLA

From:  Sabrina Weis (sabrina.weis@acadiahealthcare.com)

To:    urnessgray@yahoo.com

Cc:    Kayla.Callahan@acadiavermilion.com

Date:  Tuesday, August 29, 2023 at 11:34 AM CDT

Hi Urness,

Attached is your Leave of Absence Packet.  The dates provided on your form are considered a preliminary estimate. The final approval will be contingent upon the information furnished by your healthcare provider.

In this packet you will find the following documents (along with instructions on what to do with each document):

- **Personalized Notice of Eligibility Letter**
  - *Instructions:* Read and contact LOA team with any questions about the leave process.
- **Benefits & Family/Medical Leave Document**
  - *Instructions:* Read and understand payment process for eligible group benefits while on Leave of Absence. Print, Sign and Date "Leave of Absences – Eligible Employees" one-page portion of this document and return to me.
  - *Paid time off (PTO):* You will be required to use your available sick, vacation and/or other leave during your absence, unless determined by your state or other mandated laws. This means that you will receive your paid leave, but this leave will also be considered protected FMLA or government mandated leave and counted against your leave entitlement under these policies/laws.
- **Certification of Health Care Provider for Employee's Own Health Condition Form**
  - *Instructions:* You will need to take the attached form included in this document to your Medical Provider to complete and sign and return to me. Note: Under the guidelines, you have 15 days, **(9/13/23),** to return the Medical Certification.

Please be mindful that **you are not on an approved leave of absence until we receive and are able to certify the documentation**.  You will be notified if/when your leave is approved.

**BENEFIT PAYMENTS WHILE ON LEAVE OF ABSENCE:  If any portion of your leave is paid (via regular sick leave, extended sick leave, personal and/or vacation, the premium contributions for your eligible group benefits will continue to be deducted from each paycheck.  If the leave is or becomes unpaid (PTO exhausted), your LOA Specialist will prepare a benefit invoice which will list each eligible group benefit and its associated premiums.**

**STD Brochure:  Provides helpful information on how to submit your STD claim.**

**Finally, it is important to note that prior to returning to work, you are required to provide a Return to Work note from your Medical Care Provider.**

Kindly,

**Sabrina Weis**
*Leave Of Absence Specialist*

6100 Tower Cir #1000, Franklin, TN 37067
Direct: 615-721-1219 | Fax: 615-721-1494

CONFIDENTIALITY STATEMENT: *The documents accompanying this transmission may contain confidential information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.*

From: Urness Gray <urnessgray@yahoo.com>
Sent: Monday, August 28, 2023 6:53 PM

9

 Urness Gray FMLA.pdf
677.9 KB

 FMLA & STD Brochure.pdf
542.7 KB

10

# Your Employee Rights Under the Family and Medical Leave Act

## What is FMLA leave?

The Family and Medical Leave Act (FMLA) is a federal law that provides eligible employees with **job-protected leave** for qualifying family and medical reasons. The U.S. Department of Labor's Wage and Hour Division (WHD) enforces the FMLA for most employees.

Eligible employees can take **up to 12 workweeks** of FMLA leave in a 12-month period for:

- The birth, adoption or foster placement of a child with you,
- Your serious mental or physical health condition that makes you unable to work,
- To care for your spouse, child or parent with a serious mental or physical health condition, and
- Certain qualifying reasons related to the foreign deployment of your spouse, child or parent who is a military servicemember.

An eligible employee who is the spouse, child, parent or next of kin of a covered servicemember with a serious injury or illness **may take up to 26 workweeks** of FMLA leave in a single 12-month period to care for the servicemember.

You have the right to use FMLA leave in **one block of time**. When it is medically necessary or otherwise permitted, you may take FMLA leave **intermittently in separate blocks of time, or on a reduced schedule** by working less hours each day or week. Read Fact Sheet #28M(c) for more information.

FMLA leave is **not paid leave**, but you may choose, or be required by your employer, to use any employer-provided paid leave if your employer's paid leave policy covers the reason for which you need FMLA leave.

