**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| URNESS J. GRAY, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Judge David C. Joseph** |
| v. | ) | |
| | ) | **Case No. 6:25-cv-00202-DCJ-DJA** |
| ACADIA HEALTHCARE COMPANY, | ) | |
| VERMILION BEHAVIORAL HEALTH | ) | |
| SYSTEMS, KAYLA CALLAHAN, and THE | ) | |
| LINCOLN NATIONAL LIFE INS. COMPANY | ) | |
| DISABILITY AND LIFE | ) | |
| | ) | |
| **Defendants.** | ) | |

## VERMILION DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT

Pursuant to Rules 12(b)(5) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Acadia Healthcare Company ("Acadia"), Vermilion Behavioral Health System ("Vermilion"), and Kayla Callahan ("Ms. Callahan") (collectively, the "Vermilion Defendants") move this Court for the entry of an Order dismissing Plaintiff's Amended Complaint with prejudice for at least the following reasons:

- Plaintiff failed to comply with the Court's Order dated March 19, 2026 requiring her to effect service of process upon the Vermilion Defendants within sixty days;

- Acadia, who was not identified in Plaintiff's Charge of Discrimination, never employed Plaintiff and does not exercise any control over Vermilion's daily operations and, therefore, is an improper party to this lawsuit;

- Plaintiff fails to state a plausible claim under the FMLA, the ADA, or any other federal or state statute because the Amended Complaint contains the same pleading deficiencies that resulted in dismissal of the original Complaint, and her new claims for wrongful termination, interference with disability benefits,

and failure to maintain health insurance are not cognizable causes of action; and,

- Ms. Callahan is an improper party because there is no individual liability under the ADA and Plaintiff has not plausibly alleged that Ms. Callahan was her employer under the FMLA.

No further amendment can cure these deficiencies and the Amended Complaint should be dismissed with prejudice as a matter of law.

In support of this Motion, the Vermilion Defendants rely upon the contemporaneously submitted Memorandum of Law in Support of the Vermilion Defendants' Motion to Dismiss Amended Complaint.

Dated: June 26, 2026

/s/ Cynthia T. Lee
Philip J. Giorlando
BREAZEALE, SACHSE & WILSON, LLP
909 Poydras Street, Suite 1500
New Orleans, LA 70112-4004
(504) 680-5244 direct dial
(504)584-5450 - facsimile
Philip.Giorlando@bswllp.com

Mark W. Peters (*admitted pro hac vice*)
Cynthia T. Lee (*admitted pro hac vice*)
HOLLAND & KNIGHT, LLP
Symphony Center
150 Third Avenue South, Suite 2800
Post Office Box 198966
Nashville, Tennessee 37201
Phone: 615-244-6380
markwpeters@hklaw.com
cynthia.lee@hklaw.com

*Counsel for the Vermilion Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing Motion to Dismiss the Amended Complaint has been

filed with the Clerk of Court using the CM/ECF system upon the individuals identified below.  A

copy has also been served via First Class Mail upon Plaintiff Urness Gray.

Lindsay J Calhoun
Phelps Dunbar (NO)
365 Canal St Ste 2000
New Orleans, LA 70130-6534
504-566-1311
lindsay.calhoun@phelps.com
Iwana Rademaekers
Law Offices of Iwana Rademaekers
17304 Preston Rd Ste 800
Dallas, TX 75252
214-579-9319
iwana@rademaekerslaw.com

*Counsel for Defendant Lincoln National Life Insurance Co.*

Urness Gray
125 Rue Viansa
Lafayette, Louisiana 70501

*Plaintiff*

on this the 26th day of June, 2026.

/s/ Cynthia T. Lee