## Am I eligible to take FMLA leave?

You are an **eligible employee** if **all** of the following apply:

- You work for a covered employer,
- You have worked for your employer at least 12 months,
- You have at least 1,250 hours of service for your employer during the 12 months before your leave, and
- Your employer has at least 50 employees within 75 miles of your work location.

Airline flight crew employees have different "hours of service" requirements.

You work for a **covered employer** if **one** of the following applies:

- You work for a private employer that had at least 50 employees during at least 20 workweeks in the current or previous calendar year,
- You work for an elementary or public or private secondary school, or
- You work for a public agency, such as a local, state or federal government agency. Most federal employees are covered by Title II of the FMLA, administered by the Office of Personnel Management.

## How do I request FMLA leave?

Generally, **to request FMLA leave you must**:

- Follow your employer's normal policies for requesting leave,
- Give notice at least 30 days before your need for FMLA leave, or
- If advance notice is not possible, give notice as soon as possible.

You **do not** have to share a medical diagnosis but must provide enough information to your employer so they can determine whether the leave qualifies for FMLA protection. You **must** also **inform your employer if FMLA leave was previously taken** or approved for the same reason when requesting additional leave.

Your **employer may request certification** from a health care provider to verify medical leave and may request certification of a qualifying exigency.

The FMLA does not affect any federal or state law prohibiting discrimination or supersede any state or local law or collective bargaining agreement that provides greater family or medical leave rights.

State employees may be subject to certain limitations in pursuit of direct lawsuits regarding leave for their own serious health conditions. Most federal and certain congressional employees are also covered by the law but are subject to the jurisdiction of the U.S. Office of Personnel Management or Congress.

## What does my employer need to do?

If you are eligible for FMLA leave, your **employer must**:

- Allow you to take job-protected time off work for a qualifying reason,
- Continue your group health plan coverage while you are on leave on the same basis as if you had not taken leave, and
- Allow you to return to the same job, or a virtually identical job with the same pay, benefits and other working conditions, including shift and location, at the end of your leave.

Your **employer cannot interfere with your FMLA rights** or threaten or punish you for exercising your rights under the law. For example, your employer cannot retaliate against you for requesting FMLA leave or cooperating with a WHD investigation.

After becoming aware that your need for leave is for a reason that may qualify under the FMLA, your **employer must confirm whether you are eligible** or not eligible for FMLA leave. If your employer determines that you are eligible, your **employer must notify you in writing**:

- About your FMLA rights and responsibilities, and
- How much of your requested leave, if any, will be FMLA-protected leave.

## Where can I find more information?

Call **1-866-487-9243** or visit **dol.gov/fmla** to learn more.

If you believe your rights under the FMLA have been violated, you may file a complaint with WHD or file a private lawsuit against your employer in court. **Scan the QR code to learn about our WHD complaint process.**





**WAGE AND HOUR DIVISION**
UNITED STATES DEPARTMENT OF LABOR

**Lincoln** Financial Group®

## Reporting Your Disability Claim

The Acadia Healthcare Company, Inc. Short-Term Disability Policy is administered by The Lincoln National Life Insurance Company.

Lincoln Financial Group offers employees direct access to claims resources and information. You can easily report a claim and check the status of your claim through Lincoln Financial Group's dedicated secure website or by telephone. Please visit: **www.MyLincolnPortal.com** to access employee resources and online tools, as referenced below.

### When Do I Report a Claim?

You may report a claim up to 30 days in advance of a planned disability absence (such as childbirth or prescheduled surgery). You may also report a claim as soon as you are hospitalized OR disabled due to illness or injury for 14 or more calendar days.

### How Do I Report a Claim?

1. Contact your supervisor to report your absence.
2. Report your claim via **www.MyLincolnPortal.com**. First time users must register using Company Code **ACADIAHCC**.

   Please have the following information available when you report your claim:
   - Your physician or medical care provider's name, address, fax and telephone numbers
   - Your manager's name, telephone number and e-mail address
   - Reason you are out of work (diagnosis/symptoms)
   - Your last day worked, first day absent from work, and anticipated return to work date

   Or you can call 855-474-2295 and speak with an Intake Specialist to report your claim.

3. Keep a record of your claim number. Reporting your claim online provides the added convenience of printing a claim report which includes your claim number and a summary of your claim details.
4. You may securely check the status of your claim online at **www.MyLincolnPortal.com** or by calling your Case Manager at 855-474-2295.

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates. Insurance products are issued by The Lincoln National Life Insurance Company, Fort Wayne, IN and Lincoln Life & Annuity Company of New York, Syracuse, NY. The Lincoln National Life Insurance Company does not solicit business in New York, nor is it licensed to do so. Product availability and/or features may vary by state. Limitations and exclusions apply.

12





# Short-term Disability FAQs

Report claims online at MyLincolnPortal.com (use company code: ) or call . Have questions? You can call your case manager from 8 a.m. to 5 p.m. ET, Monday through Friday.

**Q:** When should I file a disability claim?

**A:** If you become absent from work for longer than five consecutive days—including weekend days—due to injury, illness or pregnancy; you must report your absence to Lincoln Financial Group. Claims can be reported online at MyLincolnPortal.com (company code: ) or by calling .

**Q:** What information do I need to provide when reporting a claim?

**A:** **Personal information:** name, address, telephone number and job title
**Physician information:** name, address and fax/telephone numbers for each treating physician related to this illness or injury
**Illness/injury information:** detailed information of your illness/injury, symptoms and/or diagnosis
**Job information:** your last day worked, first day absent from work, and anticipated return-to-work date

**Q:** What can I expect after I report my claim?

**A:** 1. Once you report your claim, a case manager will call you within two business days to discuss the details of your medical condition — including how it impacts your ability to do your job — and your treatment plan. Your case manager will be responsible for your claim and will be your main contact at Lincoln Financial Group.

2. Your case manager will call your physician to obtain as much detailed medical information as needed and request copies of your medical records. To expedite this process, please provide your physician or medical care provider with

a copy of the Authorization to Release Information at your next visit. This form gives your doctor permission to release your medical information to Lincoln Financial Group. The authorization form can be found at **MyLincolnPortal.com.**

3. Your supervisor will also be contacted by your case manager to discuss the details of your job duties and hours worked. We will not share any confidential medical information with your supervisor. We will only discuss any physical limitations and/or restrictions as they relate to your job requirements.

**Q:** How long will it take to obtain a decision on my claim?

**A:** Once we receive all relevant information from your physician, Lincoln Financial Group will typically make its initial decision regarding your claim within 10 business days.

**Q:** How does Lincoln Financial Group handle claims submitted prior to a date of disability (known as "early submission claims")?

**A:** You may report a claim up to 20 days prior to your date of disability; however, the claim process will not begin until the date the disability occurs. An early submission claim will be assigned to a case manager two days prior to the date of disability.

**Q:** How will I know my claim is approved?

**A:** Your case manager will call you about approval to discuss how frequently your case will be re-evaluated and when to expect follow-up calls. If you need to be out of work longer than the approved-through date, additional medical information may be required to support any extension of the disability claim.

DIS-LMSTQ-FLI001_Z01

Insurance products issued by:
Liberty Life Assurance Company of Boston,
a Lincoln Financial Group® company

13

**Q: What happens if my claim is not approved?**

**A:** If your claim is not approved, your case manager will call you to explain the reason for the claim denial and tell you how to appeal the decision. You will also receive a letter explaining why your claim was denied and the appeal process.

**Q: What type of medical information will be requested from my treating provider(s)?**

**A:** A completed disability form, copies of your medical records, office visit notes, treatment plan, and test results may be requested. Once the request for medical information has been sent, you should receive a letter from your case manager notifying you of the request. If the information is not received from your physician within 45 days of the initial request for information, your claim will be denied for failure to provide proof of disability. Please follow up immediately with your physician(s) to ensure they send the requested information. In addition, all documentation regarding follow-up care must be received from your physician within 30 days of the request or your claim will be denied.

**Q: What happens if my treating provider(s) will not provide medical information over the phone?**

**A:** Every treating provider has a specific policy regarding release of medical information. Your case manager will do their best to confirm any information necessary to reach a decision on your claim. In the event your treating provider(s) will not release information over the phone, your case manager will fax a request to your treating provider(s). Once the request for medical information has been sent, you will receive a letter from your case manager notifying you of the request.

Lack of sufficient medical documentation may result in interruption of your pay and/or a denial of disability benefits.

**Q: What type of communication can I expect from my case manager at Lincoln Financial Group?**

**A:** Frequent and open communication between you and your case manager is critical for you to achieve a safe and timely return to work. Your case manager will call you periodically to discuss your recovery and to answer any questions. Case managers will be in contact with you based on your individual circumstances and on how long you will be absent from work. Periodically, your case manager will contact your physician to discuss your current medical condition. Additional medical information may be required for benefits to continue under the disability program.

**Q: How long can I remain on short-term disability (STD)?**

**A:** If you continue to be disabled according to medical records provided by your physician and you cannot return to work, you may remain on STD for up to 26 weeks. If your illness or disability extends beyond 26 weeks, you will automatically be considered for long-term disability (LTD) benefits.

**Q: What do I do when I'm ready to return to work?**

**A:** You must call your case manager about your return-to-work date. You should also contact your immediate manager to notify them of your estimated return-to-work date and if you need any special requirements. Your case manager will request a release from your physician that allows you to return to work. If necessary, your case manager will work with you and your physician to determine a return-to-work plan specific to your needs and abilities. Alternative work options may be explored, such as modifications or accommodations to your job.

**Q: What if I have questions about my claim?**

**A:** Effective communication is a two-way process, and you are encouraged to call your case manager with any questions or concerns between 8 a.m. and 5 p.m. ET, Monday through Friday.



©2018 Lincoln National Corporation

LincolnFinancial.com

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Affiliates are separately responsible for their own financial and contractual obligations.

LCN-2250447-092018
PDF 11/18 Z01
Order code: DIS-LMSTQ-FLI001



Group insurance products and services described herein are issued by Liberty Life Assurance Company of Boston, a Lincoln Financial Group® company. Home Office: Boston, MA.

Page 2 of 2

14

| SHORT-TERM DISABILITY | SCHEDULE AMOUNT |
|---|---|
| Weekly Benefit Amount | 60% of weekly salary |
| Weekly Benefit Maximum | $1,000 |
| Benefits Begin | 15th day of injury or illness |
| Benefits Duration | Up to 13 weeks |
| Pre-existing Condition Limitation | 12 months for conditions treated within the 3 months prior to effective date of coverage |
| Benefit Payment Offset | STD payments will not pay in excess of 100% of your normal wages during your disability period. This means your benefit payment will be reduced/offset by any sick time paid after the 14 day elimination period. |

15

EXHIBIT B

Email From Lincoln National Life Insurance Company

January 8, 2024

First Time Plaintiff Received Any Version of the Disability Policy

Provided Only After Plaintiff Requested It

16

claim 15004170

From: Hall, Latoria (latoria.hall@lfg.com)

To:    urnessgray@yahoo.com

Date:  Monday, January 8, 2024 at 12:09 PM CST

Hello-

Attached is the LTD disability policy. Your case manager Chris is out of the office and will return Wednesday 01/09/2024. She will follow up with you once she is back in the office this week.

Best regards,



**Latoria Hall**
LTD Technical Specialist
Lincoln Financial Group
PO Box 2578
Omaha, NE 68172

800.291.0112
14067 -Extension
603.334.0380- Fax
**LincolnFinancial.com**

**Follow us on:**


Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. This email and its attachments may collect your personal information to improve Lincoln's products or to provide you with services related to its products. For more information, please see our privacy policy. Thank You.**


ACADIA HEALTHCARE-2023.pdf
1.5 MB

17

EXHIBIT C

Email Thread – February 2024


Email From Lincoln Representative Christine – February 1, 2024

(References 26-Week Duration)


Plaintiff's Reply – February 7, 2024

(Explains Loss of Insurance and Inability to Obtain Documentation)

Sent: Thu, 1 Feb 2024 21:45:56 +0000

**To:**'Urness Gray'
**Subject:**RE: LTD 15209213 Urness Gray
**Importance:**High


Good Afternoon Urness,

I understand your frustration as I have been out of work myself in the past. I have been doing everything
I can for your claim. If anything you should be upset with your provider for not sending us your medical
records timely.

The part that you circled, states "if your illness or disability extends beyond 26 weeks, you will
automatically be **considered (not approved)** for long term disability benefits. We are considering you for
long term disability, we had to wait for medical records and I need to review the claim at a clinical
forum.

I know I advised you that I would have an answer by today or Monday but it will be delayed until
Tuesday as I have to go to a different clinical form to review your issues with your blood pressure.

I will be in touch soon.


Thank you,

Christine Colaneri
LTD Specialist



Lincoln Financial Group
1-800-291-0112 Extension 16123
Fax 603-334-0380
PO Box 2578
Omaha, NE 68103-2578

*Visit MyLincolnPortal.com for a secure and fast way to check the status of your claim, upload claim
Documentation, enroll in text messaging and view your existing claim documents.*

**From:** Urness Gray <urnessgray@yahoo.com>
**Sent:** Thursday, February 1, 2024 1:57 PM
**To:** Colaneri, Christine <Christine.Colaneri@lfg.com>
**Subject:** RE: LTD 15209213 Urness Gray

\*\*\*This email is from an external source. Only open links and attachments from a Trusted Sender.\*\*\*

19

Q: What happens if my claim is not approved?

A: If your claim is not approved, your case manager will call you to explain the reason for the claim denial and tell you how to appeal the decision. You will also receive a letter explaining why your claim was denied and the appeal process.

Q: What type of medical information will be requested from my treating provider(s)?

A: A completed disability form, copies of your medical records, office visit notes, treatment plan, and test results may be requested. Once the request for medical information has been sent, you should receive a letter from your case manager notifying you of the request. If the information is not received from your physician within 45 days of the initial request for information, your claim will be denied for failure to provide proof of disability. Please follow up immediately with your physician(s) to ensure they send the requested information. In addition, all documentation regarding follow-up care must be received from your physician within 30 days of the request or your claim will be denied.

Q: What happens if my treating provider(s) will not provide medical information over the phone?

A: Every treating provider has a specific policy regarding release of medical information. Your case manager will do their best to confirm any information necessary to reach a decision on your claim. In the event your treating provider(s) will not release information over the phone, your case manager will fax a request to your treating provider(s). Once the request for medical information has been sent, you will receive a letter from your case manager notifying you of the request.

Lack of sufficient medical documentation may result in interruption of your pay and/or a denial of disability benefits.

Q: What type of communication can I expect from my case manager at Lincoln Financial Group?

A: Frequent and open communication between you and your case manager is critical for you to achieve a safe and timely return to work. Your case manager will call you periodically to discuss your recovery and to answer any questions. Case managers will be in contact with you based on your individual circumstances and on how long you will be absent from work. Periodically, your case manager will contact your physician to discuss your current medical condition. Additional medical information may be required for benefits to continue under the disability program.

Q: How long can I remain on short-term disability (STD)?

A: If you continue to be disabled according to medical records provided by your physician and you cannot return to work, you may remain on STD for up to 26 weeks. If your illness or disability extends beyond 26 weeks, you will automatically be considered for long-term disability (LTD) benefits.

Q: What do I do when I'm ready to return to work?

A: You must call your case manager about your return-to-work date. You should also contact your immediate manager to notify them of your estimated return-to-work date and if you need any special requirements. Your case manager will request a release from your physician that allows you to return to work. If necessary, your case manager will work with you and your physician to determine a return-to-work plan specific to your needs and abilities. Alternative work options may be explored, such as modifications or accommodations to your job.

Q: What if I have questions about my claim?

A: Effective communication is a two-way process, and you are encouraged to call your case manager with any questions or concerns between 8 a.m. and 5 p.m. ET, Monday through Friday.

©2018 Lincoln National Corporation

LincolnFinancial.com

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

Affiliates are separately responsible for their own financial and contractual obligations.

LCN-2250447-092018
PDF 11/18 Z01
Order code: DIS-LMSTQ-FLI001



Group insurance products and services described herein are issued by Liberty Life Assurance Company of Boston, a Lincoln Financial Group® company. Home Office: Boston, MA.

Sent:Wed, 7 Feb 2024 21:40:36 +0000 (UTC)
To:Colaneri, Christine
Subject:Re: LTD 15209213 Urness Gray


***This email is from an external source. Only open links and attachments from a Trusted Sender.***

I'm at a doctors office and don't have my copay..and they can't see me without it.. Y I don't have it because the company I paid to cover my wages if and when I can't work are giving me a hard time.. I'm trying to see how did I get here. The embarrassment

Urness Gray

Sent from Yahoo Mail on Android

On Wed, Feb 7, 2024 at 1:19 PM, Urness Gray <urnessgray@yahoo.com> wrote:

> Good afternoon Mrs Christine
>
> The reason that there is very little documentation is because I haven't gone to actual therapy yet. I need you to stay with me here. An appointment was made for a psychologist that my primary referred me to. That appointment was made in October 2023 for December 5th 2023. Vermillion terminated me 12/01/2023. Canceled my insurance on 12/04/2023 effective 12/01/2023 and also denied my ADA paperwork on 12/04/2023. So on the morning of my appointment I didn't have insurance coverage meaning I could not go see the psychologist on 12/05/2023. Now on 12/06/2023 I received an email from my leave specialist stating that my ADA was approved and to disregard that termination notice. I need you to stay with me Mrs Christine. It took 2 months for that first appointment, I need you to guess how long for the reschedule.. ding ding ding 2months is the answer. That appointment is scheduled for February 02/26/2024 at 10 am with a Dr Boudreaux. I didn't have insurance for at the least 6 days the most 13. How do I know this because I had to reschedule my Gyn for this month as well and I had her check before I went to that appointment on 12/12/2023. I also had my primary doctor check on 12/13/2023 no, insurance. The only reason I added the physical therapy files is because you was asking for stuff from August and September and October. I am a little confused on if my primary said that I wouldn't be ok to work at the psychiatric hospital, my primary job of 9 years, how can I be denied benefits. Again there is a whole lot of misinformation and it seems even with me going back through some stuff this just doesn't seem correct. I believe that I forwarded all of the above mentioned things before. If I did not I can because I have copies of all that.
>
> Urness Gray
> On Wednesday, February 7, 2024, 11:44:47 AM CST, Colaneri, Christine <christine.colaneri@lfg.com> wrote:

21

EXHIBIT D

Lincoln Short-Term Disability Approval & Payments

Approval of STD Claim

Benefit Duration: September 2, 2023 – November 17, 2023

Weekly Benefit Calculated at $600/Week

Offsets Applied: $4,138.64

Net Amount Paid to Plaintiff: $2,461.36

22


**Financial Group®**

Omaha, NE 68103-2378
Phone: (855) 474-2295
Secure Fax No.: (603) 334-0380

December 13, 2023

URNESS GRAY
125 RUE VIANSA DRIVE
LAFAYETTE, LA 70501-0000

RE:    ACADIA HEALTHCARE COMPANY, INC
       Short Term Disability Benefits
       Claim #: 15004170

URNESS

We are pleased to advise you that your claim for Short Term Disability Benefits has been approved based upon your inability to perform your job. Benefits have been approved through 11/17/2023 based upon the medically supported disability date of 8/19/2023.

We will be contacting you by phone to provide further details regarding the approval and to advise of the next steps in the administration of your claim.

If you have any questions regarding this information, please contact our office at (855) 474-2295, Monday through Friday, 8:00am – 5:00pm EST. We will be happy to assist you.

Sincerely,

Lakendra Robinson
Disability Case Manager
Phone: (855) 474-2295
Secure Fax No.: (603) 334-0380

23



| | | | | |
|---|---|---|---|---|
| Location | Vermilion Hospital | Location | | Vermilion Hospital |
| Date of Birth | 10/25/1978 | Benefit Class | | - |
| Date of Hire | 11/13/2014 | | | |

## Payment Details for Claim 15004170 Check 28955349                     12/12/2023

### Check Summary

| | |
|---|---|
| Begin Payment Date | 09/02/2023 |
| End Payment Date | 11/17/2023 |
| Check Status | Cashed |
| Gross Benefits | $6,600 |
| Net Benefits | $2,461.36 |
| Check Number | 28955349 |
| Payee | URNESS GRAY |

### Check Details

| | |
|---|---|
| Gross Benefit | $6,600 |
| Offsets | $4,138.64 |
| Adjusted Gross | $2,461.36 |
| COLA | $0 |
| Taxes (Withholding) | $0 |
| Other Deductions | $0 |
| Net Benefit | $2,461.36 |

### Wages

| | Taxable |
|---|---|
| OASDI | $0 |
| Medicare | $0 |
| Federal | $0 |
| State | $0 |
| | Non-Taxable |
| Federal | $2,461.36 |

### Taxes

| Tax | Withholdings |
|---|---|
| Federal | $0 |
| State | $0 |
| Local | $0 |
| FICA | |
| OASDI | $0 |
| Medicare | $0 |
| Total | $0 |

### Other Deductions

N/A

### Offsets

| Payment Dates | Amount | Reason |
|---|---|---|
| 09/02/2023 - 11/17/2023 | $4,138.64 | SALARY CONT |
| Total | $4,138.64 | |

2·l

# Pay summary

**Find by**
Company Vermilion Hospital LLC

Year     2023

## Earnings

| Type | Hours | Amount |
|------|-------|--------|
| Ext Sick Leave | 192.0000 | $4,800.00 |
| Holiday | 60.0000 | $1,372.11 |
| OTC | 410.7500 | $5,492.44 |
| Overtime 1.0 | 410.7500 | $10,959.86 |
| Personal Day | 16.0000 | $351.12 |
| Regular | 1,187.0000 | $31,380.16 |
| Retroactive | 0.0000 | $854.96 |
| Sick Pay | 57.0000 | $1,425.00 |
| Training | 58.2500 | $1,456.25 |
| Vacation | 248.2500 | $6,011.80 |
| Worked Holiday | 34.0000 | $1,226.74 |
| Total | 2,263.2500 | $65,330.44 |

## Deductions

| Type | Employee Amount | Employer Amount |
|------|-----------------|-----------------|
| Basic EE Life | $0.00 | $34.90 |
| Dental | $343.86 | $0.00 |
| FSA Medical | $2,520.98 | $0.00 |
| Medical Pre Tax | $2,463.12 | $9,325.80 |
| Vol Sps Life | $77.00 | $0.00 |
| Vision | $65.34 | $0.00 |
| EE Sup Life | $568.80 | $0.00 |
| LTD | $348.25 | $0.00 |
| STD | $252.33 | $0.00 |
| Total | $6,639.68 | $9,360.70 |

## Taxes

| Type | Amount |
|------|--------|
| LA State Income Tax | $1,992.00 |
| Federal Income Tax | $8,271.63 |
| Employee Medicare | $869.09 |
| Social Security Employee Tax | $3,716.10 |
| Total | $14,848.82 |